# EXHIBIT A

US006268343B1

(12) **United States Patent**      (10) **Patent No.:**     **US 6,268,343 B1**
Knudsen et al.                      (45) **Date of Patent:**         **Jul. 31, 2001**

(54) **DERIVATIVES OF GLP-1 ANALOGS**

(75) Inventors: **Liselotte Bjerre Knudsen**, Valby; **Per Olaf Huusfeldt**, København K; **Per Franklin Nielsen**, Værløse; **Niels C. Kaarsholm**, Vanløse; **Helle Birk Olsen**, Allerød; **Søren Erik Bjørn**, Lyngby; **Freddy Zimmerdahl Pedersen; Kjeld Madsen**, both of Værløse, all of (DK)

(73) Assignee: **Novo Nordisk A/S**, Bagsvaerd (DK)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/258,750**

(22) Filed: **Feb. 26, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/038,432, filed on Mar. 11, 1998, now abandoned, which is a continuation-in-part of application No. 08/918,810, filed on Aug. 26, 1997, now abandoned, and a continuation-in-part of application No. PCT/DK97/00340, filed on Aug. 22, 1997

(60) Provisional application No. 60/035,904, filed on Jan. 24, 1997, provisional application No. 60/036,226, filed on Jan. 25, 1997, provisional application No. 60/036,255, filed on Jan. 24, 1997, provisional application No. 60/082,478, filed on Apr. 21, 1998, provisional application No. 60/082,480, filed on Apr. 21, 1998, provisional application No. 60/082,802, filed on Apr. 23, 1998, and provisional application No. 60/084,357, filed on May 5, 1998.

(30)      **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Aug. 30, 1996 | (DK) | ................................. | 0931/96 |
| Nov. 8, 1996 | (DK) | ................................. | 1259/96 |
| Dec. 20, 1996 | (DK) | ................................. | 1470/96 |
| Feb. 27, 1998 | (DK) | ................................. | 0263/98 |
| Feb. 27, 1998 | (DK) | ................................. | 0264/98 |
| Feb. 27, 1998 | (DK) | ................................. | 0268/98 |
| Feb. 27, 1998 | (DK) | ................................. | 0272/98 |
| Feb. 27, 1998 | (DK) | ................................. | 0274/98 |
| Apr. 8, 1998 | (DK) | ................................. | 0508/98 |
| Apr. 8, 1998 | (DK) | ................................. | 0509/98 |

(51) Int. Cl.$^7$ ......................... **A61K 39/16**; A61K 38/26; C07K 14/00; C07K 14/605

(52) U.S. Cl. .............................................. **514/12**; 530/324

(58) Field of Search ................................. 530/324; 514/12

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,120,712 | 6/1992 | Habener | ................................. 514/12 |
| 5,512,549 | 4/1996 | Chen et al. | ........................... 514/12 |
| 5,545,618 | 8/1996 | Buckley et al. | ...................... 514/12 |
| 5,614,492 | 3/1997 | Habener | ................................. 514/12 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 708 179 | 4/1996 | (EP) . |
| WO 90/11296 | 10/1990 | (WO) . |
| WO 91/11457 | 8/1991 | (WO) . |
| WO 95/07931 | 3/1995 | (WO) . |
| WO 95/31214 | 11/1995 | (WO) . |
| WO 96/29342 | 9/1996 | (WO) . |
| WO 96/29344 | 9/1996 | (WO) . |
| WO 87/06941 | 11/1997 | (WO) . |
| WO 98/08531 | 3/1998 | (WO) . |
| WO 98/08871 | 3/1998 | (WO) . |
| WO 98/08873 | 3/1998 | (WO) . |
| WO 98/19698 | 5/1998 | (WO) . |

OTHER PUBLICATIONS

Kim et al., (1994) J. of Pharma, Sciences 83(8);1175–1180.
Clodfelter et al., (1998) Pharmaceutical Res. 15(2):254–262.

*Primary Examiner*—Michael Borin
(74) *Attorney, Agent, or Firm*—Steve T. Zelson, Esq.; Elias J. Lambiris, Esq.

(57)              **ABSTRACT**

The present invention relates to GLP-1 derivatives having a lipophilic substituent, pharmaceutical compositions comprising same, and methods of making an using same. The GLP-1 derivatives of the present invention have a protracted profile of action.

**40 Claims, 1 Drawing Sheet**

**U.S. Patent**          Jul. 31, 2001          US 6,268,343 B1

# Fig. 1



US 6,268,343 B1

1

# DERIVATIVES OF GLP-1 ANALOGS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of Ser. No. 09/038,432 filed Mar. 11, 1998, now abandoned which is a continuation-in-part of Ser. No. 08/918,810 filed Aug. 26, 1997 now abandoned and of PCT application serial no. PCT/DK97/00340 filed Aug. 22, 1997, and claims priority of U.S. provisional application Ser. Nos. 60/035,904, 60/036,226, 60/036,255, 60/082,478, 60/082,480, 60/082,802, and 60/084,357 filed Jan. 24, 1997, Jan. 25, 1997, Jan. 24, 1997, Apr. 21, 1998, Apr. 21, 1998, Apr. 23, 1998, and May 5, 1998, respectively, and of Danish application serial nos. 0931/96, 1259/96, 1470/96, 0263/98, 0264/98, 0268/98, 0272/98, 0274/98, 0508/98, and 0509/98 filed Aug. 30, 1996, Nov. 8, 1996, Dec. 20, 1996, Feb. 27, 1998, Feb. 27, 1998, Feb. 27, 1998, Feb. 27, 1998, Feb. 27, 1998, Apr. 8, 1998, and Apr. 8, 1998, respectively, the contents of each of which is fully incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to novel derivatives of human glucagon-like peptide-1 (GLP-1) and fragments and/or analogues thereof which have a protracted profile of action and to methods of making and using them.

## BACKGROUND OF THE INVENTION

Peptides are widely used in medical practice, and since they can be produced by recombinant DNA technology it can be expected that their importance will increase also in the years to come. When native peptides or analogues thereof are used in therapy it is generally found that they have a high clearance. A high clearance of a therapeutic agent is inconvenient in cases where it is desired to maintain a high blood level thereof over a prolonged period of time since repeated administrations will then be necessary. Examples of peptides which have a high clearance are: ACTH, corticotropin-releasing factor, angiotensin, calcitonin, insulin, glucagon, glucagon-like peptide-1, glucagon-like peptide-2, insulin-like growth factor-1, insulin-like growth factor-2, gastric inhibitory peptide, growth hormone-releasing factor, pituitary adenylate cyclase activating peptide, secretin, enterogastrin, somatostain, somatotropin, somatomedin, parathyroid hormone, thrombopoietin, erythropoietin, hypothalamic releasing factors, prolactin, thyroid stimulating hormones, endorphins, enkephalins, vasopressin, oxytocin, opiods and analogues thereof, superoxide dismutase, interferon, asparaginase, arginase, arginine deaminase, adenosine deaminase and ribonuclease. In some cases it is possible to influence the release profile of peptides by applying suitable pharmaceutical compositions, but this approach has various shortcomings and is not generally applicable.

The hormones regulating insulin secretion belong to the so-called enteroinsular axis, designating a group of hormones, released from the gastrointestinal mucosa in response to the presence and absorption of nutrients in the gut, which promote an early and potentiated release of insulin. The enhancing effect on insulin secretion, the so-called incretin effect, is probably essential for a normal glucose tolerance. Many of the gastrointestinal hormones, including gastrin and secretin (choleystokinin is not insulinotropic in man), are insulinotropic, but the only physiologically important ones, those that are responsible for the incretin effect, are the glucose-dependent insulinotropic

2

polypeptide, GIP, and glucagon-like peptide-1 (GLP-1). Because of its insulinotropic effect, GIP, isolated in 1973 (1) immediately attracted considerable interest among diabetologist. However, numerous investigations carried out during the following years clearly indicated that a defective secretion of GIP was not involved in the pathogenesis of insulin dependent diabetes mellitus (IDDM) or non insulindependent diabetes mellitus (NIDDM)(2). Furthermore, as an insulinotropic hormone, GIP was found to be almost ineffective in NIDDM (2). The other incretin hormone, GLP-1 is the most potent insulinotropic substance known (3). Unlike GIP, it is surprisingly effective in stimulating insulin secretion in NIDDM patients. In addition, and in contrast to the other insulinotropic hormones (perhaps with the exception of secretin) it also potently inhibits glucagon secretion. Because of these actions it has pronounced blood glucose lowering effects particularly in patients with NIDDM.

GLP-1, a product of the proglucagon (4), is one of the youngest members of the secretin-VIP family of peptides, but is already established as an important gut hormone with regulatory function in glucose metabolism and gastrointestinal secretion and metabolism (5). The glucagon gene is processed differently in the pancreas and in the intestine. In the pancreas (9), the processing leads to the formation and parallel secretion of 1) glucagon itself, occupying positions 33–61 of proglucagon (PG); 2) an N-terminal peptide of 30 amino acids (PG (1–30)) often called glicentin-related pancreatic peptide, GRPP (10, 11); 3) a hexapeptide corresponding to PG (64–69); and, finally, the so-called major proglucagon fragment (PG (72–158)), in which the two glucagonlike sequences are buried (9). Glucagon seems to be the only biologically active product. In contrast, in the intestinal mucosa, it is glucagon that is buried in a larger molecule, while the two glucagon-like peptides are formed separately (8). The following products are formed and secreted in parallel: 1) glicentin, corresponding to PG (1–69), with the glucagon sequence occupying residues Nos. 33–61 (12); 2) GLP-1(7–36)amide (PG(78–107)amide (13), not as originally believed PG (72–107)amide or 108, which is inactive). Small amounts of C-terminally glycine-extended but equally bioactive GLP-1(7–37), (PG (78–108)) are also formed (14); 3) intervening peptide-2(PG (111–112)amide) (15); and 4) GLP-2 (PG(126–158))(15, 16). A fraction of glicentin is cleaved further into GRPP (PG (1–30)) and oxyntomodulin (PG (33–69)) (17, 18). Of these peptides, GLP-1, has the most conspicuous biological activities.

Being secreted in parallel with glicentin/enteroglucagon, it follows that the many studies of enteroglucagon secretion (6, 7) to some extent also apply to GLP-1 secretion, but GLP-1 is metabolised more quickly with a plasma half-life in humans of 2 min (19). Carbohydrate or fat-rich meals stimulate (20), presumably as a result of direct interaction of yet unabsorbed nutrients with the microvilli of the open-type L-cells of the gut mucosa. Endocrine or neural mechanisms promoting GLP-1 secretion may exist but have not yet been demonstrated in humans.

The incretin function of GLP-1 (29–31) has been clearly illustrated in experiments with the GLP-1 receptor antagonist, exendin 9–39, which dramatically reduces the incretin effect elicited by oral glucose in rats (21, 22). The hormone interacts directly with the β-cells via the GLP-1 receptor (23) which belongs to the glucagon/VIP/calcitonin family of G-protein-coupled- 7-transmembrane spanning

**3**

receptors. The importance of the GLP-1 receptor in regulating insulin secretion was illustrated in recent experiments in which a targeted disruption of the GLP-1 receptor gene was carried out in mice. Animals homozygous for the disruption had greatly deteriorated glucose tolerance and fasting hyperglycaemia, and even heterozygous animals were glucose intolerant (24). The signal transduction mechanism (25) primarily involves activation of adenylate cyclase, but elevations of intracellular $Ca^{2+}$ are also essential (25, 26). The action of the hormone is best described as a potentiation of glucose stimulated insulin release (25), but the mechanism that couples glucose and GLP-1 stimulation is not known. It may involve a calcium-induced calcium release (26, 27). As already mentioned, the insulinotropic action of GLP-1 is preserved in diabetic β-cells. The relation of the latter to its ability to convey "glucose competence" to isolated insulin-secreting cells (26, 28), which respond poorly to glucose or GLP-1 alone, but fully to a combination of the two, is also not known. Equally importantly, however, the hormone also potently inhibits glucagon secretion (29). The mechanism is not known, but seems to be paracrine, via neighbouring insulin or somatostatin cells (25). Also the glucagonostatic action is glucose-dependent, so that the inhibitory effect decreases as blood glucose decreases. Because of this dual effect, if the plasma GLP-1 concentrations increase either by increased secretion or by exogenous infusion the molar ratio of insulin to glucagon in the blood that reaches the liver via the portal circulation is greatly increased, whereby hepatic glucose production decreases (30). As a result blood glucose concentrations decrease. Because of the glucose dependency of the insulinotropic and glucagonostatic actions, the glucose lowering effect is self-limiting, and the hormone, therefore, does not cause hypoglycaemia regardless of dose (31). The effects are preserved in patients with diabetes mellitus (32), in whom infusions off slightly supraphysiological doses of GLP-1 may completely normalise blood glucose values in spite of poor metabolic control and secondary failure to sulphonylurea (33). The importance of the glucagonostatic effect is illustrated by the finding that GLP-1 also lowers blood glucose in type-1 diabetic patients without residual β-cell secretory capacity (34).

In addition to its effects on the pancreatic islets, GLP-1 has powerful actions on the gastrointestinal tract. Infused in physiological amounts GLP-1 potently inhibits pentagastrin-induced as well as meal-induced gastric acid secretion (35, 36). It also inhibits gastric emptying rate and pancreatic enzyme secretion (36). Similar inhibitory effects on gastric and pancreatic secretion and motility may be elicited in humans upon perfusion of the ileum with carbohydrate- or lipid-containing solutions (37, 38). Concomitantly, GLP-1 secretion is greatly stimulated, and it has been speculated that GLP-1 may be at least partly responsible for this so-called "ileal-brake" effect (38). In fact, recent studies suggest that, physiologically, the ileal-brake effects of GLP-1 may be more important than its effects on the pancreatic islets. Thus, in dose response studies GLP-1 influences gastric emptying rate at infusion rates at least as low as those required to influence islet secretion (39).

GLP-1 seems to have an effect on food intake. Intraventricular administration of GLP-1 profoundly inhibits food intake in rats (40, 42). This effect seems to be highly specific. Thus, N-terminally extended GLP-1 (PG 72–107) amide is inactive and appropriate doses of the GLP-1 antagonist, exendin 9–39, abolish the effects of GLP-1 (41).

**4**

Acute, peripheral administration of GLP-1 does not inhibit food intake acutely in rats (41, 42). However, it remains possible that GLP-1 secreted from the intestinal L-cells may also act as a satiety signal.

Not only the insulinotropic effects but also the effects of GLP-1 on the gastrointestinal tract are preserved in diabetic patients (43), and may help curtailing meal-induced glucose excursions, but, more importantly, may also influence food intake. Administered intravenously, continuously for one week, GLP-1 at 4 ng/kg/min has been demonstrated to dramatically improve glycaemic control in NIDDM patients without significant side effects (44). The peptide is fully active after subcutaneous administration (45), but is rapidly degraded mainly due to degradation by dipeptidyl peptidase IV-like enzymes (46, 47).

The amino acid sequence of GLP-1 is given i.a. by Schmidt et al. (*Diabetologia* 28 704–707 (1985). Human GLP-1 is a 37 amino acid residue peptide originating from preproglucagon which is synthesised, i.a. in the L-cells in the distal ileum, in the pancreas and in the brain. Processing of preproglucagon to GLP-1 (7–36)amide, GLP-1 (7–37) and GLP-2 occurs mainly in the L-cells. Although the interesting pharmacological properties of GLP-1 (7–37) and analogues thereof have attracted much attention in recent years only little is known about the structure of these molecules. The secondary structure of GLP-1 in micelles have been described by Thorton et al. (*Biochemistry* 33 3532–3539 (1994)), but in normal solution, GLP-1 is considered a very flexible molecule. Surprisingly, we found that derivatisation of this relatively small and very flexible molecule resulted in compounds whose plasma profile were highly protracted and still had retained activity.

GLP-1 and analogues of GLP-1 and fragments thereof are useful i.a. in the treatment of Type 1 and Type 2 diabetes and obesity.

WO 87/06941 discloses GLP-1 fragments, including GLP-1 (7–37), and functional derivatives thereof and to their use as an insulinotropic agent.

WO 90/11296 discloses GLP-1 fragments, including GLP-1 (7–36), and functional derivatives thereof which have an insulinotropic activity which exceeds the insulinotropic activity of GLP-1 (1–36) or GLP-1 (1–37) and to their use as insulinotropic agents.

The amino acid sequence of GLP-1 (7–36) and GLP-1 (7–37) is (SEQ ID NO:1):

```
 7   8   9  10  11  12  13  14  15  16  17       (I)
His-Ala-Glu-Gly-Thr-Phe-Thr-Ser-Asp-Val-Ser-

18  19  20  21  22  23  24  25  26  27  28
Ser-Tyr-Leu-Glu-Gly-Gln-Ala-Ala-Lys-Glu-Phe-

29  30  31  32  33  34  35  36
Ile-Ala-Trp-Leu-Val-Lys-Gly-Arg-X
```

wherein X is $H_2$ for GLP-1 (7–36) and X is Gly for GLP-1 (7–37).

WO 91/11457 discloses analogues of the active GLP-1 peptides 7–34, 7–35, 7–36, and 7–37 which can also be useful as GLP-1 moieties.

EP 0708179-A2 (Eli Lilly & Co.) discloses GLP-1 analogues and derivatives that include an N-terminal imidazole group and optionally an unbranched $C_6$–$C_{10}$ acyl group in attached to the lysine residue in position 34.

US 6,268,343 B1

5

EP 0699686-A2 (Eli Lilly & Co.) discloses certain N-terminal truncated fragments of GLP-1 that are reported to be biologically active.

Unfortunately, the high clearance limits the usefulness of these compounds. Thus there still is a need for improvements in this field.

Accordingly, it is an object of the present invention to provide derivatives of GLP-1 and analogues thereof which have a protracted profile of action relative to GLP-1 (7–37).

It is a further object of the invention to provide derivatives of GLP-1 and analogues thereof which have a lower clearance than GLP-1 (7–37).

It is a further object of the invention to provide a pharmaceutical composition with improved solubility and stability.

References

1. Pederson RA. Gastric Inhibitory Polypeptide. In Walsh JH, Dockray GJ (eds) Gut peptides: Biochemistry and Physiology. Raven Press, New York 1994, pp. 217259.

2. Krarup T. Immunoreactive gastric inhibitory polypeptide. Endocr Rev 1988;9: 122–134.

3. Orskov C. Glucagon-like peptide-1, a new hormone of the enteroinsular axis. Diabetologia 1992; 35:701–711.

4. Bell GI, Sanchez-Pescador R, Laybourn PJ, Najarian RC. Exon duplication and divergence in the human preproglucagon gene. Nature 1983; 304: 368–371.

5. Holst JJ. Glucagon-like peptide-1 (GLP-1)—a newly discovered GI hormone. Gastroenterolgoy 1994; 107: 1848–1855.

6. Holst JJ. Gut glucagon, enteroglucagon, gut GLI, glicentin—current status. Gastroenterology 1983; 84:1602–1613.

7. Holst JJ, Orskov C. Glucagon and other proglucagon-derived peptides. In Walsh JH, Dockray GJ, eds. Gut peptides: Biochemistry and Physiology, Raven Press, New York, pp. 305–340, 1993.

8. Orskov C, Holst JJ. Knuhtsen S, Baldissera FGA, Poulsen SS, Nielsen OV. Glucagon-like peptides GLP-1 and GLP-2, predicted products of the glucagon gene, are secreted separately from the pig small intestine, but not pancreas. Endocrinology 1986; 119:1467–1475.

9. Holst JJ, Bersani M, Johnsen AH, Kofod H, Hartmann B, Orskov C. Proglucagon processing in porcine and human pancreas. J Biol Chem, 1994; 269; 18827–1883.

10. Moody AJ, Holst JJ, Thim L, Jensen SL. Relationship of glicentin to proglucagon and glucagon in the porcine pancreas. Nature 1981; 289: 514–516.

11. Thim L, Moody AJ. Purification and chemical characterisation of a glicentin-related pancreatic peptide (proglucagon fragment) from porcine pancreas. Biochim Biophys Acta 1982; 703:134–141.

12. Thim L. Moody AJ. The primary structure of glicentin (proglucagon). Regul Pept 1981; 2:139–151.

13. Orskov C, Bersani M, Johnsen AH, Hojrup P, Holst JJ. Complete sequences of glucagon-like peptide-1 (GLP-1) from human and pig small intestine. J. Biol. Chem. 1989; 264:12826–12829.

14. Orskov C, Rabenhoj L, Kofod H, Wettergren A, Holst JJ. Production and secretion of amidated and glycine-extended glucagon-like peptide-1 (GLP-1) in man. Diabetes 1991; 43: 535–539.

6

15. Buhl T, Thim L, Kofod H, Orskov C, Harling H, & Holst JJ: Naturally occurring products of proglucagon 111–160 in the porcine and human small intestine. J. Biol. Chem. 1988; 263:8621–8624.

16. Orskov C, Buhl T, Rabenhoj L, Kofod H, Holst JJ: Carboxypeptidase-B-like processing of the C-terminus of glucagon-like peptide-2 in pig and human small intestine. FEBS letters, 1989; 247:193–106.

17. Holst JJ. Evidence that enteroglucagon (II) is identical with the C-terminal sequence (residues 33–69) of glicentin. Biochem J. 1980; 187:337–343.

18. Bataille D, Tatemoto K, Gespach C, Jörnvall H, Rosselin G, Mutt V. Isolation of glucagon-37 (bioactive enteroglucagon/oxyntomodulin) from porcine jejuno-ileum. Characterisation of the peptide. FEBS Lett 1982; 146:79–86.

19. Orskov C, Wettergren A, Holst JJ. The metabolic rate and the biological effects of GLP-1 7–36amide and GLP-1 7–37 in healthy volunteers are identical. Diabetes 1993; 42:658–661.

20. Elliott RM, Morgan LM, Tredger JA, Deacon S, Wright J, Marks V. Glucagon-like peptide-1 (7–36)amide and glucose-dependent insulinotropic polypeptide secretion in response to nutrient ingestion in man: acute post-prandial and 24-h secretion patterns. J Endocrinol 1993; 138: 159–166.

21. Kolligs F, Fehmann HC, Göke R, Göke B. Reduction of the incretin effect in rats by the glucagon-like peptide-1 receptor antagonist exendin (9–39)amide. Diabetes 1995; 44: 16–19.

22. Wang Z, Wang RM, Owji AA, Smith DM, Ghatei M, Bloom SR. Glucagon-like peptide-1 is a physiological incretin in rat. J. Clin. Invest. 1995; 95:417–421.

23. Thorens B. Expression cloning of the pancreatic b cell receptor for the gluco-incretin hormone glucagon-like peptide 1. Proc Natl Acad Sci 1992; 89:8641–4645.

24. Scrocchi L, Auerbach AB, Joyner AL, Drucker DJ. Diabetes in mice with targeted disruption of the GLP-1 receptor gene. Diabetes 1996; 45, 21A.

25. Fehmann HC, Göke R, Göke G. Cell and molecular biology of the incretin hormones glucagon-like peptide-I (GLP-1) and glucose-dependent insulin releasing polypeptide (GIP). Endocrine Reviews, 1995; 16: 390–410.

26. Gromada J, Dissing S, Bokvist K, Renström E, Frokjaer-Jensen J, Wulff BS, Rorsman P. Glucagon-like pepide I increases cytoplasmic calcium in insulin-secreting bTC3-cells by enhancement of intracellular calcium mobilisation. Diabetes 1995; 44:767–774.

27. Holz GG, Leech CA, Habener JF, Activation of a cAMP-regulated $Ca^{2+}$-signaling pathway in pancreatic β-cells by the insulinotropic hormone glucagon-like peptide-1. J Biol Chem, 1996; 270: 17749–17759.

28. Holz GG, Kühltreiber WM, Habener JF, Pancreatic beta-cells are rendered glucose competent by the insulinotropic hormone glucagon-like peptide-1(7–37). Nature 1993; 361:362–365.

29. Orskov C, Holst JJ, Nielsen OV. Effect of truncated glucagon-like peptide 1 (Proglucagon 78–107 amide) on endocrine secretion from pig pancreas, antrum and stomach. Endocrinology 1988; 123:2009–2013.

30. Hvidberg A, Toft Nielsen M, Hilsted J, Orskov C, Holst JJ. Effect of glucagon-like peptide-1(proglucagon 78–107amide) on hepatic glucose production in healthy man. Metabolism 1994; 43:104–108.

US 6,268,343 B1

7

31. Qualmann C, Nauck M, Holst JJ, Orskov C. Creutzfeldt W. Insulinotropic actions of intravenous glucagon-like peptide-1 [7–36 amide] in the fasting state in healthy subjects. Acta Diabetologica, 1995; 32:13–16.

32. Nauck MA, Heimesaat MM, Orskov C, Holst JJ, Ebert R, Creutzfeldt W. Preserved incretin activity of GLP-1 (7–36amide) but not of synthetic human GIP in patients with type 2-diabetes mellitus. J Clin Invest 1993; 91:301–307.

33. Nauck MA, Kleine N, Orskov C. Holst JJ, Willms B, Creutzfeldt W. Normalisation of fasting hyperglycaemia by exogenous GLP-1(7–36amide) in type 2-diabetic patients. Diabetologia 1993; 36:741–744.

34. Creutzfeldt W, Kleine N, Willms B, Orskov C, Holst JJ, Nauck MA. Glucagonostatic actions and reduction of fasting hyperglycaemia by exogenous glucagon-liem, peptide-1(7–36amide) in type 1 diabetic patients. Diabetic Care 1996; 19: 580–586.

35. Schjoldager BTG, Mortensen PE, Christiansen J, Orskov C, Holst JJ. GLP-1 (glucagon-like peptide-1) and truncated GLP-1, fragments of human proglucagon, inhibit gastric acid secretion in man. Dig. Dis. Sci. 1989; 35:703–708.

36. Wettergren A, Schjoldager B, Mortensen PE, Myhre J, Christiansen J, Holst JJ. Truncated GLP-1 (proglucagon 72–107amide) inhibits gastric and pancreatic functions in man. Dig Dis Sci 1993; 38:665–673.

37. Layer P, Holst JJ, Grandt D, Goebell H: Ileal release of glucagon-like peptide-1 (GLP-1): association with inhibition of gastric acid in humans. Dig Dis Sci 1995; 40: 1074–1082.

38. Layer P, Holst JJ. GLP-1: A humoral mediator of the ileal brake in humans? Digestion 1993; 54: 385–386.

39. Nauck M, Ettler R, Niedereichholz U, Orskov C, Holst JJ, Schmiegel W. Inhibition of gastric emptying by GLP-1(7–36 amide) or (7–37); effects on postprandial glycaemia and insulin secretion. Abstract. Gut 1995; 37 (suppl. 2); A124.

40. Schick RR, vorm Walde T, Zimmermann JP, Schusdziarra V, Classen M Glucagon-like peptide 1—a novel brain peptide involved in feeding regulation. in Ditschuneit H, Gries FA, Hauner H, Schusdziarra V, Wechsler JG (eds.) Obesity in Europe. John Libbey & Company ltd, 1994; pp. 363–367.

41. Tang-Christensen M, Larsen PJ, Göke R, Fink-Jensen A, Jessop DS, Moller M, Sheikh S. Brian GLP-1(7–36) amide receptors play a major role in regulation of food and water intake. Am. J. Physiol., 1996, in press.

42. Turton MD, O'Shea D, Gunn I, Beak SA, Edwards CMB, Meeran K, et al. A role for glucagon-like peptide-1 in the regulation of feeding. Nature 1996; 379; 69–72.

43. Willms B, Werner J, Creutzfeldt W, Orskov C, Holst JJ, Nauck M. Inhibition of gastric emptying by glucagon-like peptide-1 (7–36amide) in patients with type-2-diabetes mellitus. Diabetologia 1994; 37, suppl. 1: A118.

44. Larsen J, Jallad N, Damsbo P. One-week continuous infusion of GLP-1(7–37) improves glycaemic control in NIDDM. Diabetes 1996; 45, suppl. 2: 233A.

45. Ritzel R, Orskov C, Holst JJ, Nauck MA. Pharmacokinetic, insulinotropic, and glucagonstatic properties of GLP-1 [7–36 amide] after subcutaneous injection in healthy volunteers. Dose-response relationships. Diabetologia 1995; 38: 720–725.

46. Deacon CF, Johnson AH, Holst JJ. Degradation of glucagon-like peptide-1 by human plasma in vitro yields an N-terminally truncated peptide that is a major endogenous metabolite in vivo. J Clin Endocrinol Metab 1995; 80: 952–957.

47. Deacon CF, Nauck MA, Toft-Nielsen M, Pridal L, Willms B, Holst JJ, 1995. Both subcutaneous and intravenously administered glucagon-like peptide-1 are rapidly degraded from the amino terminus in type II diabetic patients and in healthy subjects. Diabetes 44: 1126–1131.

## SUMMARY OF THE INVENTION

The present invention relates to derivatives of GLP-1 (1–45) and analogs and/or fragments thereof. The GLP-1 derivatives of the present invention have interesting pharmacological properties, in particular they have a more protracted profile of action than the parent peptides. The GLP-1 derivatives of the present invention also have insulinotropic activity, ability to decrease glucagon, ability to suppress gastric motility, ability to restore glucose competency to beta-cells, and/or ability to suppress appetite/reduce weight.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 shows the results of Circular Dichroism (CD) at 222 nm as a function of peptide concentration for native GLP-1 (7–37) and various GLP-1 derivatives of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

A simple system is used to describe fragments and analogues of GLP-1. For example, $Gly^8$—GLP-1(7–37) designates a peptide which relates to GLP-1 by the deletion of the amino acid residues at positions. 1 to 6 and substituting the naturally occurring amino acid residue in position 8 (Ala) by Gly. Similarly, $Lys^{34}(N^\epsilon$-tetradecanoyl)-GLP-1(7–37) designates GLP-1 (7–37) wherein the $\epsilon$-amino group of the Lys residue in position 34 has been tetradecanoylated. Where reference in this text is made to C-terminally extended GLP-1 analogues, the amino acid residue in position 38 is Arg unless otherwise indicated, the amino acid residue in position 39 is also Arg unless otherwise indicated and the optional amino acid residue in position 40 is Asp unless otherwise indicated. Also, if a C-terminally extended analogue extends to position 41, 42, 43, 44 or 45, the amino acid sequence of this extension is in the corresponding sequence in human preproglucagon unless otherwise indicated.

GLP-1 Analogs

The term "an analogue" is defined herein as a peptide wherein one or more amino acid residues of the parent peptide have been substituted by another amino acid residue. In a preferred embodiment, the total number of different amino acids between the GLP-1 derivative and the corresponding native form of GLP-1 is up to fifteen, preferably up to ten amino acid residues, and most preferably up to six amino acid residues.

The total number of different amino acids between the derivative of the GLP-1 analog and the corresponding native form of GLP-1 preferably does not exceed six. Preferably, the number of different amino acids is five. More preferably, the number of different amino acids is four. Even more preferably, the number of different amino acids is three.

US 6,268,343 B1

<table>
<tr><td>9</td><td>10</td></tr>
</table>

Even more preferably, the number of different amino acids is two. Most preferably, the number of different amino acids is one. In order to determine the number of different amino acids, one should compare the amino acid sequence of the GLP-1 derivative of the present invention with the corresponding native GLP-1. For example, there are two different amino acids between the derivative Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl)-GLP-1(7–40) and the corresponding native GLP-1 (i.e., GLP-1(7–40)). The differences are located at positions 8 and 26. Similarly, there is only one different amino acid between the derivative Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))Arg$^{34}$-GLP-1(7–40) and the corresponding native GLP-1. The difference is located at position 34.

In a preferred embodiment, the present invention relates to a GLP-1 derivative wherein the parent peptide is GLP-1 (1–45) or an analogue thereof. In a further preferred embodiment, the parent peptide is GLP-1(1–35), GLP-1 (1–36), GLP-1(1–36)amide, GLP-1(1–37), GLP-1(1–38), GLP-1(1–39), GLP-1(1–40), GLP-1(1–41) or an analogue thereof.

In a preferred embodiment, the present invention relates to derivatives of GLP-1 analogues of formula I (SEQ ID NO:2):

```
 7   8   9  10  11  12  13  14  15  16  17      (I)
Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-

18  19  20  21  22  23  24  25  26  27  28
Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Phe-

29  30  31  32  33  34  35  36  37  38
Ile-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa

39  40  41  42  43  44  45
Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa
```

wherein
  Xaa at position 7 is His, a modified amino acid or is deleted,
  Xaa at position 8 is Ala, Gly, Ser, Thr, Leu, Ile, Val, Glu, Asp, or Lys, or is deleted,
  Xaa at position 9 is Glu, Asp, or Lys, or is deleted,
  Xaa at position 10 is Gly or is deleted,
  Xaa at position 11 is Thr, Ala, Gly, Ser, Leu, Ile, Val, Glu, Asp, or Lys or is deleted,
  Xaa at position 12 is Phe or is deleted,
  Xaa at position 13 is Thr or is deleted,
  Xaa at position 14 is Ser, Ala, Gly, Thr, Leu, Ile, Val, Glu, Asp, or Lys or is deleted,
  Xaa at position 15 is Asp or is deleted,
  Xaa at position 16 is Val, Ala, Gly, Ser, Thr, Leu, Ile, Glu, Asp, or Lys or is deleted,
  Xaa at position 17 is Ser, Ala, Gly, Thr, Leu, Ile, Val, Glu, Asp, or Lys, or is deleted,
  Xaa at position 18 is Ser, Ala, Gly, Thr, Leu, Ile, Val, Glu, Asp, or Lys,
  Xaa at position 19 is Tyr, Phe, Trp, Glu, Asp, or Lys,
  Xaa at position 20 is Leu, Ala, Gly, Ser, Thr, Leu, Ile, Val, Glu, Asp, or Lys,
  Xaa at position 21 is Glu, Asp, or Lys,
  Xaa at position 22 is Gly, Ala, Ser, Thr, Leu, Ile, Val, Glu, Asp, or Lys,
  Xaa at position 23 is Gln, Asn, Arg, Glu, Asp, or Lys,
  Xaa at position 24 is Ala, Gly, Ser, Tr, Leu, Ile, Val, Arg, Glu, Asp, or Lys,

  Xaa at position 25 is Ala, Gly, Ser, Thr, Leu, Ile, Val, Glu, Asp, or Lys,
  Xaa at position 26 is Lys, Arg, Gln, Glu, Asp, or His,
  Xaa at position 27 is Glue, Asp, or Lys,
  Xaa at position 30 is Ala, Gly, Ser, Thr, Leu, Ile, Val, Glu, Asp, or Lys,
  Xaa at position 31 is Trp, Phe, Tyr, Glu, Asp, or Lys,
  Xaa at position 32 is Leu, Gly, Ala, Ser, Thr, Ile, Val, Glu, Asp, or Lys,
  Xaa at position 33 is Val, Gly, Ala, Ser, Thr, Leu, Ile, Glu, Asp, or Lys,
  Xaa at position 34 is Lys, Arg, Glu, Asp, or His,
  Xaa at position 35 is Gly, Ala, Ser, Thr, Leu, Ile, Val, Glu, Asp, or Lys,
  Xaa at position 36 is Arg, Lys, Glu, Asp, or His,
  Xaa at position 37 is Gly, Ala, Ser, Thr, Leu, Ile, Val, Glu, Asp, or Lys, or is deleted,
  Xaa at position 38 is Arg, Lys, Glu, Asp, or His, or is deleted,
  Xaa at position 39 is Arg, Lys, Glu, Asp, or His, or is deleted,
  Xaa at position 40 is Asp, Glu, or Lys, or is deleted,
  Xaa at position 41 is Phe, Trp, Tyr, Glu, Asp, or Lys, or is deleted,
  Xaa at position 42 is Pro, Lys, Glu, or Asp, or is deleted,
  Xaa at position 43 is Glu, Asp, or Lys, or is deleted,
  Xaa at position 44 is Glu, Asp, or Lys, or is deleted, and
  Xaa at position 45 is Val, Glu, Asp, or Lys, or is deleted, or

  (a) a C-1–6-ester thereof, (b) amide, C-1–6-alkylamide, or C-1–6-dialkylamide thereof and/or (c) a pharmaceutically acceptable salt thereof,
  provided that when the amino acid at position 37, 38, 39, 41, 42, 43 or 44 is deleted, then each amino acid downstream of the amino acid is also deleted and when the amino acid at position 8, 9, 10, 11, 12, 13, 14, 15, 16 or 17 is deleted then each amino acid upstream of the amino acid is also deleted.

The term "modified amino acid" is defined herein as



wherein R$^1$, R$^2$ and R$^3$ are independently H, lower alkyl, optionally substituted phenyl, NH$_2$, NH—CO-(lower alkyl), —OH, lower alkoxy, halogen, SO$_2$-(lower alkyl) or CF$_3$, wherein said phenyl is optionally substituted with at least one group selected from NH$_2$, —OH, lower alkyl or lower alkoxy having 1–6 carbon atoms, halogen, SO$_2$-(lower alkyl), NH—CO-(lower alkyl) or CF$_3$, or R$^1$ and R$^2$ may together form a bond; and Y is a five or six membered ring system selected from the group consisting of:

US 6,268,343 B1

**11**

**12**

In another preferred embodiment, A is:



wherein Z is N, O or S, and said ring system is optionally substituted with one or more functional groups selected from the group consisting of $NH_2$, $NO_2$, OH, lower alkyl, lower alkoxy, halogen, $CF_3$ and aryl (i.e., optionally substituted phenyl, as define above), provided that A is not histidine;

The terms "lower alkyl" and "lower alkoxy" refer to an alkyl or alkoxy group, respectively, having 1–6 carbon atoms.

In a preferred embodiment, A is



In another preferred embodiment, A is:



In another preferred embodiment, A is:



In another preferred embodiment, A is:



In another preferred embodiment, A is:



In another preferred embodiment, A is 4-imidazopropionyl.

In another preferred embodiment, A is 4-imidazoacetyl.

In another preferred embodiment, A is 4-imidazo-α, α-dimethyl-acetyl,

The GLP-1 derivatives of the present invention preferably have only one or two Lys wherein the ε-amino group of one or both Lys is substituted with a lipophilic substituent. Preferably, the GLP-1 derivatives of the present invention have only one Lys. In a more preferred embodiment, there is only one Lys which is located at the carboxy terminus of the derivative of the GLP-1 analogs. In an even more preferred embodiment, the GLP-1 derivatives of the present invention have only one Lys and Glu or Asp is adjacent to Lys.

In a preferred environment, the amino acids at positions 37–45 are absent.

In a another preferred environment, the amino acids at positions 38–45 are absent.

In a another preferred environment, the amino acids at positions 39–45 are absent.

In a another preferred environment, the amino acids at position 7 is deleted.

In a another preferred environment, the amino acids at position 7 and 8 are deleted.

In a another preferred environment, the amino acids at position 7–9 are deleted.

In a another preferred environment, the amino acids at position 7–10 are deleted.

In a another preferred environment, the amino acids at position 7–11 are deleted.

In a another preferred environment, the amino acids at position 7–12 are deleted.

In a another preferred environment, the amino acids at position 7–13 are deleted.

In a another preferred environment, the amino acids at position 7–14 are deleted.

In a another preferred environment, the amino acids at position 7–15 are deleted.

In a another preferred environment, the amino acids at position 7–16 are deleted.

In a another preferred environment, the amino acids at position 7–17 are deleted.

In another preferred environment, Xaa at position 7 is His.

In another preferred environment, Xaa at position 8 is Ala, Gly, Ser, Thr, or Val.

In another preferred environment, Xaa at position 9 is Glu.

In another preferred environment, Xaa at position 10 is Gly.

US 6,268,343 B1

13

In another preferred environment, Xaa at position 11 is Thr.

In another preferred environment, Xaa at position 12 is Phe.

In another preferred environment, Xaa at position 13 is Thr.

In another preferred environment, Xaa at position 14 is Ser.

In another preferred environment, Xaa at position 15 is Asp.

In another preferred environment, Xaa at position 16 is Val.

In another preferred embodiment, Xaa at position 17 is Ser.

In another preferred embodiment, Xaa at position 18 is Ser, Lys, Glu, or Asp.

In another preferred embodiment, Xaa at position 19 is Tyr, Glu, Lys, or Asp.

In another preferred embodiment, Xaa at position 20 is Leu, Lys, Glu, or Asp.

In another preferred embodiment, Xaa at position 21 is Glu, Lys, or Asp.

In another preferred embodiment, Xaa at position 22 is Gly, Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 23 is Gln, Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 24 is Ala, Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 25 is Ala, Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 26 is Lys, Glu, Asp, or Arg.

In another preferred embodiment, Xaa at position 27 is Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 30 is Ala, Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 31 is Trp, Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 32 is Leu, Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 33 is Val, Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 34 is Lys, Arg, Glu, or Asp.

In another preferred embodiment, Xaa at position 35 is Gly, Glu, Asp, or Lys,

In another preferred embodiment, Xaa at position 36 is Arg, Lys, Glu, or Asp.

In another preferred embodiment, Xaa at position 37 is Gly, Glu, Asp, or Lys.

In another preferred embodiment, Xaa at position 38 is Arg or Lys, or is deleted.

In another preferred embodiment, Xaa at position 39 is deleted.

In another preferred embodiment, Xaa at position 40 is deleted.

In another preferred embodiment, Xaa at position 41 is deleted.

In another preferred embodiment, Xaa at position 42 is deleted.

In another preferred embodiment, Xaa at position 43 is deleted.

In another preferred embodiment, Xaa at position 44 is deleted.

In another preferred embodiment, Xaa at position 45 is deleted.

In another preferred embodiment, Xaa at position 26 is Arg, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-36).

14

In another preferred embodiment, Xaa at position 26 is Arg, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-37).

In another preferred embodiment, Xaa at position 26 is Arg, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at position 34 is Arg, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-36).

In another preferred embodiment, Xaa at position 34 is Arg, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-37).

In another preferred embodiment, Xaa at position 34 is Arg, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at positions 26 and 34 is Arg, each of Xaa at position 36 is Lys, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-36).

In another preferred embodiment, Xaa at positions 26 and 34 is Arg, each of Xaa at position 36 is Lys, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-37).

In another preferred embodiment, Xaa at positions 26 and 34 is Arg, each of Xaa at position 36 is Lys, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at positions 26 and 34 is Arg, each of Xaa at position 38 is Lys, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at position 8 is Thr, Ser, Gly or Val, Xaa at position 37 is Asp or Glu, Xaa at position 36 is Lys, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-37).

In another preferred embodiment, Xaa at positions 8 is Thr, Ser, Gly or Val, Xaa at position 37 is Asp or Glu, Xaa at position 36 is Lys, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at positions 8 is Thr, Ser, Gly or Val, Xaa at position 36 is Lys, each of Xaa at positions 37–45 is deleted and each of the other Xaa is the amino acid in native GLP-1(7-36).

In another preferred embodiment, Xaa at positions 8 is Thr, Ser, Gly or Val, Xaa at position 36 is Lys, each of Xaa at positions 38–45 is deleted and each of the other Xaa is the amino acid in native GLP-1(7-37).

In another preferred embodiment, Xaa at positions 8 is Thr, Ser, Gly or Val, Xaa at position 36 is Lys, each of Xaa at positions 39–45 is deleted and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at positions 8 is Thr, Ser, Gly or Val, Xaa at position 37 is Lys, each of Xaa at position 38 is Lys, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at positions 8 is Thr, Ser, Gly or Val, Xaa at position 38 is Lys, each of Xaa at positions 39–45 is deleted and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at position 18, 23 or 27 is Lys, and Xaa at positions 26 and 34 is Arg, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-36).

US 6,268,343 B1

15                                                                              16

In another preferred embodiment, Xaa at position 18, 23 or 27 is Lys, and Xaa at positions 26 and 34 is Arg, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-37).

In another preferred embodiment, Xaa at position 18, 23 or 27 is Lys, and Xaa at positions 26 and 34 is Arg, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at positions 8 is Thr, Ser, Gly or Val, Xaa at position 18, 23 or 27 is Lys, and Xaa at position 26 and 34 is Arg, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-36).

In another preferred embodiment, Xaa at positions 8 is Thr, Ser, Gly or Val, Xaa at position 18, 23 or 27 is Lys, and Xaa at position 26 and 34 is Arg, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-37).

In another preferred embodiment, Xaa at positions 8 is Thr, Ser, Gly or Val, Xaa at position 18, 23 or 27 is Lys, and Xaa at position 26 and 34 is Arg, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(7-38).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 26 is Arg, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-36).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 26 is Arg, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-37).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 26 is Arg, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-38).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 34 is Arg, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-36).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 34 is Arg, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-37).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 34 is Arg, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-38).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at positions 26 and 34 is Arg, Xaa at position 36 is Lys, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-36).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at positions 26 and 34 is Arg, Xaa at position 36 is Lys, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(1-37).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at positions 26 and 34 is Arg, Xaa at position 36 is Lys, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-38).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at positions 26 and 34 is Arg, Xaa at position 38 is Lys, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-38).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 8 is Thr, Ser, Gly or Val, Xaa at position 37 is Glu, Xaa at position 36 is Lys, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-37).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 8 is Thr, Ser, Gly or Val, Xaa at position 37 is Glu, Xaa at position 36 is Lys, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-38).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 8 is Thr, Ser, Gly or Val, Xaa at position 37 is Glu, Xaa at position 38 is Lys, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-38).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 18, 23 or 27 is Lys, and Xaa at positions 26 and 34 is Arg, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-36).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 18, 23 or 27 is Lys, and Xaa at positions 26 and 34 is Arg, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-37).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 18, 23 or 27 is Lys, and Xaa at positions 26 and 34 is Arg, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-38).

In another preferred embodiment, Xaa at position 8 is Thr, Ser, Gly or Val, Xaa at position 18, 23 or 27 is Lys, and Xaa at position 26 and 34 is Arg, each of Xaa at positions 37–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-36).

In another preferred embodiment, Xaa at position 8 is Thr, Ser, Gly or Val, Xaa at position 18, 23 or 27 is Lys, and Xaa at position 26 and 34 is Arg, each of Xaa at positions 38–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-37).

In another preferred embodiment, Xaa at position 7 is a modified amino acid or is deleted, Xaa at position 8 is Thr, Ser, Gly or Val, Xaa at position 18, 23 or 27 is Lys, and Xaa at position 26 and 34 is Arg, each of Xaa at positions 39–45 is deleted, and each of the other Xaa is the amino acid in native GLP-1(8-38).

Derivatives

The term "derivative" is defined as a modification of one or more amino acid residues of a peptide by chemical means, either with or without an enzyme, e.g., by alkylation, acylation, ester formation, or amide formation.

Lipophilic Substituents

To obtain a satisfactory protracted profile of action of the GLP-1 derivative, one or more lipophilic substituents are attached to a GLP-1 moiety. The lipophilic substituents preferably comprises 4–40 carbon atoms, in particular 8–25 carbon atoms. The lipophilic substituent may be attached to an amino group of the GLP-1 moiety by means of a carboxyl group of the lipophilic substituent which forms an amide bond with an amino group of the amino acid residue to which it is attached. Preferably, the GLP-1 derivatives have three, more preferably two, and most preferably one lipophilic substituent.

US 6,268,343 B1

17

In a preferred embodiment, the present invention relates to a GLP-1 derivative wherein at least one amino acid residue of the parent peptide has a lipophilic substituent attached with the proviso that if only one lipophilic substituent is present and this substituent is attached to the N-terminal or to the C-terminal amino acid residue of the parent peptide then this substituent is an alkyl group or a group which has an ω-carboxylic acid group.

In another preferred embodiment, the present invention relates to a GLP-1 derivative having only one lipophilic substituent which substituent is an alkyl group or a group which has an ω-carboxylic acid group and is attached to the N-terminal amino acid residue of the parent peptide.

In another preferred embodiment, the present invention relates to a GLP-1 derivative having only one lipophilic substituent which substituent is an alkyl group or a group which has an ω-carboxylic acid group and is attached to the C-terminal amino acid residue of the parent peptide.

In another preferred embodiment, the present invention relates to a GLP-1 derivative having only one lipophilic substituent which substituent can be attached to any on amino acid residue which is no the N-terminal or C-terminal amino acid residue of the parent peptide.

In another preferred embodiment, the present invention relates to a GLP-1 derivative wherein two lipophilic substituents are present, one being attached to the N-terminal amino acid residue while the other is attached to the C-terminal amino acid residue.

In another preferred embodiment, the present invention relates to a GLP-1 derivative wherein two lipophilic substituents are present, one being attached to the N-terminal amino acid residue while the other is attached to the an amino acid residue which is not N-terminal or the C-terminal amino acid residue.

In another preferred embodiment, the present invention relates to a GLP-1 derivative wherein two lipophilic substituents are present, one being attached to the C-terminal amino acid residue while the other is attached to the an amino acid residue which is not the N-terminal or the C-terminal amino acid residue.

A lipophilic substituent may be attached to an amino acid residue in such a way that a carboxyl group of the lipophilic substituent forms an amide bond with an amino group of the amino acid residue. Alternatively, a lipophilic substituent may be attached to an amino acid residue in such a way that an amino group of the lipophilic substituent forms an amide bond with a carboxyl group of the amino acid residue.

In a further preferred embodiment, the present invention relates to a GLP-1derivative wherein a lipophilic substituent is attached to the parent peptide by means of a spacer. For example, the lipophilic substituent may be attached to the GLP-1 moiety by means of a spacer in such a way that a carboxyl group of the spacer forms an amide bond with an amino group of the GLP-1 moiety.

In a most preferred embodiment, the lipophilic substituent is attached—optionally via a spacer—to the ε-amino group of a Lys residue contained in the parent peptide.

In a preferred embodiment, the spacer is an α,ω-amino acid. Examples of suitable spacers are succinic acid, Lys, Glu or Asp, or a dipeptide such as Gly-Lys. When the spacer is succinic acid, one carboxyl group thereof may form an amide bond with an amino group of the amino acid residue, and the other carboxyl group thereof may form an amide bond with an amino group of the lipophilic substituent. When the spacer is Lys, Glu or Asp, the carboxyl group thereof may form an amide bond with an amino group of the amino acid residue, and the amino group thereof may form

18

an amide bond with a carboxyl group of the lipophilic substituent. When Lys is used as the spacer, a further spacer may in some instances be inserted between the ε-amino group of Lys and the lipophilic substituent. In one preferred embodiment, such a further spacer is succinic acid which forms an amide bond with the ε-amino group of Lys and with an amino group present in the lipophilic substituent. In another preferred embodiment such a further spacer is Glu or Asp which forms an amide bond with the ε-amino group of Lys and another amide bond with a carboxyl group present in the lipophilic substituent, that is, the lipophilic substituent is a Nᵋ-acylated lysine residue. Other preferred spacers are Nᵋ-(γ-L-glutamyl), Nᵋ-(β-L-asparagyl), Nᵋ-glycyl, and Nᵋ-(α-(γ-aminobutanoyl).

In another preferred embodiment of the present invention, the lipophilic substituent has a group which can be negatively charged. One preferred such group is a carboxylic acid group.

In a further preferred embodiment, the lipophilic substituent is attached to the parent peptide by means of a spacer which is an unbranched alkane, α, Ω-dicarboxylic acid group having from 1 to 7 methylene groups, preferably two methylene groups which spacer forms a bridge between an amino group of the parent peptide and an amino group of the lipophilic substituent.

In a further preferred embodiment, the lipophilic substituent is attached to the parent peptide by means of a spacer which is an amino acid residue except Cys, or a dipeptide such as Gly-Lys. The expression "a dipeptide such as Gly-Lys" is defined herein as a dipeptide wherein the C-terminal amino acid residue is Lys, His or Trp, preferably Lys, and wherein the N-terminal amino acid residue is selected from the group comprising Ala, Arg, Asp, Asn, Gly, Glu, Gln, Ile, Leu, Val, Phe and Pro.

In a further preferred embodiment, the lipophilic substituent is attached to the parent peptide by means of a spacer which is an amino acid residue except Cys, or is a dipeptide such as Gly-Lys and wherein a carboxyl group of the parent peptide forms an amide bond with an amino group of a Lys residue or a dipeptide containing a Lys residue, and the other amino group of the Lys residue or a dipeptide containing a Lys residue forms an amide bond with a carboxyl group of the lipophilic substituent.

In a further preferred embodiment, the lipophilic substituent is attached to the parent peptide by means of a spacer which is an amino acid residue except Cys, or is a dipeptide such as Gly-Lys and wherein an amino group of the parent peptide forms an amide bond with a carboxylic group of the amino acid residue or dipeptide space, and an amino group of the amino acid residue or dipeptide spacer forms an amide bond with a carboxyl group of the lipophilic substituent.

In a further preferred embodiment, the lipophilic substituent is attached to the parent peptide by means of a spacer which is an amino acid residue except Cys, or is a dipeptide such as Gly-Lys and wherein a carboxyl group of the parent peptide forms an amide bond with an amino group of the amino acid residue spacer or dipeptide spacer, and the carboxyl group of the amino acid residue spacer or dipeptide spacer forms an amide bond with an amino group of the lipophilic substituent.

In a further embodiment, the lipophilic substituent is attached to the parent peptide by means of a spacer which is an amino acid residue except Cys, or is a dipeptide such as Gly-Lys, and wherein a carboxyl group of the parent peptide forms an amide bond with an amino group of a spacer which is Asp or Glu, or a dipeptide spacer containing an Asp or Glu residue, and a carboxyl group of the spacer forms an amide bond with an amino group of the lipophilic substituent.

US 6,268,343 B1

19

20

In a further embodiment, the lipophilic substituent is a partially or completely hydrogenated cyclopentanophenanthrene skeleton.

In a further embodiment, the lipophilic substituent is a straight-chain or branched alkyl group.

In a further embodiment, the lipophilic substituent is the acyl group of a straight-chain or branched fatty acid.

In a further embodiment, the lipophilic substituent is an acyl group of the formula $CH_3(CH_2)_nCO$—, wherein n is an integer from 4 to 38, preferably an integer from 4 to 24, more preferably $CH_3(CH_2)_6CO$—, $CH_3(CH_2)_8CO$—, $CH_3(CH_2)_{10}CO$—, $CH_3(CH_2)_{12}CO$—, $CH_3(CH_2)_{14}CO$—, $CH_3(CH_2)_{16}CO$—, $CH_3(CH_2)_{18}CO$—, $CH_3(CH_2)_{20}CO$— or $CH_3(CH_2)_{22}CO$—.

In a further preferred embodiment, the lipophilic substituent is an acyl group of a straight-chain or branched alkane, α,ω-dicarboxylic acid.

In a further preferred embodiment, the lipophilic substituent is an acyl group of the formula $HOOC(CH_2)_mCO$—, wherein m is an integer from 4 to 38, preferably an integer from 4 to 24, more preferably $HOOC(CH_2)_{14}CO$—, $HOOC(CH_2)_{16}CO$—, $HOOC(CH_2)_{18}CO$—, $HOOC(CH_2)_{20}CO$— or $HOOC(CH_2)_{22}CO$—.

In a further preferred embodiment, the lipophilic substituent is a group of the formula $CH_3(CH_2)_p((CH_2)_qCOOH)CHNH$—$CO(CH_2)_2CO$—, wherein p and q are integers and $+q$ is an integer of from 8 to 33, preferably from 12 to 28.

In a further preferred embodiment, the lipophilic substituent is a group of the formula $CH_3(CH_2)_rCO$—$NHCH(COOH)(CH_2)_2CO$—, wherein r is an integer of from 10 to 24.

In a further preferred embodiment, the lipophilic substituent is a group of the formula $CH_3(CH_2)_sCO$—$NHCH((CH_2)_2COOH)CO$—, wherein s is an integer of from 8 to 24.

In a further preferred embodiment, the lipophilic substituent is a group of the formula $COOH(CH_2)_tCO$— wherein t is an integer of from 8 to 24.

In a further preferred embodiment, the lipophilic substituent is a group of the formula —$NHCH(COOH)(CH_2)_4NH$—$CO(CH_2)_uCH_3$, wherein u is an integer of from 8 to 18.

In a further preferred embodiment, the lipophilic substituent is a group of the formula $CH_3(CH_2)_nCO$—$NH$—$(CH_2)_z$—$CO$, wherein n is an integer of from 8 to 24 and z is an integer of from 1 to 6.

In a further preferred embodiment, the lipophilic substituent is a group of the formula —$NHCH(COOH)(CH_2)_4NH$—$COCH((CH_2)_2COOH)NH$—$CO(CH_2)_wCH_3$, wherein w is an integer of from 10 to 16.

In a further preferred embodiment, the lipophilic substituent is a group of the formula —$NHCH(COOH)(CH_2)_4NH$—$CO(CH_2)_2CH(COOH)NH$—$CO(CH_2)_xCH_3$, wherein x is an integer of from 10 to 16.

In a further preferred embodiment, the lipophilic substituent is a group of the formula —$NHCH(COOH)(CH_2)_4NH$—$CO(CH_2)_2CH(COOH)NHCO(CH_2)_yCH_3$, wherein y is zero or an integer of from 1 to 22.

In a further preferred embodiment, the lipophilic substituent contains a group that can be negatively charged. Such a lipophilic substituent can for example be a substituent which has a carboxyl group.

Other Derivatives

The derivatives of GLP-1 analogues of the present invention may be in the form of one or more of (a) a C-1-6-ester, (b) an amide, C-1-6-alkylamide, or C-1-6-dialkylamide, and (c) a pharmaceutical salt. In a preferred embodiment, the derivatives of GLP-1 analogues are in the form of an acid addition salt or a carboxylate salt, most preferably in the form of an acid addition salt.

Preferred Derivatives of GLP-1 Analogues of the Present Invention

In a preferred embodiment, a parent peptide for a derivative of the invention is

$Arg^{26}$-GLP-1(7-37); $Arg^{34}$-GLP-1(7-37); $Lys^{36}$-GLP-1(7-37); $Arg^{26,34}Lys^{36}$-GLP-1(7-37); $Arg^{26,34}Lys^{38}$GLP-1(7-38); $Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Arg^{26,34}Lys^{40}$-GLP-1(7-40); $Arg^{26}Lys^{36}$-GLP-1(7-37); $Arg^{34}Lys^{36}$-GLP-1(7-37); $Arg^{26}Lys^{39}$-GLP-1(7-39); $Arg^{34}Lys^{36}$-GLP-1(7-40); $Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Arg^{26,34}Lys^{39}$-GLP-1(7-40); $Gly^8Arg^{26}$-GLP-1(7-37); $Gly^8Arg^{34}$-GLP-1(7-37); $Gly^8Lys^{36}$-GLP-1(7-37); $Gly^8Arg^{26,34}$-Lys^{36}-GLP-1(7-37); $Gly^8Arg^{26,34}$-Lys^{39}GLP-1(7-39); $Gly^8Lys^{26,34}$-Lys^{40}GLP-1(7-40); $Gly^8Arg^{26}$-Lys^{36}-GLP-1(7-37); $Gly^8Lys^{26}$-Lys^{39}GLP-1(7-39); $Gly^8Arg^{34}$-Lys^{36}GLP-1(7-37); $Gly^8Lys^{26}$-Lys^{39}GLP-1(7-39); $Gly^8Arg^{34}Lys^{36}$GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{37,39}$-GLP-1(7-39); or $Gly^8Arg^{26,34}Lys^{36,40}$-GLP-1(7-40).

In a further preferred embodiment, the parent peptide is $Arg^{26,34}Lys^{38}$GLP-1(7-38); $Arg^{26,34}Lys^{39}$GLP-1(7-39); $Arg^{26,34}Lys^{40}$GLP-1(7-40); $Arg^{26,34}Lys^{41}$GLP-1(7-41); $Arg^{26,34}Lys^{42}$GLP-1(7-42); $Arg^{26,34}Lys^{43}$GLP-1(7-43); $Arg^{26,34}Lys^{44}$GLP-1(7-44); $Arg^{26,34}Lys^{45}$GLP-1(7-45); $Arg^{26,34}Lys^{38}$GLP-1(1-38); $Arg^{26,34}Lys^{39}$GLP-1(1-39); $Arg^{26,34}Lys^{40}$GLP-1(1-40); $Arg^{26,34}Lys^{41}$GLP-1(1-41); $Arg^{26,34}Lys^{42}$GLP-1(1-42); $Arg^{26,34}Lys^{43}$GLP-1(1-43); $Arg^{26,34}Lys^{44}$GLP-1(1-44); $Arg^{26,34}Lys^{45}$GLP-1(1-45); $Arg^{26,34}Lys^{38}$GLP-1(2-38); $Arg^{26,34}Lys^{39}$GLP-1(2-39); $Arg^{26,34}Lys^{40}$GLP-1(2-40); $Arg^{26,34}Lys^{41}$GLP-1(2-41); $Arg^{26,34}Lys^{42}$GLP-1(2-42); $Arg^{26,34}Lys^{43}$GLP-1(2-43); $Arg^{26,34}Lys^{44}$GLP-1(2-44); $Arg^{26,34}Lys^{45}$GLP-1(2-45); $Arg^{26,34}Lys^{38}$GLP-1(3-38); $Arg^{26,34}Lys^{39}$GLP-1(3-39); $Arg^{26,34}Lys^{40}$GLP-1(3-40); $Arg^{26,34}Lys^{41}$GLP-1(3-41); $Arg^{26,34}Lys^{42}$GLP-1(3-42); $Arg^{26,34}Lys^{43}$GLP-1(3-43); $Arg^{26,34}Lys^{44}$GLP-1(3-44); $Arg^{26,34}Lys^{45}$GLP-1(3-45); $Arg^{26,34}Lys^{38}$GLP-1(4-38); $Arg^{26,34}Lys^{39}$GLP-1(4-39); $Arg^{26,34}Lys^{40}$GLP-1(4-40); $Arg^{26,34}Lys^{41}$GLP-1(4-41); $Arg^{26,34}Lys^{42}$GLP-1(4-42); $Arg^{26,34}Lys^{43}$GLP-1(4-43); $Arg^{26,34}Lys^{44}$GLP-1(4-44); $Arg^{26,34}Lys^{45}$GLP-1(4-45); $Arg^{26,34}Lys^{38}$GLP-1(5-38); $Arg^{26,34}Lys^{39}$GLP-1(5-39); $Arg^{26,34}Lys^{40}$GLP-1(5-40); $Arg^{26,34}Lys^{41}$GLP-1(5-41); $Arg^{26,34}Lys^{42}$GLP-1(5-42); $Arg^{26,34}Lys^{43}$GLP-1(5-43); $Arg^{26,34}Lys^{44}$GLP-1(5-44); $Arg^{26,34}Lys^{45}$GLP-1(5-45); $Arg^{26,34}Lys^{38}$GLP-1(6-39); $Arg^{26,34}Lys^{39}$GLP-1(6-39); $Arg^{26,34}Lys^{40}$GLP-1(6-40); $Arg^{26,34}Lys^{41}$GLP-1(6-41); $Arg^{26,34}Lys^{42}$GLP-1(6-42); $Arg^{26,34}Lys^{43}$GLP-1(6-43); $Arg^{26,34}Lys^{44}$GLP-1(6-44); $Arg^{26,34}Lys^{45}$GLP-1(6-45); $Arg^{26}Lys^{38}$GLP-1(1-38); $Arg^{34}Lys^{38}$GLP-1(1-38); $Arg^{26,34}Lys^{36,38}$GLP-1(1-38); $Arg^{26}Lys^{38}$GLP-1(7-38); $Arg^{34}Lys^{38}$GLP-1(7-38); $Arg^{26,34}Lys^{36,38}$GLP-1(7-38); $Arg^{26,34}Lys^{38}$GLP-1(7-38); $Arg^{26}Lys^{39}$GLP-1(1-39); $Arg^{34}Lys^{39}$GLP-1(1-39); $Arg^{26,34}Lys^{36,39}$GLP-1(1-39); $Arg^{26}Lys^{39}$GLP-1(7-39); $Arg^{34}Lys^{39}$GLP-1(7-39) or $Arg^{26,34}Lys^{36,39}$GLP-1(7-39).

In a further preferred embodiment, the present invention relates to a GLP-1 derivative wherein the parent peptide is $Arg^{26}$-GLP-1(7-37), $Arg^{34}$-GLP-1(7-37), $Lys^{36}$-GLP-1(7-37), $Arg^{26,34}Lys^{36}$-GLP-1(7-37), $Arg^{26}Lys^{36}$-GLP-1(7-37), $Arg^{34}Lys^{36}$-GLP-1(7-37), $Gly^8Arg^{26}$-GLP-1(7-37), $Gly^8Arg^{34}$-GLP-1(7-37), $Gly^8Lys^{36}$-GLP-1(7-37), $Gly^8Arg^{26,34}Lys^{36}$-GLP-1(7-37), $Gly^8Arg^{26}Lys^{36}$-GLP-1(7-37) or $Gly^8Arg^{34}Lys^{36}$-GLP-1(7-37).

In a further preferred embodiment, the present invention relates to a GLP-1derivative wherein the parent peptide is $Arg^{26}Lys^{38}$-GLP-1(7-38), $Arg^{26,34}Lys^{38}$-GLP-1(7-38), $Arg^{26,34}Lys^{36,38}$-GLP-1(7-38), $Gly^8Arg^{26}Lys^{38}$-GLP-1(7-38) or $Gly^8Arg^{26,34}Lys^{36,38}$-GLP-1(7-38).

US 6,268,343 B1

21

In a further preferred embodiment, the present invention relates to a GLP-1derivative wherein the parent peptide is $Arg^{26}Lys^{39}$-GLP-1(7-39), $Arg^{26,34}Lys^{36,39}$-GLP-1(7-39), $Gly^{8}Arg^{26}Lys^{39}$-GLP-1(7-39) or $Gly^{8}Arg^{26,34}Lys^{36,39}$-GLP-1(7-39).

In a further preferred embodiment, the present invention relates to a GLP-1derivative wherein the parent peptide is $Arg^{34}Lys^{40}$-GLP-1(7-40), $Arg^{26,34}Lys^{36,40}$-GLP-1(7-40), $Gly^{8}Arg^{34}Lys^{40}$-GLP-1(7-40) or $Gly^{8}Arg^{26,34}Lys^{36,40}$-GLP-1(7-40).

In a further preferred embodiment, the present invention relates to a GLP-1derivative wherein the parent peptide is: $Arg^{26}$-GLP-1(7-36); $Arg^{34}$-GLP-1(7-36); $Arg^{26}$-GLP-1(7-36)amide; $Arg^{34}$-GLP-1(7-36)amide; $Arg^{26,34}Lys^{37}$-GLP-1(7-36)amide; $Arg^{26}$-GLP-1(7-37); $Arg^{34}$-GLP-1(7-37); $Arg^{26,34}Lys^{36}$-GLP-1 (7-37); $Arg^{26}$-GLP-1(7-38); $Arg^{34}$-GLP-1(7-38); $Arg^{26,34}Lys^{38}$GLP-1(7-38); $Arg^{26}$-GLP-1(7-39); $Arg^{34}$-GLP-1(7-39); $Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Gly^{8}Arg^{26}$-GLP-1(7-36); $Gly^{8}Arg^{34}$-GLP-1(7-36); $Gly^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Gly^{8}Arg^{26}$-GLP-1(7-36)amide; $Gly^{8}Arg^{34}$-GLP-1(7-36)amide; $Gly^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Gly^{8}Arg^{26}$-GLP-1(7-37); $Gly^{8}Arg^{34}$-GLP-1(7-37); $Gly^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-37); $Gly^{8}Arg^{26}$-GLP-1(7-38); $Gly^{8}Arg^{34}$-GLP-1(7-38); $Gly^{8}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Gly^{8}Arg^{26}$-GLP-1(7-39); $Gly^{8}Arg^{34}$-GLP-1(7-39); $Gly^{8}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Val^{8}Arg^{26}$-GLP-1(7-36); $Val^{8}Arg^{34}$-GLP-1(7-36); $Val^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Val^{8}Arg^{26}$-GLP-1(7-36)amide; $Val^{8}Arg^{34}$-GLP-1(7-36)amide; $Val^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Val^{8}Arg^{26}$-GLP-1(7-37); $Val^{8}Arg^{34}$-GLP-1(7-37); $Val^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-37); $Val^{8}Arg^{26}$-GLP-1(7-38); $Val^{8}Arg^{34}$-GLP-1(7-38); $Val^{8}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Val^{8}Arg^{26}$-GLP-1(7-39); $Val^{8}Arg^{34}$-GLP-1(7-39); $Val^{8}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Ser^{8}Arg^{26}$-GLP-1(7-36); $Ser^{8}Arg^{34}$-GLP-1(7-36); $Ser^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Ser^{8}Arg^{26}$-GLP-1(7-36)amide; $Ser^{8}Arg^{34}$-GLP-1(7-36)amide; $Ser^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Ser^{8}Arg^{26}$-GLP-1(7-37); $Ser^{8}Arg^{34}$-GLP-1(7-37); $Ser^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-37); $Ser^{8}Arg^{26}$-GLP-1(7-38); $Ser^{8}Arg^{34}$-GLP-1(7-38); $Ser^{8}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Ser^{8}Arg^{26}$-GLP-1(7-39); $Ser^{8}Arg^{34}$-GLP-1(7-39); $Ser^{8}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Thr^{8}Arg^{26}$-GLP-1(7-36); $Thr^{8}Arg^{34}$-GLP-1(7-36); $Thr^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Thr^{8}Arg^{26}$-GLP-1(7-36)amide; $Thr^{8}Arg^{34}$-GLP-1(7-36)amide; $Thr^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Thr^{8}Arg^{26}$-GLP-1(7-37); $Thr^{8}Arg^{34}$-GLP-1(7-37); $Thr^{8}Arg^{26,34}Lys^{36}$-GLP-1(7-37); $Thr^{8}Arg^{26}$-GLP-1(7-38); $Thr^{8}Arg^{34}$-GLP-1(7-38); $Thr^{8}Arg^{26,34}Lys^{38}$-GLP-1(7-38); $Thr^{8}Arg^{26}$-GLP-1(7-39); $Thr^{8}Arg^{34}$-GLP-1(7-39); $Thr^{8}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Val^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Val^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Val^{8}Glu^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Val^{8}Glu^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Val^{8}Glu^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Val^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Val^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Val^{8}Glu^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Val^{8}Glu^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Val^{8}Glu^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

22

$Val^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Val^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Val^{8}Asp^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Val^{8}Asp^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Val^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Val^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Val^{8}Asp^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Val^{8}Asp^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Val^{8}Asp^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Ser^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Ser^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Ser^{8}Glu^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Ser^{8}Glu^{37}Arg^{26,34}Lys^{38}$-GLP-1(7-38); $Ser^{8}Glu^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Ser^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Ser^{8}Glu^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Ser^{8}Glu^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Ser^{8}Glu^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Ser^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Ser^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Ser^{8}Asp^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Ser^{8}Asp^{37}Arg^{26,34}Lys^{38}$-GLP-1(7-38); $Ser^{8}Asp^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Ser^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Ser^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Ser^{8}Asp^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Ser^{8}Asp^{37}Arg^{26,34}Lys^{38}$-GLP-1(7-38); $Ser^{8}Asp^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Thr^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Thr^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Thr^{8}Glu^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Thr^{8}Glu^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Thr^{8}Glu^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Thr^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Thr^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Thr^{8}Glu^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Thr^{8}Glu^{37}Arg^{26,34}Lys^{38}$-GLP-1(7-38); $Thr^{8}Glu^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Thr^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Thr^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Thr^{8}Asp^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Thr^{8}Asp^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Thr^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Thr^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Thr^{8}Asp^{36}Arg^{25,34}Lys^{37}$GLP-1(7-37); $Thr^{8}Asp^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Thr^{8}Glu^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Gly^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Gly^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Gly^{8}Glu^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Gly^{8}Glu^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Gly^{8}Glu^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Gly^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Gly^{8}Glu^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Gly^{8}Glu^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Gly^{8}Glu^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Gly^{8}Glu^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Gly^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Gly^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Gly^{8}Asp^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37); $Gly^{8}Asp^{37}Arg^{26,34}Lys^{38}$GLP-1(7-38); $Gly^{8}Asp^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Gly^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Gly^{8}Asp^{35}Arg^{26,34}Lys^{36}$-GLP-1(7-36)amide; $Gly^{8}Asp^{36}Arg^{26,34}Lys^{37}$GLP-1(7-37);

US 6,268,343 B1

**23**

$Gly^8Asp^{36}Arg^{26,34}Lys^{38}GLP$-1(7-38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-GLP-1(7-39);

$Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Arg^{26,34}Lys^{18}$GLP-1(7-36) amide; $Arg^{26,34}Lys^{18}$GLP-1(7-37); $Arg^{26,34}Lys^{18}$GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Arg^{26,34}Lys^{23}$GLP-1(7-36) amide; $Arg^{26,34}Lys^{23}$GLP-1(7-37); $Arg^{26,34}Lys^{23}$GLP-1(7-38); $Gly^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Gly^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-36)amide; $Gly^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36)amide; $Gly^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-37); $Gly^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-38); $Gly^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$GLP-1(7-36) amide; $Arg^{26,34}Lys^{27}$GLP-1(7-37); $Arg^{26,34}Lys^{27}$GLP-1(7-38); $Gly^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Gly^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Gly^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-36)amide; $Gly^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-38)amide; $Gly^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-37); $Gly^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-38); $Gly^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Arg^{26,34}Lys^{18}$GLP-1(7-36) amide; $Arg^{26,34}Lys^{18}$GLP-1(7-37); $Arg^{26,34}Lys^{18}$GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-GLP-1(7-36) amide; $Arg^{26,34}Lys^{23}$GLP-1(7-37); $Arg^{26,34}Lys^{23}$GLP-1(7-38); $Val^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Val^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Val^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36)amide; $Val^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-37); $Val^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-38); $Val^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-GLP-1(7-36) amide; $Arg^{26,34}Lys^{27}$GLP-1(7-37); $Arg^{26,34}Lys^{27}$GLP-1(7-38); $Val^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Val^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Val^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide; $Val^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-37); $Val^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-38); $Val^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Arg^{26,34}Lys^{18}$GLP-1(7-36) amide; $Arg^{26,34}Lys^{18}$GLP-1(7-37); $Arg^{26,34}Lys^{18}$GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-GLP-1(7-36) amide; $Arg^{26,34}Lys^{23}$GLP-1(7-37); $Arg^{26,34}Lys^{23}$GLP-

**24**

1(7-38); $Ser^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Ser^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Ser^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36)amide; $Ser^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-37); $Ser^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-38); $Ser^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$GLP-1(7-36) amide; $Arg^{26,34}Lys^{27}$GLP-1(7-37); $Arg^{26,34}Lys^{27}$GLP-1(7-38); $Ser^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Ser^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Ser^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide; $Ser^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide; $Ser^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-37); $Ser^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-38); $Ser^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-GLP-1(7-36) amide; $Arg^{26,34}Lys^{18}$GLP-1(7-37); $Arg^{26,34}Lys^{18}$GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-GLP-1(7-36) amide; $Arg^{26,34}Lys^{23}$GLP-1(7-37); $Arg^{26,34}Lys^{23}$GLP-1(7-38); $Thr^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Thr^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Thr^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36)amide; $Thr^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-37); $Thr^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-38); $Thr^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$GLP-1(7-37); $Arg^{26,34}Lys^{27}$GLP-1(7-38); $Thr^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Thr^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Thr^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide; $Thr^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide; $Thr^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-37); $Thr^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-38); or $Thr^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-38).

In a further preferred embodiment, the present invention relates to a GLP-1 derivative wherein the parent peptide is:

$Arg^{26}Lys^{36}$-GLP-1(7-36); $Arg^{34}Lys^{36}$-GLP-1(7-36); $Arg^{26}Lys^{36}$-GLP-1(7-37); $Arg^{34}Lys^{36}$-GLP-1(7-37); $Arg^{26}Lys^{37}$-GLP-1(7-37); $Arg^{34}Lys^{37}$-GLP-1(7-37); $Arg^{26}Lys^{39}$-GLP-1(7-39); $Arg^{34}Lys^{39}$-GLP-1(7-39); $Arg^{26,34}Lys^{36,39}$-GLP-1(7-39);

$Arg^{26}Lys^{18}$ $^{-GLP-}$1(7-36); $Arg^{34}Lys^{18}$-GLP-1(7-36); $Arg^{26}Lys^{18}$-GLP-1(7-37); $Arg^{34}Lys^{18}$-GLP-1(7-37); $Arg^{26}Lys^{18}$-GLP-1(7-39); $Arg^{34}Lys^{18}$-GLP-1(7-39); $Arg^{26,34}Lys^{36,39}$-GLP-1(7-39);

$Arg^{26}Lys^{23}$-GLP-1(7-36); $Arg^{34}Lys^{23}$-GLP-1(7-36); $Arg^{26}Lys^{23}$-GLP-1(7-37); $Arg^{34}Lys^{23}$-GLP-1(7-37); $Arg^{26}Lys^{39}$-GLP-1(7-39); $Arg^{34}Lys^{23}$-GLP-1(7-39); $Arg^{26,34}Lys^{36,39}$-GLP-1(7-39);

$Arg^{26}Lys^{27}$-GLP-1(7-36); $Arg^{34}Lys^{27}$-GLP-1(7-36); $Arg^{26}Lys^{27}$-GLP-1(7-37); $Arg^{34}Lys^{27}$-GLP-1(7-37); $Arg^{26}Lys^{27}$-GLP-1(7-39); $Arg^{34}Lys^{27}$-GLP-1(7-39); $Arg^{26,34}Lys^{36,39}$-GLP-1(7-39);

$Arg^{26,34}Lys^{18,36}$-GLP-1(7-36); $Arg^{26,34}Lys^{18}$GLP-1(7-37); $Arg^{26,34}Lys^{18,37}$GLP-1(7-37);

US 6,268,343 B1

**25**

$Arg^{26,34}Lys^{18,38}$-GLP-1(7-38); $Arg^{26,34}Lys^{18,39}$GLP-1(7-39); $Arg^{26,34}Lys^{23,36}$GLP-1(7-36);

$Arg^{26,34}Lys^{23}$-GLP-1(7-37); $Arg^{26,34}Lys^{23,37}$GLP-1(7-37); $Arg^{26,34}Lys^{23,38}$GLP-1(7-38);

$Arg^{26,34}Lys^{23,39}$GLP-1(7-39); $Arg^{26,34}Lys^{27,36}$GLP-1(7-36); $Arg^{26,34}Lys^{27}$GLP-1(7-37);

$Arg^{26,34}Lys^{27,37}$GLP-1(7-37); $Arg^{26,34}Lys^{27,38}$GLP-1(7-38); $Arg^{26,34}Lys^{27,39}$GLP-1(7-39);

$Gly^8$GLP-1(7-36); $Gly^8$GLP-1(7-37); $Gly^8$GLP-1(7-38); $Gly^8$GLP-1(7-39);

$Gly^8Arg^{26}Lys^{36}$-GLP-1(7-36); $Gly^8Arg^{34}Lys^{36}$-GLP-1 (7-36); $Gly^8Arg^{26}Lys^{36}$-GLP-1(7-37);

$Gly^8Arg^{34}Lys^{36}$-GLP-1(7-37); $Gly^8Arg^{26}Lys^{37}$-GLP-1 (7-37); $Gly^8Arg^{34}Lys^{37}$-GLP-1(7-37);

$Gly^8Arg^{26}Lys^{39}$-GLP-1(7-39); $Gly^8Arg^{34}Lys^{39}$-GLP-1 (7-39); $Gly^8Arg^{26,34}Lys^{36,39}$-GLP-1(7-39);

$Gly^8Arg^{26}Lys^{18}$-GLP-1(7-36); $Gly^8Arg^{34}Lys^{18}$-GLP-1 (7-36); $Gly^8Arg^{26}Lys^{18}$-GLP-1(7-37);

$Gly^8Arg^{34}Lys^{18}$-GLP-1(7-37); $Gly^8Arg^{26}Lys^{18}$-GLP-1 (7-38); $Gly^8Arg^{34}Lys^{18}$-GLP-1(7-38);

$Gly^8Arg^{26}Lys^{18}$-GLP-1(7-39); $Gly^8Arg^{34}Lys^{18}$-GLP-1 (7-39);

$Gly^8Arg^{26}Lys^{23}$-GLP-1(7-36); $Gly^8Arg^{34}Lys^{23}$-GLP-1 (7-36); $Gly^8Arg^{26}Lys^{23}$-GLP-1(7-37);

$Gly^8Arg^{26}Lys^{23}$-GLP-1(7-37); $Gly^8Arg^{34}Lys^{23}$-GLP-1 (7-38); $Gly^8Arg^{34}Lys^{23}$-GLP-1(7-38);

$Gly^8Arg^{26}Lys^{23}$-GLP-1(7-39); $Gly^8Arg^{34}Lys^{23}$-GLP-1 (7-39);

$Gly^8Arg^{26}Lys^{27}$-GLP-1(7-36); $Gly^8Arg^{34}Lys^{27}$-GLP-1 (7-36); $Gly^8Arg^{26}Lys^{27}$-GLP-1(7-37);

$Gly^8Arg^{34}Lys^{27}$-GLP-1(7-37); $Gly^8Arg^{26}Lys^{27}$-GLP-1 (7-38); $Gly^8Arg^{34}Lys^{27}$-GLP-1(7-38);

$Gly^8Arg^{26}Lys^{27}$-GLP-1(7-39); $Gly^8Arg^{34}Lys^{27}$-GLP-1 (7-39);

$Gly^8Arg^{26,34}Lys^{18,36}$-GLP-1(7-36); $Gly^8Arg^{26,34}Lys^{18}$-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{18,37}$-GLP-1(7-37);

$Gly^8Arg^{26,34}Lys^{18,38}$-GLP-1(7-38); $Gly^8Arg^{26,34}Lys^{18,39}$-GLP-1(7-39); $Gly^8Arg^{26,34}Lys^{23,36}$-GLP-1(7-36);

$Gly^8Arg^{26,34}Lys^{23}$-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{23,37}$-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{23,38}$-GLP-1(7-38);

$Gly^8Arg^{26,34}Lys^{23,39}$-GLP-1(7-39); $Gly^8Arg^{34}Lys^{27,36}$-GLP-1(7-36); $Gly^8Arg^{26,34}Lys^{27}$-GLP-1(7-37);

$Gly^8Arg^{26,34}Lys^{36}$-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{27,38}$-GLP-1(7-38); $Gly^8Arg^{26,34}Lys^{27,39}$-GLP-1(7-39);

$Val^8$GLP-1-(7-36); $Val^8$GLP-1(7-37); $Val^8$GLP-1(7-36); $Val^8Arg^{26}Lys^{36}$-GLP-1(7-37);

$Val^8Arg^{26}Lys^{36}$-GLP-1(7-36); $Val^8Arg^{34}Lys^{36}$-GLP-1(7-36); $Val^8Arg^{26}Lys^{36}$-GLP-1(7-37);

$Val^8Arg^{34}$$6Lys^{36}$-GLP-1(7-37); $Val^8Arg^{26}Lys^{37}$-GLP-1 (7-37); $Val^8Arg^{34}Lys^{37}$-GLP-1(7-37);

$Val^8Arg^{26}Lys^{39}$-GLP-1(7-39); $Val^8Arg^{34}Lys^{39}$-GLP-1(7-39); $Val^8Arg^{26,34}Lys^{36,39}$-GLP-1(7-39);

$Val^8Arg^{26}Lys^{18}$-GLP-1(7-36); $Val^8Arg^{34}Lys^{18}$-GLP-1(7-36); $Val^8Arg^{26}Lys^{18}$-GLP-1(7-37);

$Val^8Arg^{34}Lys^{18}$-GLP-1(7-37); $Val^8Arg^{26}Lys^{18}$-GLP-1(7-38); $Val^8Arg^{34}Lys^{18}$-GLP-1(7-38);

$Val^8Arg^{26}Lys^{18}$-GLP-1(7-39); $Val^8Arg^{34}Lys^{18}$-GLP-1(7-39);

$Val^8Arg^{26}Lys^{23}$-GLP-1(7-36); $Val^8Arg^{34}Lys^{23}$-GLP-1(7-36); $Val^8Arg^{26}Lys^{23}$-GLP-1(7-37);

$Val^8Arg^{34}Lys^{23}$-GLP-1(7-37); $Val^8Arg^{26}Lys^{23}$-GLP-1(7-38); $Val^8Arg^{34}Lys^{23}$-GLP-1(7-38);

**26**

$Val^8Arg^{26}Lys^{23}$-GLP-1(7-39); $Val^8Arg^{34}Lys^{23}$-GLP-1(7-39);

$Val^8Arg^{26}Lys^{27}$-GLP-1(7-36); $Val^8Arg^{34}Lys^{27}$-GLP-1(7-36); $Val^8Arg^{26}Lys^{27}$-GLP-1(7-37);

$Val^8Arg^{34}Lys^{36}$-GLP-1(7-37); $Val^8Arg^{26}Lys^{27}$-GLP-1(7-38); $Val^8Arg^{34}Lys^{27}$-GLP-1(7-38);

$Val^8Arg^{26}Lys^{36}$-GLP-1(7-36); $Val^8Arg^{34}Lys^{36}$-GLP-1(7-36); $Val^8Arg^{26}Lys^{36}$-GLP-1(7-37);

$Val^8Arg^{26}Lys^{27}$-GLP-1(7-39); $Val^8Arg^{34}Lys^{27}$-GLP-1(7-39);

$Val^8Arg^{26,34}Lys^{18,36}$-GLP-1(7-36); $Val^8Arg^{26,34}Lys^{18}$-GLP-1(7-37); $Val^8Arg^{26,34}Lys^{18,37}$-GLP-1(7-37);

$Val^8Arg^{26,34}Lys^{18,38}$-GLP-1(7-38); $Val^8Arg^{26,34}Lys^{18,39}$-GLP-1(7-39); $Val^8Arg^{23,36}Lys^{36}$-GLP-1(7-36);

$Val^8Arg^{26,34}Lys^{23}$-GLP-1(7-37); $Val^8Arg^{26,34}Lys^{23,37}$-GLP-1(7-37); $Val^8Arg^{26,34}Lys^{23,38}$-GLP-1(7-38);

$Val^8Arg^{26,34}Lys^{23,39}$-GLP-1(7-39); $Val^8Arg^{26,34}Lys^{27,36}$-GLP-1(7-36); $Val^8Arg^{26,34}Lys^{27}$-GLP-1(7-37);

$Val^8Arg^{26,34}Lys^{27,37}$-GLP-1(7-37); $Val^8Arg^{26,34}Lys^{27,38}$-GLP-1(7-38); $Val^8Arg^{26,34}Lys^{36}$-GLP-1(7-39);

In a further preferred embodiment, the parent peptide is: $Arg^{26}$-GLP-1(1-37); $Arg^{34}$-GLP-1(7-37); $Lys^{36}$-GLP-1-(7-37); $Arg^{26,34}Lys^{36}$-GLP-1(7-37); $Arg^{26,34}Lys^{38}$GLP-1(7-38); $Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Arg^{26,34}Lys^{40}$-GLP-1(7-40); $Arg^{26}Lys^{36}$GLP-1(7-37); $Arg^{34}Lys^{36}$-GLP-1(7-37); $Arg^{26}Lys^{39}$-GLP-1(7-39); $Arg^{34}Lys^{40}$-GLP-1(7-40); $Arg^{26,34}Lys^{36,39}$-GLP-1 (7-39); $Arg^{26,34}Lys^{36,40}$-GLP-1(7-40); $Gly^8Arg^{26}$-GLP-1(7-37); $Gly^8Arg^{34}$-GLP-1(7-37); $Gly^8Lys^{36}$-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{36}$GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Gly^8Arg^{26,34}Lys^{40}$-GLP-1(7-40); $Gly^8Arg^{26}Lys^{36}$GLP-1(7-37); $Gly^8Arg^{34}Lys^{36}$-GLP-1(7-37); $Gly^8Arg^{26}Lys^{39}$-GLP-1 (7-39); $Gly^8Arg^{34}Lys^{40}$GLP-1(7-40); $Gly^8Arg^{34}Lys^{36,39}$-GLP-1(7-39); or $Gly^8Arg^{26,34}Lys^{36,40}$-GLP-1(7-40);

In a further preferred embodiment, the parent peptide is: $Arg^{26,34}Lys^{38}$GLP-1(7-38); $Arg^{26,34}Lys^{39}$-GLP-1(7-39); $Arg^{26,34}Lys^{40}$-GLP-1(7-40); $Arg^{26,34}Lys^{41}$GLP-1(7-41); $Arg^{26,34}Lys^{42}$-GLP-1(7-42); $Arg^{26,34}Lys^{43}$-GLP-1 (7-43); $Arg^{26,34}Lys^{44}$GLP-1(7-44); $Arg^{26,34}Lys^{45}$-GLP-1(7-45); $Arg^{26}Lys^{38}$-GLP-1(7-39); $Arg^{34}Lys^{39}$GLP-1 (7-39); or $Arg^{26,34}Lys^{36,39}$-GLP-1(7-39).

In a further preferred embodiment, the parent peptide is $Arg^{26}$-GLP-1(7-37), $Arg^{34}$-GLP-1(7-37), $Lys^{36}$-GLP-1(7-37), $Arg^{26,34}Lys^{36}$-GLP-1(7-37), $Arg^{26}Lys^{36}$-GLP-1(7-37), $Arg^{34}Lys^{36}$-GLP-1(7-37), $Gly^8Arg^{26}$-GLP-1(7-37), $Gly^8Arg^{34}$-GLP-1(7-37), $Gly^8Lys^{36}$-GLP-1(7-37), $Gly^8Arg^{26,34}Lys^{36}$-GLP-1(7-37), $Gly^8Arg^{26}Lys^{36}$-GLP-1 (7-37) or $Gly^8Arg^{34}Lys^{36}$-GLP-1(7-37).

In a further preferred embodiment, the parent peptide is $Arg^{26}Lys^{38}$-GLP-1(7-38), $Arg^{26,34}Lys^{38}$-GLP-1(7-38), $Arg^{26,34}Lys^{36,38}$-GLP-1(7-38), $Gly^8Arg^{26}Lys^{38}$-GLP-1(7-38) or $Gly^8Arg^{26,34}Lys^{36,38}$-GLP-1(7-38).

In a further preferred embodiment, the parent peptide is $Arg^{26}Lys^{39}$-GLP-1(7-39), $Arg^{26,34}Lys^{36,39}$-GLP-1(7-39), $Gly^8Arg^{26}Lys^{39}$-GLP-1(7-39) or $Gly^8Arg^{26,34}Lys^{36,39}$-GLP-1(7-39).

In a further preferred embodiment, the parent peptide is $Arg^{34}Lys^{40}$-GLP-1(7-40), $Arg^{26,34}Lys^{36,40}$-GLP-1(7-40), $Gly^8Arg^{34}Lys^{40}$-GLP-1(7-40) or $Gly^8Arg^{26,34}Lys^{36,40}$-GLP-1(7-40).

In a further preferred embodiment, the parent peptide is: $Arg^{26}$-GLP-1(7-36); $Arg^{34}$-GLP-1(7-36); $Arg^{26,34}Lys^{36}$-GLP-1(7-36); $Arg^{26}$-GLP-1(7-36)amide; $Arg^{34}$-GLP-1

US 6,268,343 B1

**27**

(7-36); Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Arg$^{26}$-GLP-1(7-37); Arg$^{34}$-GLP-1(7-37); Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37); Arg$^{26}$-GLP-1(7-38); Arg$^{34}$-GLP-1(7-38); Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Arg$^{26}$-GLP-1(7-39); Arg$^{34}$-GLP-1(7-39); Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Gly$^8$Arg$^{26}$-GLP-1(7-36); Gly$^8$Arg$^{34}$-GLP-1(7-36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Gly$^8$Arg$^{26}$-GLP-1(7-36); amide; Gly$^8$Arg$^{34}$-GLP-1(7-36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Gly$^8$Arg$^{26}$-GLP-1(7-37); Gly$^8$Arg$^{34}$-GLP-1(7-37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37); Gly$^8$Arg$^{26}$-GLP-1(7-38); Gly$^8$Arg$^{34}$-GLP-1(7-38); Gly$^8$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Gly$^8$Arg$^{26}$-GLP-1(7-39);

Gly$^8$Arg$^{34}$-GLP-1(7-39); Gly$^8$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Val$^8$Arg$^{26}$-GLP-1-(7-36); Val$^8$Arg$^{34}$-GLP-1(7-36); Val$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Val$^8$Arg$^{26}$-GLP-1(7-36)amide; Val$^8$Arg$^{34}$-GLP-1(7-36)amide; Val$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Val$^8$Arg$^{26}$-GLP-1(7-37); Val$^8$Arg$^{34}$-GLP-1(7-37); Val$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37); Val$^8$Arg$^{26}$-GLP-1(7-38); Val$^8$Arg$^{34}$-GLP-1(7-38); Val$^8$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Val$^8$Arg$^{26}$-GLP-1(7-39); Val$^8$Arg$^{34}$-GLP-1(7-39); Val$^8$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Ser$^8$Arg$^{26}$-GLP-1(7-36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Ser$^8$Arg$^{34}$-GLP-1(7-36); Ser$^8$Arg$^{26}$-GLP-1(7-36)amide; Ser$^8$Arg$^{34}$-GLP-1(7-36)amide;

Ser$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Ser$^8$Arg$^{26}$-GLP-1(7-37); Ser$^8$Arg$^{34}$-GLP-1(7-37); Ser$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37); Ser$^8$Arg$^{26}$-GLP-1(7-38); Ser$^8$Arg$^{34}$-GLP-1(7-38); Ser$^8$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Ser$^8$Arg$^{26}$-GLP-1(7-39); Ser$^8$Arg$^{34}$-GLP-1(7-39); Ser$^8$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Thr$^8$Arg$^{26}$-GLP-1(7-36); Thr$^8$Arg$^{34}$-GLP-1(7-36); Thr$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Thr$^8$Arg$^{26}$-GLP-1(7-36)amide; Thr$^8$Arg$^{34}$-GLP-1(7-36)amide; Thr$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Thr$^8$Arg$^{26}$-GLP-1(7-37); Thr$^8$Arg$^{34}$-GLP-1(7-37); Thr$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37); Thr$^8$Arg$^{26}$-GLP-1(7-38); Thr$^8$Arg$^{34}$-GLP-1(7-38); Thr$^8$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Thr$^8$Arg$^{26}$-GLP-1(7-39); Thr$^8$Arg$^{34}$-GLP-1(7-39); Thr$^8$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP- 1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide;

**28**

Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$GLP-1(7-39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$GLP-1(7-39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$GLP-1(7-39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(7-39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$GLP-1(7-39); Arg$^{26,34}$Lys$^{18}$-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1(7-38); Arg$^{26,34}$Lys$^{23}$-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-GLP-1(7-38); Gly$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1(7-36); Gly$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$-GLP-1(7-36); Gly$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP- 1(7-36); Gly$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$-GLP-1(7-36); Gly$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1(7-37);

US 6,268,343 B1

**29**

$Gly^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-38);
$Gly^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-38); $Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-GLP-1(7-38); $Gly^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36);
$Gly^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36);
$Gly^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36);
$Gly^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36);
$Gly^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-37);
$Gly^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-38);
$Gly^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-38); $Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide;
$Arg^{26,34}Lys^{18}$-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-36);
$Val^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36);
$Val^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide;
$Val^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide;
$Val^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-37);
$Val^8Asp^{19}Arg^{26,34}Lys^{18}$-GLP-1(7-38);
$Val^8Asp^{17}Arg^{26,34}Lys^{18}$-GLP-1(7-38); $Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-GLP-1(7-36)amide;
$Arg^{26,34}Lys^{23}$-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-GLP-1(7-38); $Val^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-36);
$Val^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36);
$Val^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-36)amide;
$Val^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-36);
$Val^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-36);
$Val^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-38);
$Val^8Asp^{22}Arg^{26,34}Lys^{23}$-GLP-1(7-38); $Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide;
$Arg^{26,34}Lys^{27}$-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-GLP-1(7-38); $Val^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36);
$Val^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36);
$Val^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36);
$Val^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide;
$Val^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-37);
$Val^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-38);
$Val^8Asp^{26}Arg^{26,34}Lys^{27}$-GLP-1(7-38); $Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide;
$Arg^{26,34}Lys^{18}$-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-36);
$Ser^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-37);
$Ser^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-38);
$Ser^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-38); $Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-GLP-1(7-36)amide;
$Arg^{26,34}Lys^{23}$-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-GLP-1(7-38); $Ser^8Asp^{24}Arg^{26,34}Lys^{23}$-GLP-1(7-36);
$Ser^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-36); $Ser^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-38)amide;
$Ser^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-36)amide;
$Ser^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-37);
$Ser^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-38);
$Ser^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-38); $Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide;
$Arg^{26,34}Lys^{27}$-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-GLP-1(7-38); $Ser^8Asp^{28}Arg^{26,34}Lys^{27}$-GLP-1(7-36);
$Ser^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-36);
$Ser^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-38)amide;
$Ser^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-36)amide;
$Ser^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-37);
$Ser^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-38);
$Ser^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-38); $Arg^{26,34}Lys^{18}$-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-36);

**30**

$Thr^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-36);
$Thr^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-38);
$Thr^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-36);
$Thr^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-3);
$Thr^8Asp^{19}Arg^{26,34}Lys^{18}$GLP-1(7-38);
$Thr^8Asp^{17}Arg^{26,34}Lys^{18}$GLP-1(7-38); $Arg^{26,34}Lys^{23}$-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-GLP-1(7-38); $Thr^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-36);
$Thr^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-36);
$Thr^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-36)amide;
$Thr^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-36)amide;
$Thr^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-37);
$Thr^8Asp^{24}Arg^{26,34}Lys^{23}$GLP-1(7-38);
$Thr^8Asp^{22}Arg^{26,34}Lys^{23}$GLP-1(7-38); $Arg^{26,34}Lys^{27}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-GLP-1(7-36)amide;
$Arg^{26,34}Lys^{27}$-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-GLP-1(7-38); $Thr^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-36);
$Thr^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-36);
$Thr^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-36)amide;
$Thr^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-36)amide;
$Thr^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-37);
$Thr^8Asp^{28}Arg^{26,34}Lys^{27}$GLP-1(7-38); or
$Thr^8Asp^{26}Arg^{26,34}Lys^{27}$GLP-1(7-38).

In a further preferred embodiment, the present invention relates to a GLP-1 derivative wherein the parent peptide is:
$Arg^{26}Lys^{36}$-GLP-1(7-36); $Arg^{34}Lys^{36}$-GLP-1(7-36); $Arg^{26}Lys^{36}$-GLP-1(7-37); $Arg^{34}Lys^{36}$-GLP-1(7-36); $Arg^{26}Lys^{37}$-GLP-1(7-37); $Arg^{34}Lys^{37}$-GLP-1(7-37); $Arg^{26}Lys^{39}$-GLP-1(7-39); $Arg^{34}Lys^{39}$-GLP-1(7-36); $Arg^{26,34}Lys^{36,39}$-GLP-1(7-39); $Arg^{26,Lys18}$-GLP-1(7-36); $Arg^{34}Lys^{18}$-GLP-1(7-37); $Arg^{26}Lys^{18}$-GLP-1(7-37); $Arg^{34}Lys^{18}$-GLP-1(7-37); $Arg^{26}Lys^{18}$-GLP-1(7-38); $Arg^{34}Lys^{18}$-GLP-1(7-38); $Arg^{26}Lys^{18}$-GLP-1(7-39); $Arg^{34}Lys^{18}$-GLP-1(7-39); $Arg^{26}Lys^{23}$-GLP-1(7-36); $Arg^{34}Lys^{23}$-GLP-1(7-36); $Arg^{26}Lys^{23}$-GLP-1(7-36); $Arg^{34}Lys^{23}$-GLP-1(7-37); $Arg^{26}Lys^{23}$-GLP-1(7-38); $Arg^{34}Lys^{23}$-GLP-1(7-38); $Arg^{26}Lys^{27}$-GLP-1(7-36); $Arg^{34}Lys^{23}$-GLP-1(7-39); $Arg^{26}Lys^{27}$-GLP-1(7-36); $Arg^{34}Lys^{27}$-GLP-1(7-36); $Arg^{26}Lys^{27}$-GLP-1(7-37); $Arg^{34}Lys^{27}$-GLP-1(7-37); $Arg^{26}Lys^{27}$-GLP-1(7-38); $Arg^{34}Lys^{27}$-GLP-1(7-38); $Arg^{26}Lys^{27}$-GLP-1(7-39); $Arg^{34}Lys^{27}$-GLP-1(7-39); $Arg^{26,34}Lys^{18,36}$-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-GLP-1(7-37); $Arg^{26,34}Lys^{18,37}$-GLP-1(7-37); $Arg^{26,34}Lys^{18,38}$-GLP-1(7-38); $Arg^{26,34}Lys^{18,39}$-GLP-1(7-39); $Arg^{26,34}Lys^{23,36}$-GLP-1(7-36); $Arg^{26,34}Lys^{23,38}$-GLP-1(7-37); $Arg^{26,34}Lys^{23,37}$-GLP-1(7-37); $Arg^{26,34}Lys^{23,38}$-GLP-1(7-38); $Arg^{26,34}Lys^{23,39}$-GLP-1(7-39); $Arg^{26,34}Lys^{27,36}$-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-GLP-1(7-37); $Arg^{26,34}Lys^{27,37}$-GLP-1(7-37); $Arg^{26,34}Lys^{27,38}$-GLP-1(7-38); $Arg^{26,34}Lys^{27,39}$-GLP-1(7-39); $Gly^8$GLP-1(7-36); $Gly^8$GLP-1(7-37); $Gly^8$GLP-1(7-38); $Gly^8$GLP-1(7-39); $Gly^8Arg^{26}Lys^{36}$-GLP-1(7-36); $Gly^8Arg^{34,Lys36}$-GLP-1(7-36); $Gly^8Arg^{26}Lys^{36}$-GLP-1(7-37); $Gly^8Arg^{34}Lys^{36}$-GLP-1(7-37); $Gly^8Arg^{26}Lys^{37}$-GLP-1(7-37); $Gly^8Arg^{34}Lys^{37}$-GLP-1(7-37); $Gly^8Arg^{26}Lys^{39}$-GLP-1(7-39); $Gly^8Arg^{34}Lys^{39}$-GLP-1(7-39); $Gly^8Arg^{26,34}Lys^{36,39}$-GLP-1(7-39); $Gly^8Arg^{26}Lys^{18}$-GLP-1(7-36); $Gly^8Arg^{34}Lys^{18}$-GLP-1(7-37); $Gly^8Arg^{26}Lys^{18}$-GLP-1(7-37); $Gly^8Arg^{34}Lys^{18}$-GLP-1(7-37); $Gly^8Arg^{26}Lys^{18}$-GLP-1(7-38); $Gly^8Arg^{34}Lys^{18}$-GLP-1(7-38); $Gly^8Arg^{26}Lys^{18}$-GLP-1(7-39); $Gly^8Arg^{34}Lys^{18}$GLP-1(7-39); $Gly^8Arg^{26}Lys^{23}$-GLP-1(7-36); $Gly^8Arg^{34}Lys^{23}$-GLP-1(7-36); $Gly^8Arg^{26}Lys^{23}$GLP-1(7-37); $Gly^8Arg^{34}Lys^{23}$GLP-1(7-37); $Gly^8Arg^{26}Lys^{23}$-GLP-1(7-38); $Gly^8Arg^{34}Lys^{23}$GLP-1(7-38); $Gly^8Arg^{26}Lys^{23}$GLP-1(7-39); $Gly^8Arg^{34}Lys^{23}$GLP-1(7-39); $Gly^8Arg^{26}Lys^{27}$-

US 6,268,343 B1

**31**

GLP-1(7–36); Gly$^8$Arg$^{34}$Lys$^{27}$-GLP-1(7–36); Gly$^8$Arg$^{26}$Lys$^{27}$GLP-1(7–37); Gly$^8$Arg$^{34}$Lys$^{27}$GLP-1 (7–37); Gly$^8$Arg$^{26}$Lys$^{27}$GLP-1(7–38); Gly$^8$Arg$^{34}$Lys$^{27}$GLP-1(7–38); Gly$^8$Arg$^{26}$Lys$^{27}$GLP-1 (7–39); Gly$^8$Arg$^{34}$Lys$^{27}$GLP-1(7–39); Gly$^8$Arg$^{26,34}$Lys$^{18,36}$-GLP-1(7–36); Gly$^8$Arg$^{26,34}$Lys$^{18}$GLP-1(7–37); Gly$^8$Arg$^{26,34}$Lys$^{18,37}$GLP-1(7–37); Gly$^8$Arg$^{26,34}$GLP-1(7–38); Gly$^8$Arg$^{26,34}$Lys$^{18,39}$GLP-1(7–39); Gly$^8$Arg$^{26,34}$Lys$^{23,36}$-GLP-1(7–36); Gly$^8$Arg$^{26,34}$Lys$^{23}$GLP-1(7–37); Gly$^8$Arg$^{26,34}$Lys$^{23,37}$GLP-1(7–37); Gly$^8$Arg$^{26,34}$Lys$^{23,38}$GLP-1(7–38); Gly$^8$Arg$^{26,34}$Lys$^{23,39}$GLP-1(7–39); Gly$^8$Arg$^{26,34}$Lys$^{27,36}$-GLP-1(7–36); Gly$^8$Arg$^{26,34}$Lys$^{27}$GLP-1(7–37); Gly$^8$Arg$^{26,34}$Lys$^{27,37}$GLP-1(7–37); Gly$^8$Arg$^{26,34}$Lys$^{27,38}$GLP-1(7–38); Gly$^8$Arg$^{26,34}$Lys$^{27,39}$GLP-1(7–39); Val$^8$GLP-1(7–36); Val8GLP-1(7–37); Val$^8$GLP-1(7–38); Val$^8$GLP-1(7–39); Val$^8$Arg$^{26}$Lys$^{36}$-GLP-1(7–36); Val$^8$Arg$^{34}$Lys$^{36}$-GLP-1 (7–36); Val$^8$Arg$^{26}$Lys$^{36}$-GLP-1(7–37); Val$^8$Arg$^{34}$Lys$^{36}$-GLP-1(7–37); Val$^8$Arg$^{26}$Lys$^{37}$-GLP-1(7–37); Val$^8$Arg$^{34}$Lys$^{37}$-GLP-1(7–37); Val$^8$Arg$^{26}$Lys$^{39}$-GLP-1 (7–39); Val$^8$Arg$^{34}$Lys$^{39}$-GLP-1(7–39); Val$^8$Arg$^{26,34}$Lys$^{36,39}$-GLP-1(7–39); Val$^8$Arg$^{26}$Lys$^{18}$-GLP-1 (7–36); Val$^8$Arg$^{34}$Lys$^{18}$-GLP-1(7–36); Val$^8$Arg$^{26}$Lys$^{18}$GLP-1(7–37); Val$^8$Arg$^{34}$Lys$^{18}$GLP-1 (7–37); Val$^8$Arg$^{26}$Lys$^{18}$GLP-1(7–38); Val$^8$Arg$^{34}$Lys$^{18}$GLP-1(7–38); Val$^8$Arg$^{26}$Lys$^{18}$GLP-1(7–39); Val$^8$Arg$^{34}$Lys$^{18}$GLP-1(7–39); Val$^8$Arg$^{26}$Lys$^{23}$-GLP-1 (7–36); Val$^8$Arg$^{34}$Lys$^{23}$-GLP-1(7–36); Val$^8$Arg$^{26}$Lys$^{23}$GLP-1(7–37); Val$^8$Arg$^{34}$Lys$^{23}$GLP-1 (7–37); Val$^8$Arg$^{26}$Lys$^{23}$GLP-1(7–38); Val$^8$Arg$^{34}$Lys$^{23}$GLP-1(7–38); Val$^8$Arg$^{26}$Lys$^{23}$GLP-1(7–39); Val$^8$Arg$^{34}$Lys$^{23}$GLP-1(7–39); Val$^8$Arg$^{26}$Lys$^{27}$-GLP-1 (7–36); Val$^8$Arg$^{34}$Lys$^{27}$-GLP-1(7–36); Val$^8$Arg$^{26}$Lys$^{27}$GLP-1(7–37); Val$^8$Arg$^{34}$Lys$^{27}$GLP-1 (7–37); Val$^8$Arg$^{26}$Lys$^{27}$GLP-1(7–38); Val$^8$Arg$^{34}$Lys$^{27}$GLP-1(7–38); Val$^8$Arg$^{26}$Lys$^{27}$GLP-1(7–39); Val$^8$Arg$^{34}$Lys$^{27}$GLP-1(7–39); Val$^8$Arg$^{26,34}$Lys$^{18,36}$GLP-1(7–36); Val$^8$Arg$^{26,34}$Lys$^{18,37}$GLP-1(7–37); Val$^8$Arg$^{26,34}$Lys$^{18,38}$GLP-1(7–38); Val$^8$Arg$^{26,34}$Lys$^{18,39}$GLP-1(7–39); Val$^8$Arg$^{26,34}$Lys$^{23,36}$-GLP-1(7–36); Val$^8$Arg$^{26,34}$Lys$^{23,37}$GLP-1(7–37); Val$^8$Arg$^{26,34}$Lys$^{23,38}$GLP-1(7–38); Val$^8$Arg$^{26,34}$Lys$^{23,39}$GLP-1(7–39); Val$^8$Arg$^{26,34}$Lys$^{27,36}$-GLP-1(7–36); Val$^8$Arg$^{26,34}$Lys$^{27}$GLP-1(7–37); Val$^8$Arg$^{26,34}$Lys$^{27,37}$GLP-1(7–37); Val$^8$Arg$^{26,34}$Lys$^{27,38}$GLP-1(7–38); or Val$^8$Arg$^{26,34}$Lys$^{27,39}$GLP-1(7–39).

In a further preferred embodiment, the present invention relates to a GLP-1 derivative wherein the parent peptide is: Arg$^{26}$-GLP-1(8–37); Arg$^{34}$-GLP-1(8–37); Lys$^{36}$-GLP-1 (8–37); Arg$^{26,34}$Lys$^{36}$-GLP-1(8–37); Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Arg$^{26,34}$Lys$^{39}$-GLP-1 (8–39); Arg$^{26,34}$Lys$^{40}$GLP-1(8–40); Arg$^{26}$Lys$^{36}$-GLP-1(8–37); Arg$^{34}$Lys$^{36}$-GLP-1(8–37); Arg$^{26}$Lys$^{39}$-GLP-1 (8–39); Arg$^{34}$Lys$^{40}$-GLP-1(8–40); Arg$^{26,34}$Lys$^{36,39}$-GLP-1(8–39); Arg$^{26,34}$Lys$^{36,40}$-GLP-1(8–40); Gly$^8$Arg$^{26}$-GLP-1(8–37); Gly$^8$Arg$^{34}$-GLP-1(8–37); Gly$^8$Lys$^{36}$-GLP-1(8–37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1 (8–37); Gly$^8$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Gly$^8$Arg$^{26,34}$Lys$^{40}$-GLP-1(8–40); Gly$^8$Arg$^{26}$Lys$^{36}$-GLP-1(8–37); Gly$^8$Arg$^{34}$Lys$^{36}$-GLP-1(8–37); Gly$^8$Arg$^{26}$Lys$^{39}$-GLP-1(8–39); Gly$^8$Arg$^{34}$Lys$^{40}$-GLP-1(8–40); Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-GLP-1(8–39); or Gly$^8$Arg$^{26,34}$Lys$^{36,40}$-GLP-1(8–40).

**32**

In a further preferred embodiment, the parent peptide is: Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Arg$^{26,34}$Lys$^{39}$GLP-1(8–39); Arg$^{26,34}$Lys$^{40}$GLP-1(8–40); Arg$^{26,34}$Lys$^{41}$GLP-1 (8–41); Arg$^{26,34}$Lys$^{42}$GLP-1(8–42); Arg$^{26,34}$Lys$^{43}$GLP-1(8–43); Arg$^{26,34}$Lys$^{44}$GLP-1 (8–44); Arg$^{26,34}$Lys$^{45}$GLP-1(8–45); Arg$^{26}$Lys$^{38}$GLP-1 (8–38); Arg$^{34}$Lys$^{38}$GLP-1(8–38); Arg$^{26,34}$Lys$^{36,38}$GLP-1(8–38); Arg$^{26,34}$Lys$^{38}$GLP-1 (8–38); Arg$^{26}$Lys$^{39}$GLP-1(8–39); Arg$^{34}$Lys$^{39}$GLP-1 (8–39); or Arg$^{26,34}$Lys$^{36,39}$GLP-1(8–39).

In a further preferred embodiment, the parent peptide is Arg$^{26}$-GLP-1(8–37), Arg$^{34}$-GLP-1(8–37), Lys$^{36}$-GLP-1 (8–37), Arg$^{26,34}$Lys$^{36}$-GLP-1(8–37), Arg$^{26}$Lys$^{36}$-GLP-1 (8–37), Arg$^{34}$Lys$^{36}$-GLP-1(8–37), Gly$^8$Arg$^{26}$-GLP-1(8–37), Gly$^8$Arg$^{34}$-GLP-1(8–37), Gly$^8$Lys$^{36}$-GLP-1(8–37), Gly$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–37), Gly$^8$Arg$^{26}$Lys$^{36}$-GLP-1 (8–37), or Gly$^8$Arg$^{34}$Lys$^{36}$-GLP-1(8–37).

In a further preferred embodiment, the parent peptide is Arg$^{26}$Lys$^{38}$-GLP-1(8–38), Arg$^{34}$Lys$^{38}$-GLP-1(8–38), Arg$^{26,34}$Lys$^{36,38}$-GLP-1(8–38), Gly$^8$Arg$^{26}$Lys$^{38}$-GLP-1 (8–38) or Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-GLP-1(8–38).

In a further preferred embodiment, the parent peptide is Arg$^{26}$Lys$^{39}$-GLP-1(8–39), Arg$^{26,34}$Lys$^{36,39}$-GLP-1(8–39), Gly$^8$Arg$^{26}$Lys$^{39}$-GLP-1(8–39), or Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-GLP-1(8–39).

In a further preferred embodiment, the present invention relates to a GLP-1 derivative wherein the parent peptide is Arg$^{34}$Lys$^{40}$-GLP-1(8–40), Arg$^{26,34}$Lys$^{36,40}$-GLP-1(8–40), Gly$^8$Arg$^{34}$Lys$^{40}$-GLP-1(8–40) or Gly$^8$Arg$^{26,34}$Lys$^{36,40}$-GLP-1(8–40).

In a further preferred embodiment, the present invention relates to a GLP-1 derivative wherein the parent peptide is: Arg$^{26}$-GLP-1(8–36); Arg$^{34}$-GLP-1(8–36); Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Arg$^{26}$-GLP-1(8–36)amide; Arg$^{34}$-GLP-1(8–36)amide; Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Arg$^{26}$-GLP-1(8–37); Arg$^{34}$-GLP-1(8–37); Arg$^{26,34}$Lys$^{36}$-GLP-1(8–37); Arg$^{26}$-GLP-1(8–38); Arg$^{34}$-GLP-1(8–38); Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Arg$^{26}$-GLP-1(8–39); Arg$^{34}$-GLP-1(8–39); Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Gly$^8$Arg$^{26}$-GLP-1(8–36); Gly$^8$Arg$^{34}$-GLP-1(8–36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Gly$^8$Arg$^{26}$-GLP-1(8–36)amide; Gly$^8$Arg$^{34}$-GLP-1(8–36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Gly$^8$Arg$^{26}$-GLP-1(8–37); Gly$^8$Arg$^{34}$-GLP-1(8–37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–37); Gly$^8$Arg$^{26}$-GLP-1(8–38); Gly$^8$Arg$^{34}$-GLP-1(8–38); Gly$^8$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Gly$^8$Arg$^{26}$-GLP-1(8–39); Gly$^8$Arg$^{34}$-GLP-1(8–39); Gly$^8$Arg$^{26,34}$Lys$^{39}$-GLP-1 (8–39); Val$^8$Arg$^{26}$-GLP-1(8–36); Val$^8$Arg$^{34}$-GLP-1 (8–36); Val$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Val$^8$Arg$^{26}$-GLP-1(8–36)amide; Val$^8$Arg$^{34}$-GLP-1(8–36)amide; Val$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Val$^8$Arg$^{26}$-GLP-1(8–37); Val$^8$Arg$^{34}$-GLP-1(8–37); Val$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–37); Val$^8$Arg$^{26}$-GLP-1 (8–38); Val$^8$Arg$^{34}$-GLP-1(8–38); Val$^8$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Val$^8$Arg$^{26}$-GLP-1 (8–39); Val$^8$Arg$^{34}$-GLP-1(8–39); Val$^8$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Ser$^8$Arg$^{26}$-GLP-1(8–36); Ser$^8$Arg$^{34}$-GLP-1(8–36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Ser$^8$Arg$^{26}$-GLP-1(8–36)amide; Ser$^8$Arg$^{34}$-GLP-1 (8–36)amide; Ser$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Ser$^8$Arg$^{26}$-GLP-1 (8–37); Ser$^8$Arg$^{34}$-GLP-1(8–37); Ser$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–37); Ser$^8$Arg$^{26}$-GLP-1(8–38); Ser$^8$Arg$^{34}$-GLP-1(8–38); Ser$^8$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Ser$^8$Arg$^{26}$-GLP-1(8–39); Ser$^8$Arg$^{34}$-GLP-1(8–39); Ser$^8$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Thr$^8$Arg$^{26}$-GLP-1

US 6,268,343 B1

**33**

(8–36); Thr$^8$Arg$^{34}$-GLP-1(8–36); Thr$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Thr$^8$Arg$^{26}$-GLP-1(8–36)amide; Thr$^8$Arg$^{34}$-GLP-1(8–36)amide; Thr$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Thr$^8$Arg$^{26}$-GLP-1(8–37); Thr$^8$Arg$^{34}$-GLP-1(8–37); Thr$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–37); Thr$^8$Arg$^{26}$-GLP-1(8–38); Thr$^8$Arg$^{34}$-GLP-1(8–38); Thr$^8$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Thr$^8$Arg$^{26}$-GLP-1(8–39); Thr$^8$Arg$^{34}$-GLP-1(8–39); Thr$^8$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37): Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38);

**34**

Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-GLP-1(8–36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$GLP-1(8–37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$GLP-1(8–38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-GLP-1(8–39); Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36); Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36)amide; Arg$^{26,34}$Lys$^{18}$GLP-1(8–37); Arg$^{26,34}$Lys$^{18}$-GLP-1(8–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$GLP-1(8–37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$GLP-1(8–38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$GLP-1(8–38); Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36); Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36)amide; Arg$^{26,34}$Lys$^{23}$GLP-1(8–37); Arg$^{26,34}$Lys$^{23}$GLP-1(8–38); Gly$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36); Gly$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36); Gly$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36)amide; Gly$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36)amide; Gly$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$GLP-1(8–37); Gly$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$GLP-1(8–38); Gly$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36); Arg$^{26,34}$Lys$^{27}$-GLP-1(8–36); Arg$^{26,34}$Lys$^{27}$-GLP-1(8–36)amide; Arg$^{26,34}$Lys$^{27}$GLP-1(8–37); Arg$^{26,34}$Lys$^{27}$GLP-1(8–38); Gly$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$-GLP-1(8–36); Gly$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$-GLP-1(8–36); Gly$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$-GLP-1(8–36)amide; Gly$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$-GLP-1(8–36)amide; Gly$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$GLP-1(8–37); Gly$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$GLP-1(8–38); Gly$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$GLP-1(8–38); Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36); Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36)amide; Arg$^{26,34}$Lys$^{18}$GLP-1(8–37); Arg$^{26,34}$Lys$^{18}$-GLP-1(8–38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1(8–36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$GLP-1(8–37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$GLP-1(8–38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$GLP-1(8–38); Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36); Arg$^{26,34}$Lys$^{23}$GLP-1(8–37); Arg$^{26,34}$Lys$^{23}$GLP-1(8–38); Val$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36); Val$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36); Val$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36)amide; Val$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$-GLP-1(8–36)amide; Val$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$GLP-1(8–37); Val$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$GLP-1(8–38); Val$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$GLP-1(8–38); Arg$^{26,34}$Lys$^{27}$-GLP-1(8–36); Arg$^{26,34}$Lys$^{27}$-GLP-1(8–36)amide; Arg$^{26,34}$Lys$^{27}$GLP-1(8–37); Arg$^{26,34}$Lys$^{27}$GLP-1

US 6,268,343 B1

35

$(8-38)$; Val$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$;
Val$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$;
Val$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$amide;
Val$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$amide;
Val$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-37)$;
Val$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-38)$;
Val$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-38)$; Arg$^{26,34}$Lys$^{18}$-
GLP-1$(8-36)$; Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$amide;
Arg$^{26,34}$Lys$^{18}$GLP-1$(8-37)$; Arg$^{26,34}$Lys$^{18}$GLP-1
$(8-38)$; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$;
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$amide;
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$GLP-1$(8-37)$;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$GLP-1$(8-38)$;
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$GLP-1$(8-38)$; Arg$^{26,34}$Lys$^{23}$-
GLP-1$(8-36)$; Arg$^{26,34}$Lys$^{23}$-GLP-1$(8-36)$amide;
Arg$^{26,34}$Lys$^{23}$GLP-1$(8-37)$; Arg$^{26,34}$Lys$^{23}$GLP-1
$(8-38)$; Ser$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1$(8-36)$;
Ser$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$-GLP-1$(8-36)$;
Ser$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1$(8-36)$amide;
Ser$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$GLP-1$(8-37)$;
Ser$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$GLP-1$(8-38)$;
Ser$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$GLP-1$(8-38)$; Arg$^{26,34}$Lys$^{27}$-
GLP-1$(8-36)$; Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$amide;
Arg$^{26,34}$Lys$^{27}$GLP-1$(8-37)$; Arg$^{26,34}$Lys$^{27}$GLP-1
$(8-38)$; Ser$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$;
Ser$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$;
Ser$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$amide;
Ser$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$amide;
Ser$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-37)$;
Ser$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-38)$;
Ser$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-38)$; Arg$^{26,34}$Lys$^{18}$-
GLP-1$(8-36)$; Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$amide;
Arg$^{26,34}$Lys$^{18}$GLP-1$(8-37)$; Arg$^{26,34}$Lys$^{18}$GLP-1
$(8-38)$; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$;
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$amide;
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-GLP-1$(8-36)$amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$GLP-1$(8-37)$;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$GLP-1$(8-38)$;
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$GLP-1$(8-38)$; Arg$^{26,34}$Lys$^{23}$-
GLP-1$(8-36)$; Arg$^{26,34}$Lys$^{23}$-GLP-1$(8-36)$amide;
Arg$^{26,34}$Lys$^{23}$GLP-1$(8-37)$; Arg$^{26,34}$Lys$^{23}$GLP-1
$(8-38)$; Thr$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1$(8-36)$;
Thr$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$-GLP-1$(8-36)$;
Thr$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$-GLP-1$(8-36)$amide;
Thr$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$GLP-1$(8-37)$;
Thr$^8$Asp$^{24}$Arg$^{26,34}$Lys$^{23}$GLP-1$(8-38)$;
Thr$^8$Asp$^{22}$Arg$^{26,34}$Lys$^{23}$GLP-1$(8-38)$; Arg$^{26,34}$Lys$^{27}$-
GLP-1$(8-36)$; Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$amide;
Arg$^{26,34}$Lys$^{27}$GLP-1$(8-37)$; Arg$^{26,34}$Lys$^{27}$GLP-1
$(8-38)$; Thr$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$;
Thr$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$;
Thr$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$amide;
Thr$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$-GLP-1$(8-36)$amide;
Thr$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-37)$;
Thr$^8$Asp$^{28}$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-38)$; or
Thr$^8$Asp$^{26}$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-38)$.

In a further preferred embodiment, the present invention relates to a GLP-1 derivative wherein the parent peptide is:
Arg$^{26}$Lys$^{36}$-GLP-1$(8-36)$; Arg$^{34}$Lys$^{36}$-GLP-1$(8-36)$;
Arg$^{26}$Lys$^{36}$-GLP-1$(8-37)$; Arg$^{34}$Lys$^{36}$-GLP-1$(8-37)$;
Arg$^{26}$Lys$^{37}$-GLP-1$(8-37)$; Arg$^{34}$Lys$^{37}$-GLP-1$(8-37)$;
Arg$^{26}$Lys$^{39}$-GLP-1$(8-39)$; Arg$^{34}$Lys$^{39}$-GLP-1$(8-39)$;

36

Arg$^{26,34}$Lys$^{36,39}$-GLP-1$(8-39)$; Arg$^{26}$Lys$^{18}$-GLP-1
$(8-36)$; Arg$^{34}$Lys$^{18}$-GLP-1$(8-36)$; Arg$^{26}$Lys$^{18}$GLP-1
$(8-37)$; Arg$^{34}$Lys$^{18}$GLP-1$(8-37)$; Arg$^{26}$Lys$^{18}$GLP-1
$(8-38)$; Arg$^{34}$Lys$^{18}$GLP-1$(8-38)$; Arg$^{26}$Lys$^{18}$GLP-1
$(8-39)$; Arg$^{34}$Lys$^{18}$GLP-1$(8-39)$; Arg$^{26}$Lys$^{23}$-GLP-1
$(8-36)$; Arg$^{34}$Lys$^{23}$-GLP-1$(8-36)$; Arg$^{26}$Lys$^{23}$GLP-1
$(8-37)$; Arg$^{34}$Lys$^{23}$GLP-1$(8-37)$; Arg$^{26}$Lys$^{23}$GLP-1
$(8-38)$; Arg$^{34}$Lys$^{23}$GLP-1$(8-38)$; Arg$^{26}$Lys$^{23}$GLP-1
$(8-39)$; Arg$^{34}$Lys$^{23}$GLP-1$(8-39)$; Arg$^{26}$Lys$^{27}$-GLP-1
$(8-36)$; Arg$^{34}$Lys$^{27}$-GLP-1$(8-36)$; Arg$^{26}$Lys$^{27}$GLP-1
$(8-37)$; Arg$^{34}$Lys$^{27}$GLP-1$(8-37)$; Arg$^{26}$Lys$^{27}$GLP-1
$(8-38)$; Arg$^{34}$Lys$^{27}$GLP-1$(8-38)$; Arg$^{26}$Lys$^{27}$GLP-1
$(8-39)$; Arg$^{34}$Lys$^{27}$GLP-1$(8-39)$;
Arg$^{26,34}$Lys$^{18,36}$GLP-1$(8-36)$; Arg$^{26,34}$Lys$^{18}$GLP-1
$(8-37)$; Arg$^{26,34}$Lys$^{18,37}$GLP-1$(8-37)$;
Arg$^{26,34}$Lys$^{18,38}$GLP-1$(8-38)$; Arg$^{26,34}$Lys$^{18,39}$GLP-1
$(8-39)$; Arg$^{26,34}$Lys$^{23,36}$-GLP-1$(8-36)$; Arg$^{26,}$
$_{34}$Lys$^{23}$GLP-1$(8-37)$; Arg$^{26,34}$Lys$^{23,37}$GLP-1$(8-37)$;
Arg$^{26,34}$Lys$^{23,38}$GLP-1$(8-38)$; Arg$^{26,34}$Lys$^{23,39}$GLP-1
$(8-39)$; Arg$^{26,34}$Lys$^{27,36}$-GLP-1$(8-36)$; Arg$^{26,}$
$_{34}$Lys$^{27}$GLP-1$(8-37)$; Arg$^{26,34}$Lys$^{27,37}$GLP-1$(8-37)$;
Arg$^{26,34}$Lys$^{27,38}$GLP-1$(8-38)$; Arg$^{26,34}$Lys$^{27,39}$GLP-1
$(8-39)$; Gly$^8$GLP-1$(8-36)$; Gly$^8$GLP-1$(8-37)$;
Gly$^8$GLP-1$(8-38)$; Gly$^8$GLP-1$(8-39)$;
Gly$^8$Arg$^{26}$Lys$^{36}$-GLP-1$(8-36)$; Gly$^8$Arg$^{34}$Lys$^{36}$-GLP-
1$(8-36)$; Gly$^8$Arg$^{26}$Lys$^{36}$-GLP-1$(8-37)$;
Gly$^8$Arg$^{34}$Lys$^{36}$-GLP-1$(8-37)$; Gly$^8$Arg$^{26}$Lys$^{37}$-GLP-
1$(8-37)$; Gly$^8$Arg$^{34}$Lys$^{37}$-GLP-1$(8-37)$;
Gly$^8$Arg$^{26}$Lys$^{39}$-GLP-1$(8-39)$; Gly$^8$Arg$^{34}$Lys$^{39}$-GLP-
1$(8-39)$; Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-GLP-1$(8-39)$;
Gly$^8$Arg$^{26}$Lys$^{18}$-GLP-1$(8-36)$; Gly$^8$Arg$^{34}$Lys$^{18}$-GLP-
1$(8-36)$; Gly$^8$Arg$^{26}$Lys$^{18}$-GLP-1$(8-37)$;
Gly$^8$Arg$^{34}$Lys$^{18}$GLP-1$(8-37)$; Gly$^8$Arg$^{26}$Lys$^{18}$GLP-1
$(8-38)$; Gly$^8$Arg$^{34}$Lys$^{18}$GLP-1$(8-38)$;
Gly$^8$Arg$^{26}$Lys$^{18}$GLP-1$(8-39)$; Gly$^8$Arg$^{34}$Lys$^{18}$GLP-1
$(8-39)$; Gly$^8$Arg$^{26}$Lys$^{23}$-GLP-1$(8-36)$;
Gly$^8$Arg$^{34}$Lys$^{23}$-GLP-1$(8-36)$; Gly$^8$Arg$^{26}$Lys$^{23}$-GLP-1
$(8-37)$; Gly$^8$Arg$^{34}$Lys$^{23}$-GLP-1$(8-37)$;
Gly$^8$Arg$^{26}$Lys$^{23}$GLP-1$(8-38)$; Gly$^8$Arg$^{34}$Lys$^{23}$GLP-1
$(8-38)$; Gly$^8$Arg$^{26}$Lys$^{23}$GLP-1$(8-39)$;
Gly$^8$Arg$^{34}$Lys$^{23}$GLP-1$(8-39)$; Gly$^8$Arg$^{26}$Lys$^{27}$-GLP-1
$(8-36)$; Gly$^8$Arg$^{34}$Lys$^{27}$-GLP-1$(8-36)$;
Gly$^8$Arg$^{26}$Lys$^{27}$GLP-1$(8-37)$; Gly$^8$Arg$^{34}$Lys$^{27}$GLP-1
$(8-37)$; Gly$^8$Arg$^{26}$Lys$^{27}$GLP-1$(8-38)$;
Gly$^8$Arg$^{34}$Lys$^{27}$GLP-1$(8-38)$; Gly$^8$Arg$^{26}$Lys$^{27}$GLP-1
$(8-39)$; Gly$^8$Arg$^{34}$Lys$^{27}$GLP-1$(8-39)$;
Gly$^8$Arg$^{26,34}$Lys$^{18,36}$GLP-1$(8-36)$;
Gly$^8$Arg$^{26,34}$Lys$^{18}$GLP-1$(8-37)$;
Gly$^8$Arg$^{26,34}$Lys$^{18,37}$GLP-1$(8-37)$;
Gly$^8$Arg$^{26,34}$Lys$^{18,38}$GLP-1$(8-38)$;
Gly$^8$Arg$^{26,34}$Lys$^{18,39}$GLP-1$(8-39)$;
Gly$^8$Arg$^{26,34}$Lys$^{23,36}$-GLP-1$(8-36)$;
Gly$^8$Arg$^{26,34}$Lys$^{23}$GLP-1$(8-37)$;
Gly$^8$Arg$^{26,34}$Lys$^{23,37}$GLP-1$(8-37)$;
Gly$^8$Arg$^{26,34}$Lys$^{23,38}$GLP-1$(8-38)$;
Gly$^8$Arg$^{26,34}$Lys$^{23,39}$GLP-1$(8-39)$;
Gly$^8$Arg$^{26,34}$Lys$^{27,36}$-GLP-1$(8-36)$;
Gly$^8$Arg$^{26,34}$Lys$^{27}$GLP-1$(8-37)$;
Gly$^8$Arg$^{26,34}$Lys$^{27,37}$GLP-1$(8-37)$;
Gly$^8$Arg$^{26,34}$Lys$^{27,38}$GLP-1$(8-38)$;
Gly$^8$Arg$^{26,34}$Lys$^{27,39}$GLP-1$(8-39)$; Val$^8$GLP-1$(8-36)$;
Val$^8$GLP-1$(8-37)$; Val$^8$GLP-1$(8-38)$; Val$^8$GLP-1
$(8-39)$; Val$^8$Arg$^{26}$Lys$^{36}$-GLP-1$(8-36)$;
Val$^8$Arg$^{34}$Lys$^{36}$-GLP-1$(8-36)$; Val$^8$Arg$^{26}$Lys$^{36}$-GLP-1
$(8-37)$; Val$^8$Arg$^{34}$Lys$^{36}$-GLP-1$(8-37)$;
Val$^8$Arg$^{26}$Lys$^{37}$-GLP-1$(8-37)$; Val$^8$Arg$^{34}$Lys$^{37}$-GLP-1
$(8-37)$; Val$^8$Arg$^{26}$Lys$^{39}$-GLP-1$(8-39)$;

US 6,268,343 B1

**37**

Val$^8$Arg$^{34}$Lys$^{39}$-GLP-1(8–39); Val$^8$Arg$^{26,34}$Lys$^{36,39}$-GLP-1(8–39); Val$^8$Arg$^{26}$Lys$^{18}$-GLP-1(8–36); Val$^8$Arg$^{34}$Lys$^{18}$-GLP-1(8–36); Val$^8$Arg$^{26}$Lys$^{18}$GLP-1(8–37); Val$^8$Arg$^{34}$Lys$^{18}$GLP-1(8–37); Val$^8$Arg$^{26}$Lys$^{18}$GLP-1(8–38); Val$^8$Arg$^{34}$Lys$^{18}$GLP-1(8–38); Val$^8$Arg$^{26}$Lys$^{18}$GLP-1(8–39); Val$^8$Arg$^{34}$Lys$^{18}$GLP-1(8–39); Val$^8$Arg$^{26}$Lys$^{23}$-GLP-1(8–36); Val$^8$Arg$^{34}$Lys$^{23}$-GLP-1(8–36); Val$^8$Arg$^{26}$Lys$^{23}$GLP-1(8–37); Val$^8$Arg$^{34}$Lys$^{23}$GLP-1(8–37); Val$^8$Arg$^{26}$Lys$^{23}$GLP-1(8–38); Val$^8$Arg$^{34}$Lys$^{23}$GLP-1(8–38); Val$^8$Arg$^{26}$Lys$^{23}$GLP-1(8–39); Val$^8$Arg$^{34}$Lys$^{23}$GLP-1(8–39); Val$^8$Arg$^{26}$Lys$^{27}$-GLP-1(8–36); Val$^8$Arg$^{34}$Lys$^{27}$GLP-1(8–36); Val$^8$Arg$^{26}$Lys$^{27}$GLP-1(8–37); Val$^8$Arg$^{34}$Lys$^{27}$GLP-1(8–37); Val$^8$Arg$^{26}$Lys$^{27}$GLP-1(8–38); Val$^8$Arg$^{34}$Lys$^{27}$GLP-1(8–38); Val$^8$Arg$^{26}$Lys$^{27}$GLP-1(8–39); Val$^8$Arg$^{34}$Lys$^{27}$GLP-1(8–39); Val$^8$Arg$^{26,34}$Lys$^{18,36}$-GLP-1(8–36); Val$^8$Arg$^{26,34}$Lys$^{18}$GLP-1(8–37); Val$^8$Arg$^{26,34}$Lys$^{18,37}$GLP-1(8–37); Val$^8$Arg$^{26,34}$Lys$^{18,38}$GLP-1(8–38); Val$^8$Arg$^{26,34}$Lys$^{18,39}$GLP-1(8–39); Val$^8$Arg$^{26,34}$Lys$^{23,36}$-GLP-1(8–36); Val$^8$Arg$^{26,34}$Lys$^{23}$GLP-1(8–37); Val$^8$Arg$^{26,34}$Lys$^{23,37}$GLP-1(8–37); Val$^8$Arg$^{26,34}$Lys$^{23,38}$GLP-1(8–38); Val$^8$Arg$^{26,34}$Lys$^{23,39}$GLP-1(8–39); Val$^8$Arg$^{26,34}$Lys$^{27,36}$-GLP-1(8–36); Val$^8$Arg$^{26,34}$Lys$^{27}$GLP-1(8–37); Val$^8$Arg$^{26,34}$Lys$^{27,37}$GLP-1(8–37); Val$^8$Arg$^{26,34}$Lys$^{27,38}$GLP-1(8–38); or Val$^8$Arg$^{26,34}$Lys$^{27,39}$GLP-1(8–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

**38**

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)Arg$^{34}$-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)Arg$^{34}$-GLP-1(7–37).

US 6,268,343 B1

**39**

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)Arg$^{34}$-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)Arg$^{34}$-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)Arg$^{34}$-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)Arg$^{34}$-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-tetradecanoyl)Arg$^{34}$-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-tetradecanoyl)Arg$^{34}$-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–39).

**40**

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36) amide.

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36) amide.

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36) amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36) amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36) amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–35).

US 6,268,343 B1

<table>
<tr><td>41</td><td>42</td></tr>
</table>

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–35).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))Arg$^{34}$-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))Arg$^{34}$-GLP-1 (7–37).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–37).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-Arg$^{34}$GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-Arg$^{34}$GLP-1 (7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))Arg$^{34}$-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))Arg$^{34}$-GLP-1 (7–39).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–39).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))Arg$^{34}$-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(ω-carboxynonadecanoyl))Arg$^{34}$-GLP-1 (7–40).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(ω-carboxynonadecanoyl))-GLP-1 (7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36).

US 6,268,343 B1

43

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26,34}$-bis($N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26}Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26,34}$-bis($N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26,34}$-bis($N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26}Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is $Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26,34}$-bis($N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26,34}$-bis($N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36) amide.

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26}Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Arg^{26}Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(7-deoxycholoyl))$Arg^{34}$-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(7-deoxycholoyl))$Arg^{34}$-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26,34}Lys^{36}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Arg^{26,34}Lys^{36}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26,34}$-bis($N^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26,34}$-bis($N^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26}Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Arg^{26}Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(7-deoxycholoyl))$Arg^{34}$-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(7-deoxycholoyl))$Arg^{34}$-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26,34}Lys^{36}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

44

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26,34}Lys^{38}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Arg^{26,34}Lys^{36}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26,34}$-bis($N^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26,34}$-bis($N^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26}Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Arg^{26}Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(7-deoxycholoyl))$Arg^{34}$-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(7-deoxycholoyl))$Arg^{34}$-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26,34}Lys^{36}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Arg^{26,34}Lys^{36}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26,34}$-bis($N^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26,34}$-bis($N^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26}Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Arg^{26}Lys^{34}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(7-deoxycholoyl))$Arg^{34}$-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(7-deoxycholoyl))$Arg^{34}$-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26,34}Lys^{36}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Arg^{26,34}Lys^{36}(N^\epsilon$-(7-deoxycholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26,34}$-bis($N^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26}(N^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Gly^8Lys^{26,34}$-bis($N^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Arg^{26}Lys^{34}(N^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is $Lys^{26}(N^\epsilon$-(choloyl))-GLP-1(7–36).

US 6,268,343 B1

**45**

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(choloyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(choloyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(choloyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(choloyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(choloyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(choloyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(choloyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(choloyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(choloyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(choloyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(choloyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(choloyl))Arg$^{34}$-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(choloyl))Arg$^{34}$-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(choloyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(choloyl))Arg$^{34}$-GLP-1(7–38).

**46**

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(choloyl))Arg$^{34}$-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(choloyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(choloyl))Arg$^{34}$-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(choloyl))Arg$^{34}$-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(choloyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(choloyl))Arg$^{34}$-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(choloyl))Arg$^{34}$-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-(choloyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^\epsilon$-(lithocholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^\epsilon$-(lithocholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^\epsilon$-(lithocholoyl))-GLP-1(7–40).

US 6,268,343 B1

47

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^{\epsilon}$-(lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^{\epsilon}$-(lithocholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^{\epsilon}$-(lithocholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^{\epsilon}$-(lithocholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^{\epsilon}$-(lithocholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^{\epsilon}$-(lithocholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^{\epsilon}$-(lithocholoyl))-GLP-1(7–36).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–35).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26,34}$-bis(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26,34}$-bis(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26}$Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–36)amide.

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))Arg$^{34}$-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))Arg$^{34}$-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{38}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–37).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))Arg$^{34}$-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))Arg$^{34}$-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{38}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–38).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^{\epsilon}$-lithocholoyl)-GLP-1(7–38).

48

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))Arg$^{34}$-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))Arg$^{34}$-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–39).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26}$Lys$^{34}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))Arg$^{34}$-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Lys$^{26}$(N$^{\epsilon}$-lithocholoyl))Arg$^{34}$-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Arg$^{26,34}$Lys$^{36}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–40).

In a further preferred embodiment, the GLP-1 derivative is Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^{\epsilon}$-lithocholoyl))-GLP-1(7–40).

Other preferred embodiments will be described using the following abbreviations:

Glut=N$^{\epsilon}$-(γ-L-glutamyl)

Aspa=N$^{\epsilon}$-(β-L-asparagyl)

Glyc=N$^{\epsilon}$-glycyl

GAB=N$^{\epsilon}$-(α-(γ-aminobutanoyl)

ADod=N$^{\alpha}$-dodecanoyl

ATet=N$^{\alpha}$-tetradecanoyl

AHex=N$^{\alpha}$-hexadecanoyl

AOct=N$^{\alpha}$-octadecanoyl

ALit=N$^{\alpha}$-lithocholyl

GDod=N$^{\gamma}$-dodecanoyl

GTet=N$^{\gamma}$-tetradecanoyl

GHex=N$^{\gamma}$-hexadecanoyl

GOct=N$^{\gamma}$-octadecanoyl

GLit=N$^{\gamma}$-lithocholyl

Other preferred GLP-1 derivatives of the present invention are:

Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36); Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36); Arg$^{26,34}$Lys$^{36}$-ADod)-GLP-1(7–36); Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36)amide; Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–37); Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–37); Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–37); Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–38); Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–38); Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–39); Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–39); Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36)amide; Gly$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–37); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–37); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–38); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–38); Gly$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–39);

US 6,268,343 B1

**49**

Gly$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36);
Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36);
Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36)amide;
Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36)amide;
Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide;
Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–37);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–38);
Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–38);
Val$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38);
Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–39);
Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–39);
Val$^8$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36)amide;
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36)amide;
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide;
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–37);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–39);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–39);
Ser$^8$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–36)amide;
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–36)amide;
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide;
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–37);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ADod)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ADod)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-

**50**

GLP-1(7–37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–36)amide; Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-GLP-1(7–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ADod)-GLP-1(7–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ADod)-GLP-1(7–39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ADod)-GLP-1(7–36); Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ADod)-

US 6,268,343 B1

**51**

GLP-1(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-ADod)-GLP-1(7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-ADod)-GLP-1(7-39);

$Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-37);

**52**

$Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ADod)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-

US 6,268,343 B1

**53**

GLP-1(7–37); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ADod)-
GLP-1(7–38); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ADod)-
GLP-1(7–38);

$Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7–36);
$Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7–37);
$Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7–38);
$Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7–36);
$Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7–36);
$Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1(7–37)
amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-GLP-1
(7–36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-
GLP-1(7–38); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ADod)-
GLP-1(7–38); $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ADod)-
GLP-1(7–38);

$Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36); $Arg^{34}Lys^{26}$-(Glut-
ATet)-GLP-1(7–36); $Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1
(7–36); $Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36)amide;
$Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–36)amide; $Arg^{26,34}Lys^{36}$-
(Glut-ATet)-GLP-1(7–36)amide; $Arg^{26}Lys^{34}$-(Glut-
ATet)-GLP-1(7–37); $Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1
(7–37); $Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–37);
$Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–38); $Arg^{34}Lys^{26}$-
(Glut-ATet)-GLP-1(7–38); $Arg^{26,34}Lys^{38}$-(Glut-ATet)-
GLP-1(7–38); $Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–39);
$Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–39); $Arg^{26,34}Lys^{39}$-
(Glut-ATet)-GLP-1(7–39);

$Gly^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36);
$Gly^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–36);
$Gly^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36);
$Gly^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36)amide;
$Gly^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–36)amide;
$Gly^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36)amide;
$Gly^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–37);
$Gly^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–37);
$Gly^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–37);
$Gly^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–38);
$Gly^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–38);
$Gly^8Arg^{26,34}Lys^{38}$-(Glut-ATet)-GLP-1(7–38);
$Gly^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–39);
$Gly^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–39);
$Gly^8Arg^{26,34}Lys^{39}$-(Glut-ATet)-GLP-1(7–39);

$Val^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36);
$Val^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–36);
$Val^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36);
$Val^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36)amide;
$Val^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–36)amide;
$Val^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36)amide;
$Val^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–37);
$Val^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–37);
$Val^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–37);
$Val^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–38);
$Val^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–38);
$Val^8Arg^{26,34}Lys^{38}$-(Glut-ATet)-GLP-1(7–38);
$Val^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–39);
$Val^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–39);
$Val^8Arg^{26,34}Lys^{39}$-(Glut-ATet)-GLP-1(7–39);

$Ser^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36);
$Ser^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–36);
$Ser^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36);
$Ser^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36)amide;
$Ser^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–36)amide;
$Ser^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36)amide;
$Ser^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–37);
$Ser^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–37);
$Ser^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–37);

**54**

$Ser^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–38);
$Ser^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–38);
$Ser^8Arg^{26,34}Lys^{38}$-(Glut-ATet)-GLP-1(7–38);
$Ser^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–39);
$Ser^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–39);
$Ser^8Arg^{26,34}Lys^{39}$-(Glut-ATet)-GLP-1(7–39);

$Thr^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36);
$Thr^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–36);
$Thr^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36);
$Thr^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–36)amide;
$Thr^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–36)amide;
$Thr^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36)amide;
$Thr^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–37);
$Thr^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–37);
$Thr^8Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–37);
$Thr^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–38);
$Thr^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–38);
$Thr^8Arg^{26,34}Lys^{38}$-(Glut-ATet)-GLP-1(7–38);
$Thr^8Arg^{26}Lys^{34}$-(Glut-ATet)-GLP-1(7–39);
$Thr^8Arg^{34}Lys^{26}$-(Glut-ATet)-GLP-1(7–39);
$Thr^8Arg^{26,34}Lys^{39}$-(Glut-ATet)-GLP-1(7–39);

$Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36);
$Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36)
amide; $Gly^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-ATet)-GLP-1
(7–37); $Gly^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-ATet)-GLP-1
(7–38); $Gly^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-ATet)-GLP-1
(7–39); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–
36); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–
36)amide; $Gly^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-ATet)-
GLP-1(7–37); $Gly^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-ATet)-
GLP-1(7–38); $Gly^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-ATet)-
GLP-1(7–39);

$Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36);
$Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36)
amide; $Gly^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-ATet)-GLP-1
(7–37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-ATet)-GLP-1
(7–38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-ATet)-GLP-1
(7–39); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–
36)amide; $Gly^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-ATet)-
GLP-1(7–37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-ATet)-
GLP-1(7–38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-ATet)-
GLP-1(7–39);

$Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36);
$Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36)
amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-ATet)-GLP-1
(7–37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-ATet)-GLP-1
(7–38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-ATet)-GLP-1
(7–39); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–
36)amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-ATet)-
GLP-1(7–37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-ATet)-
GLP-1(7–38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-ATet)-
GLP-1(7–39);

$Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36);
$Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36)
amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-ATet)-GLP-1
(7–37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-ATet)-GLP-1
(7–38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-ATet)-GLP-1
(7–39); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–
36); $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-ATet)-GLP-1
(7–37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-ATet)-GLP-1
(7–38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-ATet)-GLP-1
(7–39);

$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36);
$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-ATet)-GLP-1(7–36)

US 6,268,343 B1

55

amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ATet)-GLP-1 (7–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ATet)-GLP-1 (7–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ATet)-GLP-1 (7–39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1 (7–36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1 (7–36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ATet)-GLP-1(7–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ATet)-GLP-1(7–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ATet)-GLP-1(7–39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1 (7–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1(7–36) amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ATet)-GLP-1 (7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ATet)-GLP-1 (7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ATet)-GLP-1 (7–39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1 (7–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1 (7–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ATet)-GLP-1(7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ATet)-GLP-1(7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ATet)-GLP-1(7–39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1(7–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1(7–36) amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ATet)-GLP-1 (7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ATet)-GLP-1 (7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ATet)-GLP-1 (7–39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1 (7–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1 (7–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ATet)-GLP-1(7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ATet)-GLP-1(7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ATet)-GLP-1(7–39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1(7–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1(7–36) amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ATet)-GLP-1 (7–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ATet)-GLP-1 (7–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ATet)-GLP-1 (7–39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1 (7–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ATet)-GLP-1 (7–36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ATet)-GLP-1(7–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ATet)-GLP-1(7–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ATet)-GLP-1(7–39);

Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1 (7–36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1 (7–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1 (7–36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1 (7–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1 (7–36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1 (7–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1 (7–36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-(Glut-

56

ATet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1 (7–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1 (7–36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1 (7–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1 (7–36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1 (7–38); Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1 (7–36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1 (7–38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1 (7–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1 (7–36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1 (7–36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1 (7–38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1 (7–36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ATet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1 (7–38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-aTet)-GLP-1(7–37); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ATet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1 (7–38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glu-ATet)-GLP-1(7–36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ATet)-GLP-1(7–38);

US 6,268,343 B1

**57**

$Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glut-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-ATet)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ATet)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ATet)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-Atet)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-ATet)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-ATet)-GLP-1(7-38);

$Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36); $Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36); $Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36)amide; $Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)amide; $Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-37); $Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-37); $Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-38); $Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-38); $Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1(7-38); $Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-39); $Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-39); $Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1(7-39);

$Gly^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36); $Gly^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36); $Gly^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36); $Gly^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36)amide; $Gly^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36)amide; $Gly^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)amide; $Gly^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-37); $Gly^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-37);

**58**

$Gly^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-38); $Gly^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-38); $Gly^8Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1(7-38); $Gly^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-39); $Gly^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-39); $Gly^8Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1(7-39);

$Val^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36); $Val^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36); $Val^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36); $Val^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36)amide; $Val^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36)amide; $Val^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)amide; $Val^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-37); $Val^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-37); $Val^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-37); $Val^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-38); $Val^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-38); $Val^8Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1(7-38); $Val^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-39); $Val^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-39); $Val^8Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1(7-39);

$Ser^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36); $Ser^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36); $Ser^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36); $Ser^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36)amide; $Ser^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36)amide; $Ser^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)amide; $Ser^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-37); $Ser^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-37); $Ser^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-37); $Ser^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-38); $Ser^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-38); $Ser^8Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1(7-38); $Ser^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-39); $Ser^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-39); $Ser^8Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1(7-39);

$Thr^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36); $Thr^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36); $Thr^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36); $Thr^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-36)amide; $Thr^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-36)amide; $Thr^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)amide; $Thr^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-37); $Thr^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-37); $Thr^8Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-37); $Thr^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-38); $Thr^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-38); $Thr^8Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1(7-38); $Thr^8Arg^{26}Lys^{34}$-(Glut-AHex)-GLP-1(7-39); $Thr^8Arg^{34}Lys^{26}$-(Glut-AHex)-GLP-1(7-39); $Thr^8Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1(7-39);

$Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)amide; $Gly^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-GLP-1(7-37); $Gly^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1(7-38); $Gly^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1(7-39); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)amide; $Gly^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-GLP-1(7-37); $Gly^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1(7-38); $Gly^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1(7-39);

$Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)amide; $Gly^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-GLP-1(7-37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1

US 6,268,343 B1

**59**

(7-38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1
(7-39); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36)amide; $Gly^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-
GLP-1(7-37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-
GLP-1(7-38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-
GLP-1(7-39);

$Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36);
$Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)
amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-GLP-1
(7-37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1
(7-38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1
(7-39); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36)amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-
GLP-1(7-37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-
GLP-1(7-38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-
GLP-1(7-39);

$Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36);
$Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)
amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-GLP-1
(7-37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1
(7-38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1
(7-39); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36)amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-
GLP-1(7-37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-
GLP-1(7-38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-
GLP-1(7-39);

$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36);
$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)
amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-GLP-1
(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1
(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1
(7-39); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36)amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-
GLP-1(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-
GLP-1(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-
GLP-1(7-39);

$Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36);
$Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)
amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-GLP-1
(7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1
(7-38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1
(7-39); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36)amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-
GLP-1(7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-
GLP-1(7-38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-
GLP-1(7-39);

$Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36);
$Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)
amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-GLP-1
(7-37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1
(7-38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1
(7-39); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36)amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-
GLP-1(7-37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-
GLP-1(7-38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-
GLP-1(7-39);

$Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36);
$Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1(7-36)
amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-GLP-1
(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-GLP-1

**60**

(7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-GLP-1
(7-39); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AHex)-GLP-1
(7-36)amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AHex)-
GLP-1(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AHex)-
GLP-1(7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AHex)-
GLP-1(7-39);

$Arg^{26,34}Lys^{18}$-(Glut-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-
(Glut-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-
AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-AHex)-
GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AHex)-
GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AHex)-
GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AHex)-
GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-
AHex)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-
(Glut-AHex)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-
(Glut-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-
(Glut-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-
AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-AHex)-
GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AHex)-
GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AHex)-
GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AHex)-
GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-
(Glut-AHex)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-
(Glut-AHex)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-
(Glut-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-
(Glut-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-
AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-AHex)-
GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AHex)-
GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AHex)-
GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-
AHex)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-
(Glut-AHex)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-
(Glut-AHex)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-
(Glut-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Glut-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-
(Glut-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-
AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-AHex)-
GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AHex)-
GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AHex)-
GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AHex)-
GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-
AHex)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-
(Glut-AHex)-GLP-1(7-37); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-
(Glut-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-
(Glut-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-
AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-AHex)-
GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AHex)-
GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AHex)-
GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-
AHex)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-
(Glut-AHex)-GLP-1(7-37); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-
(Glut-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-
(Glut-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-
AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-AHex)-
GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AHex)-

US 6,268,343 B1

**61**

GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP- 1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-1 (Glut-AHex)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-38); Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36) amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36); Arg$^{26,34}$-Lys$^{23}$-(Glut-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-

**62**

GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-AHex)-GLP-1(7-38);

Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-36); Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1(7-36); Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-36)amide; Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1(7-36)amide; Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-37); Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1(7-37); Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-38); Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-38); Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-38); Arg$^{26,34}$Lys$^{38}$-(Glut-AOct)-GLP-1(7-38); Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-39); Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-39); Arg$^{26,34}$Lys$^{39}$-(Glut-AOct)-GLP-1(7-39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1-(7-36); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1-(7-36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1-(7-36); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1(7-36)amide; Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-37); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1(7-37); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-38); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-38); Gly$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-AOct)-GLP-1(7-38); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-39); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-39); Gly$^8$Arg$^{26,34}$Lys$^{39}$-(Glut-AOct)-GLP-1(7-39);

Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1-(7-36); Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1-(7-36); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1-(7-36); Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-36)amide; Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-36)amide; Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1(7-36)amide; Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-37); Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-37); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1(7-37); Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-38); Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-38); Val$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-AOct)-GLP-1(7-38); Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-39); Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-39); Val$^8$Arg$^{26,34}$Lys$^{39}$-(Glut-AOct)-GLP-1(7-39); p1 Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1-(7-36); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1-(7-36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1-(7-36); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-36)amide; Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-36)amide; Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1(7-36)amide; Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-37); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-37); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-AOct)-GLP-1(7-37); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-38); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-38); Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-AOct)-GLP-1(7-38); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1(7-39); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1(7-39); Ser$^8$Arg$^{26,34}$Lys$^{39}$-(Glut-AOct)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-AOct)-GLP-1-(7-36); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-AOct)-GLP-1-(7-36);

US 6,268,343 B1

**63**

$Thr^8Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Arg^{26}Lys^{34}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Arg^{34}Lys^{26}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Arg^{26}Lys^{34}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Arg^{34}Lys^{26}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Arg^{26}Lys^{34}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Arg^{34}Lys^{26}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Arg^{26}Lys^{34}$-(Glut-AOct)-GLP-1(7-39); $Thr^8Arg^{34}Lys^{26}$-(Glut-AOct)-GLP-1(7-39); $Thr^8Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39);

$Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Gly^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Gly^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39);

$Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39);

$Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39);

$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39);

**64**

$Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Ser^8Asp^{39}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39);

$Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39);

$Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glut-AOct)-GLP-1(7-39);

$Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38);

US 6,268,343 B1

**65**

$Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-37); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-37); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-AOct)-GPL-1(7-36); $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38);

**66**

$Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOtc)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glut-AOct)-GLP-1(7-38);

$Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-36); $Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-36); $Arg^{26,34}Lys^{36}$(Glut-ALit)-GLP-1(7-36); $Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-36)amide; $Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{36}$-(Glut-ALit)-GLP-1(7-36)amide; $Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-37); $Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-37); $Arg^{26,34}Lys^{36}$-(Glut-ALit)-GLP-1(7-37); $Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-38); $Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-38); $Arg^{26,34}Lys^{38}$-(Glut-ALit)-GLP-1(7-38); $Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-39); $Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-39); $Arg^{26,34}Lys^{39}$-(Glut-ALit)-GLP-1(7-39);

$Gly^8Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-36); $Gly^8Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-36); $Gly^8Arg^{26,34}Lys^{36}$-(Glut-ALit)-GLP-1(7-36); $Gly^8Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-36)amide; $Gly^8Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-36)amide; $Gly^8Arg^{26,34}Lys^{36}$-(Glut-ALit)-GLP-1(7-36)amide; $Gly^8Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-37); $Gly^8Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{36}$-(Glut-ALit)-GLP-1(7-37); $Gly^8Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-38); $Gly^8Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-38); $Gly^8Arg^{26,34}Lys^{38}$-(Glut-ALit)-GLP-1(7-38); $Gly^8Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-39); $Gly^8Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-39); $Gly^8Arg^{26,34}Lys^{39}$-(Glut-ALit)-GLP-1(7-39);

$Val^8Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-36); $Val^8Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-36); $Val^8Arg^{26,34}Lys^{36}$-(Glut-ALit)-GLP-1(7-36); $Val^8Arg^{26}Lys^{34}$-(Glut-ALit)-GLP-1(7-36)amide; $Val^8Arg^{34}Lys^{26}$-(Glut-ALit)-GLP-1(7-36)amide; $Val^8Arg^{26,34}Lys^{36}$-(Glut-ALit)-GLP-1(7-36)amide; $Val^8Arg^{26}Lys^{34}$-

US 6,268,343 B1

**67**

(Glut-ALit)-GLP-1(7-37); Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-37); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-37); Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-39); Val$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-39); Val$^8$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-36)amide; Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-36)amide; Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36)amide; Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-39); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-39); Ser$^8$Arg$^{28,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-36)amide; Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-36)amide; Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36)amide; Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Arg$^{26}$Lys$^{34}$-(Glut-ALit)-GLP-1(7-39); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glut-ALit)-GLP-1(7-39); Thr$^8$Arg$^{26,33}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39);

**68**

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36) amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36) amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36) amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36) amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36) amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36) amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36) amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36) amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36) amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glut-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glut-ALit)-GLP-1(7-39);

Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38);

US 6,268,343 B1

**69**

Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38);

**70**

Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glut-ALit)-GLP-1(7-38);

Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{34}$Lys$^{26}$(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-38); Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-38); Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-

US 6,268,343 B1

**71**

1(7-39); Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-39); Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-36);
Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-36);
Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36);
Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-36)amide;
Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-36)amide;
Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide;
Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-37);
Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-37);
Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-38);
Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-38);
Gly$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38);
Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-39);
Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-39);
Gly$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);

Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-36);
Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-36);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36);
Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-36)amide;
Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-36)amide;
Val$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide;
Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-37);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-37);
Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-38);
Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-38);
Val$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38);
Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-39);
Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-39);
Val$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-36);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-36);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-36)amide;
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-37);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-37);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-38);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-38);
Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-39);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-39);
Ser$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-36);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-36);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-36)amide;
Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-37);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-38);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ADod)-GLP-1(7-39);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ADod)-GLP-1(7-39);
Thr$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1

**72**

(7-39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Apsa-ADod)-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1(7-39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1

US 6,268,343 B1

73

(7-39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1 (7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1 (7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)- GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)- GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)- GLP-1(7-39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1(7-36) amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)-GLP-1 (7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)-GLP-1 (7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)-GLP-1 (7-39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1 (7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ADod)-GLP-1 (7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ADod)- GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ADod)- GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ADod)- GLP-1(7-39); p1 Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1 (7-36); Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36) amide; Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36) amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1 (7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)- GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Asps-ADod)- GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)- GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36) amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1 (7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)- GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)- GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)- GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36) amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1 (7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)- GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)- GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)- GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1 (7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)- GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)- GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)- GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36)amide;

74

Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36) amide; Val$^8$Asp$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP- 1(7-36) amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1 (7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1 (7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1 (7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1 (7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)- GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)- GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)- GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1 (7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)- GLP-1(7-37); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)- GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1 (7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)- GLP-1(7-37); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)- GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GPL-1 (7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)- GLP-1(7-37); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)- GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-36) amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1

US 6,268,343 B1

**75**

(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ADod)-GLP-1(7-38);

Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36); Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36)amide; Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-37); Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-37); Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-38); Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-38); Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-39); Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-39); Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36); Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36)amide; Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-37); Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-37); Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-38); Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-38); Gly$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Gly$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-39); Gly$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-39); Gly$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39);

Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36); Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36)amide; Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36)amide; Val$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-37); Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-37); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-37); Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-38);

**76**

Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-38); Val$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-39); Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-39); Val$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36); Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36)amide; Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36)amide; Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-37); Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-37); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-37); Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-38); Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-38); Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-39); Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-39); Ser$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36); Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36); Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-36)amide; Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-36)amide; Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-37); Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-37); Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-37); Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-38); Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-38); Thr$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-ATet)-GLP-1(7-39); Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-ATet)-GLP-1(7-39); Thr$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39);

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ATet)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ATet)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ATet)-GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ATet)-GLP-1(7-37); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ATet)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ATet)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ATet)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ATet)-GLP-1(7-39);

US 6,268,343 B1

77

$Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36) amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39);

$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36) amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39);

$Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36) amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39);

$Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36) amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39);

$Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36) amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ATet)-GLP-1(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ATet)-GLP-1(7-39);

$Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-37); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-38);

78

$Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-37); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-37); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-37); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-37); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-37); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{24,36}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-37); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-38);

US 6,268,343 B1

**79**

$Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Asp^{27}Arg^{26,34}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-ATet)-GLP-1(7-38);

$Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26}$ $Lys^{34}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-38); $Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-38); $Arg^{26,34}Lys^{38}$-(Aspa-AHex)-GLP-1(7-38); $Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-

**80**

1(7-39); $Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-39); $Arg^{26,34}Lys^{39}$-(Aspa-AHex)-GLP-1(7-39);

$Gly^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-36); $Gly^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36); $Gly^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36); $Gly^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-36)amide; $Gly^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36)amide; $Gly^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36)amide; $Gly^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-37); $Gly^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-37); $Gly^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-38); $Gly^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-38); $Gly^8Arg^{26,34}Lys^{38}$-(Aspa-AHex)-GLP-1(7-38); $Gly^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-39); $Gly^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-39); $Gly^8Arg^{26,34}Lys^{39}$-(Aspa-AHex)-GLP-1(7-39);

$Val^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-36); $Val^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36); $Val^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36); $Val^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-36)amide; $Val^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36)amide; $Val^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36)amide; $Val^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-37); $Val^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-37); $Val^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-37); $Val^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-38); $Val^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-38); $Val^8Arg^{26,34}Lys^{38}$-(Aspa-AHex)-GLP-1(7-38); $Val^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-39); $Val^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-39); $Val^8Arg^{26,34}Lys^{39}$-(Aspa-AHex)-GLP-1(7-39);

$Ser^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-36); $Ser^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36); $Ser^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36); $Ser^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-36)amide; $Ser^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36)amide; $Ser^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36)amide; $Ser^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-37); $Ser^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-37); $Ser^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-37); $Ser^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-38); $Ser^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-38); $Ser^8Arg^{26,34}Lys^{38}$-(Aspa-AHex)-GLP-1(7-38); $Ser^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-39); $Ser^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-39); $Ser^8Arg^{26,34}Lys^{39}$-(Aspa-AHex)-GLP-1(7-39);

$Thr^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-36); $Thr^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36); $Thr^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36); $Thr^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-36)amide; $Thr^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-36)amide; $Thr^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36)amide; $Thr^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-37); $Thr^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-37); $Thr^8Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-37); $Thr^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-38); $Thr^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-38); $Thr^8Arg^{26,34}Lys^{38}$-(Aspa-AHex)-GLP-1(7-38); $Thr^8Arg^{26}Lys^{34}$-(Aspa-AHex)-GLP-1(7-39); $Thr^8Arg^{34}Lys^{26}$-(Aspa-AHex)-GLP-1(7-39); $Thr^8Arg^{26,34}Lys^{39}$-(Aspa-AHex)-GLP-1(7-39);

$Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-AHex)-GLP-1(7-36)amide; $Gly^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-AHex)-GLP-1(7-37); $Gly^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-AHex)-GLP-1

US 6,268,343 B1

**81**

(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-GLP-1
(7-39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-
GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-
GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-
GLP-1(7-39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36)
amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-GLP-1
(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-GLP-1
(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-GLP-1
(7-39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-
GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-
GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-
GLP-1(7-39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36)
amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-GLP-1
(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-GLP-1
(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-GLP-1
(7-39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-
GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-
GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-
GLP-1(7-39);

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36);
Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36)
amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-GLP-1
(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-GLP-1
(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-GLP-1
(7-39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-
GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-
GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-
GLP-1(7-39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36);
Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36)
amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-GLP-1
(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-GLP-1
(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-GLP-1
(7-39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-
GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-
GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-
GLP-1(7-39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36);
Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36)
amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-GLP-1
(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-GLP-1
(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-GLP-1
(7-39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-
GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-
GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-
GLP-1(7-39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36);
Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36)
amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-GLP-1
(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-GLP-1

**82**

(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-GLP-1
(7-39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-
GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-
GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-
GLP-1(7-39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36);
Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1(7-36)
amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-GLP-1
(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-GLP-1
(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-GLP-1
(7-39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AHex)-GLP-1
(7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AHex)-
GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AHex)-
GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AHex)-
GLP-1(7-39);

Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-36);
Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-36)amide;
Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-37);
Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-38);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-36);
Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-36);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-36)
amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1
(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-
GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-
GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-
GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-AHex)-GLP-1(7-36);
Arg$^{26,34}$Lys$^{23}$-(Aspa-AHex)-GLP-1(7-36)amide;
Arg$^{26,34}$Lys$^{23}$-(Aspa-AHex)-GLP-1(7-37);
Arg$^{26,34}$Lys$^{23}$-(Aspa-AHex)-GLP-1(7-38);
Gly$^8$Asp$^{19}$Arg$^{26,34}$-(Aspa-AHex)-GLP-1(7-36);
Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AHex)-GLP-1(7-36);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AHex)-GLP-1(7-36)amide;
Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AHex)-GLP-1(7-36)
amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$-(Aspa-AHex)-GLP-1(7-
37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AHex)-GLP-1(7-
38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AHex)-GLP-1(7-
38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-GLP-1(7-36);
Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-GLP-1(7-36)amide;
Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-GLP-1(7-37);
Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-GLP-1(7-38);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-GLP-1(7-36);
Gly$^8$Asp$^{17}$Arg$^{26,34}$-(Aspa-AHex)-GLP-1(7-36);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-GLP-1(7-36)
amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-GLP-1
(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-
GLP-1(7-37); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-
GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AHex)-
GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-36);
Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-36)amide;
Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-37);
Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-38);
Val$^8$Asp$^{19}$Arg$^{26,34}$-(Aspa-AHex)-GLP-1(7-36);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-36);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1(7-36)
amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1
(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1
(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1
(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AHex)-GLP-1
(7-38);

US 6,268,343 B1

**83**

$Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-37); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-37); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36);

**84**

$Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36) amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Aspa-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36); $Thr^{Asp17}Arg^{26,34}$-(Aspa-AHex)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Aspa-AHex)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{27}$-(Aspa-AHex)-GLP-1(7-38);

$Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-36); $Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{36}$-(Aspa-AOct)-GLP-1(7-36); $Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-36)amide; $Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{36}$-(Aspa-AOct)-GLP-1(7-36)amide; $Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-37); $Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{36}$-(Aspa-AOct)-GLP-1(7-37); $Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-38); $Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-38); $Arg^{26,34}Lys^{38}$-(Aspa-AOct)-GLP-1(7-38); $Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-39); $Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-39); $Arg^{26,34}Lys^{39}$-(Aspa-AOct)-GLP-1(7-39);

$Gly^8Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-36); $Gly^8Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-36); $Gly^8Arg^{26,34}Lys^{36}$-(Aspa-AOct)-GLP-1(7-36); $Gly^8Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-36)amide; $Gly^8Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-36)amide; $Gly^8Arg^{26,34}Lys^{36}$-(Aspa-AOct)-GLP-1(7-36)amide; $Gly^8Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-37); $Gly^8Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{36}$-(Aspa-AOct)-GLP-1(7-37); $Gly^8Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-38); $Gly^8Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-38); $Gly^8Arg^{26,34}Lys^{38}$-(Aspa-AOct)-GLP-1(7-38); $Gly^8Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-39); $Gly^8Arg^{26,34}Lys^{39}$-(Aspa-AOct)-GLP-1(7-39);

$Val^8Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-36); $Val^8Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-36); $Val^8Arg^{26,34}Lys^{36}$-(Aspa-AOct)-GLP-1(7-36); $Val^8Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-36)amide; $Val^8Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-36)amide; $Val^8Arg^{26,34}Lys^{36}$-(Aspa-AOct)-GLP-1(7-36)amide; $Val^8Arg^{26}Lys^{34}$-(Aspa-AOct)-GLP-1(7-37); $Val^8Arg^{34}Lys^{26}$-(Aspa-AOct)-GLP-1(7-37);

US 6,268,343 B1

**85**

Val$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-37);
Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-38);
Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-38);
Val$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);
Val$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-39);
Val$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-39);
Val$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-36);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-36);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-36)amide;
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-38);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-38);
Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-39);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-39);
Ser$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-36);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-36);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-36)amide;
Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Aspa-AOct)-GLP-1(7-39);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Aspa-AOct)-GLP-1(7-39);
Thr$^8$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;
Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);
Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);
Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;
Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);
Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);
Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;
Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);
Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);
Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;
Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);
Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);
Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;
Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);
Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);
Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1

**86**

(7-36)amide;  Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);  Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;  Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);  Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);  Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);  Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-36)amide;  Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);  Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;  Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);  Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);  Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);  Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;  Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);  Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;  Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);  Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);  Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);  Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-36)amide;  Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-37);  Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;  Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);  Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);  Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);  Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-36)amide;  Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-37);  Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);
Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36)amide;  Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-37);  Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);  Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-AOct)-GLP-1(7-36);  Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-AOct)-GLP-1(7-36)amide;  Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-37);  Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-38);  Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-AOct)-GLP-1(7-39);

Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-36);  Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-36)amide;  Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-37);  Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-36);  Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-36);  Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-36);  Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{38}$-(Aspa-AOct)-GLP-1(7-36)amide;  Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-

US 6,268,343 B1

## 87

(Aspa-AOct)-GLP-1(7-36)amide;
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-37);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-38);
Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-37);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-38);
Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-37);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-38);
Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-

## 88

(Aspa-AOct)-GLP-1(7-36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-
AOct)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-
AOct)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-
AOct)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-
(Aspa-AOct)-GLP-1(7-36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-AOct)-GLP-1(7-38);

Arg$^{26}$Lys$^{34}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{36}$-
(Aspa-ALit)-GLP-1(7-36); Arg$^{26}$Lys$^{34}$-(Aspa-ALit)-GLP-1
(7-36)amide; Arg$^{34}$Lys$^{26}$-(Aspa-ALit)-GLP-1(7-36)
amide; Arg$^{26,34}$Lys$^{36}$-(Aspa-ALit)-GLP-1(7-36)amide;
Arg$^{26}$Lys$^{34}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{34}$Lys$^{26}$-
(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{36}$-(Aspa-

US 6,268,343 B1

**89**

ALit)-GLP-1(7-37); $Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-38); $Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-38); $Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-39); $Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-39); $Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

$Gly^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-36); $Gly^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-36); $Gly^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Gly^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-36)amide; $Gly^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-36)amide; $Gly^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Gly^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-37); $Gly^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-37); $Gly^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-37); $Gly^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-38); $Gly^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-38); $Gly^8Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Gly^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-39); $Gly^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-39); $Gly^8Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

$Val^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-36); $Val^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-36); $Val^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Val^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-36)amide; $Val^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-36)amide; $Val^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Val^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-37); $Val^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-37); $Val^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-37); $Val^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-38); $Val^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-38); $Val^8Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Val^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-39); $Val^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-39); $Val^8Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

$Ser^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-36); $Ser^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-36); $Ser^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Ser^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-36)amide; $Ser^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-36)amide; $Ser^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Ser^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-37); $Ser^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-37); $Ser^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-37); $Ser^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-38); $Ser^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-38); $Ser^8Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Ser^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-39); $Ser^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-39); $Ser^8Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

$Thr^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-36); $Thr^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-36); $Thr^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Thr^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-36)amide; $Thr^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-36)amide; $Thr^8Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Thr^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-36)amide; $Thr^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-37); $Thr^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-37); $Thr^8Arg^{26,34}Lys^{36}$--(Aspa-ALit)-GLP-1(7-37); $Thr^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-38); $Thr^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-38); $Thr^8Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Thr^8Arg^{26}Lys^{34}$-(Aspa-ALit)-GLP-1(7-39); $Thr^8Arg^{34}Lys^{26}$-(Aspa-ALit)-GLP-1(7-39); $Thr^8Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

**90**

$Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Gly^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Gly^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Gly^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-38); $Gly^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Gly^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Gly^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Gly^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Gly^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

$Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Gly^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Gly^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

$Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

$Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39);

$Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-GLP-1(7-38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(Aspa-ALit)-GLP-1(7-39); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(Aspa-ALit)-GLP-1(7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(Aspa-ALit)-

91

GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ALit)-GLP-1(7-39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ALit)-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ALit)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ALit)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ALit)-GLP-1(7-39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ALit)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ALit)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ALit)-GLP-1(7-39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ALit)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ALit)-GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ALit)-GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ALit)-GLP-1(7-39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ALit)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Aspa-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Aspa-ALit)-GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Aspa-ALit)-GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Aspa-ALit)-GLP-1(7-39); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$-(Aspa-ALit)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$-(Aspa-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-37); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-

92

ALit)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Aspa-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Aspa-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-ALit)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Aspa-

**93**

ALit)-GLP-1(7-38); $\text{Thr}^8\text{Asp}^{17}\text{Arg}^{26,34}\text{Lys}^{18}$-(Aspa-ALit)-GLP-1(7-38);

$\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-36); $\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; $\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-37); $\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-38); $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-36); $\text{Thr}^8\text{Asp}^{17}\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-36); $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; $\text{Thr}^8\text{Asp}^{17}\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-36)amide; $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-37); $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-38); $\text{Thr}^8\text{Asp}^{17}\text{Arg}^{26,34}\text{Lys}^{23}$-(Aspa-ALit)-GLP-1(7-38);

$\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-36); $\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-36)amide; $\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-37); $\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-38); $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-36); $\text{Thr}^8\text{Asp}^{17}\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-36); $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-36)amide; $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-37); $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-38); $\text{Thr}^8\text{Asp}^{17}\text{Arg}^{26,34}\text{Lys}^{27}$-(Aspa-ALit)-GLP-1(7-38);

$\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-36); $\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36); $\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-37); $\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-37); $\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-37); $\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-38); $\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-39); $\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-39); $\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39);

$\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-36); $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36); $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-37); $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-37); $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-37); $\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-38); $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-38); $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-39); $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-39); $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39);

$\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-36); $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36); $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-37); $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-37); $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-37); $\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-38); $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-38); $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-39); $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-39); $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39);

**94**

$\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-36); $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36); $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-37); $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-37); $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-37); $\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-38); $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-38); $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-39); $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-39); $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39);

$\text{Thr}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-36); $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36); $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Thr}^8\text{Arg}^{4,ys34}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Thr}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-37); $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-37); $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-37); $\text{Thr}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-38); $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-38); $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Thr}^8\text{Arg}^{26}\text{Lys}^{34}$-(Glyc-ADod)-GLP-1(7-39); $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(Glyc-ADod)-GLP-1(7-39); $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39);

$\text{Gly}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Gly}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Gly}^8\text{Glu}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(Glyc-ADod)-GLP-1(7-37); $\text{Gly}^8\text{Glu}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Gly}^8\text{Glu}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39); $\text{Gly}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Gly}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Gly}^8\text{Glu}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(Glyc-ADod)-GLP-1(7-37); $\text{Gly}^8\text{Glu}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Gly}^8\text{Glu}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39);

$\text{Gly}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Gly}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Gly}^8\text{Asp}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(Glyc-ADod)-GLP-1(7-37); $\text{Gly}^8\text{Asp}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Gly}^8\text{Asp}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39); $\text{Gly}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Gly}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Gly}^8\text{Asp}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(Glyc-ADod)-GLP-1(7-37); $\text{Gly}^8\text{Asp}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Gly}^8\text{Asp}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39);

$\text{Val}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Val}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Val}^8\text{Glu}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(Glyc-ADod)-GLP-1(7-37); $\text{Val}^8\text{Glu}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Val}^8\text{Glu}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39); $\text{Val}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Val}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Val}^8\text{Glu}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(Glyc-ADod)-GLP-1(7-37); $\text{Val}^8\text{Glu}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(Glyc-ADod)-GLP-1(7-38); $\text{Val}^8\text{Glu}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(Glyc-ADod)-GLP-1(7-39);

$\text{Val}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36); $\text{Val}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(Glyc-ADod)-GLP-1(7-36)amide; $\text{Val}^8\text{Asp}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(Glyc-ADod)-GLP-1

US 6,268,343 B1

**95**

(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1 (7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1 (7-39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1 (7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1 (7-36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ADod)-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1(7-39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1(7-36) amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ADod)-GLP-1 (7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1(7-39); Ser$^8$Glu$^{35}$Arg$^{26,34}$-(Glyc-ADod)-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1(7-36) amide; Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1 (7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1 (7-39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1(7-36) amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ADod)-GLP-1 (7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1 (7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1 (7-39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1 (7-36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ADod)-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1(7-39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1(7-36) amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ADod)-GLP-1 (7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1 (7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1 (7-39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1 (7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ADod)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1(7-39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1(7-36) amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ADod)-GLP-1 (7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1 (7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1 (7-39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ADod)-GLP-1 (7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ADod)-GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ADod)-GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ADod)-GLP-1(7-39);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-37);

**96**

Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36) amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1 (7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36) amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1 (7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1 (7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1 (7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1 (7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1 (7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-

US 6,268,343 B1

**97**

GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ADod)-GLP-1(7-38);

Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36)

**98**

amide; Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-37); Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-37); Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-38); Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-38); Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-39); Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-39); Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-39); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-39); Gly$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-39); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-39); Val$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36)amide; Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36)amide; Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-39); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-39); Ser$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36); Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-36)amide; Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-36)amide; Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ATet)-GLP-1(7-39); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ATet)-GLP-1(7-39); Thr$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

US 6,268,343 B1

**99**

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36) amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36) amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36) amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36) amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36) amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36) amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

**100**

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36) amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36) amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ATet)-GLP-1(7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ATet)-GLP-1(7-39);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38); Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-

US 6,268,343 B1

<div style="column">

**101**

ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1 (7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1 (7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-

**102**

ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1 (7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1 (7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1 (7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1 (7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1 (7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1 (7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1 (7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1 (7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ATet)-GLP-1(7-38);

Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1 (7-36)amide; Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36) amide; Arg$^{26,34}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26}$,$_{34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-38); Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-38); Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38); Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-39); Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-39); Arg$^{26}$,$_{34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-36); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-36)amide; Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide; Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-37); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-37); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-38); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-38); Gly$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-39); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-39); Gly$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-36); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36); Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-36)amide; Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36)amide; Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide; Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-37); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-37); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-37); Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-38); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-38); Val$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38); Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-39); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-39); Val$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-36); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);

</div>

US 6,268,343 B1

<table>
<tr><td>103</td><td>104</td></tr>
</table>

Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-36)amide;
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-37);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-37);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-38);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-38);
Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-39);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-39);
Ser$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-36);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-36)amide;
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-37);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-38);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AHex)-GLP-1(7-39);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AHex)-GLP-1(7-39);
Thr$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);  Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);  Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);  Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);  Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1

(7-36);  Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-38);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);  Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);  Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-37);  Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);  Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-36)amide;  Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AHex)-GLP-1(7-37);  Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);  Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36);  Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AHex)-GLP-1(7-36)amide;  Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-37);  Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AHex)-GLP-1(7-38);  Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AHex)-GLP-1(7-39);

Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36);  Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide;  Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-37);  Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36);  Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36);  Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36);  Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36);  Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide;  Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide;  Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-37);  Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38);  Gly$^8$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36);  Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide;  Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-37);  Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38);  Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36);  Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36);  Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-

US 6,268,343 B1

**105**

AHex)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide;
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-37);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38);
Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide;
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-37);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38);
Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-

**106**

AHex)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38);
Thr$^8$Asp$^{17}$Arg$^{34}$Lys$^{27}$-(Glyc-AHex)-GLP-1(7-38);

Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36); Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36); Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36); Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36)amide; Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide; Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-37); Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-37); Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-38); Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-38); Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38); Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-39); Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-39); Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36)amide;

US 6,268,343 B1

**107**

Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36)amide;
Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-37);
Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-37);
Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-38);
Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-38);
Gly$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-39);
Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-39);
Gly$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36);
Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36)amide;
Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36)amide;
Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-37);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-37);
Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-38);
Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-38);
Val$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-39);
Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-39);
Val$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36)amide;
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-38);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-38);
Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-39);
Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-39);
Ser$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-AOct)-GLP-1(7-39);
Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-AOct)-GLP-1(7-39);
Thr$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

**108**

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);
Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);
Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);
Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-AOct)-GLP-1(7-37);
Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);
Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36);
Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-AOct)-GLP-1(7-36)amide;
Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-AOct)-GLP-1(7-38);
Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-AOct)-GLP-1(7-39);

US 6,268,343 B1

## 109

$Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glyc-AOct)-GLP-1(7-36); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glyc-AOct)-GLP-1(7-36) amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glyc-AOct)-GLP-1 (7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glyc-AOct)-GLP-1 (7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glyc-AOct)-GLP-1 (7-39); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(Glyc-AOct)-GLP-1(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(Glyc-AOct)-GLP-1(7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(Glyc-AOct)-GLP-1(7-39);

$Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1 (7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1 (7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glyc-

## 110

$Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1 (7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1 (7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-38); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1 (7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1 (7-36); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-37); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-38); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1 (7-36)amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-37); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(Glyc-AOct)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(Glyc-AOct)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(Glyc-

US 6,268,343 B1

**111**

AOct)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-AOct)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AOct)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AOct)-GLP-1(7-36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AOct)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AOct)-GLP-1 (7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AOct)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AOct)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-AOct)-GLP-1(7-38);

Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-38); Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-38); Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-39); Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-39); Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-39); Gly$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-39); Gly$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-39); Val$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-39); Val$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-39); Ser$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-39); Ser$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36);

**112**

Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Thr$^8$Arg$^{34}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-36)amide; Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-36)amide; Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-37); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-37); Thr$^8$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-37); Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-38); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-38); Thr$^8$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Thr$^8$Arg$^{26}$Lys$^{34}$-(Glyc-ALit)-GLP-1(7-39); Thr$^8$Arg$^{34}$Lys$^{26}$-(Glyc-ALit)-GLP-1(7-39); Thr$^8$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

**113**

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36) amide; Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(Glyc-ALit)-GLP-1(7-36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(Glyc-ALit)-GLP-1(7-37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(Glyc-ALit)-GLP-1(7-38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(Glyc-ALit)-GLP-1(7-39);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-38);

**114**

Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-37); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7-38);

US 6,268,343 B1

**115**

Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(Glyc-ALit)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(Glyc-ALit)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$(Glyc-ALit)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(Glyc-ALit)-GLP-1(7–38);

Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36); Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36); Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36); Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36)amide; Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36)amide; Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–37); Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–37); Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–37); Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–38); Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–38); Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1(7–38); Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–39); Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–39); Arg$^{26,34}$Lys$^{39}$-(GAB-GDod)-GLP-1(7–39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36); Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36); Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36)amide; Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36)amide; Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–37); Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–37); Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–38); Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–38); Gly$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1(7–38); Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–39); Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–39); Gly$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GDod)-GLP-1(7–39);

Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36); Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36); Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36); Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36)amide; Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36)amide;

**116**

Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36)amide; Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–37); Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–37); Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–37); Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–38); Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–38); Val$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1(7–38); Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–39); Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–39); Val$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GDod)-GLP-1(7–36);

Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36); Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36); Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36)amide; Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36)amide; Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36)amide; Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–37); Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–37); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–37); Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–38); Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–38); Ser$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1(7–38); Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–39); Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–39); Ser$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GDod)-GLP-1(7–39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36); Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36); Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36); Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–36)amide; Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–36)amide; Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36)amide; Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–37); Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–37); Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–37); Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–38); Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–38); Thr$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1(7–38); Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GDod)-GLP-1(7–39); Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GDod)-GLP-1(7–39); Thr$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GDod)-GLP-1(7–39);

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36) amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GDod)-GLP-1(7–37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1(7–38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GDod)-GLP-1(7–39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36); Gly$^8$Glu$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GDod)-GLP-1(7–37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1(7–38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GDod)-GLP-1(7–39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36) amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GDod)-GLP-1(7–37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1(7–38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GDod)-GLP-1(7–39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GDod)-GLP-1(7–37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1(7–38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GDod)-GLP-1(7–39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GDod)-GLP-1(7–36) amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GDod)-GLP-1(7–37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GDod)-GLP-1

US 6,268,343 B1

<table>
<tr><td align="center">117</td><td align="center">118</td></tr>
</table>

(7–38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-GLP-1
(7–39); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36)amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-
GLP-1(7–37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-
GLP-1(7–38); $Val^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-
GLP-1(7–39);
$Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36);
$Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36)
amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-GLP-1
(7–37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-GLP-1
(7–38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-GLP-1
(7–39); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36)amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-
GLP-1(7–37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-
GLP-1(7–38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-
GLP-1(7–39);
$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36);
$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36)
amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-GLP-1
(7–37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-GLP-1
(7–38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-GLP-1
(7–39); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36)amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-
GLP-1(7–37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-
GLP-1(7–38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-
GLP-1(7–39);
$Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36);
$Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36)
amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-GLP-1
(7–37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-GLP-1
(7–38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-GLP-1
(7–39); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36)amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-
GLP-1(7–37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-
GLP-1(7–38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-
GLP-1(7–36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-
GLP-1(7–36)amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-
GDod)-GLP-1(7–37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-
GDod)-GLP-1(7–38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-
GDod)-GLP-1(7–39);
$Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36);
$Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36)
amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-GLP-1
(7–37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-GLP-1
(7–38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-GLP-1
(7–39); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36)amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-
GLP-1(7–37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-
GLP-1(7–38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-
GLP-1(7–39);
$Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36);
$Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1(7–36)
amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-GLP-1
(7–37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-GLP-1
(7–38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-GLP-1
(7–39); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GDod)-GLP-1
(7–36)amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GDod)-
GLP-1(7–37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GDod)-
GLP-1(7–38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GDod)-
GLP-1(7–39);

$Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36);
$Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–37);
$Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–38);
$Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36);
$Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36);
$Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36)
amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1
(7–36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GDod)-
GLP-1(7–37); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GDod)-
GLP-1(7–38); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GDod)-
GLP-1(7–38);
$Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36);
$Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–37);
$Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–38);
$Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36);
$Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36);
$Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36)
amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1
(7–36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GDod)-
GLP-1(7–37); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GDod)-
GLP-1(7–38); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GDod)-
GLP-1(7–38);
$Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–36);
$Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–37);
$Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–38);
$Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–36);
$Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–36);
$Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–36)
amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1
(7–36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GDod)-
GLP-1(7–37); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GDod)-
GLP-1(7–38); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GDod)-
GLP-1(7–38);
$Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36);
$Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–37);
$Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–38);
$Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36);
$Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36);
$Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1(7–36)
amide; $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GDod)-GLP-1
(7–36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GDod)-
GLP-1(7–37); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GDod)-
GLP-1(7–38); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GDod)-
GLP-1(7–38);
$Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36);
$Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–37);
$Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–38);
$Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36);
$Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36);
$Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1(7–36)
amide; $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GDod)-GLP-1
(7–36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GDod)-
GLP-1(7–37); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GDod)-
GLP-1(7–38); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GDod)-
GLP-1(7–38);
$Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–36);
$Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–37);
$Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–38);
$Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–36);
$Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GDod)-GLP-1(7–36);

US 6,268,343 B1

<div style="display:flex">
<div>

**119**

Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1 (7–36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1 (7–36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1 (7–36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1 (7–36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–36) amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1 (7–36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GDod)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–36) amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1 (7–36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GDod)-GLP-1(7–38);

</div>
<div>

**120**

Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–36) amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1 (7–36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GDod)-GLP-1(7–38);

Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36); Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36)amide; Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–36) amide; Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–37); Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–37); Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–38); Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1 (7–39); Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–39); Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–37); Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–37); Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–37); Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–39); Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–39); Gly$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36); Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–36); Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36)amide; Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–36)amide; Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–37); Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–37); Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–37); Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–37); Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–38); Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–38); Val$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–39); Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–39); Val$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36); Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–36); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36)amide; Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–36)amide; Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–37); Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–37); Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–38); Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–38); Ser$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–39); Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–39); Ser$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

</div>
</div>

US 6,268,343 B1

**121**

Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–36);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–36)amide;
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–36)amide;
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide;
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GTet)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{34}$-(GAB-GTet)-GLP-1(7–39);

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36);
Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36);
Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1

**122**

(7–36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36);
Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36);
Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36);
Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GTet)-GLP-1(7–36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GTet)-GLP-1(7–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GTet)-GLP-1(7–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GTet)-GLP-1(7–39);

Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-

US 6,268,343 B1

## 123

(GAB-GTet)-GLP-1(7–36)amide;
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–37);
Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–38);
Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-
(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-
(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-
(GAB-GTet)-GLP-1(7–36)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-
(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-
(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-
(GAB-GTet)-GLP-1(7–37)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-
(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-
(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-
(GAB-GTet)-GLP-1(7–36)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-
(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-
(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-
(GAB-GTet)-GLP-1(7–36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-
(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-
(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-
(GAB-GTet)-GLP-1(7–36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–37);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-
(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-
(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-

## 124

(GAB-GTet)-GLP-1(7–36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-
(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-
(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GTet)-GLP-1(7–36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-
(GAB-GTet)-GLP-1(7–36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-
(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-
(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GTet)-GLP-1(7–36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-
(GAB-GTet)-GLP-1(7–36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-
(GAB-GTet)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-
(GAB-GTet)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–36); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GTet)-GLP-1(7–36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-
(GAB-GTet)-GLP-1(7–36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GTet)-GLP-1(7–38);

Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–36); Arg$^{34}$Lys$^{26}$-
(GAB-GHex)-GLP-1(7–36); Arg$^{26,34}$Lys$^{36}$-(GAB-
GHex)-GLP-1(7–36); Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-
1(7–36)amide; Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1
(7–36)amide; Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1
(7–36)amide; Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–37);
Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–37); Arg$^{34}$Lys$^{26}$-
(GAB-GHex)-GLP-1(7–38); Arg$^{26,34}$Lys$^{38}$-(GAB-
GHex)-GLP-1(7–38); Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-
1(7–39); Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–39);
Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);

Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–36);
Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–36);
Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36);
Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–36)amide;
Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–36)amide;
Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36)amide;
Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Arg$^{34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Arg$^{26,34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–39);
Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);
Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–36);

US 6,268,343 B1

**125**

Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–36);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36);
Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–36)amide;
Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–36)amide;
Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36)amide;
Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–37);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–38);
Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–38);
Val$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38);
Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–39);
Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–39);
Val$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);
Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–36);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36);
Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–36)amide;
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–36)amide;
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36)amide;
Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–37);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38);
Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–39);
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–39);
Ser$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–36);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–36)amide;
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–36)amide;
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36)amide;
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–37);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GHex)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GHex)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36)amide;
Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36)amide;
Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36)amide;
Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36)amide;
Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36);
Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36)

**126**

amide; Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1(7–37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39); Val$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36); Val$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1(7–37); Val$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1(7–38); Val$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1(7–39);
Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36) amide; Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1 (7–37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1 (7–38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1 (7–39); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36); Val$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36)amide; Val$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)- GLP-1(7–37); Val$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)- GLP-1(7–38); Val$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)- GLP-1(7–39);
Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36) amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1 (7–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1 (7–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1 (7–39); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36); Ser$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)- GLP-1(7–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)- GLP-1(7–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)- GLP-1(7–39);
Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36) amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1 (7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1 (7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1 (7–39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)- GLP-1(7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)- GLP-1(7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)- GLP-1(7–39);
Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36) amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1 (7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1 (7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1 (7–39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)- GLP-1(7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)- GLP-1(7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)- GLP-1(7–39);
Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1(7–36) amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)-GLP-1 (7–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)-GLP-1 (7–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)-GLP-1 (7–39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GHex)-GLP-1 (7–36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GHex)- GLP-1(7–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GHex)- GLP-1(7–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GHex)- GLP-1(7–39);
Arg$^{26,34}$Lys$^{18}$-(GAB-GHex)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(GAB-GHex)-GLP-1(7–36)amide;

US 6,268,343 B1

**127**

$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–38);
$Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36)
amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1
(7–36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–37); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–38); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–38);
$Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36)
amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1
(7–36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–37); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–38); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–38);
$Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36)
amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1
(7–36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-
GLP-1(7–37); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-
GLP-1(7–38); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–38);
$Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36)
amide; $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1
(7–36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–37); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–38); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–38);
$Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36)
amide; $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1
(7–36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–37); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–38); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–38);
$Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36)
amide; $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1

**128**

(7–36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-
GLP-1(7–37); $Val^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-
GLP-1(7–38); $Val^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–38);
$Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36)
amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1
(7–36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–37); $Ser^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–38); $Ser^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–38);
$Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36)
amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1
(7–36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–37); $Ser^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–38); $Ser^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–38);
$Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36)
amide; $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1
(7–36)amide; $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-
GLP-1(7–37); $Ser^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GHex)-
GLP-1(7–38); $Ser^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–38);
$Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36);
$Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1(7–36)
amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-GLP-1
(7–36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–37); $Thr^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–38); $Thr^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36)amide;
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–37);
$Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–38);
$Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36);
$Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1(7–36)
amide; $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-GLP-1
(7–36)amide; $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–37); $Thr^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–38); $Thr^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GHex)-
GLP-1(7–38);

$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36);
$Arg^{26,34}Lys^{27}$-(GAB-GHex)-GLP-1(7–36)amide;

US 6,268,343 B1

129

$\text{Arg}^{26,34}\text{Lys}^{27}$-(GAB-GHex)-GLP-1(7–37);
$\text{Arg}^{26,34}\text{Lys}^{27}$-(GAB-GHex)-GLP-1(7–38);
$\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{27}$(GAB-GHex)-GLP-1(7–36);
$\text{Thr}^8\text{Asp}^{17}\text{Arg}^{26,34}\text{Lys}^{27}$(GAB-GHex)-GLP-1(7–36);
$\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{27}$(GAB-GHex)-GLP-1(7–36) amide; $\text{Thr}^8\text{Asp}^{17}\text{Arg}^{26,34}\text{Lys}^{27}$(GAB-GHex)-GLP-1 (7–36)amide; $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{27}$(GAB-GHex)-GLP-1(7–37); $\text{Thr}^8\text{Asp}^{19}\text{Arg}^{26,34}\text{Lys}^{27}$(GAB-GHex)-GLP-1(7–38); $\text{Thr}^8\text{Asp}^{17}\text{Arg}^{26,34}\text{Lys}^{27}$-(GAB-GHex)-GLP-1(7–38);

$\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36); $\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36); $\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36); $\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1 (7–36)amide; $\text{Arg}^{340}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36) amide; $\text{Arg}^{26,33}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36) amide; $\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36) amide; $\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–37); $\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–37); $\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–38); $\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–38); $\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1(7–38); $\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1 (7–39); $\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–39); $\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1(7–39);

$\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36); $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36); $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36); $\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–37); $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–37); $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–37); $\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–38); $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–38); $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–38); $\text{Gly}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–39); $\text{Gly}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–39); $\text{Gly}^8\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1(7–39);

$\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36); $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36); $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36); $\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–37); $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–37); $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–37); $\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–38); $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–38); $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–38); $\text{Val}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–39); $\text{Val}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–39); $\text{Val}^8\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1(7–39);

$\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36); $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36); $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36); $\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–37); $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–37); $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–37); $\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–38); $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–38); $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–38); $\text{Ser}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–39); $\text{Ser}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–39); $\text{Ser}^8\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1(7–39);

130

$\text{Thr}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36); $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36); $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36); $\text{Thr}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36)amide; $\text{Thr}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–37); $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–37); $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–37); $\text{Thr}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–38); $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–38); $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1(7–38); $\text{Thr}^8\text{Arg}^{26}\text{Lys}^{34}$-(GAB-GOct)-GLP-1(7–39); $\text{Thr}^8\text{Arg}^{34}\text{Lys}^{26}$-(GAB-GOct)-GLP-1(7–39); $\text{Thr}^8\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1(7–39);

$\text{Gly}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36); $\text{Gly}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36) amide; $\text{Gly}^8\text{Glu}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(GAB-GOct)-GLP-1 (7–37); $\text{Gly}^8\text{Glu}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1 (7–38); $\text{Gly}^8\text{Glu}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1 (7–39); $\text{Gly}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1 (7–36); $\text{Gly}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1 (7–36)amide; $\text{Gly}^8\text{Glu}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(GAB-GOct)-GLP-1(7–37); $\text{Gly}^8\text{Glu}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1(7–38); $\text{Gly}^8\text{Glu}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1(7–39);

$\text{Gly}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36); $\text{Gly}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36) amide; $\text{Gly}^8\text{Asp}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(GAB-GOct)-GLP-1 (7–37); $\text{Gly}^8\text{Asp}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1 (7–38); $\text{Gly}^8\text{Asp}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1 (7–39); $\text{Gly}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1 (7–36); $\text{Gly}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1 (7–36)amide; $\text{Gly}^8\text{Asp}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(GAB-GOct)-GLP-1(7–37); $\text{Gly}^8\text{Asp}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1(7–38); $\text{Gly}^8\text{Asp}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1(7–39);

$\text{Val}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36); $\text{Val}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36) amide; $\text{Val}^8\text{Glu}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(GAB-GOct)-GLP-1 (7–37); $\text{Val}^8\text{Glu}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1 (7–38); $\text{Val}^8\text{Glu}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1 (7–39); $\text{Val}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1 (7–36); $\text{Val}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1 (7–36)amide; $\text{Val}^8\text{Glu}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(GAB-GOct)-GLP-1(7–37); $\text{Val}^8\text{Glu}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1(7–38); $\text{Val}^8\text{Glu}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1(7–39);

$\text{Val}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36); $\text{Val}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36) amide; $\text{Val}^8\text{Asp}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(GAB-GOct)-GLP-1 (7–37); $\text{Val}^8\text{Asp}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1 (7–38); $\text{Val}^8\text{Asp}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1 (7–39); $\text{Val}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1 (7–36); $\text{Val}^8\text{Asp}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1 (7–36)amide; $\text{Val}^8\text{Asp}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(GAB-GOct)-GLP-1(7–37); $\text{Val}^8\text{Asp}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1(7–38); $\text{Val}^8\text{Asp}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1(7–39);

$\text{Ser}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36); $\text{Ser}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1(7–36) amide; $\text{Ser}^8\text{Glu}^{36}\text{Arg}^{26,34}\text{Lys}^{37}$-(GAB-GOct)-GLP-1 (7–37); $\text{Ser}^8\text{Glu}^{37}\text{Arg}^{26,34}\text{Lys}^{38}$-(GAB-GOct)-GLP-1 (7–38); $\text{Ser}^8\text{Glu}^{38}\text{Arg}^{26,34}\text{Lys}^{39}$-(GAB-GOct)-GLP-1 (7–39); $\text{Ser}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1 (7–36); $\text{Ser}^8\text{Glu}^{35}\text{Arg}^{26,34}\text{Lys}^{36}$-(GAB-GOct)-GLP-1

US 6,268,343 B1

| 131 | 132 |

(7–36)amide; Ser$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GOct)-GLP-1(7–37); Ser$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GOct)-GLP-1(7–38); Ser$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GOct)-GLP-1(7–39);

Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GOct)-GLP-1(7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GOct)-GLP-1(7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GOct)-GLP-1(7–39); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36); Ser$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36)amide; Ser$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GOct)-GLP-1(7–37); Ser$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GOct)-GLP-1(7–38); Ser$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GOct)-GLP-1(7–39);

Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GOct)-GLP-1(7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GOct)-GLP-1(7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GOct)-GLP-1(7–39); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36); Thr$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36)amide; Thr$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GOct)-GLP-1(7–37); Thr$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GOct)-GLP-1(7–38); Thr$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GOct)-GLP-1(7–39);

Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GOct)-GLP-1(7–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GOct)-GLP-1(7–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GOct)-GLP-1(7–39); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36); Thr$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GOct)-GLP-1(7–36)amide; Thr$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GOct)-GLP-1(7–37); Thr$^8$Asp$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GOct)-GLP-1(7–38); Thr$^8$Asp$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GOct)-GLP-1(7–39);

Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36)amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–38); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36);

Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36) amide; Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36)amide; Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–37); Gly$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–38); Gly$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36); Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–37); Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36) amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–36)amide; Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–38); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36); Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–37); Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7–38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36); Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36)amide; Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–37); Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36) amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–37); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7–38);

US 6,268,343 B1

**133**

Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36);
Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36)amide;
Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-37);
Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-38);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36)amide;  Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36)amide;  Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-37);  Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-38);  Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-36);
Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-36)amide;
Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-37);
Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-38);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-36);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-36);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-36)amide;  Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-36)amide;  Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-37);  Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-38);  Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-36);
Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-36)amide;
Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-37);
Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-38);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-36);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-36);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-36)amide;  Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-36)amide;  Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-37);  Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-38);  Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GOct)-GLP-1(7-38);

Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36);
Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36)amide;
Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-37);
Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-38);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36)amide;  Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-36)amide;  Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-37);  Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-38);  Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GOct)-GLP-1(7-38);

Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-36);  Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36);  Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36)amide;  Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-36)amide;  Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36)amide;  Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-37);  Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-37);  Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-37);  Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-38);  Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-38);  Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-38);  Arg$^{26,34}$Lys$^{38}$-(GAB-GLit)-GLP-1(7-38);  Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-39);  Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-39);  Arg$^{26,34}$Lys$^{39}$-(GAB-GLit)-GLP-1(7-39);

Gly$^8$Arg$^{26}$Lys$^{39}$-(GAB-GLit)-GLP-1(7-36);  Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36);  Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36)amide;  Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36)amide;  Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36)amide;

**134**

Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-37);
Gly$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-37);
Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-38);
Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-38);
Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-38);
Gly$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-39);
Gly$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-39);
Gly$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GLit)-GLP-1(7-39);

Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-36);
Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36);
Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-36)amide;
Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36)amide;
Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36)amide;
Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-37);
Val$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-37);
Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-38);
Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-38);
Val$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GLit)-GLP-1(7-38);
Val$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-39);
Val$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-39);
Val$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GLit)-GLP-1(7-**39**);

Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-36);
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36);
Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-36)amide;
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36)amide;
Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1-(7-37);
Ser$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1-(7-37);
Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-38);
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-38);
Ser$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GLit)-GLP-1(7-38);
Ser$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-39);
Ser$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-39);
Ser$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GLit)-GLP-1(7-39);

Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-36);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36);
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-36)amide;
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36)amide;
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-37);
Thr$^8$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34}$-(GAB-GLit)-GLP-1(7-38);
Thr$^8$Arg$^{34}$Lys$^{26}$-(GAB-GLit)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{38}$-(GAB-GLit)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{39}$-(GAB-GLit)-GLP-1(7-39);

Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36);
Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36)amide;  Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GLit)-GLP-1(7-37);  Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GLit)-GLP-1(7-38);  Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GLit)-GLP-1(7-39);  Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36);  Gly$^8$Glu$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36)amide;  Gly$^8$Glu$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GLit)-GLP-1(7-37);  Gly$^8$Glu$^{37}$Arg$^{26,34}$Lys$^{38}$-(GAB-GLit)-GLP-1(7-38);  Gly$^8$Glu$^{38}$Arg$^{26,34}$Lys$^{39}$-(GAB-GLit)-GLP-1(7-39);

Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36);
Gly$^8$Asp$^{35}$Arg$^{26,34}$Lys$^{36}$-(GAB-GLit)-GLP-1(7-36)amide;  Gly$^8$Asp$^{36}$Arg$^{26,34}$Lys$^{37}$-(GAB-GLit)-GLP-1

US 6,268,343 B1

**135**

(7-37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1 (7-38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1 (7-39); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1 (7-36); $Gly^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1 (7-36)amide; $Gly^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Gly^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Gly^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1(7-39);

$Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36) amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36); $Val^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36)amide; $Val^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Val^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Val^8Glu^{36}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1(7-39);

$Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36) amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1 (7-37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1 (7-38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1 (7-39); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1 (7-36); $Val^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1 (7-36)amide; $Val^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Val^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Val^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1(7-39);

$Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36) amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1(7-39); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36); $Ser^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36)amide; $Ser^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Ser^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Ser^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1(7-39);

$Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36) amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1 (7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1 (7-38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1 (7-39); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1 (7-36); $Ser^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1 (7-36)amide; $Ser^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Ser^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Ser^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1(7-39);

$Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36) amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1(7-39); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36); $Thr^8Glu^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36)amide; $Thr^8Glu^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Thr^8Glu^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Thr^8Glu^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1(7-39);

$Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1(7-36) amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1

**136**

(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1 (7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1 (7-39); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1 (7-36); $Thr^8Asp^{35}Arg^{26,34}Lys^{36}$-(GAB-GLit)-GLP-1 (7-36)amide; $Thr^8Asp^{36}Arg^{26,34}Lys^{37}$-(GAB-GLit)-GLP-1(7-37); $Thr^8Asp^{37}Arg^{26,34}Lys^{38}$-(GAB-GLit)-GLP-1(7-38); $Thr^8Asp^{38}Arg^{26,34}Lys^{39}$-(GAB-GLit)-GLP-1(7-39);

$Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-37); $Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-38); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-36); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-36); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-36)amide; $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-36)amide; $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-37); $Gly^8Asp^{19}Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-38); $Gly^8Asp^{17}Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-38);

$Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36); $Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{18}$-(GAB-GLit)-GLP-1(7-38);

$Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36); $Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-37); $Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-38); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36)amide; $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-36)amide; $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-37); $Val^8Asp^{19}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-38); $Val^8Asp^{17}Arg^{26,34}Lys^{23}$-(GAB-GLit)-GLP-1(7-38);

$Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-36); $Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-36)amide; $Arg^{26,34}Lys^{27}$-(GAB-GLit)-GLP-1(7-37); $Arg^{26,34}Lys^{27}$-(GAB-

US 6,268,343 B1

**137**

GLit)-GLP-1(7-38); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-36); Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-37); Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-36)amide; Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-
(GAB-GLit)-GLP-1(7-36)amide;
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-37);
Val$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-38);
Val$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-38);
Arg$^{26,34}$lys$^{18}$-(GAB-GLit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-
(GAB-GLit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-
(GAB-GLit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(GAB-
GLit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GLit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GLit)-GLP-1(7-36)amide; Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-
(GAB-GLit)-GLP-1(7-36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GLit)-GLP-1(7-37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GLit)-GLP-1(7-38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GLit)-GLP-1(7-38);
Arg$^{26,34}$Lys$^{23}$-(GAB-GLit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-
(GAB-GLit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-
(GAB-GLit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(GAB-
GLit)-GLP-1(7-38); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GLit)-GLP-1(7-36); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GLit)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-
(GAB-GLit)-GLP-1(7-36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GLit)-GLP-1(7-37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GLit)-GLP-1(7-38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-GLit)-GLP-1(7-38);
Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-
(GAB-GLit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-
(GAB-GLit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-38); Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-36); Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-36)amide; Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-
(GAB-GLit)-GLP-1(7-36)amide;
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-37);
Ser$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-38);
Ser$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-38);
Arg$^{26,34}$Lys$^{18}$-(GAB-GLit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{18}$-
(GAB-GLit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{18}$-
(GAB-GLit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{18}$-(GAB-
GLit)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GLit)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-
GLit)-GLP-1(7-36)amide; Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-
(GAB-GLit)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-
(GAB-GLit)-GLP-1(7-36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GLit)-GLP-1(7-37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{18}$-(GAB-GLit)-GLP-1(7-38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{18}$-(GAB-GLit)-GLP-1(7-38);
Arg$^{26,34}$Lys$^{23}$-(GAB-GLit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{23}$-
(GAB-GLit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{23}$-
(GAB-GLit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{23}$-(GAB-
GLit)-GLP-1(7-38); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GLit)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-(GAB-
GLit)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{23}$-
(GAB-GLit)-GLP-1(7-36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GLit)-GLP-1(7-37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GLit)-GLP-1(7-38);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{23}$-(GAB-GLit)-GLP-1(7-38);
Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-36); Arg$^{26,34}$Lys$^{27}$-
(GAB-GLit)-GLP-1(7-36)amide; Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-37); Arg$^{26,34}$Lys$^{27}$-(GAB-

**138**

GLit)-GLP-1(7-38); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-36); Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-37); Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-
GLit)-GLP-1(7-36)amide; Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-
(GAB-GLit)-GLP-1(7-36)amide;
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-37);
Thr$^8$Asp$^{19}$Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-38);
Thr$^8$Asp$^{17}$Arg$^{26,34}$Lys$^{27}$-(GAB-GLit)-GLP-1(7-38).
Other preferred derivatives of GLP1 analogs of the
present invention are:

Lys$^{26,34}$-bis-(Glut-ADod)-GLP-1(7-36); Lys$^{26,34}$-bis
(Glut-ADod)-GLP-1(7-37); Lys$^{26,34}$-bis-(Glut-ADod)-
GLP-1(7-38); Lys$^{26,34}$-bis-(Glut-ADod)-GLP-1(7-39)

Arg$^{26}$Lys$^{34,36}$-bis-(Glut-ADod)-GLP-1(7-36);
Arg$^{34}$Lys$^{34,36}$-bis-(Glut-ADod)-GLP-1(7-36);
Arg$^{34}$Lys$^{26,36}$-bis-(Glut-ADod)-GLP-1(7-36);
Arg$^{26}$Lys$^{34,36}$-bis-(Glut-ADod)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,36}$-bis-(Glut-ADod)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,37}$-bis-(Glut-ADod)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,37}$-bis-(Glut-ADod)-GLP-1(7-37);
Art$^{26}$Lys$^{34,39}$-bis-(Glut-ADod)-GLP-1(7-39);
Arg$^{34}$Lys$^{26,39}$-bis-(Glut-ADod)-GLP-1(7-39);
Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-ADod)-GLP-1(7-39);

Arg$^{26}$Lys$^{18,34}$-bis-(Glut-ADod)-GLP-1(7-36);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-ADod)-GLP-1(7-36);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-ADod)-GLP-1(7-37);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-ADod)-GLP-1(7-37);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-ADod)-GLP-1(7-38);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-ADod)-GLP-1(7-38);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-ADod)-GLP-1(7-39);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-ADod)-GLP-1(7-39);

Arg$^{26}$Lys$^{23,34}$-bis-(Glut-ADod)-GLP-1(7-36);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-ADod)-GLP-1(7-36);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-ADod)-GLP-1(7-37);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-ADod)-GLP-1(7-37);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-ADod)-GLP-1(7-38);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-ADod)-GLP-1(7-38);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-ADod)-GLP-1(7-39);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-ADod)-GLP-1(7-39);

Arg$^{26}$Lys$^{27,34}$-bis-(Glut-ADod)-GLP-1(7-36);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-ADod)-GLP-1(7-36);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-ADod)-GLP-1(7-37);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-ADod)-GLP-1(7-37);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-ADod)-GLP-1(7-38);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-ADod)-GLP-1(7-38);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-ADod)-GLP-1(7-39);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-ADod)-GLP-1(7-39);

Gly$^8$Lys$^{26,34}$-bis-(Glut-ADod)-GLP-1(7-36); Gly$^8$Lys$^{26,}$
$^{34}$-bis-(Glut-ADod)-GLP-1(7-37); Gly$^8$Lys$^{26,34}$-bis-
(Glut-ADod)-GLP-1(7-38); Gly$^8$Lys$^{26,34}$-bis-(Glut-
ADod)-GLP-1(7-39); Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-
ADod)-GLP-1(7-36); Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-
ADod)-GLP-1(7-36); Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-
ADod)-GLP-1(7-37); Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-
ADod)-GLP-1(7-37); Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glut-
ADod)-GLP-1(7-37); Gly$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-
ADod)-GLP-1(7-37); Gly$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glut-
ADod)-GLP-1(7-38); Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-
ADod)-GLP-1(7-38); Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-
ADod)-GLP-1(7-38); Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-
ADod)-GLP-1(7-39); Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-
ADod)-GLP-1(7-39); Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-
ADod)-GLP-1(7-39);

Val$^8$Lys$^{26,34}$-bis-(Glut-ADod)-GLP-1(7-36);
Val$^8$Lys$^{26,34}$-bis-(Glut-ADod)-GLP-1(7-37);
Val$^8$Lys$^{26,34}$-bis-(Glut-ADod)-GLP-1(7-38);

US 6,268,343 B1

**139**

$Val^8Lys^{26,34}$-bis-(Glut-ADod)-GLP-1(7-39)
$Val^8Arg^{26}Lys^{34,36}$-bis-(Glut-ADod)-GLP-1(7-36);
$Val^8Arg^{34}Lys^{26,36}$-bis-(Glut-ADod)-GLP-1(7-36);
$Val^8Arg^{26}Lys^{34,36}$-bis-(Glut-ADod)-GLP-1(7-37);
$Val^8Arg^{34}Lys^{26,36}$-bis-(Glut-ADod)-GLP-1(7-37);
$Val^8Arg^{26}Lys^{34,37}$-bis-(Glut-ADod)-GLP-1(7-37);
$Val^8Arg^{34}Lys^{26,37}$-bis-(Glut-ADod)-GLP-1(7-37);
$Val^8Arg^{26}Lys^{34,38}$-bis-(Glut-ADod)-GLP-1(7-38);
$Val^8Arg^{34}Lys^{26,38}$-bis-(Glut-ADod)-GLP-1(7-38);
$Val^8Arg^{26,34}Lys^{36,38}$-bis-(Glut-ADod)-GLP-1(7-38);
$Val^8Arg^{26}Lys^{34,39}$-bis-(Glut-ADod)-GLP-1(7-39);
$Val^8Arg^{34}Lys^{26,39}$-bis-(Glut-ADod)-GLP-1(7-39);
$Val^8Arg^{26,34}Lys^{36,39}$-bis-(Glut-ADod)-GLP-1(7-39);

$Ser^8Lys^{26,34}$-bis-(Glut-ADod)-GLP-1(7-36);
$Ser^8Lys^{26,34}$-bis-(Glut-ADod)-GLP-1(7-37);
$Ser^8Lys^{26,34}$-bis-(Glut-ADod)-GLP-1(7-38);
$Ser^8Lys^{26,34}$-bis-(Glut-ADod)-GLP-1(7-39)
$Ser^8Arg^{26}Lys^{34,36}$-bis-(Glut-ADod)-GLP-1(7-36);
$Ser^8Arg^{34}Lys^{26,36}$-bis-(Glut-ADod)-GLP-1(7-36);
$Ser^8Arg^{26}Lys^{34,36}$-bis-(Glut-ADod)-GLP-1(7-37);
$Ser^8Arg^{26,36}$-bis-(Glut-ADod)-GLP-1(7-37);
$Ser^8Arg^{26}Lys^{34,37}$-bis-(Glut-ADod)-GLP-1(7-37);
$Ser^8Arg^{34}Lys^{26,37}$-bis-(Glut-ADod)-GLP-1(7-37);
$Ser^8Arg^{26}Lys^{34,38}$-bis-(Glut-ADod)-GLP-1(7-38);
$Ser^8Arg^{34}Lys^{26,38}$-bis-(Glut-ADod)-GLP-1(7-38);
$Ser^8Arg^{26,34}Lys^{36,38}$-bis-(Glut-ADod)-GLP-1(7-38);
$Ser^8Arg^{26}Lys^{34,39}$-bis-(Glut-ADod)-GLP-1(7-39);
$Ser^8Arg^{34}Lys^{26,39}$-bis-(Glut-ADod)-GLP-1(7-39);
$Ser^8Arg^{26,34}Lys^{36,39}$-bis-(Glut-ADod)-GLP-1(7-39);

$Thr^8Lys^{26,34}$-bis-(Glut-ADod)-GLP-1(7-36);
$Thr^8Lys^{26,34}$-bis-(Glut-ADod)-GLP-1(7-37);
$Thr^8Lys^{26,34}$-bis-(Glut-ADod)-GLP-1(7-38);
$Thr^8Lys^{26,34}$-bis-(Glut-ADod)-GLP-1(7-39)
$Thr^8Arg^{26}Lys^{34,36}$-bis-(Glut-ADod)-GLP-1(7-36);
$Thr^8Arg^{34}Lys^{26,36}$-bis-(Glut-ADod)-GLP-1(7-36);
$Thr^8Arg^{26}Lys^{34,36}$-bis-(Glut-ADod)-GLP-1(7-37);
$Thr^8Arg^{34}Lys^{26,36}$-bis-(Glut-ADod)-GLP-1(7-37);
$Thr^8Arg^{26}Lys^{34,37}$-bis-(Glut-ADod)-GLP-1(7-37);
$Thr^8Arg^{34}Lys^{26,37}$-bis-(Glut-ADod)-GLP-1(7-37);
$Thr^8Arg^{26}Lys^{34,38}$-bis-(Glut-ADod)-GLP-1(7-38);
$Thr^8Arg^{34}Lys^{26,38}$-bis-(Glut-ADod)-GLP-1(7-38);
$Thr^8Arg^{26,34}Lys^{36,38}$-bis-(Glut-ADod)-GLP-1(7-38);
$Thr^8Arg^{26}Lys^{34,39}$-bis-(Glut-ADod)-GLP-1(7-39);
$Thr^8Arg^{34}Lys^{26,39}$-bis-(Glut-ADod)-GLP-1(7-39);
$Thr^8Arg^{26,34}Lys^{36,39}$-bis-(Glut-ADod)-GLP-1(7-39);

$Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-36); $Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-37); $Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-38); $Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-39)

$Arg^{26}Lys^{34,36}$-bis-(Glut-ATet)-GLP-1(7-36);
$Arg^{34}Lys^{26,36}$-bis-(Glut-ATet)-GLP-1(7-36);
$Arg^{26}Lys^{34,36}$-bis-(Glut-ATet)-GLP-1(7-37);
$Arg^{34}Lys^{26,36}$-bis-(Glut-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{34,37}$-bis-(Glut-ATet)-GLP-1(7-37);
$Arg^{34}Lys^{26,37}$-bis-(Glut-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{34,39}$-bis-(Glut-ATet)-GLP-1(7-39);
$Arg^{34}Lys^{26,39}$-bis-(Glut-ATet)-GLP-1(7-39);
$Arg^{26,34}Lys^{36,39}$-GLP-1(7-39);

$Arg^{26}Lys^{18,34}$-bis-(Glut-ATet)-GLP-1(7-36);
$Arg^{34}Lys^{18,26}$-bis-(Glut-ATet)-GLP-1(7-36);
$Arg^{26}Lys^{18,34}$-bis-(Glut-ATet)-GLP-1(7-37);
$Arg^{34}Lys^{18,26}$-bis-(Glut-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{18,34}$-bis-(Glut-ATet)-GLP-1(7-38);
$Arg^{34}Lys^{18,26}$-bis-(Glut-ATet)-GLP-1(7-38);
$Arg^{26}Lys^{18,34}$-bis-(Glut-ATet)-GLP-1(7-39);
$Arg^{34}Lys^{18,26}$-bis-(Glut-ATet)-GLP-1(7-39);

$Arg^{26}Lys^{23,34}$-bis-(Glut-ATet)-GLP-1(7-36);
$Arg^{34}Lys^{23,26}$-bis-(Glut-ATet)-GLP-1(7-36);

**140**

$Arg^{26}Lys^{23,34}$-bis-(Glut-ATet)-GLP-1(7-37);
$Art^{34}Lys^{23,26}$-bis-(Glut-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{23,34}$-bis-(Glut-ATet)-GLP-1(7-38);
$Arg^{34}Lys^{23,26}$-bis-(Glut-ATet)-GLP-1(7-38);
$Arg^{26}Lys^{23,34}$-bis-(Glut-ATet)-GLP-1(7-39);
$Arg^{34}Lys^{23,26}$-bis-(Glut-ATet)-GLP-1(7-39);

$Art^{26}Lys^{27,34}$-bis-(Glut-ATet)-GLP-1(7-36);
$Arg^{34}Lys^{27,27}$-bis-(Glut-ATet)-GLP-1(7-36);
$Arg^{34}Lys^{27,34}$-bis-(Glut-ATet)-GLP-1(7-37);
$Arg^{34}Lys^{27,26}$-bis-(Glut-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{27,34}$-bis-(Glut-ATet)-GLP-1(7-38);
$Art^{34}Lys^{27,26}$-bis-(Glut-ATet)-GLP-1(7-38);
$Arg^{26}Lys^{27,34}$-bis-(Glut-ATet)-GLP-1(7-39);
$Art^{34}Lys^{27,26}$-bis-(Glut-ATet)-GLP-1(7-39);

$Gly^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-36);
$Gly^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-37);
$Gly^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-38);
$Gly^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-39)
$Gly^8Arg^{26}Lys^{34,36}$-bis-(Glut-ATet)-GLP-1(7-36);
$Gly^8Arg^{34}Lys^{26,36}$-bis-(Glut-ATet)-GLP-1(7-36);
$Gly^8Arg^{26}Lys^{34,36}$-bis-(Glut-ATet)-GLP-1(7-37);
$Gly^8Arg^{34}Lys^{26,36}$-bis-(Glut-ATet)-GLP-1(7-37);
$Gly^8Arg^{26}Lys^{34,37}$-bis-(Glut-ATet)-GLP-1(7-37);
$Gly^8Arg^{34}Lys^{26,37}$-bis-(Glut-ATet)-GLP-1(7-37);
$Gly^8Arg^{26}Lys^{34,38}$-bis-(Glut-ATet)-GLP-1(7-38);
$Gly^8Arg^{34}Lys^{26,38}$-bis-(Glut-ATet)-GLP-1(7-38);
$Gly^8Arg^{26,34}Lys^{36,38}$-bis-(Glut-ATet)-GLP-1(7-38);
$Gly^8Arg^{26}Lys^{34,39}$-bis-(Glut-ATet)-GLP-1(7-39);
$Gly^8Arg^{34}Lys^{26,39}$-bis-(Glut-ATet)-GLP-1(7-39);
$Gly^8Arg^{26,34}Lys^{36,39}$-bis-(Glut-ATet)-GLP-1(7-39);

$Val^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-36); $Val^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-37); $Val^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-38); $Val^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-39) $Val^8Arg^{26}Lys^{34,36}$-bis-(Glut-ATet)-GLP-1(7-36); $Val^8Arg^{34}Lys^{26,36}$-bis-(Glut-ATet)-GLP-1(7-36); $Val^8Arg^{26}Lys^{34,36}$-bis-(Glut-ATet)-GLP-1(7-37); $Val^8Arg^{34}Lys^{26,36}$-bis-(Glut-ATet)-GLP-1(7-37); $Val^8Arg^{26}Lys^{34,37}$-bis-(Glut-ATet)-GLP-1(7-37); $Val^8Arg^{34}Lys^{26,37}$-bis-(Glut-ATet)-GLP-1(7-37); $Val^8Arg^{26}Lys^{34,38}$-bis-(Glut-ATet)-GLP-1(7-38); $Val^8Arg^{34}Lys^{26,38}$-bis-(Glut-ATet)-GLP-1(7-38); $Val^8Arg^{26,34}Lys^{36,38}$-bis-(Glut-ATet)-GLP-1(7-38); $Val^8Arg^{26}Lys^{34,39}$-bis-(Glut-ATet)-GLP-1(7-39); $Val^8Arg^{34}Lys^{26,39}$-bis-(Glut-ATet)-GLP-1(7-39); $Val^8Arg^{26,34}Lys^{36,39}$-bis-(Glut-ATet)-GLP-1(7-39); $Ser^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-36); $Ser^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-37); $Ser^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-38); $Ser^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-39)

$Ser^8Arg^{26}Lys^{34,36}$-bis-(Glut-ATet)-GLP-1(7-36);
$Ser^8Arg^{34}Lys^{26,36}$-bis-(Glut-ATet)-GLP-1(7-36);
$Ser^8Arg^{26}Lys^{34,36}$-bis-(Glut-ATet)-GLP-1(7-37);
$Ser^8Arg^{34}Lys^{26,36}$-bis-(Glut-ATet)-GLP-1(7-37);
$Ser^8Arg^{26}Lys^{34,37}$-bis-(Glut-ATet)-GLP-1(7-37);
$Ser^8Arg^{34}Lys^{26,37}$-bis-(Glut-ATet)-GLP-1(7-37);
$Ser^8Arg^{26}Lys^{34,38}$-bis-(Glut-ATet)-GLP-1(7-38);
$Ser^8Arg^{34}Lys^{26,38}$-bis-(Glut-ATet)-GLP-1(7-38);
$Ser^8Arg^{26,34}Lys^{36,38}$-bis-(Glut-ATet)-GLP-1(7-38);
$Ser^8Arg^{26}Lys^{34,39}$-bis-(Glut-ATet)-GLP-1(7-39);
$Ser^8Arg^{34}Lys^{26,39}$-bis-(Glut-ATet)-GLP-1(7-39);
$Ser^8Arg^{26,34}Lys^{36,39}$-bis-(Glut-ATet)-GLP-1(7-39);

$Thr^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-36); $Thr^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-37); $Thr^8Lys^{26,34}$-bis-(Glut-ATet)-GLP-1(7-38); $Thr^8Lys^{26,34}$-(Glut-ATet)-GLP-1(7-39) $Thr^8Arg^{26}Lys^{34,36}$-bis-(Glut-ATet)-GLP-1(7-36); $Thr^8Arg^{34}Lys^{26,36}$-bis-(Glut-ATet)-GLP-1(7-36);

US 6,268,343 B1

**141**

Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-ATet)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-ATet)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glut-ATet)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-ATet)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glut-ATet)-GLP-1(7-38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-ATet)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$bis-(Glut-ATet)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-ATet)-GLP-1(7-39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-ATet)-GLP-1(7-39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-ATet)-GLP-1(7-39);
Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-36);  Lys$^{26,34}$-bis-
(Glut-AHex)-GLP-1(7-37);  Lys$^{26,34}$-bis-(Glut-AHex)-
GLP-1(7-38);  Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-39)

Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-36);
Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AHex)-GLP-1(7-36);
Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Arg$^{26,34}$Lys$^{36,39}$-GLP-1(7-39);

Arg$^{26}$Lys$^{18,34}$-bis-(Glut-AHex)-GLP-1(7-36);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-AHex)-GLP-1(7-36);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-AHex)-GLP-1(7-38);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-AHex)-GLP-1(7-38);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-AHex)-GLP-1(7-39);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-AHex)-GLP-1(7-39);

Arg$^{26}$Lys$^{23,34}$-bis-(Glut-AHex)-GLP-1(7-36);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-AHex)-GLP-1(7-36);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-AHex)-GLP-1(7-38);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-AHex)-GLP-1(7-38);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-AHex)-GLP-1(7-39);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-AHex)-GLP-1(7-39);

Arg$^{26}$Lys$^{27,34}$-bis-(Glut-AHex)-GLP-1(7-36);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-AHex)-GLP-1(7-36);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-AHex)-GLP-1(7-37);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-AHex)-GLP-1(7-38);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-AHex)-GLP-1(7-38);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-AHex)-GLP-1(7-39);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-AHex)-GLP-1(7-39);

Gly$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-36);
Gly$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-37);
Gly$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-38);
Gly$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-39)
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-36);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AHex)-GLP-1(7-36);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-37);
Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Gly$^8$Arg$^{26,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Gly$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-AHex)-GLP-1(7-39);

Val$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-36);
Val$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-37);
Val$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-38);
Val$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-39)
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-36);

**142**

Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AHex)-GLP-1(7-36);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AHex)-GLP-1(7-37);
Val$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Val$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-AHex)-GLP-1(7-39);

Ser$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-36);
Ser$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-37);
Ser$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-38);
Ser$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-39)
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AHex)-GLP-1(7-36);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AHex)-GLP-1(7-37);
Ser$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-AHex)-GLP-1(7-39);

Thr$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-36);
Thr$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-37);
Thr$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-38);
Thr$^8$Lys$^{26,34}$-bis-(Glut-AHex)-GLP-1(7-39)
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AHex)-GLP-1(7-36);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AHex)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AHex)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glut-AHex)-GLP-1(7-38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-AHex)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AHex)-GLP-1(7-39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-AHex)-GLP-1(7-39);

Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-36);  Lys$^{26,34}$-bis-
(Glut-AOct)-GLP-1(7-37);  Lys$^{26,34}$-bis-(Glut-AOct)-
GLP-1(7-38);  Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-39)

Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-36);
Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-36);
Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,37}$-bis-(Glut-AOct)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AOct)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AOct)-GLP-1(7-39);  Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-AOct)-GLP-1(7-39);

Arg$^{26}$Lys$^{18,34}$-bis-(Glut-AOct)-GLP1(7-36);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-AOct)-GLP-1(7-36);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-AOct)-GLP-1(7-37);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-AOct)-GLP-1(7-37);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-AOct)-GLP-1(7-38);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-AOct)-GLP-1(7-38);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-AOct)-GLP-1(7-39);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-AOct)-GLP-1(7-39);

Arg$^{26}$Lys$^{23,34}$-bis-(Glut-AOct)-GLP-1(7-36);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-AOct)-GLP-1(7-36);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-AOct)-GLP-1(7-37);

US 6,268,343 B1

**143**

Arg$^{34}$Lys$^{23,26}$-bis-(Glut-AOct)-GLP-1(7-37);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-AOct)-GLP-1(7-38);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-AOct)-GLP-1(7-38);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-AOct)-GLP-1(7-39);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-AOct)-GLP-1(7-39);

Arg$^{26}$Lys$^{27,34}$-bis-(Glut-AOct)-GLP-1(7-36);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-AOct)-GLP-1(7-36);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-AOct)-GLP-1(7-37);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-AOct)-GLP-1(7-37);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-AOct)-GLP-1(7-38);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-AOct)-GLP-1(7-38);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-AOct)-GLP-1(7-39);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-AOct)-GLP-1(7-39);

Gly$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-36);
Gly$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-37);
Gly$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-38);
Gly$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-39);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-36);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-36);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{34,37}$-bis-(Glut-AOct)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AOct)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{34,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-AOct)-GLP-1(7-39);

Val$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-36);  Val$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-37);  Val$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-38;  Val$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-39) Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-36);  Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-36);  Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AOct)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Ser$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-36);
Ser$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-37);
Ser$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-38);
Ser$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-39)

Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-36);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{34,37}$-bis-(Glut-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AOct)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{34,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-AOct)-GLP-1(7-39);

Thr$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-36);
Thr$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-37);
Thr$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-38);
Thr$^8$Lys$^{26,34}$-bis-(Glut-AOct)-GLP-1(7-39)
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-36);

**144**

Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-AOct)-GLP-1(7-39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-AOct)-GLP-1(7-39);

Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-36);  Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-37);  Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-38); Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-39)

Arg$^{26}$Lys$^{34,36}$-bis-(Glut-ALit)-GLP-1(7-36);
Arg$^{34}$Lys$^{26,36}$-bis-(Glut-ALit)-GLP-1(7-36);
Arg$^{26}$Lys$^{34,36}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,36}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{34,37}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,37}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,39}$-bis-(Glut-ALit)-GLP-1(7-39);
Arg$^{34}$Lys$^{26,39}$-bis-(Glut-ALit)-GLP-1(7-39);
Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-ALit)-GLP-1(7-39);

Arg$^{26}$Lys$^{18,34}$-bis-(Glut-ALit)-GLP-1(7-36);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-ALit)-GLP-1(7-36);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-ALit)-GLP-1(7-38);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-ALit)-GLP-1(7-38);
Arg$^{26}$Lys$^{18,34}$-bis-(Glut-ALit)-GLP-1(7-39);
Arg$^{34}$Lys$^{18,26}$-bis-(Glut-ALit)-GLP-1(7-39);

Arg$^{26}$Lys$^{23,34}$-bis-(Glut-ALit)-GLP-1(7-36);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-ALit)-GLP-1(7-36);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-ALit)-GLP-1(7-38);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-ALit)-GLP-1(7-38);
Arg$^{26}$Lys$^{23,34}$-bis-(Glut-ALit)-GLP-1(7-39);
Arg$^{34}$Lys$^{23,26}$-bis-(Glut-ALit)-GLP-1(7-39);

Arg$^{26}$Lys$^{27,34}$-bis-(Glut-ALit)-GLP-1(7-36);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-ALit)-GLP-1(7-36);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-ALit)-GLP-1(7-37);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-ALit)-GLP-1(7-38);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-ALit)-GLP-1(7-38);
Arg$^{26}$Lys$^{27,34}$-bis-(Glut-ALit)-GLP-1(7-39);
Arg$^{34}$Lys$^{27,26}$-bis-(Glut-ALit)-GLP-1(7-39);

Gly$^8$Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-36);
Gly$^8$Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-37);
Gly$^8$Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-38);
Gly$^8$Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-39)
Gly$^8$Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-36);
Gly$^8$Lys$^{26,36}$-bis-(Glut-ALit)-GLP-1(7-36);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-ALit)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glut-ALit)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{34,37}$-bis-(Glut-ALit)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glut-ALit)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{34,38}$-bis-(Glut-ALit)-GLP-1(7-38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glut-ALit)-GLP-1(7-38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glut-ALit)-GLP-1(7-38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glut-ALit)-GLP-1(7-39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glut-ALit)-GLP-1(7-39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glut-ALit)-GLP-1(7-39);

Val$^8$Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-36);  Val$^8$Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-37);  Val$^8$Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-38);  Val$^8$Lys$^{26,34}$-bis-(Glut-ALit)-GLP-1(7-39) Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glut-ALit)-GLP-

US 6,268,343 B1

**145**

1(7-36); Val⁸Arg³⁴Lys²⁶,³⁶-bis-(Glut-ALit)-GLP-1(7-36);   Val⁸Arg²⁶Lys³⁴,³⁶-bis-(Glut-ALit)-GLP-1(7-37);
Val⁸Arg³⁴Lys²⁶,³⁶-bis-(Glut-ALit)-GLP-1(7-37);
Val⁸Arg²⁶Lys³⁴,³⁷-bis-(Glut-ALit)-GLP-1(7-37);
Val⁸Arg³⁴Lys²⁶,³⁷-bis-(Glut-ALit)-GLP-1(7-37);
Val⁸Arg²⁶Lys³⁴,³⁸-bis-(Glut-ALit)-GLP-1(7-38);
Val⁸Arg³⁴Lys²⁶,³⁸-bis-(Glut-ALit)-GLP-1(7-38);
Val⁸Arg²⁶,³⁴Lys³⁶,³⁸-bis-(Glut-ALit)-GLP-1(7-38);
Val⁸Arg²⁶Lys³⁴,³⁹-bis-(Glut-ALit)-GLP-1(7-39);
Val⁸Arg³⁴Lys²⁶,³⁹-bis-(Glut-ALit)-GLP-1(7-39);
Val⁸Arg²⁶,³⁴Lys³⁶,³⁹-bis-(Glut-ALit)-GLP-1(7-39);
Ser⁸Lys²⁶,³⁴-bis-(Glut-ALit)-GLP-1(7-36);
Ser⁸Lys²⁶,³⁴-bis-(Glut-ALit)-GLP-1(7-37);
Ser⁸Lys²⁶,³⁴-bis-(Glut-ALit)-GLP-1(7-38);
Ser⁸Lys²⁶,³⁴-bis-(Glut-ALit)-GLP-1(7-39)
Ser⁸Arg²⁶Lys³⁴,³⁶-bis-(Glut-ALit)-GLP-1(7-36);
Ser⁸Arg³⁴Lys²⁶,³⁶-bis-(Glut-ALit)-GLP-1(7-36);
Ser⁸Arg²⁶Lys³⁴,³⁶-bis-(Glut-ALit)-GLP-1(7-37);
Ser⁸Arg³⁴Lys²⁶,³⁶-bis-(Glut-ALit)-GLP-1(7-37);
Ser⁸Arg²⁶Lys³⁴,³⁷-bis-(Glut-ALit)-GLP-1(7-37);
Ser⁸Arg³⁴Lys²⁶,³⁷-bis-(Glut-ALit)-GLP-1(7-37);
Ser⁸Arg²⁶Lys³⁴,³⁸-bis-(Glut-ALit)-GLP-1(7-38);
Ser⁸Arg³⁴Lys²⁶,³⁸-bis-(Glut-ALit)-GLP-1(7-38);
Ser⁸Arg²⁶,³⁴Lys³⁶,³⁸-bis-(Glut-ALit)-GLP-1(7-38);
Ser⁸Arg²⁶Lys³⁴,³⁹-bis-(Glut-ALit)-GLP-1(7-39);
Ser⁸Arg³⁴Lys²⁶,³⁹-bis-(Glut-ALit)-GLP-1(7-39);
Ser⁸Arg²⁶,³⁴Lys³⁶,³⁹-bis-(Glut-ALit)-GLP-1(7-39);
Thr⁸Lys²⁶,³⁴-bis-(Glut-ALit)-GLP-1(7-36);
Thr⁸Lys²⁶,³⁴-bis-(Glut-ALit)-GLP-1(7-37);
Thr⁸Lys²⁶,³⁴-bis-(Glut-ALit)-GLP-1(7-38);
Thr⁸Lys²⁶,³⁴-bis-(Glut-ALit)-GLP-1(7-39)
Thr⁸Arg²⁶Lys³⁴,³⁶-bis-(Glut-ALit)-GLP-1(7-36);
Thr⁸Arg³⁴Lys²⁶,³⁶-bis-(Glut-ALit)-GLP-1(7-36);
Thr⁸Arg²⁶Lys³⁴,³⁶-bis-(Glut-ALit)-GLP-1(7-37);
Thr⁸Arg³⁴Lys²⁶,³⁶-bis-(Glut-ALit)-GLP-1(7-37);
Thr⁸Arg²⁶Lys³⁴,³⁷-bis-(Glut-ALit)-GLP-1(7-37);
Thr⁸Arg³⁴Lys²⁶,³⁷-bis-(Glut-ALit)-GLP-1(7-37);
Thr⁸Arg²⁶Lys³⁴,³⁸-bis-(Glut-ALit)-GLP-1(7-38);
Thr⁸Arg³⁴Lys²⁶,³⁸-bis-(Glut-ALit)-GLP-1(7-38);
Thr⁸Arg²⁶,³⁴Lys³⁶,³⁸-bis-(Glut-ALit)-GLP-1(7-38);
Thr⁸Arg²⁶Lys³⁴,³⁹-bis-(Glut-ALit)-GLP-1(7-39);
Thr⁸Arg³⁴Lys²⁶,³⁹-bis-(Glut-ALit)-GLP-1(7-39);
Thr⁸Arg²⁶,³⁴Lys³⁶,³⁹-bis-(Glut-ALit)-GLP-1(7-39);
Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-36); Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-37); Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-38); Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-39)

Arg²⁶Lys³⁴,³⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Arg³⁴Lys²⁶,³⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Arg²⁶Lys³⁴,³⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Arg³⁴Lys²⁶,³⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Arg²⁶Lys³⁴,³⁷-bis-(Aspa-ADod)-GLP-1(7-37);
Arg²⁶Lys³⁴,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Arg³⁴Lys²⁶,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Arg²⁶,³⁴Lys³⁶,³⁹-bis-(Aspa-ADod)-GLP-1(7-39)
Arg²⁶Lys¹⁸,³⁴-bis-(Aspa-ADod)-GLP-1(7-36);
Arg³⁴Lys¹⁸,²⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Arg²⁶Lys¹⁸,³⁴-bis-(Aspa-ADod)-GLP-1(7-37);
Arg³⁴Lys¹⁸,²⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Arg²⁶Lys¹⁸,³⁴-bis-(Aspa-ADod)-GLP-1(7-38);
Arg³⁴Lys¹⁸,²⁶-bis-(Aspa-ADod)-GLP-1(7-38);
Arg²⁶Lys¹⁸,³⁴-bis-(Aspa-ADod)-GLP-1(7-39);
Arg³⁴Lys¹⁸,²⁶-bis-(Aspa-ADod)-GLP-1(7-39);
Arg²⁶Lys²³,³⁴-bis-(Aspa-ADod)-GLP-1(7-36);
Arg³⁴Lys²³,²⁶-bis-(Aspa-ADod)-GLP-1(7-36);

**146**

Arg²⁶Lys²³,³⁴-bis-(Aspa-ADod)-GLP-1(7-37);
Arg³⁴Lys²³,²⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Arg²⁶Lys²³,³⁴-bis-(Aspa-ADod)-GLP-1(7-38);
Arg³⁴Lys²³,²⁶-bis-(Aspa-ADod)-GLP-1(7-38);
Arg²⁶Lys²³,³⁴-bis-(Aspa-ADod)-GLP-1(7-39);
Arg³⁴Lys²³,²⁶-bis-(Aspa-ADod)-GLP-1(7-39);
Arg²⁶Lys²⁷,³⁴-bis-(Aspa-ADod)-GLP-1(7-36);
Arg³⁴Lys²⁷,²⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Arg²⁶Lys²⁷,³⁴-bis-(Aspa-ADod)-GLP-1(7-37);
Arg³⁴Lys²⁷,²⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Arg²⁶Lys²⁷,³⁴-bis-(Aspa-ADod)-GLP-1(7-38);
Arg³⁴Lys²⁷,²⁶-bis-(Aspa-ADod)-GLP-1(7-38);
Arg²⁶Lys²⁷,³⁴-bis-(Aspa-ADod)-GLP-1(7-39);
Arg³⁴Lys²⁷,²⁶-bis-(Aspa-ADod)-GLP-1(7-39);
Gly⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-36);
Gly⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-37);
Gly⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-38);
Gly⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-39);
Gly⁸Arg²⁶Lys³⁴,³⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Gly⁸Arg³⁴Lys²⁶,³⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Gly⁸Arg²⁶Lys³⁴,³⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Gly⁸Arg³⁴Lys²⁶,³⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Gly⁸Arg²⁶Lys³⁴,³⁷-bis-(Aspa-ADod)-GLP-1(7-37);
Gly⁸Arg³⁴Lys²⁶,³⁷-bis-(Aspa-ADod)-GLP-1(7-37);
Gly⁸Arg²⁶Lys³⁴,³⁸-bis-(Aspa-ADod)-GLP-1(7-38);
Gly⁸Arg³⁴Lys²⁶,³⁸-bis-(Aspa-ADod)-GLP-1(7-38);
Gly⁸Arg²⁶,³⁴Lys³⁶,³⁸-bis-(Aspa-ADod)-GLP-1(7-38);
Gly⁸Arg²⁶Lys³⁴,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Gly⁸Arg³⁴Lys²⁶,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Gly⁸Arg²⁶,³⁴Lys³⁶,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Val⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-36);
Val⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-37);
Val⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-38);
Val⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-39)
Val⁸Arg²⁶Lys³⁴,³⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Val⁸Arg³⁴Lys²⁶,³⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Val⁸Arg²⁶Lys³⁴,³⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Val⁸Arg³⁴Lys²⁶,³⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Val⁸Arg²⁶Lys³⁴,³⁷-bis-(Aspa-ADod)-GLP-1(7-37);
Val⁸Arg³⁴Lys²⁶,³⁷-bis-(Aspa-ADod)-GLP-1(7-37);
Val⁸Arg²⁶Lys³⁴,³⁸-bis-(Aspa-ADod)-GLP-1(7-38);
Val⁸Arg³⁴Lys²⁶,³⁸-bis-(Aspa-ADod)-GLP-1(7-38);
Val⁸Arg²⁶,³⁴Lys³⁶,³⁸-bis-(Aspa-ADod)-GLP-1(7-38);
Val⁸Arg²⁶Lys³⁴,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Val⁸Arg³⁴Lys²⁶,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Val⁸Arg²⁶,³⁴Lys³⁶,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Ser⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-36);
Ser⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-37);
Ser⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-38);
Ser⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-39)
Ser⁸Arg²⁶Lys³⁴,³⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Ser⁸Arg³⁴Lys²⁶,³⁶-bis-(Aspa-ADod)-GLP-1(7-36);
Ser⁸Arg²⁶Lys³⁴,³⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Ser⁸Arg³⁴Lys²⁶,³⁶-bis-(Aspa-ADod)-GLP-1(7-37);
Ser⁸Arg²⁶Lys³⁴,³⁷-bis-(Aspa-ADod)-GLP-1(7-37);
Ser⁸Arg³⁴Lys²⁶,³⁷-bis-(Aspa-ADod)-GLP-1(7-37);
Ser⁸Arg²⁶Lys³⁴,³⁸-bis-(Aspa-ADod)-GLP-1(7-38);
Ser⁸Arg³⁴Lys²⁶,³⁸-bis-(Aspa-ADod)-GLP-1(7-38);
Ser⁸Arg²⁶,³⁴Lys³⁶,³⁸-bis-(Aspa-ADod)-GLP-1(7-38);
Ser⁸Arg²⁶Lys³⁴,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Ser⁸Arg³⁴Lys²⁶,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Ser⁸Arg²⁶,³⁴Lys³⁶,³⁹-bis-(Aspa-ADod)-GLP-1(7-39);
Thr⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-36);
Thr⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-37);
Thr⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-38);
Thr⁸Lys²⁶,³⁴-bis-(Aspa-ADod)-GLP-1(7-39)
Thr⁸Arg²⁶Lys³⁴,³⁶-bis-(Aspa-ADod)-GLP-1(7-36);

US 6,268,343 B1

**147**

$Thr^8Arg^{34}Lys^{26,36}$-bis-(Aspa-ADod)-GLP-1(7-36);
$Thr^8Arg^{26}Lys^{34,36}$-bis-(Aspa-ADod)-GLP-1(7-37);
$Thr^8Arg^{34}Lys^{26,36}$-bis-(Aspa-ADod)-GLP-1(7-37);
$Thr^8Arg^{26}Lys^{34,37}$-bis-(Aspa-ADod)-GLP-1(7-37);
$Thr^8Arg^{34}Lys^{26,37}$-bis-(Aspa-ADod)-GLP-1(7-37);
$Thr^8Arg^{26}Lys^{34,38}$-bis-(Aspa-ADod)-GLP-1(7-38);
$Thr^8Arg^{34}Lys^{26,38}$-bis-(Aspa-ADod)-GLP-1(7-38);
$Thr^8Arg^{26,34}Lys^{36,38}$-bis-(Aspa-ADod)-GLP-1(7-38);
$Thr^8Arg^{26}Lys^{34,39}$-bis-(Aspa-ADod)-GLP-1(7-39);
$Thr^8Arg^{34}Lys^{26,39}$-bis-(Aspa-ADod)-GLP-1(7-39);
$Thr^8Arg^{26,34}Lys^{36,39}$-bis-(Aspa-ADod)-GLP-1(7-39);
$Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-36);  $Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-37);  $Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-38); $Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-39)
$Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Arg^{34}Lys^{26,36}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{34}Lys^{26,38}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{34,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{34}Lys^{26,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{34,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Arg^{34}Lys^{26,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Arg^{26,34}Lys^{36,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Gly^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Gly^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Gly^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Gly^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-39)
$Gly^8Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Gly^8Arg^{34}Lys^{26,36}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Gly^8Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Gly^8Arg^{34}Lys^{26,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Gly^8Arg^{26}Lys^{34,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Gly^8Arg^{26}Lys^{34,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Gly^8Arg^{34}Lys^{26,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Gly^8Arg^{26,34}Lys^{36,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Gly^8Arg^{26}Lys^{34,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Gly^8Arg^{34}Lys^{26,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Gly^8Arg^{26,34}Lys^{36,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Val^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-36); $Val^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-37); $Val^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-38);  $Val^8Lys^{26,34}$-bis-(Aspa-ATet)-

**148**

GLP-1(7-39) $Val^8Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-36); $Val^8Arg^{34}Lys^{26,36}$-bis-(Aspa-ATet)-GLP-1(7-36); $Val^8Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Val^8Arg^{34}Lys^{26,36}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Val^8Arg^{26}Lys^{34,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Val^8Arg^{34}Lys^{26,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Val^8Arg^{26}Lys^{34,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Val^8Arg^{34}Lys^{26,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Val^8Arg^{26,34}Lys^{36,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Val^8Arg^{26}Lys^{34,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Val^8Arg^{34}Lys^{26,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Val^8Arg^{26,34}Lys^{36,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Ser^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Ser^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Ser^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP1(7-38);
$Ser^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-39)
$Ser^8Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Ser^8Arg^{34}Lys^{26,36}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Ser^8Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Ser^8Arg^{34}Lys^{26,36}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Ser^8Arg^{26}Lys^{34,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Ser^8Arg^{34}Lys^{26,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Ser^8Arg^{26}Lys^{34,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Ser^8Arg^{34}Lys^{26,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Ser^8Arg^{26,34}Lys^{36,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Ser^8Arg^{26}Lys^{343,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Thr^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Thr^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Thr^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Thr^8Lys^{26,34}$-bis-(Aspa-ATet)-GLP-1(7-39)
$Thr^8Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Thr^8Arg^{34}Lys^{26,36}$-bis-(Aspa-ATet)-GLP-1(7-36);
$Thr^8Arg^{26}Lys^{34,36}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Thr^8Arg^{34}Lys^{26,36}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Thr^8Arg^{26}Lys^{34,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Thr^8Arg^{34}Lys^{26,37}$-bis-(Aspa-ATet)-GLP-1(7-37);
$Thr^8Arg^{26}Lys^{34,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Thr^8Arg^{34}Lys^{26,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Thr^8Arg^{26,34}Lys^{36,38}$-bis-(Aspa-ATet)-GLP-1(7-38);
$Thr^8Arg^{26}Lys^{34,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Thr^8Arg^{34}Lys^{26,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Thr^8Arg^{26,34}Lys^{36,39}$-bis-(Aspa-ATet)-GLP-1(7-39);
$Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-36);  $Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-37);  $Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-38);  $Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-39)
$Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Arg^{34}Lys^{26,36}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Arg^{34}Lys^{26,36}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Arg^{26}Lys^{34,37}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Arg^{34}Lys^{26,39}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Arg^{34}Lys^{26,39}$-bis-(Aspa-AHex)-GLP-1(7-39); $Arg^{26,34}Lys^{36,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-AHex)-GLP-1(7-37);

US 6,268,343 B1

**149**

$Arg^{34}Lys^{23,26}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-AHex)-GLP-1(7-39);

$Arg^{26}Lys^{27,34}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Arg^{34}Lys^{27,34}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-AHex)-GLP-1(7-39);

$Gly^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Gly^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Gly^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Gly^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Gly^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Gly^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Gly^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Gly^{8}Arg^{26}Lys^{34,37}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Gly^{8}Arg^{34}Lys^{26,37}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Gly^{8}Arg^{26}Lys^{34,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Gly^{8}Arg^{34}Lys^{26,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Gly^{8}Arg^{26,34}Lys^{36,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Gly^{8}Arg^{26}Lys^{34,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Gly^{8}Arg^{34}Lys^{26,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Gly^{8}Arg^{26,34}Lys^{36,39}$-bis-(Aspa-AHex)-GLP-1(7-39);

$Val^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Val^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Val^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Val^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Val^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Val^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Val^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Val^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Val^{8}Arg^{26}Lys^{34,37}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Val^{8}Arg^{34}Lys^{26,37}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Val^{8}Arg^{26}Lys^{34,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Val^{8}Arg^{34}Lys^{26,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Val^{8}Arg^{26,34}Lys^{36,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Val^{8}Arg^{26}Lys^{34,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Val^{8}Arg^{34}Lys^{26,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Val^{8}Lys^{36,39}$-bis-(Aspa-AHex)-GLP-1(7-39);

$Ser^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Ser^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Ser^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Ser^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Ser^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Ser^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Ser^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Ser^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Ser^{8}Arg^{26}Lys^{34,37}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Ser^{8}Arg^{34}Lys^{26,37}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Ser^{8}Arg^{26}Lys^{34,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Ser^{8}Arg^{34}Lys^{26,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Ser^{8}Arg^{26,34}Lys^{36,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Ser^{8}Arg^{26}Lys^{34,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Ser^{8}Arg^{34}Lys^{26,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Ser^{8}Arg^{26,34}Lys^{36,39}$-bis-(Aspa-AHex)-GLP-1(7-39);

$Thr^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Thr^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Thr^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Thr^{8}Lys^{26,34}$-bis-(Aspa-AHex)-GLP-1(7-39)
$Thr^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-36);

**150**

$Thr^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AHex)-GLP-1(7-36);
$Thr^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Thr^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Thr^{8}Arg^{26}Lys^{34,37}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Thr^{8}Arg^{34}Lys^{26,37}$-bis-(Aspa-AHex)-GLP-1(7-37);
$Thr^{8}Arg^{26}Lys^{34,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Thr^{8}Arg^{34}Lys^{26,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Thr^{8}Arg^{26,34}Lys^{36,38}$-bis-(Aspa-AHex)-GLP-1(7-38);
$Thr^{8}Arg^{26}Lys^{34,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Thr^{8}Arg^{34}Lys^{26,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Thr^{8}Arg^{26,34}Lys^{36,39}$-bis-(Aspa-AHex)-GLP-1(7-39);
$Lys^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-36); $Lys^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-37); $Lys^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-38); $Lys^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-39)

$Arg^{26}Lys^{34,36}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Arg^{34}Lys^{26,36}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Arg^{26}Lys^{34,36}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Arg^{34}Lys^{26,36}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Arg^{26}Lys^{34,37}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Arg^{26}Lys^{34,39}$-bis-(Aspa-AOct)-GLP-1(7-39);
$Arg^{34}Lys^{26,39}$-bis-(Aspa-AOct)-GLP-1(7-39);
$Arg^{26,34}Lys^{36,39}$-bis-(Aspa-AOct)-GLP-1(7-39);

$Arg^{26}Lys^{18,34}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Arg^{34}Lys^{18,34}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Arg^{34}Lys^{18,34}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Arg^{26}Lys^{18,34}$-bis-(Aspa-AOct)-GLP-1(7-39);
$Arg^{34}Lys^{18,26}$-bis-(Aspa-AOct)-GLP-1(7-39);

$Arg^{26}Lys^{23,34}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Arg^{26}Lys^{23,34}$-bis-(Aspa-AOct)-GLP-1(7-39);
$Arg^{34}Lys^{23,26}$-bis-(Aspa-AOct)-GLP-1(7-39);

$Arg^{26}Lys^{27,34}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Arg^{26}Lys^{27,34}$-bis-(Aspa-AOct)-GLP-1(7-39);
$Arg^{34}Lys^{27,26}$-bis-(Aspa-AOct)-GLP-1(7-39);

$Gly^{8}Lys^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Gly^{8}Lys^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Gly^{8}Lys^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Gly^{8}Lys^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-39)
$Gly^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Gly^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Gly^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Gly^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Gly^{8}$

$Ser^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Ser^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AOct)-GLP-1(7-36);
$Ser^{8}Arg^{26}Lys^{34,36}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Ser^{8}Arg^{34}Lys^{26,36}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Ser^{8}Arg^{26}Lys^{34,37}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Ser^{8}Arg^{34}Lys^{26,37}$-bis-(Aspa-AOct)-GLP-1(7-37);
$Ser^{8}Arg^{26}Lys^{34,38}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Ser^{8}Arg^{34}Lys^{26,38}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Ser^{8}Arg^{26,34}Lys^{36,38}$-bis-(Aspa-AOct)-GLP-1(7-38);
$Ser^{8}Arg^{26}Lys^{34,39}$-bis-(Aspa-AOct)-GLP-1(7-39);

US 6,268,343 B1

**151**

Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Aspa-AOct)-GLP-1(7-39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Aspa-AOct)-GLP-1(7-39);
Thr$^8$Lys$^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-36);
Thr$^8$Lys$^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Lys$^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Lys$^{26,34}$-bis-(Aspa-AOct)-GLP-1(7-39)
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-AOct)-GLP-1(7-36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-AOct)-GLP-1(7-36);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Aspa-AOct)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Aspa-AOct)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Aspa-AOct)-GLP-1(7-39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Aspa-AOct)-GLP-1(7-39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Aspa-AOct)-GLP-1(7-39);

Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-36); Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-37); Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-38); Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-39)

Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-36);
Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-36);
Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,37}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,37}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,39}$-bis-(Aspa-ALit)-GLP-1(7-39);
Arg$^{34}$Lys$^{26,39}$-bis-(Aspa-ALit)-GLP-1(7-39); Arg$^{26,}$$_{34}$Lys$^{36,39}$-bis-(Aspa-ALit)-GLP-1(7-39);

Arg$^{26}$Lys$^{18,34}$-bis-(Aspa-ALit)-GLP-1(7-36);
Arg$^{34}$Lys$^{18,26}$-bis-(Aspa-ALit)-GLP-1(7-36);
Arg$^{26}$Lys$^{18,34}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{18,26}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{26}$Lys$^{18,34}$-bis-(Aspa-ALit)-GLP-1(7-38);
Arg$^{34}$Lys$^{18,26}$-bis-(Aspa-ALit)-GLP-1(7-38);
Arg$^{26}$Lys$^{18,34}$-bis-(Aspa-ALit)-GLP-1(7-39);
Arg$^{34}$Lys$^{18,26}$-bis-(Aspa-ALit)-GLP-1(7-39);

Arg$^{26}$Lys$^{23,34}$-bis-(Aspa-ALit)-GLP-1(7-36);
Arg$^{34}$Lys$^{23,26}$-bis-(Aspa-ALit)-GLP-1(7-36);
Arg$^{26}$Lys$^{23,34}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{23,26}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{26}$Lys$^{23,34}$-bis-(Aspa-ALit)-GLP-1(7-38);
Arg$^{34}$Lys$^{23,26}$-bis-(Aspa-ALit)-GLP-1(7-38);
Arg$^{26}$Lys$^{23,34}$-bis-(Aspa-ALit)-GLP-1(7-39);
Arg$^{34}$Lys$^{23,26}$-bis-(Aspa-ALit)-GLP-1(7-39);

Arg$^{26}$Lys$^{27,34}$-bis-(Aspa-ALit)-GLP-1(7-36);
Arg$^{34}$Lys$^{27,26}$-bis-(Aspa-ALit)-GLP-1(7-36);
Arg$^{26}$Lys$^{27,34}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{34}$Lys$^{27,26}$-bis-(Aspa-ALit)-GLP-1(7-37);
Arg$^{26}$Lys$^{27,34}$-bis-(Aspa-ALit)-GLP-1(7-38);
Arg$^{34}$Lys$^{27,26}$-bis-(Aspa-ALit)-GLP-1(7-38);
Arg$^{26}$Lys$^{27,34}$-bis-(Aspa-ALit)-GLP-1(7-39);
Arg$^{34}$Lys$^{27,26}$-bis-(Aspa-ALit)-GLP-1(7-39);

Gly$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-36);
Gly$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-37);
Gly$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-38);
Gly$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-39)
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-36);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-36);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Aspa-ALit)-GLP-1(7-37);
Gly$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Aspa-ALit)-GLP-1(7-37);
Gly$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Aspa-ALit)-GLP-1(7-38);

**152**

Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Aspa-ALit)-GLP-1(7-39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Aspa-ALit)-GLP-1(7-39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Aspa-ALit)-GLP-1(7-39);

Val$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-36); Val$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-37); Val$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-39) Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-36); Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-36); Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Val$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Aspa-ALit)-GLP-1(7-37);
Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Aspa-ALit)-GLP-1(7-37);
Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Val$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Aspa-ALit)-GLP1(7-38);
Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Aspa-ALit)-GLP-1(7-39);
Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Aspa-ALit)-GLP-1(7-39);
Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Aspa-ALit)-GLP-1(7-39);

Ser$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-36); Ser$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-37); Ser$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-38); Ser$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-39) Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-36); Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-36); Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Ser$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Aspa-ALit)-GLP-1(7-37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Aspa-ALit)-GLP-1(7-37);
Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Aspa-ALit)-GLP-1(7-39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Aspa-ALit)-GLP-1(7-39);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Aspa-ALit)-GLP-1(7-39);

Thr$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-36);
Thr$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-37);
Thr$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-38);
Thr$^8$Lys$^{26,34}$-bis-(Aspa-ALit)-GLP-1(7-39)
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-36);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Aspa-ALit)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Aspa-ALit)-GLP-1(7-37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Aspa-ALit)-GLP-1(7-38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Aspa-ALit)-GLP-1(7-39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Aspa-ALit)-GLP-1(7-39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Aspa-ALit)-GLP-1(7-39);

Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7-36); Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7-37); Lys$^{26,34}$-bis-(Glyc-Adod)-GLP-1(7-38); Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7-39)

Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ADod)-GLP-1(7-36);
Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ADod)-GLP-1(7-36);
Arg$^{26}$Lys$^{34,36}$-bis-(Glc-ADod)-GLP-1(7≅37);
Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ADod)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ADod)-GLP-1(7-37);
Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ADod)-GLP-1(7-37);
Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ADod)-GLP-1(7-39);
Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ADod)-GLP-1(7-39);
Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ADod)-GLP-1(7-39);

Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ADod)-GLP-1(7-36);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ADod)-GLP-1(7-36);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ADod)-GLP-1(7-37);

US 6,268,343 B1

**153**

Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ADod)-GLP-1(7–37);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ADod)-GLP-1(7–38);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ADod)-GLP-1(7–38);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ADod)-GLP-1(7–39);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ADod)-GLP-1(7–39);

Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ADod)-GLP-1(7–36);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ADod)-GLP-1(7–36);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ADod)-GLP-1(7–37);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ADod)-GLP-1(7–37);
Arg$^{26}$Lys$^{23,34}$-bis-(Glyc-ADod)-GLP-1(7–38);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ADod)-GLP-1(7–38);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ADod)-GLP-1(7–39);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ADod)-GLP-1(7–39);

Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ADod)-GLP-1(7–36);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-ADod)-GLP-1(7–36);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ADod)-GLP-1(7–37);
Arg$^{34}$Lys$^{27,36}$-bis-(Glyc-ADod)-GLP-1(7–37);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ADod)-GLP-1(7–38);
Arg$^{34}$Lys$^{27,26}$-bis-(Gly-ADod)-GLP-1(7–38);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ADod)-GLP-1(7–39);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-ADod)-GLP-1(7–39);

Gly$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–36);
Gly$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–37);
Gly$^{8}$Lyn$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–38);
Gly$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–39)
Gly$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ADod)-GLP-1(7–36);
Gly$^{8}$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ADod)-GLP-1(7–36);
Gly$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ADod)-GLP-1(7–37);
Gly$^{8}$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ADod)-GLP-1(7–37);
Gly$^{8}$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-Adod)-GLP-1(7–37);
Gly$^{8}$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-Adod)-GLP-1(7–37);
Gly$^{8}$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ADod)-GLP-1(7–38);
Gly$^{8}$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ADod)-GLP-1(7–38);
Gly$^{8}$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ADod)-GLP-1(7–38);
Gly$^{8}$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ADod)-GLP-1(7–39);
Gly$^{8}$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ADod)-GLP-1(7–39);
Gly$^{8}$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ADod)-GLP-1(7–39);

Val$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–36);
Val$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–37);
Val$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–38);
Val$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–39)
Val$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ADod)-GLP-1(7–36);
Val$^{8}$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ADod)-GLP-1(7–36);
Val$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ADod)-GLP-1(7–37);
Val$^{8}$Arg$^{34}$Lys$^{26,37}$-bis-(Glc-ADod)-GLP-1(7–37);
Val$^{8}$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ADod)-GLP-1(7–37);
Val$^{8}$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ADod)-GLP-1(7–38);
Val$^{8}$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ADod)-GLP-1(7–38);
Val$^{8}$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ADod)-GLP-1(7–38);
Val$^{8}$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ADod)-GLP-1(7–39);
Val$^{8}$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ADod)-GLP-1(7–39);
Val$^{8}$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ADod)-GLP-1(7–39);

Ser$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–36);
Ser$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–37);
Ser$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–38);
Ser$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–39)
Ser$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ADod)-GLP-1(7–36);
Ser$^{8}$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ADod)-GLP-1(7–36);
Ser$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ADod)-GLP-1(7–37);
Ser$^{8}$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ADod)-GLP-1(7–37);
Ser$^{8}$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ADod)-GLP-1(7–37);
Ser$^{8}$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ADod)-GLP-1(7–38);
Ser$^{8}$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ADod)-GLP-1(7–38);
Ser$^{8}$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ADod)-GLP-1(7–38);

**154**

Ser$^{8}$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ADod)-GLP-1(7–39);
Ser$^{8}$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ADod)-GLP-1(7–39);
Ser$^{8}$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ADod)-GLP-1(7–39);
Thr$^{8}$Lys$^{26,34}$-bis-(Glyc-Adod)-GLP-1(7–36);
Thr$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–37);
Thr$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–38);
Thr$^{8}$Lys$^{26,34}$-bis-(Glyc-ADod)-GLP-1(7–39)
Thr$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ADod)-GLP-1(7–36);
Thr$^{8}$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ADod)-GLP-1(7–36);
Thr$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ADod)-GLP-1(7–37);
Thr$^{8}$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ADod)-GLP-1(7–37);
Thr$^{8}$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ADod)-GLP-1(7–37);
Thr$^{8}$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ADod)-GLP-1(7–37);
Thr$^{8}$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-Adod)-GLP-1(7–38);
Thr$^{8}$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ADod)-GKP-1(7–38);
Thr$^{8}$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ADod)-GLP-1(7–38);
Thr$^{8}$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ADod)-GLP-1(7–39);
Thr$^{8}$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ADod)-GLP-1(7–39);
Thr$^{8}$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ADod)-GLP-1(7–39);

Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–36);   Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–37);   Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–38); Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–39);

Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-GLP-1(7–36);
Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-GLP-1(7–36);
Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ATet)-GLP-1(7–39);
Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ATet)-GLP-1(7–39);
Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ATet)-GLP-1(7–39);

Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ATet)-GLP-1(7–36);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ATet)-GLP-1(7–36);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ATet)-GLP-1(7–38);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ATet)-GLP-1(7–38);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ATet)-GLP-1(7–39);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ATet)-GLP-1(7–39);

Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ATet)-GLP-1(7–36);
Arg$^{26}$Lys$^{23,26}$-bis-(Glyc-ATet)-GLP-1(7–36);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ATet)-GLP-1(7–38);
Arg$^{34}$Lys$^{23,36}$-bis-(Glyc-Atet)-GLP-1(7–38);
Arg$^{26}$Lys$^{23,34}$-bis-(Glyc-ATet)-GLP-1(7–39);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ATet)-GLP-1(7–39);

Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ATEt)-GLP-1(7–36);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-ATet)-GLP-1(7–36);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-ATet)-GLP-1(7–37);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ATet))-GLP-1(7–38);
Arg$^{34}$Lys$^{27,34}$-bis-(Glyc-ATet)-GLP-1(7–38);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ATet)-GLP-1(7–39);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-ATet)-GLP-1(7–39);

Gly$^{8}$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–36);
Gly$^{8}$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–37);
Gly$^{8}$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–38);
Gly$^{8}$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–39)
Gly$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-GLP-1(7–36);
Gly$^{8}$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-GLP-1(7–36);
Gly$^{8}$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-GLP-1(7–37);
Gly$^{8}$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-GLP-1(7–37);
Gly$^{8}$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ATet)-GLP-1(7–37);
Gly$^{8}$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ATet)-GLP-1(7–37);
Gly$^{8}$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ATet)-GLP-1(7–38);

155

Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ATet)-GLP-1(7–38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ATet)-GLP-1(7–38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ATet)-GLP-1(7–39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ATet)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ATet)-GLP-1(7–39);

Val$^8$Lys$^{26,34}$-bis-(lyc-ATet)-GLP-1(7–36);  Val$^8$Lys$^{26,34}$-
bis-(Glyc-ATet)-GLP-1(7–37); Val$^8$Lys$^{26,34}$-bis-(Glyc-
ATet)-GLP-1(–38);   Val$^8$Lys$^{26,34}$-bis-(Glyc-ATet)-
GLP-1(7–39) Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-
GLP-1(7–36);  Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-
GLP-1(7–36);  Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-
GLP-1(7–37);  Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-
GLP-1(7–37);  Val$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ATet)-
GLP-1(7–37);  Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ATet)-
GLP-1(7–37);  Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ATet)-
GLP1(7–38);  Val$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ATet)-GLP-
1(7–38);  Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ATet)-GLP-1
(7–38);  Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ATet)-GLP-1
(7–39);  Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ATet)-GLP-1
(7–39);  Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ATet)-GLP-1
(7–39);

Ser$^8$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–36);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–37);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–38);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–39)
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-GLP-1(7–36);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ATet)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ATet)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ATet)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ATet)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ATet)-GLP-1(7–38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ATet)-GLP-1(7–39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ATet)-GLP-1(7–39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(lyc-ATet)-GLP-1(7–39);

Thr$^8$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–36);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–37);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–38);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-ATet)-GLP-1(7–39)
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ATet)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ATet)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ATet)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ATet)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ATet)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ATet)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ATet)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ATet)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ATet)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ATet)-GLP-1(7–39);

Lys$^{26,34}$-bis-(Glyc-Ahex)-GLP-1(7–36);  Lys$^{26,34}$-bis-
(Glyc-AHex)-GLP-1(7–37);  Lys$^{26,34}$-bis-(Glyc-
AHex)-GLP-1(7–38); Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-
1(7–39)

Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AHex)-GLP-1(7–36);
Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AHex)-GLP-1(7–36);
Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AHex)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-AHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AHEx)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-AHex)-GLP-1(7–39);

156

Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-AHex)-GLP-1)7–36);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-AHex)-GLP-1(7–36);
Arg$^{26}$Lys$^{8,34}$-bis-(Glyc-AHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-AHex)-GLP-1(7–37);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-AHex)-GLP-1(7 38);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-AHex)-GLP-1(7–38);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-AHex)-GLP-1(7–39);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-AHex)-GLP-1(7–39);

Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-AHex)-GLP-1(7–36);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-AHex)-GLP-1(7–36);
Arg$^{26}$Lys$^{23,34}$-bis-(Glyc-AHEx)-GLP-1(7–37);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-AHex)-GLP-1(7–37);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-AHex)-GLP-1(7–38);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-AHex)-GLP-1(7–38);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-AHex)-GLP-1(7–39);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-AHex)-GLP-1(7–39);

Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-AHex)-GLP-1(7–36);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-AHex)-GLP-1(7–36);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-AHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-AHex)-GLP-1(7–37);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-AHEx)-GLP-1(7–38);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-AHex)-GLP-1(7–38);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-AHex)-GLP-1(7–39);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-AHex)-GLP-1(7–39);

Gly$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–36);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–37);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–38);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–39)
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AHex)-GLP-1(7–36);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AHex)-GLP-1(7–6);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-Ahex)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AHex)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-AHex)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AHex)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-AHex)-GLP-1(7–39);

Val$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–36);
Val$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–37);
Val$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–38);
Val$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1)7–39)
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AHex)-GLP-1(7–36);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AHex)-GLP-1(7–36);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AHex)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AHex)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-AHex)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AHEx)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Val$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-AHex)-GLP-1(7–39);

Ser$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–36);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–37);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–38);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–39)
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AHex)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AHex)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-Ahex)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-AHex)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AHex)-GLP-1(7–37);

US 6,268,343 B1

**157**

Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-Ahex)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AHex)-GLP-1(7–39); 5
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–36);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-AHex)-GLP-1(7–37);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-Ahex)-GLP-1(7–38);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-Ahex)-GLP-1(7–39) 10
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AHex)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AHex)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AHex)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AHex)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-AHex)-GLP-1(7–37); 15
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AHex)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-AHex)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-AHex)-GLP-1(17–38);
Thrp$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-AHex)-GLP-1(7–39); 20
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-AHex)-GLP-1(7–39);
Lys$^{26,34}$-is-(Glyc-AOct)-GLP-1(7–36);  Lys$^{26,34}$-bis-
(Glyc-AOct)-GLP-1(7–37); Lys$^{26,34}$-bis-(Glyc-AOct)-
GLP-1(7–38); Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–39) 25
Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AOct)-GLP-1(7–36);
Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AOct)-GLP-1(7–36);
Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AOct)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AOct)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-AOct)-GLP-1(7–37); 30
Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AOct)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,39}$-bis-(lyc-AOct)-GLP-1(7–39);
Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Arg$^{26,36}$Lys$^{36,39}$-GLP-1(7–39);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-AOct)-GLP-1(7–36); 35
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-AOct)-GLP-1(7–36);
Arg$^{26}$Lys$^{28,34}$-bis-(Glyc-AOct)-GLP-1(7–37);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-AOct)-GLP-1(7–37);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-AOct)-GLP-1(7–38); 40
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-AOct)-GLP-1(7–38);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-AOct)-GLP-1(7–39);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-AOct)-GLP-1(7–39);
Ar$^{26}$Lys$^{23,24}$-bis-(Glyc-AOct)-GLP-1(7–36);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-AOct)-GLP-1(7–36); 45
Arg$^{26}$Lys$^{23,26}$-bis-(Glyc-AOct)-GLP-1(7–37);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-AOct)-GLP-1(7–37);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-AOct)-GLP-1(7–38);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-AOct)-GLP-1(7–38);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-AOct)-GLP-1(7–39); 50
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-AOct)-GLP-1(7–39);
Arg$^{26}$Lys$^{27,36}$-bis-(Glyc-AOct)-GLP-1(7–36);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-AOct)-GLP-1(7–36);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-AOct)-GLP-1(7–37);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-AOct)-GLP-1(7–37); 55
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-AOct)-GLP-1(7–38);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-AOct)-GLP-1(7–38);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-AOct)-GLP-1(7–39);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-AOct)-GLP-1(7–39);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–36); 60
Gly$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–37);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–38);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–39)
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AOct)-GLP-1(17–36);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AOct)-GLP-1(7–36); 65
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AOct)-GLP-1(7–37);

**158**

Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-AOct)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AOct)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Val$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–36);
Val$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–37);
Val$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–38);
Val$^8$Lys$^{26,34}$-bis-(Glyc-Aoct)-GLP-1(7–39)
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AOct)-GLP-1(7–36);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AOct)-GLP-1(7–36);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AOct)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AOct)-GLP-1(7–37);
Val$^8$Arg$^{26}$lys$^{34,37}$-bis-(Glyc-Aoct)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AOct)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Val$^8$Arg$^{34}$Lys$^{26,28}$-bis-(Glyc-AOct)-GLP-1(7–38);
Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–36);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–37);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–38);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–39)
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AOct)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-Aoct)-GLP-1(7–36);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AOct)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AOct)-GLP-1(7–37);
Ser$^8$Arg$^{27}$Lys$^{34,37}$-bis-(Glyc-AOct)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AOct)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–36);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–37);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–38);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-AOct)-GLP-1(7–39)
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-AOct)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{34,36}$-bis-(Glyc-AOct)-GLP-1)7–36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-AOct)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-AOct)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-AOct)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-AOct)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Thr$^8$Arg$^{36,39}$-bis-(Glyc-AOct)-GLP-1(7–39);
Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–36);  Lys$^{26,34}$-bis-
(Glyc-ALit)-GLP-1(7–37); Lys$^{26,34}$-bis-(Glyc-ALit)-
GLP-1(7–38); Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–39)
Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Arg$^{34}$Lys$^{25,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ALit)-GLP-1(7–39);

**159**

Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Arg$^{26,39}$Lys$^{36,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ALit)-GLP-1(7–36);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ALit)-GLP-1(7–36);
Arg$^{26}$Lys$^{28,34}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{26}$Lys$^{18,34}$-bis-(Glyc-ALit)-GLP-1(7–38);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ALit)-GLP-1(7–38);
Arg$^{26}$Lys$^{28,34}$-bis-(Glyc-ALit)-GLP-1(7–39);
Arg$^{34}$Lys$^{18,26}$-bis-(Glyc-ALit)-GLP-1(7–39);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ALit)-GLP-1(7–36);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ALit)-GLP-1(7–36);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ALit)-GLP-1(7–38);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ALit)-GLP-1(7–38);
Arg$^{26}$Lys$^{23,24}$-bis-(Glyc-ALit)-GLP-1(7–39);
Arg$^{34}$Lys$^{23,26}$-bis-(Glyc-ALit)-GLP-1(7–39);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ALit)-GLP-1(7–36);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-ALit)-GLP-1(7–36);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-ALit)-GLP-1(7–37);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ALit)-GLP-1(7–38);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-ALit)-GLP-1(7–38);
Arg$^{26}$Lys$^{27,34}$-bis-(Glyc-ALit)-GLP-1(7–39);
Arg$^{34}$Lys$^{27,26}$-bis-(Glyc-ALit)-GLP-1(7–39);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–36);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–37);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–38);
Gly$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–39);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ALit)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Gly$^8$Arg$^{36}$Lys$^{34,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Val$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–36);
Val$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–37);
Val$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–38); Val$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–39)
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Val$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Val$^8$Arg$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–38);
Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–36);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–37);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–38);
Ser$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–39)
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ALit)-GLP-1(7–37);

**160**

Ser$^8$Arg$^{26}$lys$^{34,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Ser$^8$Arg$^{26}$lys$^{34,39}$-bis-(Glyc-ALit)-GLP-1(7 39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–36);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–37);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–38);
Thr$^8$Lys$^{26,34}$-bis-(Glyc-ALit)-GLP-1(7–39)
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ALit)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(Glyc-ALit)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(Glyc-ALit)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(Glyc-ALit)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(Glyc-ALit)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(Glyc-ALit)-GLP-1(7–39);
Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–36); Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–37); Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–38); Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–39)
Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GDod)-GLP-1(7–36);
Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–36);
Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Arg$^{26}$Lys$^{18,34}$-bis-(GAB-GDod)-GLP-1(7–36);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GDod)-GLP-1(7–36);
Arg$^{26}$Lys$^{28,34}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{26}$Lys$^{18,34}$-bis-(GAB-GDod)-GLP-1(7–38);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GDod)-GLP-1(7–38);
Arg$^{26}$Lys$^{28,34}$-bis-(GAB-GDod)-GLP-1(7–39);
Arg$^{34}$Lys$^{28,26}$-bis-(GAB-GDod)-GLP-1(7–39);
Arg$^{26}$Lys$^{23,34}$-bis-(GAB-GDod)-GLP-1(7–36);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GDod)-GLP-1(7–36);
Arg$^{26}$Lys$^{23,24}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{26}$Lys$^{23,34}$-bis-(GAB-GDod)-GLP-1(7–38);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GDod)-GLP-1(7–38);
Arg$^{26}$Lys$^{23,24}$-bis-(GAB-GDod)-GLP-1(7–39);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GDod)-GLP-1(7–39);
Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GDod)-GLP-1(7–36);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GDod)-GLP-1(7–36);
Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GDod)-GLP-1(7–37);
Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GDod)-GLP-1(7–38);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GDod)-GLP-1(7–38);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GDod)-GLP-1(7–39);
Gly $^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–36);
Gly$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–37);
Gly$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–38);
Gly$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–39)
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GDod)-GLP-1(7–36);

US 6,268,343 B1

161

Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–36);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-gDod)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Gl$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GDod)-GLP-1(7–39);

Val$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–36);
Val$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–37);
Val$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–38);
Val$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–39);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GDod)-GLP-1(7–36);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–36);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GDod)-GLP-1)7–37);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Val$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GDod)-GLP-1(7–39);

Ser$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–36);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–37);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–38);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–39)
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GDod)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–36);
Ser$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GDod)-GLP-1(7–39);

Thr$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–36);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–37);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–38);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GDod)-GLP-1(7–39)
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GDod)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GDod)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GDod)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GDod)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{25,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GDod)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GDod)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GDod)-GLP-1(7–39);

Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–36);  Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–37);  Lts$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–38);  Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–39)

Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GTet)-GLP-1(7–36);
Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GTet)-GLP-1(7–36);
Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GTet)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GTet)-GLP-1(7–37);

162

Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GTet)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GTet)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GTet)-GLP-1(7–39);
Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GTet)-GLP-1(7–39);
Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GTet)-GLP-1(7–39);

Arg$^{26}$Lys$^{18,34}$-bis-(GAB-GTet)-GLP-1(7–36);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GTet)-GLP-1(7–36);
Arg$^{26}$Lys$^{18,34}$-bis-(GAB-GTet)-GLP-1(7–37);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GTet)-GLP-1(7–37)
Arg$^{26}$Lys$^{18,34}$-bis-(GAB-GTet)-GLP-1(7–38);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GTet)-GLP-1(7–38);
Arg$^{26}$Lys$^{28,34}$-bis-(GAB-GTet)-GLP-1(7–39);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GTet)-GLP-1(7–39);

Arg$^{26}$Lys$^{23,34}$-bis-(GAB-GTet)-GLP-1(7–36);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GTet)-GLP-1(7–36);
Arg$^{26}$Lys$^{23,34}$-bis-(GAB-GTet)-GLP-1(7–37);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GTet)-GLP-1(7–37);
Arg$^{26}$Lys$^{23,24}$-bis-(GAB-GTet)-GLP-1(7–38);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GTet)-GLP-1(7–38);
Arg$^{26}$Lys$^{23,24}$-bis-(GAB-GTet)-GLP-1(7–39);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GTet)-GLP-1(7–39);

Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GTet)-GLP-1(7–36);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GTet)-GLP-1(714  36);
Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GTet)-GLP-1(7–37);
Arg$^{34}$Lys$^{27,26}$-bis-GAB-GTet)-GLP-1(7–37);
Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GTet)-GLP-1(7–38);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GTet)-GLP-1(7–38);
Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GTet)-GLP-1(7–39);
Arg$^{34}$Lys$^{27,26}$-bis-GAB-GTet)-GLP-1(7–39);

Gly$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–36);
Gly$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–37);
Gly$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–38);
Gly$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–39)
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GTet)-GLP-1(7–36);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GTet)-GLP-1(7–36);
Gl$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GTet)GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GTet)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GTet)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GTet)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GTet)-GLP-1(7–38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GTet)-GLP-1(7–38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GTet)-GLP-1(7–38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GTet)-GLP-1(7–39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GTet)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GTet)-GLP-1(7–39);

Val$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–36);  Val$^8$Ls$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–37);  Val$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–38);  Val$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–39)  Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GTet)-GLP-1(7–36);  Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GTet)-GLP-1(7–37);  Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-Gtet)-GLP-1(7–37);  Val$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GTet)-GLP-1(7–37);  Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GTet)-GLP-1(7–37);  Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GTet)-GLP-1(7–38);  Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GTet)-GLP-1(7–39);  Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GTet)-GLP-1(7–39);  Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GTet)-GLP-1(7–39);  Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GTet)-GLP-1(7–39);

Ser$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–36);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–37);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–38);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–39)
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GTet)-GLP-1(7–36);

**163**

Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GTet)-GLP-1(7–36);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GTet)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GTet)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GTet)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GTet)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GTet)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GTet)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GTet)-GLP-1(7–38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GTet)-GLP-1(7–39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GTet)-GLP-1(7–39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GTet)-GLP-1(7–39);

Thr$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–36);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GTet)-GLP-1(7–39);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GTet)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GTet)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Ls$^{34,36}$-bis-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GTet)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GTet)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GTet)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GTet)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GTet)-GLP-1(7–39);

Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–36); Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–37); Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–38); Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–39);

Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GHex)-GLP-1(7–39);

Arg$^{26}$Lys$^{18,34}$-bis-(GAB-GHex)-GLP-1(7–36);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GHex)-GLP-1(7–36);
Arg$^{26}$Lys$^{18,34}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{26}$Lys$^{18,34}$-bis-(GAB-GHex)-GLP-1(7–38);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GHex)-GLP-1(7–38);
Arg$^{26}$Lys$^{18,34}$-bis-(GAB-GHex)-GLP-1(7–39);
Arg$^{34}$Lys$^{18,26}$-bis-(GAB-GHex)-GLP-1(7–39);

Arg$^{26}$Lys$^{23,24}$-bis-(GAB-GHex)-GLP-1(7–36);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GHex)-GLP-1(7–36);
Arg$^{26}$Lys$^{23,24}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{26}$Lys$^{23,24}$-bis-(GAB-GHex)-GLP-1(7–38);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GHex)-GLP-1(7–38);
Arg$^{26}$Lys$^{23,24}$-bis-(GAB-GHex)-GLP-1(7–39);
Arg$^{34}$Lys$^{23,26}$-bis-(GAB-GHex)-GLP-1(7–39);

Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GHex)-GLP-1(7–36);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GHex)-GLP-1(7–36);
Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GHex)-GLP-1(7–37);
Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GHex)-GLP-1(7–38);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GHex)-GLP-1(7–38);
Arg$^{26}$Lys$^{27,34}$-bis-(GAB-GHex)-GLP-1(7–39);
Arg$^{34}$Lys$^{27,26}$-bis-(GAB-GHex)-GLP-1(7–39);

Gly$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–36);
Gly$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–37);

**164**

Gly$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–39);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Gl$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,37}$-bix-(GAB-GHex)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GHex)-GLP-1(7–39);

Val$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–36);
Val$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–37);
Val$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–38);
Val$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–39);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GHex)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GHex)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Val$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GHex)-GLP-1(7–39);

Ser$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–36);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–37);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–38);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–39);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GHex)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GHex)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GHex)-GLP-1(7–39);

Thr$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–36);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–37);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–38);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GHex)-GLP-1(7–39);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GHex)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(Gab-GHex)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GHex)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GHex)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GHex)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GHex)-GLP-1(7–39);

Lys$^{26,34}$-bis-(GAB-GOct)-GLP-1(7–36); Lys$^{26,34}$-bis-(GAB-GOct)-GLP-1(7–37); Lys$^{26,34}$-bis-(GAB-GOct)-GLP-1(7–38); Lys$^{26,34}$-bis-(GAB-GOct)-GLP-1(7–39)

Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GOct)-GLP-1(7–36);
Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GOct)-GLP-1(7–36);

US 6,268,343 B1

## 165

$Arg^{26}Lys^{34,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{34}Lys^{26,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{26}Lys^{34,37}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{34}Lys^{26,37}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{26}Lys^{34,39}$-bis-(GAB-GOct)-GLP-1(7–39);
$Arg^{34}Lys^{26,39}$-bis-(GAB-GOct)-GLP-1(7–39);
$Arg^{26,34}Lys^{36,39}$-bis-(GAB-GOct)-GLP-1(7–39);

$Arg^{26}Lys^{18,34}$-bis-(GAB-GOct)-GLP-1(7–36);
$Arg^{34}Lys^{18,26}$-bis-(GB-GOct)-GLP-1(7–36);
$Arg^{26}Lys^{18,34}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{34}Lys^{18,26}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{26}Lys^{18,34}$-bis-(GAB-GOct)-GLP-1(7–38);
$Arg^{34}Lys^{18,26}$-bis-(GAB-GOct)-GLP-1(7–38);
$Arg^{26}Lys^{18,34}$-bis-(GAB-GOct)-GLP-1(7–39);
$Arg^{34}Lys^{18,26}$-bis-(GAB-GOct)-GLP-1(7–39);

$Arg^{26}Lys^{23,24}$-bis-(GAB-GOct)-GLP-1(7–36);
$Arg^{34}Lys^{23,26}$-bis-(GAB-GOct)-GLP-1(7–36);
$Arg^{26}Lys^{23,24}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{34}Lys^{23,26}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{26}Lys^{23,24}$-bis-(GAB-GOct)-GLP-1(7–38);
$Arg^{34}Lys^{23,26}$-bis-(GAB-GOct)-GLP-1(7–38);
$Arg^{26}Lys^{23,24}$-bis-(GAB-GOct)-GLP-1(7–39);
$Arg^{34}Lys^{23,26}$-bis-(GAB-GOct)-GLP-1(7–39);

$Arg^{26}Lys^{27,34}$-bis-(GAB-GOct)-GLP-1(7–36);
$Arg^{34}Lys^{27,26}$-bis-(GAB-GOct)-GLP-1(7–36);
$Arg^{26}Lys^{27,34}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{34}Lys^{27,26}$-bis-(GAB-GOct)-GLP-1(7–37);
$Arg^{26}Lys^{27,34}$-bis-(GAB-GOct)-GLP-1(7–38);
$Arg^{34}Lys^{27,26}$-bis-(GAB-GOct)-GLP-1(7–38);
$Arg^{26}Lys^{27,34}$-bis-(GAB-GOct)-GLP-1(7–39);
$Arg^{34}Lys^{27,26}$-bis-(GAB-GOct)-GLP-1(7–39);

$Gly^8Lys^{26,34}$-bis-(GAB-GOCt)-GLP-1(7–36);
$Gly^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–37);
$Gly^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–38);
$Gly^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–39)
$Gly^8Arg^{26}Lys^{34,36}$-bis-(GAB-GOct)-GLP-1(7–36);
$Gly^8Arg^{34}Lys^{26,36}$-bis-(GAB-GOct)-GLP-1(7–36);
$Gly^8Arg^{26}Lys^{34,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Gly^8Arg^{34}Lys^{26,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Gly^8Arg^{26}Lys^{34,37}$-bis-(GAB-GOct)-GLP-1(7–37);
$Gly^8Arg^{34}Lys^{26,37}$-bis-(GAB-GOct)-GLP-1(7–37);
$Gly^8Arg^{26}Lys^{34,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Gly^8Arg^{34}Lys^{26,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Gl^8Arg^{26,34}$-$Lys^{36,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Gly^8Arg^{26}Lys^{34,39}$-bis-(GAB-GOct)-GlP-1(7–39);
$Gly^8Arg^{34}Lys^{26,39}$-bis-(GAB-GOct)-GLP-1(7–39);
$Gly^8Arg^{26,34}Lys^{36,39}$-bis-(GAB-GOct)-GLP-1(7–39);

$Val^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–36);
$Val^8Lys^{26,34}$-bis-(GA-GOct)-GLP-1(7–37);
$Val^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–38);
$Val^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–39)
$Val^8Arg^{26}Lys^{34,36}$-bis-(GAB-GOct)-GLP-1(7–36);
$Val^8Arg^{34}Lys^{26,36}$-bis-(GAB-GOct)-GLP-1(7–36);
$Val^8Arg^{26}Lys^{34,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Val^8Arg^{34}Lys^{26,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Val^8Arg^{26}Lys^{34,37}$-bis-(GAB-GOct)-GLP-1(7–37);
$Val^8Arg^{34}Lys^{26,37}$-bis-(GAB-GOct)-GLP-1(7–37);
$Val^8Arg^{26}Lys^{34,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Val^8Arg^{34}Lys^{26,38}$-bis-(GAB-Goct)-GLP-1(7–38);
$Val^8Arg^{26,34}Lys^{36,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Val^8Arg^{26}Lys^{34,39}$-bis-(GAB-GOct)-GLP-1(7–39);
$Val^8Arg^{34}Lys^{26,39}$-bis-()GAB-GOct)-GLP-1(7–39);
$Val^8Arg^{26,34}Lys^{36,39}$-bis-(GAB-GOct)-GLP-1(7–39);

$Ser^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1)7–36);
$Ser^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–37);
$Ser^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–38);

## 166

$Ser^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–39)
$Ser^8Arg^{26}Lys^{34,36}$-bis-(GAB-GOct)-GLP-1(7–36);
$Ser^8Arg^{34}Lys^{26,36}$-bis-(GAB-GOct)-GLP-1(7–36);
$Ser^8Arg^{26}Lys^{34,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Ser^8Arg^{34}Lys^{26,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Ser^8Arg^{26}Lys^{34,37}$-bis-(GAB-GOct)-GLP-1(7–37);
$Ser^8Arg^{34}Lys^{26,37}$-bis-(GAB-GOct)-GLP-1(7–37);
$Ser^8Arg^{26}Lys^{34,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Ser^8Arg^{34}Lys^{26,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Ser^8Arg^{26,34}$-$Lys^{36,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Ser^8Arg^{26}Lys^{34,39}$-bis-(GAB-GOct)-GLP-1(7–39);
$Ser^8Arg^{34}Lys^{26,39}$-bis-(GAB-GOct)-GLP-1(7–39);
$Ser^8Arg^{26,34}$-$Lys^{36,39}$-bis-(GAB-GOct)-GLP-1(7–39);

$Thr^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–36);
$Thr^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–37);
$Thr^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–38);
$Thr^8Lys^{26,34}$-bis-(GAB-GOct)-GLP-1(7–39)
$Thr^8Arg^{26}Lys^{34,36}$-bis-(GAB-GOct)-GLP-1(7–36);
$Thr^8Arg^{34}Lys^{26,36}$-bis-(GAB-GOct)-GLP-1(7–36);
$Thr^8Arg^{26}Lys^{34,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Thr^8Arg^{34}Lys^{26,36}$-bis-(GAB-GOct)-GLP-1(7–37);
$Thr^8Arg^{26}Lys^{34,37}$-bis-(GAB-GOct)-GLP-1)7–37);
$Thr^8Arg^{34}Lys^{26,37}$-bis-(GAB-GOct)-GLP-1(7–37);
$Thr^8Arg^{26}Lys^{34,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Thr^8Arg^{34}Lys^{26,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Thr^8Arg^{26,34}Lys^{36,38}$-bis-(GAB-GOct)-GLP-1(7–38);
$Thr^8Arg^{26}Lys^{34,39}$-bis-(GAB-GOct)-GLP-1(7–39);
$Thr^8Arg^{34}Lys^{26,39}$-bis-(GAB-GOct)-GLP-1(7–39);
$Thr^8Arg^{26,34}Lys^{36,39}$-bis-(GAB-GOct)-GLP-1(7–39);

$Lys^{26,34}$-bis-(GAB-GLit)-GLP-1(7–36); $Lys^{26,34}$-(GAB-GLit)-GLP-1(7–37); $Lys^{26,34}$-bis-(GAB-GLit)-GLP-1(7–38); $Lys^{26,34}$-bis-(GAB-GLit)-GLP-1(7–39)

$Arg^{26}Lys^{34,36}$-bis-(GAB-GLit)-GLP-1(7–36);
$Arg^{34}Lys^{26,36}$-bis-(GAB-GLit)-GLP-1(7–36);
$Arg^{26}Lys^{34,36}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{34}Lys^{26,36}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{26}Lys^{34,37}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{34}Lys^{26,37}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{26}Lys^{34,39}$-bis-(GAB-GLit)-GLP-1(7–39);
$Arg^{34}Lys^{26,39}$-bis-(GAB-GLit)-GLP-1(7–39);
$Arg^{26,34}Lys^{36,39}$-bis-(GAB-GLit)-GLP-1(7–39);

$Arg^{26}Lys^{18,34}$-bis-(GAB-GLit)-GLP-1(7–36);
$Arg^{34}Lys^{18,26}$-bis-(GAB-GLit)-GLP-1(7–36);
$Arg^{26}Lys^{18,34}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{34}Lys^{18,26}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{26}Lys^{18,34}$-bis-(GAB-GLit)-GLP-1(7–38);
$Arg^{34}Lys^{18,26}$-bis-(GAB-GLit)-GLP-1(7–38);
$Arg^{26}Lys^{18,34}$-bis-(GAB-GLit)-GLP-1(7–39);
$Arg^{34}Lys^{18,26}$-bis-(GAB-GLit)-GLP-1(7–39);

$Arg^{26}Lys^{23,24}$-bis-(GAB-GLit)-GLP-1(7–36);
$Arg^{34}Lys^{23,26}$-bis-(GAB-GLit)-GLP-1(7–36);
$Arg^{26}Lys^{23,34}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{34}Lys^{23,26}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{26}Lys^{23,34}$-bis-(GAB-GLit)-GLP-1(7–38);
$Arg^{34}Lys^{23,26}$-bis-(GAB-GLit)-GLP-1(7–38);
$Arg^{26}Lys^{23,24}$-bis-(GAB-GLit)-GLP-1(7–39);
$Arg^{34}Lys^{23,26}$-bis-(GAB-GLit-GLP-1(7–39);

$Arg^{26}Lys^{27,34}$-bis-(GAB-GLit)-GLP-1(7–36);
$Arg^{34}Lys^{27,26}$-bis-(GAB-GLit)-GLP-1(7–36);
$Arg^{26}Lys^{27,34}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{34}Lys^{27,26}$-bis-(GAB-GLit)-GLP-1(7–37);
$Arg^{26}Lys^{27,34}$-bis-(GAB-GLit)-GLP-1(7–38);
$Arg^{34}Lys^{27,26}$-bis-(GAB-GLit)-GLP-1(7–38);
$Arg^{26}Lys^{27,34}$-bis-(GAB-GLit)-GLP-1(7–39);
$Arg^{34}Lys^{27,26}$-bis-(GAB-GLit)-GLP-1(7–39);

$Gly^8Lys^{26,34}$-bis-(GAB-GLit)-GLP-1(7–36);
$Gly^8Lys^{26,34}$-bis-(GAB-GLit)-GLP-1(7–37);

US 6,268,343 B1

167

Gly$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–38);
Gly$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–39);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GLit)-GLP-1(7–36);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GLit)-GLP-1(7–36);
Gly$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GLit)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GLit)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GLit)-GLP-1(7–37);
Gly$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GLit)-GLP-1(7–37);
Gly$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Gly$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Gly$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Gly$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Gly$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Gly$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Val$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–36);
Val$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–37);
Val$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–38);
Val$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–39);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GLit)-GLP-1(7–36);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GLit)-GLP-1(7–36);
Val$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GLit)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GLit)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GLit)-GLP-1(7–37);
Val$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GLit)-GLP-1(7–37);
Val$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Val$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Val$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Val$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Val$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Val$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–36);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–37);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–38);
Ser$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–39);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GLit)-GLP-1(7–36);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GLit)-GLP-1(7–36);
Ser$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GLit)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GLit)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GAB-GLit)-GLP-1(7–37);
Ser$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GLit)-GLP-1(7–37);
Ser$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Ser$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Ser$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Ser$^8$Arg$^{26}$Lys$^{34,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Ser$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Ser$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP1(7–36);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–37);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–38);
Thr$^8$Lys$^{26,34}$-bis-(GAB-GLit)-GLP-1(7–39);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GLit)-GLP-1(7–36);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GLit)-GLP-1(7–36);
Thr$^8$Arg$^{26}$Lys$^{34,36}$-bis-(GAB-GLit)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,36}$-bis-(GAB-GLit)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,37}$-bis-(GB-GLit)-GLP-1(7–37);
Thr$^8$Arg$^{34}$Lys$^{26,37}$-bis-(GAB-GLit)-GLP-1(7–37);
Thr$^8$Arg$^{26}$Lys$^{34,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Thr$^8$Arg$^{34}$Lys$^{26,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Thr$^8$Arg$^{26,34}$Lys$^{36,38}$-bis-(GAB-GLit)-GLP-1(7–38);
Thr$^8$Arg$^{26}$Lys$^{34,39}$- bis-(GAB-GLit)-GLP-1(7–39);
Thr$^8$Arg$^{34}$Lys$^{26,39}$-bis-(GAB-GLit)-GLP-1(7–39);
Thr$^8$Arg$^{26,34}$Lys$^{36,39}$-bis-(GAB-GLit)-GLP-1(7–39).

Pharmaceutical compositions

The present invention also related to pharmaceutical compostions comprising a GLP-1derivative of the present invention and a pharmaceutically acceptable vehicle or carrier.

168

Preferably, the pharmaceutical compositions comprise an isotonic agent, a preservative and a buffer. Examples of isotonic agents are sodium chloride, mannitol and glycerol. Examples of preservatives are phenol, m-cresol, methyl p-hydroxybenzoate and benzyl alcohol. Suitable buffers include sodium acetate and sodium phosphate.

The pharmaceutical compositions preferably further comprise a surfactant in order to improve the solubility and/or the stability of the GLP-1 derivative.

The pharmaceutical compositions preferably also comprise zinc.

The pharmaceutical compositions preferably further comprise another anitidiabetic agent. The term "antidiabetic agent" includes compounds for the treatment and/or prophylaxis of insulin resistance and diseases wherein insulin resistance is the pathophysiological mechanism.

In one embodiment of this invention, the antidiabetic agent is an insulin, more preferably human insulin.

In another embodiment the antidiabetic agent is a hypoglycaemic agent, preferably an oral hypoglycaemic agent. Oral hypoglcaemic agents are preferably selected from the group consiting of sulfonylureas, biguanides, thiazolidinediones, glucosidase inhibitors, glucagon antagonist, GLP-1 agonists, potasium channel openers, insulin sensitizers, hepatic enzyme inhibitors, glucose uptake modulators, compounds modifying the lipid metabolism, compounds lowering food intake, and agents acting on the ATP-dependent potassium channel of the β-cells. Preferred sulfonylureas are tolbutamide, glibenclamdie, glipizide and gliclazide. A preferred biguanide is metformin. Preferred thiazolidinediones are troglitazone and ciglitazone. A preferred glucosidase inhibitors is acarbose. Preferred agents acting on the ATP-dependent potassium channel of the β-cells are: glibenclamide, glipizide, gliclazide, and repaglinide.

The pharmaceutical compositions of the present invention may further comprise another antiobesity agent.

In one embodiment of this invention, the antiobesity agent is leptin.

In another embodiment the antiobesity agent is amphetamin.

In another embodiment the antiobesity agent is dexfenfluramine.

In another embodiment the antiobesity agent is sibutramine.

In another emobdiment the antiobesity agent is orlistat.

In another embodiment the antiobesity agent is selected from a group of CART agonists, NPY antagonists, orexin antagonists, H3-antagonists, TNF agonists, CRF agonists, CRF BP antagonists, urocortin agonists, β3 agonists, MSH agonists, CCK agonists, serotonin re-uptake inhibitors, mixed serotonin and noradrenergic compounds, 5HT agonists, bombesin agonists, galanin antagonists, growth hormone, growth hormone releasing compounds, glucagon, TRH agonists, uncoupling protein 2 or 3modulators, leptin agonists, DA agonists (Bromocriptin, Doprexin), lipase/amylase inhibitors, PPAR modulators, PXR modulators or TR β agonists.

The present invention also relates to pharmaceutical compositions comprising water and a GLP-1 derivative which has a helix content as measured by CD at 222 nm in H$_2$O at 22±2° C. exceeding 25%, preferably in the range of 25% to 50%, at a peptide concentration of about 10 μM. The size of the partially helical, micelle-like aggregates may be estimated by size-exclusion chromatography. Similarly, the apparent (critical micelle concentrations) CMC's of the

US 6,268,343 B1

169

peptides may be estimated from the concentration dependent fluorescence in the presence of appropriate dyes (e.g. Brito, R. & Vaz, W. (1986) Anal. Biochem. 152, 250–255).

That the derivatives have a partially structured micellar-like aggregate conformation in aqueous solutions makes them more soluble and stable in solution as compared to the native peptide. The increased solubility and stability can be seen by comparing the solubility after 9 days of standing for a derivative and native GLP-1(7–37) in a pharmaceutical formulatin, e.g. 5 mM phosphate buffer, pH 6.9 added 0.1 M NaCl.

Circular Dichroism (CD) can be used to show that the GLP-1 derivatives have a certain partially structured conformation independent of their concentratin. In contrast, for native GLP-1(7–37) an increase in the helix content is seen with increasing concentration, form 10–15% to 30–35% (at 500 $\mu$M concentration) in parallel with peptide self-association. For the GLP-1 derivatives forming partially structured micellar-like aggregates in aqueous solution the helix content remains constant above 30% at concentrations of 10 $\mu$M. The aggregated structured conformatin is an inherent property of the derivative present in water or dilute aqueous buffer without the need for any additional structure-inducing components.

The pharmaceutical compositons of the present invention may be prepared by conventional techniques, e.g. as described in Remington's *Pharmaceutical Sciences,* 1985 or in Reington: *The Science and Practice of Pharmacy,* 19th edition, 1995.

For example, injectable compositions of the GLP-1 derivative of the invention can be prepared using the conventional techniques of the pharmaceutical industry which involves dissolving and mixing the ingredients as appropriate to give the desired end product.

A composition for nasal administration of certain peptides may, for example, be prepared as described in European Patent No. 272097 (to Novo Nordisk A/S) or in WO 93/18785.

In a preferred embodiment of the present invention, the GLP-1 derivative is provided in the form of a composition suitable for administration by injection. Such a composition can either be an injectable solution ready for use or it can be an amount of a solid composition, e.g. a lyophilised product, which has to be dissolved in a solvent before it can be injected. The injectable solution preferably contains not less than about 2 mg/ml, preferably not less than about 5 mg/ml, more preferred not less than about 10 mg/ml of the GLP-1 derivative and, preferably, not more than about 100 mg/ml of the GLP-1 derivative.

Uses

The present invention also relates to the use of a GLP-1 derivative of the invention for the preparation of a medicament which has a protracted profile of action relative to GLP-1(7–37).

The present invention relates also to the use of a GLP-1 derivative of the invention for the preparation of a medicament with protracted effect for the treatment of non-insulin dependent diabetes mellitus.

The present invention also realtes to the use of a GLP-1 derivative of the invention for the preparation of a medicament with protracted effect for the treatment of insulin dependent diabetes mellitus.

The present invention also relates to the use of a GLP-1 derivative of the invention for the preparation of a medicament with protracted effect for he treatment of obesity.

The present invention also relates to the use of a GLP-1 derivative of the present invention for treating insulin resistance.

170

The present invention also relates to the use of a GLP-1 derivative of the present invention for the preparation of a medicament with protracted effect for the treatment of obesity.

The present invention relates to a method of treating insulin dependent or non-insulin dependent diabetes mellitus in a patient in need of such a treatment, comprising administering to the patient a therapeutically effective amount of a GLP-1 derivative of the present invention together with a pharmaceutically acceptable carrier.

The present invention relates to a method of treating obesity in a patient in need of such a treatment, comprising administering to the patient a therapeutically effective amount of a GLP-1 derivative of the present invention together with a pharmaceutically acceptable carrier.

The particular GLP-1 derivative to be used and the optimal does level for any patient will depend on the disease to be treated and on a variety of factors including the efficacy of the specific peptide derivative employed, the age, body weight, physical activity, and diet of the patient, on a possible combination with other drugs, and on the severity of the case.

The pharmaceutical compositions of the present invention may be administered parenterally to patients in need of such a treatment. Parenteral administration may be performed by subcutaneous, intramuscular or intravenous injection by means of a syringe, optionally a pen-like syringe. Alternatively, parenteral administration can be performed by means of an infusion pump. A further option is a composition which may be a powder or a liquid for the administration of the GLP-1 derivative in the form of a nasal or pulmonal spray. As a still further option, the GLP-1 derivatives of the invention can also be administered transdermally, e.g. from a patch, optionally a iontophoretic patch, or transmucosally, e.g. bucally.

Methods of Production

The parent peptide can be produced by a method which comprises culturing a host cell containing a DNA sequence encoding the polypeptide and capable of expressing the polypeptide in a suitable nutrient medium under conditions permitting the expression of the peptide, after which the resulting peptide is recovered from the culture.

The medium used to culture the cells may be any conventional medium suitable for growing the host cells, such as minimal or complex media containing appropriate supplements. Suitable media are available from commercial suppliers or may be prepared according to published recipes (e.g. in catalogues of the American Type Culture Collection). The peptide produced by the cells may then be recovered from the culture medium by conventional procedures including separating the host cells from the medium by centrifugation or filtration, precipitating the proteinaceous components of the supernatant or filtrate by means of a salt, e.g. ammonium sulphate, purification by a variety of chromatographic procedures, e.g. ion exchange chromatography, gel filtration chromatography, affinity chromatography, or the like, dependent on the type of peptide in question.

The DNA sequence encoding the parent peptide may suitably be of genomic or cDNA origin, for instance obtained by preparing a genomic or cDNA library and screening for DNA sequences coding for all or part of the peptide by hybridisation using synthetic oligonucleotide probes in accordance with standard techniques (see, for example, Sambrook, J, Fritsch, EF and Maniatis, T, *Molecular Cloning: A Laboratory Manual,* Cold Spring Harbor Laboratory Press, New York, 1989). The DNA sequence encoding the peptide may also be prepared synthetically by

US 6,268,343 B1

171

established standard methods, e.g. the phosphoamidite method described by Beaucage and Caruthers, *Tetrahedron Letters* 22 (1981), 1859–1869, or the method described by Matthes et al., EMBO *Journal* 3 (1984), 801–805. The DNA sequence may also be prepared by polymerase chain reaction using specific primers, for instance as described in U.S. Pat. No. 4,683,202 or Saiki et al., *Science* 239 (1988), 487–491.

The DNA sequence may be inserted into any vector which may conveniently be subjected to recombinant DNA procedures, and the choice of vector will often depend on the host cell into which it is to be introduced. Thus, the vector may be an autonomously replicating vector, i.e. a vector which exists as an extrachromosomal entity, the replication of which is independent of chromosomal replication, e.g. a plasmid. Alternatively, the vector may be one which, when introduced into a host cell, is integrated into the host cell genome and replicated together with the chromosome(s) into which it has been integrated.

The vector is preferably an expression vector in which the DNA sequence encoding the peptide is operably linked to additional segments required for transcription of the DNA, such as a promoter. The promoter may be any DNA sequence which shows transcriptional activity in the host cell of choice and may be derived from genes encoding proteins either homologous or heterologous to the host cell. Examples of suitable promoters for directing the transcription of the DNA encoding the peptide of the invention in a variety of host cells are well known in the art, cf. for instance Sambrook et al., supra.

The DNA sequence encoding the peptide may also, if necessary, be operably connected to a suitable terminator, polyadenylation signals, transcriptional enhancer sequences, and translational enhancer sequences. The recombinant vector of the invention may further comprise a DNA sequence enabling the vector to replicate in the host cell in question.

The vector may also comprise a selectable marker, e.g. a gene the product of which complements a defect in the host cell or one which confers resistance to a drug, e.g. ampicillin, kanamycin, tetracyclin, chloramphenicol, neomycin, hygromycin or methotrexate.

To direct a parent peptide of the present invention into the secretory pathway of the host cells, a secretory signal sequence (also known as a leader sequence, prepro sequence or pre sequence) may be provided in the recombinant vector. The secretory signal sequence is joined to the DNA sequence encodig the peptide in the correct reading frame. Secretory signal sequences are commonly positioned 5' to the DNA sequence encoding the peptide. The secretory signal sequence may be that normally associated with the peptide or may be from a gene encoding another secreted protein.

The procedures used to ligate the DNA sequences coding for the present peptide, the promoter and optionally the terminator and/or secretory signal sequence, respectively, and to insert them into suitable vectors containing the information necessary for replication are well known to persons skilled in the art (cf., for instance, Sambrook et al., supra).

The host cell into which the DNA sequence or the recombinant vector is introduced may be any cell which is capable of producing the present peptide and incldues bacteria, yeast, fungi and higher eukaryotic cells. Examples of suitable host cells well known and used in the art are, without limitation, *E. coli, Saccharomyces cerevisiae,* or mammalian BHK or CHO cell lines.

172

The GLP-1 derivatives of this invention can be used in the treatment of various diseases. The prticular GLP-1 derivative to be used and the optimal dose level for any patient will depend on the disease to be treated and on a variety of factors including the efficacy of the specific peptide derivative employed, the age, body weight, physical activity, and diet of the patient, on a possible combination with other drugs, and on the severity of the case. It is recommended that the dosage of the GLP-1 derivative of this invention be determined for each individual patient by those skilled in the art.

In particular, it is envisaged that the GLP-1 derivative will be useful for the preparation of a medicament with a protracted profile of action for the treatment of non-insulin dependent diabetes mellitus and/or for the treatment of obesity.

The present invention is further illustrated by the following examples which, however, are not to be construed as limiting the scope of protection. The features disclosed in the foregoing description and in the following examples may, both separately and in any combination thereof, be material for realising the invention in diverse forms thereof.

## EXAMPLES

The following acronyms for commercially available chemicals are used:

DMF: N,N-Dimethylformamide

DCC: N,N-Dicyclohexylcarbodiimide

NMP: N-Methyl-2-pyrrolidone

EDPA: N-Ethyl-N,N-diisopropylamine

EGTA: Ethylene glycol-bis(β-aminoethyl ether)-N,N,N', N'-tetraacetic acid

GTP: Guanosine 5'-triphosphate

TFA: Trifluoroacetic acid

THF: Tetrahydrofuran

H-Glu(OH)-OBu$^t$: L-Glutamic acid α-tert-butyl ester

Cac-ONSu: Decanoic acid 2,5-dioxopyrrolidin-1-yl ester

Cap-ONSu: Octanoic acid 2,5-dioxopyrrolidin-1-yl ester

Lau-ONSu: Dodecanoic acid 2,5-dioxopyrrolidin-1-yl ester

Myr-ONSu: Tetradecanoic acid 2,5-dioxopyrrolidin-1-yl ester

Pal-ONSu: Hexadecanoic acid 2,5-dioxopyrrolidin-1-yl ester

Ste-ONSu: Octadecanoic acid 2,5-dioxopyrrolidin-1-yl ester

Abbreviations:

PDMS: Plasma Desorption Mass Spectrometry

MALDI-MS: Matrix Assisted Laser Desorption/ Ionisation Mass Spectrometry

HPLC: High Performance Liquid Chromatography

amu: atomic mass units

Lit-Glu(ONSu)-OBu$^t$: N$^\alpha$-Lithochoyl-L-glutamic acid α-t-butyl ester γ-2,5-dioxopyrrolidin-1-yl ester

Cap-Glu(ONSu)-OBu$^t$: N$^\alpha$-Octanoyl-L-glutamic acid α-t-butyl ester γ-2,5-dioxopyrrolidin-1-yl ester

Cac-Glu(ONSu)-OBu$^t$: N$^\alpha$-Decanoyl-L-glutamic acid α-t-butyl ester γ-2,5-dioxopyrrolidin-1-yl ester

Lau-Glu(ONSu)-OBu$^t$: N$^\alpha$-Dodecanoyl-L-glutamic acid α-t-butyl ester γ-2,5-dioxopyrrolidin-1-yl ester

Myr-Glu(ONSu)-OBu$^t$: N$^\alpha$-Tetradecanoyl-L-glutamic acid α-t-butyl ester γ-2,5-dioxopyrrolidin-1-yl ester

173

Pal-Glu(ONSu)-OBu$^t$: N$^\alpha$-Hexadecanoyl-(L)-glutamic acid α-t-butyl-γ-2,5-dioxopyrrolidin-1-yl diester

Ste-Glu(ONSu)-OBu$^t$: N$^\alpha$-Octadecanoyl-(L)-glutamic acid α-t-butyl-γ-2,5-dioxopyrrolidin-1-yl diester

Lau-β-Ala-ONSu: N$^\beta$-Dodecanoyl-β-alanine 2,5-dioxopyrrolidin-1-yl ester

Pal-β-Ala-ONSu: N$^\beta$-Hexadecanoyl-β- alanine 2,5-dioxopyrrolidin-1-yl ester

Lau-GABA-ONSu: N$^\gamma$-Dodecanoyl-γ-aminobutyric acid 2,5-dioxopyrrolidin-1-yl ester

Myr-GABA-ONSu: N$^\gamma$-Tetradecanoyl-γ-aminobutyric acid 2,5-dioxopyrrolidin-1-yl ester

Pal-GABA-ONSu: N$^\gamma$-Hexadecanoyl-γ-aminobutyric acid 2,5-dioxopyrrolidin-1-yl ester

Ste-GABA-ONSu: N$^\gamma$-Octadecanoyl-γ-aminobutyric acid 2,5-dioxopyrrolidin-1-yl ester

Pal-Isonip-ONSu: N-Hexadecanoyl-piperidine-4-carboxylic acid 2,5-dioxopyrrolidin-1-yl ester

Pal-Glu(OBu$^t$)-ONSu: N$^\alpha$-Hexadecanoyl-L-glutamic acid α-2,5-dioxopyrrolidin-1-yl ester γ-t-butyl ester

HOOC-(CH$_2$)$_6$-COONSu: ω-Carboxyheptanoic acid 2,5-dioxopyrrolidin-1-yl ester

HOOC-(CH$_2$)$_{10}$-COONSu: ω-Carboxyundecanoic acid 2,5-dioxopyrrolidin-1-yl ester

HOOC-(CH$_2$)$_{12}$-COONSu: ω-Carboxytridecanoic acid 2,5-dioxopyrrolidin 1-yl ester

HOOC-(CH$_2$)$_{14}$-COONSu: ω-Carboxypentadecanoic acid 2,5-dioxopyrrolidin-1-yl ester

HOOC-(CH$_2$)$_{16}$-COONSu: ω-Carboxyheptadecanoic acid 2,5-dioxopyrrolidin-1-yl ester

HOOC-(CH$_2$)$_{18}$-COONSu: ω-Carboxynonadecanoic acid 2,5-dioxopyrrolidin-1-yl ester

N$^\alpha$-alkanoyl-Glu(ONSu)-OBu$^t$: N$^\alpha$-Alkanoyl-(L)-glutamic acid α-t-butyl-γ-2,5-dioxopyrrolidin-1-yl diester

Analytical

Plasma Desorption Mass Spectrometry

Sample preparation:

The sample is dissolved in 0.1% TFA/EtOH (1:1) at a concentration of 1 μg/μl. The sample solution (5–10μl) is placed on a nitrocellulose target (Bio-ion AB, Uppsala, Sweden) and allowed to absorb to the target surface for 2 minutes. The target is subsequently rinsed with 2×25 μl 0.1% TFA and spin-dried. Finally, the nitrocellulose target is placed in a target carrousel and introduced into the mass spectrometer.

MS analysis:

PDMS analysis was carried out using a Bio-ion 20 time-of flight instrument (Bio-ion Nordic AB, Uppsala, Sweden). An acceleration voltage of 15 kV was applied and molecular ions formed by bombardment of the nitrocellulose surface with 252-Cf fission fragments were accelerated towards a stop detector. The resulting time-of-flight spectrum was calibrated into a true mass spectrum using the H$^+$ and NO$^+$ ions at m/z 1 and 30, respectively. Mass spectra were generally accumulated for 1.0×10$^6$ fission events corresponding to 15–20 minutes. Resulting assigned masses all correspond to isotopically averaged molecular masses. The accuracy of mass assignment is generally better than 0.1%.

174

MALDI-MS

MALDI-TOF MS analysis was carried out using a Voyager RP instrument (PerSeptive Biosystems Inc., Framingham, Mass.) equipped with delayed extraction and operated in linear mode. Alpha-cyano-4-hydroxy-cinnamic acid was used as matrix, and mass assignments were based on external calibration.

Example 1

Synthesis of Lys$^{26}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7-37).

The title compound was synthesised from GLP-1(7-37). A mixture of GLP-1(7-37) (25 mg, 7.45 μm), EDPA (26.7 mg, 208 μm), NMP (520 μl) and water (260 μl) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of Myr-ONSu (2.5 mg, 7.67 μm) in NMP (62.5 μl), the reaction mixture was gently shaken for 5 min. at room temperature and then allowed to stand for 20 min. An additional amount of Myr-ONSu (2.5 mg, 7.67 μm) in NMP (62.5 μl) was added and the resulting mixture gently shaken for 5 min. After a total reaction time of 40 min. the reaction was quenched by the addition of a solution of glycine (12.5 mg, 166 μmol) in 50% aqueous ethanol (12.5 ml). The title compound was isolated from the reaction mixture by HPLC using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system, yield: 1.3 mg (corresponding to 4.9% of the theoretical yield). The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The isolated product was analysed by PDMS and the m/z value for the protonated molecular ion was found to be 3567.9±3. The resulting molecular weight was thus 3566.9±3 amu (theoretical value: 3565.9 amu). The position of acylation (Lys26) was verified by enzymatic cleavage of the title compound with Staphylococcus aureus V8 protease and subsequent mass determination of the peptide fragments by PDMS.

In addition to the title compound two other GLP-1 derivatives were isolated from the reaction mixture by using the same chromatographic column and a more shallow gradient (35–38% acetonitrile in 60 minutes), see Examples 2 and 3.

Example 2

Synthesis of Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7-37).

The title compound was isolated by HPLC from the reaction mixture described in Example 1. PDMS analysis yielded a protonated molecular ion at m/z 3567.7±3. The molecular weight was found to be 3566.7±3 amu (theoretical value: 3565.9 amu). The acylation site was determined on the basis of the fragmentation pattern.

Example 3

Synthesis of Lys$^{26,34}$-bis(N$^\epsilon$-tetradecanoyl)-GLP-1 (7-37).

The title compound was isolated by HPLC from the reaction mixture described in Example 1. PDMS analysis yielded a protonated molecular ion at m/z 3778.4±3. The molecular weight was found to be 3777.4±3 amu (theoretical value: 3776.1 amu).

US 6,268,343 B1

175

Example 4

Synthesis of Lys$^{26}$(N$^\epsilon$-tetradecanoyl)Arg$^{34}$-GLP-1 (7-37).

The title compound was synthesised from Arg$^{34}$-GLP-1 (7-37). A mixture of Arg$^{34}$-GLP-1(7-37) (5 mg, 1.47 $\mu$m), EDPA (5.3 mg, 41.1 $\mu$m), NMP (105 $\mu$l) and water (50 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of Myr-ONSu (0.71 mg, 2.2 $\mu$m) in NMP (17.8 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature and then allowed to stand for 20 min. After a total reaction time of 30 min. the reaction was quenched by the addition of a solution of glycine (25 mg, 33.3 $\mu$m) in 50% aqueous ethanol (2.5 ml). The reaction mixture was purified by HPLC as described in Example 1. PDMS analysis yielded a protonated molecular ion at m/z 3594.9±3. The molecular weight was found to be 3593.9±3 amu (theoretical value: 3593.9 amu).

Example 5

Synthesis of Gly$^8$Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7-37).

The title compound was synthesised from Gly$^8$Arg$^{26,}$ $_{34}$Lys$^{36}$-GLP-1(7-37) which was purchased from QCB. A mixture of Gly$^8$Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37) (1.3 mg, 0.39 $\mu$m), EDPA (1.3 mg, 10 $\mu$m), NMP (125 $\mu$l) and water (30 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of Myr-ONSu (0.14 mg, 0.44 $\mu$m) in NMP (3.6 ml), the reaction mixture was gently shaken for 15 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (0.1 mg, 1.33 $\mu$m) in 50% aqueous ethanol (10 $\mu$l). The reaction mixture was purified by HPLC, and the title compound (60 $\mu$g, 4%) was isolated.

Example 6

Synthesis of Arg$^{26,34}$Lys$^{36}$ (N$^\epsilon$-tetradecanoyl)-GLP-1(7-37)-OH.

A mixture of Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37)-OH (5.0 mg, 1.477 $\mu$mol), EDPA (5.4 mg, 41.78 $\mu$mol), NMP (105 $\mu$l) and water (50 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of Myr-ONSu (0.721 mg, 2.215 $\mu$mol) in NMP (18 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 45 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.5 mg, 33.3 $\mu$mol) in 50% aqueous ethanol (250 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (1.49 mg, 28%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3595±3. The resulting molecular weight was thus 3594±3 amu (theoretical value 3594 amu).

176

Example 7

Synthesis of Lys$^{26,34}$bis(N$^\epsilon$-($\omega$-carboxynonadecanoyl))-GLP-1(7-37)-OH.

A mixture of GLP-1(7-37)-OH (70 mg, 20.85 $\mu$mol), EDPA (75.71 mg, 585.8 $\mu$mol), NMP(1.47 ml) and water (700 $\mu$L) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution of HOOC-(CH$_2$)$_{18}$-COONSu (27.44 mg, 62.42 $\mu$mol) in NMP (686 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 50 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (34.43 mg, 458.7 $\mu$mol) in 50% aqueous ethanol (3.44 ml). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/ TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (8.6 mg, 10%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 4006±3. The resulting molecular weight was thus 4005±3 amu (theoretical value 4005 amu).

Example 8

Synthesis of Arg$^{26,34}$Lys$^{36}$(N$^\epsilon$-($\omega$-carboxynonadecanoyl))-GLP-1(7-36)-OH.

A mixture of Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)-OH (5.06 mg, 1.52 $\mu$mol), EDPA (5.5 mg, 42.58 $\mu$mol), NMP (106 $\mu$l) and water (100 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of HOOC-(CH$_2$)$_{18}$-COONSu (1.33 mg, 3.04 $\mu$mol) in NMP (33.2 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2.5 h at room temperature. The reaction was quenched by the addition of a solution of glycine (2.50 mg, 33.34 $\mu$mol) in 50% aqueous ethanol (250 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.46 mg, 8%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3652±3. The resulting molecular weight was thus 3651±3 amu (theoretical value 3651 amu).

Example 9

Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-($\omega$-carboxynonadecanoyl))-GLP-1(7-38)-OH.

A mixture of Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (5.556 mg, 1.57 $\mu$mol), EDPA (5.68 mg, 43.96 $\mu$mol), NMP (116.6 $\mu$l) and water (50 $\mu$l) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{18}$-COONSu (1.38 mg, 3.14 $\mu$mol) in NMP (34.5 $\mu$l), the reaction mixture was gently shaken 5 min. at room temperature, and then allowed to stand for an additional 2.5 h at room temperature. The reaction was quenched by the addition of a solution of glycine (2.5 mg, 33.3 $\mu$mol) in 50% aqueous ethanol (250 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/ TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title

US 6,268,343 B1

177

compound (0.7 mg, 12%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3866±3. The resulting molecular weight was thus 3865±3 amu (theoretical value 3865 amu).

## Example 10

Synthesis of Arg$^{34}$Lys$^{26}$ (N$^ε$-(ω-carboxynonadecanoyl))-GLP-1(7-37)-OH.

A mixture of Arg$^{34}$-GLP-1(7-37)-OH (5.04 mg, 1.489 μmol), EDPA (5.39 mg, 41.70 μmol), NMP (105 μl) and water (50 μl) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{18}$-COONSu (1.31 mg, 2.97 μmol) in NMP (32.8 μl), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 30 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.46 mg, 32.75 μmol) in 50% aqueous ethanol (246 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (1.2 mg, 22%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3709±3. The resulting molecular weight was thus 3708±3 amu (theoretical value 3708 amu).

## Example 11

Synthesis of Arg$^{34}$Lys$^{26}$ (N$^ε$-(ω-carboxyheptadecanoyl))-GLP-1(7-37)-OH.

A mixture of Arg$^{34}$-GLP-1(7-37)-OH (5.8 mg, 1.714 μmol), EDPA (6.20 mg, 47.99 μmol), NMP (121.8 μl) and water (58 μl) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{16}$-COONSu (2.11 mg, 5.142 μmol) in NMP (52.8 μl), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (2.83 mg, 37.70 μmol) in 50% aqueous ethanol (283 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.81 mg, 13%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3681±3. The resulting molecular weight was thus 3680±3 amu (theoretical value 3680 amu).

## Example 12

Synthesis of Arg$^{26,34}$Lys$^{36}$ (N$^ε$-(ω-carboxyheptadecanoyl))-GLP-1(7-37)-OH.

A mixture of Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37)-OH (3.51 mg, 1.036 μmol), EDPA (3.75 mg, 29.03 μmol), NMP (73.8 μl) and water (35 μl) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution

178

HOOC-(CH$_2$)$_{16}$-COONSu (1.27 mg, 3.10 μmol) in NMP (31.8 μl), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2 h and 10 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (1.71 mg, 22.79 μmol) in 50% aqueous ethanol (171 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.8 mg, 21%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3682±3. The resulting molecular weight was thus 3681±3 amu (theoretical value 3681 amu).

## Example 13

Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^ε$-(ω-carboxyheptadecanoyl))-GLP-1(7-38)-OH.

A mixture of Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (5.168 mg, 1.459 μmol), EDPA (5.28 mg, 40.85 μmol), NMP (108.6 μl) and water (51.8 μl) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{16}$-COONSu (1.80 mg, 4.37 μmol) in NMP (45 μl), the reaction mixture was gently shaken for 10 min. at room temperature, and then allowed to stand for an additional 2 h and 15 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.41 mg, 32.09 μmol) in 50% aqueous ethanol (241 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.8 mg, 14%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3838±3. The resulting molecular weight was thus 3837±3 amu (theoretical value 3837 amu).

## Example 14

Synthesis of Arg$^{26,34}$Lys$^{36}$ (N$^ε$-(ω-carboxyheptadecanoyl))-GLP-1(7-36)-OH.

A mixture of Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)-OH (24.44 mg, 7.34 μmol), EDPA (26.56 mg, 205.52 μmol), NMP (513 μl) and water (244.4 μl) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{16}$-COONSu (9.06 mg, 22.02 μmol) in NMP (1.21 ml), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 30 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (12.12 mg, 161.48 μmol) in 50% aqueous ethanol (1.21 ml). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (7.5 mg, 28%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3625±3. The resulting molecular weight was thus 3624±3 amu (theoretical value 3624 amu).

US 6,268,343 B1

**179**

**180**

### Example 15

Synthesis of Arg$^{26,34}$Lys$^{36}$ (N$^\epsilon$-(ω-carboxyundecanoyl))-GLP-1(7-37)-OH.

A mixture of Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37)-OH (4.2 mg, 1.24 μmol), EDPA (4.49 mg, 34.72 μmol), NMP (88.2 μl) and water (42 μl) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{10}$-COONSu (1.21 mg, 3.72 μmol) in NMP (30.25 μl), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 40 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.04 mg, 27.28 μmol) in 50% aqueous ethanol (204 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.8 mg, 18%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3598±3. The resulting molecular weight was thus 3597±3 amu (theoretical value 3597 amu).

### Example 16

Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-(ω-carboxyundecanoyl))-GLP-1(7-38)-OH.

A mixture of Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (5.168 mg, 1.46 μmol), EDPA (5.28 mg, 40.88 μmol), NMP (108.6 μl) and water (51.7 μl) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{10}$-COONSu (1.43 mg, 4.38 μmol) in NMP (35.8 μl), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 50 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.41 mg, 32.12 μmol) in 50% aqueous ethanol (241 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.85 mg, 16%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3753±3. The resulting molecular weight was thus 3752±3 amu (theoretical value 3752 amu).

### Example 17

Synthesis of Lys$^{26,34}$bis(N$^\epsilon$-(ω-carboxyundecanoyl))-GLP-1(7-37)-OH.

A mixture of GLP-1(7-37)-OH (10.0 mg, 2.98 μmol), EDPA (10.8 mg, 83.43 μmol), NMP (210 μl) and water (100 μl) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{10}$-COONSu (2.92 mg, 8.94 μmol) in NMP (73 μl), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 50 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (4.92 mg, 65.56 μmol) in 50% aqueous ethanol (492 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound

(1.0 mg, 9%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3781±3. The resulting molecular weight was thus 3780±3 amu (theoretical value 3780 amu).

### Example 18

Synthesis of Arg$^{26,34}$Lys$^{36}$ (N$^\epsilon$-(ω-carboxyundecanoyl))-GLP-1(7-36)-OH.

A mixture of Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)-OH (15.04 mg, 4.52 μmol), EDPA (16.35 mg, 126.56 μmol), NMP (315.8 μl) and water (150.4 μl) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{10}$-COONSu (4.44 mg, 13.56 μmol) in NMP (111 μl), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 40 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (7.5 mg, 99.44 μmol) in 50% aqueous ethanol (750 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (3.45 mg, 22%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3540±3. The resulting molecular weight was thus 3539±3 amu (theoretical value 3539 amu).

### Example 19

Synthesis of Arg$^{34}$Lys$^{26}$ (N$^\epsilon$-(ω-carboxyundecanoyl))-GLP-1(7-37)-OH.

A mixture of Arg$^{34}$-GLP-1(7-37)-OH (5.87 mg, 1.73 μmol), EDPA (6.27 mg, 48.57 μmol), NMP (123.3 μl) and water (58.7 μl) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution of HOOC-(CH$_2$)$_{10}$-COONSu (1.70 mg, 5.20 μmol) in NMP (42.5 μl), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 40 min. at room temperature. The reaction was quenched by the addition of glycine (2.86 mg, 286 μmol) in 50% aqueous ethanol (286 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (1.27 mg, 20%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3597±3. The resulting molecular weight was thus 3596±3 amu (theoretical value 3596 amu).

### Example 20

Synthesis of Arg$^{34}$Lys$^{26}$ (N$^\epsilon$-(ω-carboxyheptanoyl))-GLP-1(7-37)-OH.

A mixture of Arg$^{34}$-GLP-1(7-37)-OH (4.472 mg, 1.32 μmol), EDPA (4.78 mg, 36.96 μmol), NMP (94 μl) and water (44.8 μl) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_6$-COONSu (1.07 mg, 3.96 μmol) in NMP (26.8 μl), the

19

US 6,268,343 B1

**181**

reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 1 h and 50 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.18 mg, 29.04 $\mu$mol) in 50% aqueous ethanol (218 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.5 mg, 11%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3540±3. The resulting molecular weight was thus 3539±3 amu (theoretical value 3539 amu).

### Example 21

Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^{\epsilon}$-($\omega$-carboxyheptanoyl))-GLP-1(7-38)-OH.

A mixture of Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (5.168 mg, 1.459 $\mu$mol), EDPA (5.28 mg, 40.85 $\mu$mol), NMP (108.6 $\mu$l) and water (51.6 $\mu$l) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_6$-COONSu (1.18 mg, 4.37 $\mu$mol) in NMP (29.5 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 1 h and 50 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.40 mg, 32.09 $\mu$mol) in 50% aqueous ethanol (240 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.5 mg, 9%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3697±3. The resulting molecular weight was thus 3695±3 amu (theoretical value 3695 amu).

### Example 22

Synthesis of Arg$^{26,34}$Lys$^{36}$ (N$^{\epsilon}$-($\omega$-carboxyheptanoyl))-GLP-1(7-37)-OH.

A mixture of Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37)-OH (5.00 mg, 1.47 $\mu$mol), EDPA (5.32 mg, 41.16 $\mu$mol), NMP (105 $\mu$l) and water (50 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_6$-COONSu (1.19 mg, 4.41 $\mu$mol) in NMP (29.8 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (2.42 mg, 32.34 $\mu$mol) in 50% aqueous ethanol (242 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.78 mg, 15%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3542±3. The resulting molecular weight was thus 3541±3 amu (theoretical value 3541 amu).

**182**

### Example 23

Synthesis of Arg$^{26,34}$Lys$^{36}$ (N$^{\epsilon}$-($\omega$-carboxyheptanoyl))-GLP-1(7-36)-OH.

A mixture of Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)-OH (5.00 mg, 1.50 $\mu$mol), EDPA (5.44 mg, 42.08 $\mu$mol), NMP (210 $\mu$l) and water (50 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_6$-COONSu (1.22 mg, 4.5 $\mu$mol) in NMP (30.5 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (2.47 mg, 33.0 $\mu$mol) in 50% aqueous ethanol (242 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.71 mg, 14%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3484±3. The resulting molecular weight was thus 3483±3 amu (theoretical value 3483 amu).

### Example 24

Synthesis of Lys$^{26,34}$bis(N$^{\epsilon}$-($\omega$-carboxyheptanoyl))-GLP-1(7-37)-OH.

A mixture of GLP-1(7-37)-OH (10 mg, 2.5 $\mu$mol), EDPA (10.8 mg, 83.56 $\mu$mol), NMP (210 $\mu$l) and water (100 $\mu$l) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_6$-COONSu (2.42 mg, 8.92 $\mu$mol) in NMP (60.5 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2 h and 35 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (4.92 mg, 65.54 $\mu$mol) in 50% aqueous ethanol (492 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (2.16 mg, 24%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3669±3. The resulting molecular weight was thus 3668±3 amu (theoretical value 3668 amu).

### Example 25

Synthesis of Arg$^{34}$Lys$^{26}$ (N$^{\epsilon}$-($\omega$-carboxypentadecanoyl))-GLP-1(7-37)-OH.

A mixture of Arg$^{34}$-GLP-1(7-37)-OH (4.472 mg, 1.321 $\mu$mol), EDPA (4.78 m, 36.99 $\mu$mol), NMP (93.9 $\mu$l) and water (44.7 $\mu$l) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{14}$-COONSu (1.519 mg, 3.963 $\mu$mol) in NMP (38 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 1 h at room temperature. The reaction was quenched by the addition of a solution of glycine (2.18 mg, 29.06 $\mu$mol) in 50% aqueous ethanol (218 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The

US 6,268,343 B1

**183**

title compound (0.58 mg, 12%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3654±3. The resulting molecular weight was thus 3653±3 amu (theoretical value 3653 amu).

### Example 26

### Synthesis of Arg$^{26,34}$Lys$^{36}$ (N$^ε$-(ω-carboxyheptanoyl))-GLP-1(7-36)-OH.

A mixture of Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)-OH (5.00 mg, 1.50 $\mu$mol), EDPA (5.44 mg, 42.08 $\mu$mol), NMP (210 $\mu$l) and water (50 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{14}$-COONSu (1.72 mg, 4.5 $\mu$mol) in NMP (43 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 1 h at room temperature. The reaction was quenched by the addition of a solution of glycine (2.48 mg, 33 $\mu$mol) in 50% aqueous ethanol (248 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.58 mg, 11%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3596±3. The resulting molecular weight was thus 3595±3 amu (theoretical value 3595 amu).

### Example 27

### Synthesis of lithocholic acid 2,5-dioxo-pyrrolidin-1-yl ester.

To a mixture of lithocholic acid (5.44 g, 14.34 mmol), N-hydroxysuccinimide (1.78 g, 15.0 mmol), anhydrous THF (120 ml) and anhydrous acetonitrile (30 ml), kept at to 10° C., was added a solution of N,N'-dicyclohexylcarbodiimide (3.44 g, 16.67 mmol) in anhydrous THF. The reaction mixture was stirred at ambient temperature for 16 h, filtered and concentrated in vacuo. The residue was dissolved in dichloromethane (450 ml), washed with a 10% aqueous Na$_2$CO$_3$ solution (2×150 ml) and water (2×150 ml), and dried (MgSO$_4$). Filtered and the filtrate concentrated in vacuo to give a crystalline residue. The residue was recrystallised from a mixture of dichloromethane (30 ml) and n-heptane (30 ml) to give the title compound (3.46 g, 51%) as a crystalline solid.

### Example 28

### Synthesis of Arg$^{34}$Lys$^{26}$(N$^ε$-lithocholyl)-GLP-1(7-37)-OH.

A mixture of Arg$^{34}$-GLP-1(7-37)-OH (4.472 mg, 1.32 $\mu$mol), EDPA (4.78 mg, 36.96 $\mu$mol), NMP (94 $\mu$l) and water (44.8 $\mu$l) was gently shaken for 10 min. at room temperature. To the resulting mixture was added a solution of lithocholic acid 2,5-dioxo-pyrrolidin-1-yl ester in NMP (46.8 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 1 h at room temperature. The reaction was quenched by the addition of a solution of glycine (2.18 mg, 29.04 $\mu$mol) in 50% aqueous ethanol (218 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard

**184**

acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (1.25 mg, 25%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3744±3. The resulting molecular weight was thus 3743±3 amu (theoretical value 3743 amu).

### Example 29

### Synthesis of N$^α$-tetradecanoyl-Glu(ONSu)-OBu$^t$.

To a suspension of H-Glu(OH)-OBu$^t$ (2.5 g, 12.3 mmol), DMF (283 ml) and EDPA (1.58 g, 12.3 mmol) was added drop by drop a solution of Myr-ONSu (4.0 g, 12.3 mmol) in DMF (59 ml). The reaction mixture was stirred for 16 h at room temperature and then concentrated in vacuo to a total volume of 20 ml. The residue was partitioned between 5% aqueous citric acid (250 ml) and ethyl acetate (150 ml), and the phases were separated. The organic phase was concentrated in vacuo and the residue dissolved in DMP (40 ml). The resulting solution was added drop by drop to a 10% aqueous solution of citric acid (300 ml) kept at 0° C. The precipitated compound was collected and washed with iced water and dried in a vacuum drying oven. The dried compound was dissolved in DMF (23 ml) and HONSu (1.5 g, 13 mmol) was added. To the resulting mixture was added a solution of N,N'-dicyclohexylcarbodiimide (2.44 g, 11.9 mmol) in dichloromethane (47 ml). The reaction mixture was stirred for 16 h at room temperature, and the precipitated compound was filtered off. The precipitate was recrystallised from n-heptane/2-propanol to give the title compound (3.03 g, 50%).

### Example 30

### Synthesis of Glu$^{22,23,30}$Arg$^{26,34}$Lys$^{38}$(N$^ε$-(γ-glutamyl(N$^α$-tetradecanoyl)))-GLP-1(7-38)-OH.

A mixture of Glu$^{22,23,30}$Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (1.0 mg, 0.272 $\mu$mol), EDPA (0.98 mg, 7.62 $\mu$mol), NMP (70 $\mu$l) and water (70 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of N$^α$-tetradecanoyl-Glu(ONSu)-OBu$^t$, prepared as described in Example 29, (0.41 mg, 0.816 $\mu$mol) in NMP (10.4 $\mu$l), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 45 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (0.448 mg, 5.98 $\mu$mol) in 50% aqueous ethanol (45 $\mu$l). A 0.5% aqueous solution of ammonium acetate (0.9 ml) was added, and the resulting mixture was immobilised on a Varian 500 mg C8 Mega Bond Elut® cartridge, the immobilised compound washed with 5% aqueous acetonitrile (10 ml), and finally liberated from the cartridge by elution with TFA (10 ml). The eluate was concentrated in vacuo, and the reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.35 mg, 32%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 4012±3. The resulting molecular weight was thus 4011±3 amu (theoretical value 4011 amu).

US 6,268,343 B1

185

Example 31

Synthesis of Glu$^{23,26}$Arg$^{34}$Lys$^{38}$(N$^\epsilon$-(γ-glutamyl (N$^\alpha$-tetradecanoyl)))-GLP-1(7-38)-OH.

A mixture of Glu$^{23,26}$Arg$^{34}$Lys$^{38}$-GLP-1(7-38)-OH (6.07 mg, 1.727 μmol), EDPA (6.25 mg, 48.36 μmol), NMP (425 μl) and water (425 μl) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of N$^\alpha$-tetradecanoyl-Glu(ONSu)-OBu$^t$, prepared as described in example 29, (2.65 mg, 5.18 μmol) in NMP (66.3 μl), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 45 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.85 mg, 38.0 μmol) in 50% aqueous ethanol (285 μl). A 0.5% aqueous solution of ammonium acetate (5.4 ml) was added, and the resulting mixture was immobilised on a Varian 500 mg C8 Mega Bond Elut® cartridge, the immobilised compound washed with 5% aqueous acetonitrile (10 ml), and finally liberated from the cartridge by elution with TFA (10 ml). The eluate was concentrated in vacuo, and the reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.78 mg, 12%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3854±3. The resulting molecular weight was thus 3853±3 amu (theoretical value 3853 amu).

Example 32

Synthesis of Lys$^{26,34}$-bis(N$^\epsilon$-(ω-carboxytridecanoyl))-GLP-1(7-37)-OH.

A mixture of GLP-1(7-37)-OH (30 mg, 8.9 μmol), EDPA (32.3 mg, 250 μmol), NMP (2.1 ml) and water (2.1 ml) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{12}$-COONSu (12.7 mg, 35.8 μmol) in NMP (318 μl), the reaction mixture was gently shaken for 1 h and 40 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (3.4 mg, 44.7 μmol) in 50% aqueous ethanol (335 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (10 mg, 29%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3840±3. The resulting molecular weight was thus 3839±3 amu (theoretical value 3839 amu).

Example 33

Synthesis of Lys$^{26,34}$-bis(N$^\epsilon$-(γ-glutamyl(N$^\alpha$-tetradecanoyl)))-GLP-1(7-37)-OH.

A mixture of GLP-1(7-37)-OH (300 mg, 79.8 μmol), EDPA (288.9 mg, 2.24 mmol), NMP (21 ml) and water (21 ml) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of N$^\alpha$-tetradecanoyl-Glu(ONSu)-OBu$^t$, prepared as described in Example 29, (163 mg, 319.3 μmol) in NMP (4.08 ml), the reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 1 h at room temperature. The reaction was quenched by the addition of

186

a solution of glycine (131.8 mg, 1.76 mmol) in 50% aqueous ethanol (13.2 ml). A 0.5% aqueous solution of ammonium-acetate (250 ml) was added, and the resulting mixture was divided into four equal portions. Each portion was eluted onto a Varian 500 mg C8 Mega Bond Elut® cartridge, the immobilised compound washed with 0.1% aqueous TFA (3.5 ml), and finally liberated from the cartridge by elution with 70% aqueous acetonitrile (4 ml). The combined eluates were diluted with 0.1% aqueous TFA (300 ml). The precipitated compound was collected by centrifugation, washed with 0.1% aqueous TFA (50 ml), and finally isolated by centrifugation. To the precipitate was added TFA (60 ml), and the resulting reaction mixture was stirred for 1 h and 30 min. at room temperature. Excess TFA was removed in vacuo, and the residue was poured into water (50 ml). The precipitated compound was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (27.3 mg, 8%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 4036±3. the resulting molecular weight was thus 4035±3 amu (theoretical value 4035 amu).

Example 34

Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-(ω-carboxypentadecanoyl))-GLP-1(7-38)-OH.

A mixture of Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (30 mg, 8.9 μmol), EDPA (32.3 mg, 250 μmol), NMP (2.1 ml) and water (2.1 ml) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution HOOC-(CH$_2$)$_{14}$-COONSu (13.7 mg, 35.8 μmol) in NMP (343 μl), the reaction mixture was gently shaken for 1 h at room temperature. The reaction was quenched by the addition of a solution of glycine (3.4 mg, 44.7 μmol) in 50% aqueous ethanol (335 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (4.8 mg, 14%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3894±3. The resulting molecular weight was thus 3893±3 amu (theoretical value 3893 amu).

Example 35

Synthesis of N$^\alpha$-hexadecanoyl-Glu(ONSu)-OBu$^t$.

To a suspension of H-Glu(OH)-OBu$^t$ (4.2 g, 20.6 mmol), DMF (500 ml) and EDPA (2.65 g, 20.6 mmol) was added drop by drop a solution of Pal-ONSu (7.3 g, 20.6 mmol) in DMF (100 ml). The reaction mixture was stirred for 64 h at room temperature and then concentrated in vacuo to a total volume of 20 ml. The residue was partitioned between 10% aqueous citric acid (300 ml) and ethyl acetate (250 ml), and the phases were separated. The organic phase was concentrated in vacuo and the residue dissolved in DMF (50 ml). The resulting solution was added drop by drop to a 10% aqueous solution of citric acid (500 ml) kept at 0° C. The precipitated compound was collected and washed with iced water and dried in a vacuum drying oven. The dried compound was dissolved in DMF (45 ml) and HONSu (2.15 g,

US 6,268,343 B1

**187**

18.7 mmol) was added. To the resulting mixture was added a solution of N,N'-dicyclohexylcarbodiimide (3.5 g, 17 mmol) in dichloromethane (67 ml). The reaction mixture was stirred for 16 h at room temperature, and the precipitated compound was filtered off. The precipitate was recrystallised from n-heptane/2-propanol to give the title compound (6.6 g, 72%).

Example 36

Synthesis of Lys$^{26,34}$-bis(N$^\epsilon$-($\gamma$-glutamyl(N$^\alpha$-hexadecanoyl)))-GLP-1(7-37)-OH.

A mixture of GLP-1(7-37)-OH (10 mg, 2.9 $\mu$mol), EDPA (10.8 mg, 83.4 $\mu$mol), NMP (0.7 ml) and water (0.7 ml) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of N$^\alpha$-hexadecanoyl-Glu(ONSu)-OBu$^t$, prepared as described in Example 33, (163 mg, 319.3 $\mu$mol) in NMP (4.08 ml), the reaction mixture was gently shaken 1 h and 20 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (4.9 mg, 65.6 $\mu$mol) in 50% aqueous ethanol (492 $\mu$l). A 0.5% aqueous solution of ammonium-acetate (9 ml) was added, and the resulting mixture eluted onto a Varian 1 g C8 Mega Bond Elut® cartridge, the immobilised compound washed with 5% aqueous acetonitrile (10 ml), and finally liberated from the cartridge by elution with TFA (10 ml). The eluate was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (2.4 mg, 20%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 4092±3. The resulting molecular weight was thus 4091±3 amu (theoretical value 4091 amu).

Example 37

Synthesis of Arg$^{34}$Lys$^{26}$(N$^\epsilon$-($\gamma$-glutamyl(N$^\alpha$-hexadecanoyl)))-GLP-1(7-37)-OH.

A mixture of Arg$^{34}$-GLP-1(7-37)-OH (3.7 mg, 1.1 $\mu$mol), EDPA (4.0 mg, 30.8 $\mu$mol), acetonitrile (260 $\mu$l) and water (260 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of N$^\alpha$-hexadecanoyl-Glu(ONSu)-OBu$^t$, prepared as described in Example 35, (1.8 mg, 3.3 $\mu$mol) in acetonitrile (44.2 $\mu$l), and the reaction mixture was gently shaken for 1 h and 20 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (1.8 mg, 24.2 $\mu$mol) in 50% aqueous ethanol (181 $\mu$l). A 0.5% aqueous solution of ammonium-acetate (12 ml) and NMP (300 $\mu$l) were added, and the resulting mixture eluted onto a Varian 1 g C8 Mega Bond Elut® cartridge, the immobilised compound washed with 5% aqueous acetonitrile (10 ml), and finally liberated from the cartridge by elution with TFA (6 ml). The eluate was allowed to stand for 2 h at room temperature and then concentrated in vacuo. The residue was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.23 mg,

**188**

6%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3752±3. The resulting molecular weight was thus 3751±3 amu (theoretical value 3751 amu).

Example 38

Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-($\gamma$-glutamyl(N$^\alpha$-tetradecanoyl)))-GLP-1(7-38)-OH.

A mixture of Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (14 mg, 4.0 $\mu$mol), EDPA (14.3 mg, 110.6 $\mu$mol), NMP (980 $\mu$l) and water (980 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of N$^\alpha$-tetradecanoyl-Glu(ONSu)-OBu$^t$, prepared as described in Example 29, (12.1 mg, 23.7 $\mu$mol) in NMP (303 $\mu$l), and the reaction mixture was gently shaken for 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (6.5 mg, 86.9 mmol) in 50% aqueous ethanol (652 $\mu$l). A 0.5% aqueous solution of ammonium-acetate (50 ml) was added and the resulting mixture eluted onto a Varian 1 g C8 Mega Bond Elut® cartridge, the immobilised compound washed with 5% aqueous acetonitrile (15 ml), and finally liberated from the cartridge by elution with TFA (6 ml). The eluate was allowed to stand for 1 h and 45 min. at room temperature and then concentrated in vacuo. The residue was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (3.9 mg, 26%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3881±3. The resulting molecular weight was thus 3880±3 amu (theoretical value 3880 amu).

Example 39

Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-($\omega$-carboxypentadecanoyl))-GLP-1(7-38)-OH.

A mixture of Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (14 mg, 4.0 $\mu$mol), EDPA (14.3 mg, 111 $\mu$mol), NMP (980 $\mu$l) and water (980 $\mu$l) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of HOOC-(CH$_2$)$_{14}$-COONSu (4.5 mg, 11.9 $\mu$mol) in NMP (114 $\mu$l), the reaction mixture was gently shaken for 1 h and 45 min. at room temperature. An additional solution of HOOC-(CH$_2$)$_{14}$-COONSu (4.0 mg, 10.4 $\mu$mol) in NMP (100 $\mu$l) was added and the resulting mixture was gently shaken for an additional 1 h and 30 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (1.5 mg, 19.8 $\mu$mol) in 50% aqueous ethanol (148 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (3.9 mg, 26%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3809±3. The resulting molecular weight was thus 3808±3 amu (theoretical value 3808 amu).

US 6,268,343 B1

189

## Example 40

### Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-(γ-glutamyl(N$^\alpha$-hexadecanoyl)))-GLP-1(7-38)-OH.

A mixture of Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (14 mg, 4.0 μmol), EDPA (14.3 mg, 110.6 μmol), NMP (980 μl) and water (980 μl) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of N$^\alpha$-hexadecanoyl-Glu(ONSu)-OBu$^t$, prepared as described in Example 35, (6.4 mg, 11.9 μmol) in NMP (160 μl), and the reaction mixture was gently shaken for 1 h and 20 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (6.5 mg, 87 mol) in 50% aqueous ethanol (653 μl). A 0.5% aqueous solution of ammonium-acetate (50 ml) was added, and the resulting mixture eluted onto a Varian 1 g C8 Mega Bond Elut® cartridge, the immobilised compound washed with 5% aqueous acetonitrile (10 ml), and finally liberated from the cartridge by elution with TFA (6 ml). The eluate was allowed to stand for 1 h and 30 min. at room temperature and then concentrated in vacuo. The residue was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (7.2 mg, 47%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3881±3. The resulting molecular weight was thus 3880±3 amu (theoretical value 3880 amu).

## Example 41

### Synthesis of Arg$^{18,23,26,30,34}$Lys$^{38}$(N$^\epsilon$-hexadecanoyl)-GLP-1(7-38)-OH.

A mixture of Arg$^{18,23,26,30,34}$Lys$^{38}$-GLP-1(7-38)-OH (1.0 mg, 0.27 μmol), EDPA (0.34 mg, 2.7 μmol) and DMSO (600 μl) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of Pal-ONSu (0.28 mg, 0.8 μmol) in NMP (7 μl). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 6 h at room temperature. The reaction was quenched by the addition of a solution of glycine (1.6 mg, 21.7 μmol) in 50% aqueous ethanol (163 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (0.17 mg, 16%) was isolated, and the product was analysed by MALDI-MS. The m/z value for the protonated molecular ion was found to be 3961±3. The resulting molecular weight was thus 3960±3 amu (theoretical value 3960 amu).

## Example 42

### Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^\epsilon$-(ω-carboxytridecanoyl))-GLP-1(7-38)-OH.

A mixture of Arg$^{26,34}$Lys$^{38}$-GLP-1(7-38)-OH (14 mg, 4.0 μmol), EDPA (14.3 mg, 111 μmol), NMP (980 μl) and water (980 μl) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of HOOC-(CH$_2$)$_{12}$-COONSu (4.2 mg, 11.9 μmol) in NMP (105 μl), the reaction mixture was gently shaken for 1 h and 50 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (6.5 mg, 87 mol) in 50%

190

aqueous ethanol (652 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (5.8 mg, 39%) was isolated, and the product was analysed by MALDI-MS. The m/z value for the protonated molecular ion was found to be 3780±3. The resulting molecular weight was thus 3779±3 amu (theoretical value 3781 amu).

## Example 43

### Synthesis of Arg$^{34}$Lys$^{26}$(N$^\epsilon$-(γ-glutamyl(N$^\alpha$-tetradecanoyl)))-GLP-1(7-37)-OH.

A mixture of Arg$^{34}$-GLP-1(7-37)-OH (15 mg, 4.4 μmol), EDPA (16 mg, 124 μmol), NMP (2 ml) and water (4.8 ml) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of N$^\alpha$-tetradecanoyl-Glu(ONSu)-OBu$^t$, prepared as described in Example 29, (12.1 mg, 23.7 μmol) in NMP (303 μl), and the reaction mixture was gently shaken for 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (6.5 mg, 86.9 μmol) in 50% aqueous ethanol (652 μl). A 0.5% aqueous solution of ammonium-acetate (50 ml) was added, and the resulting mixture eluted onto a Varian 1 g C8 Mega Bond Elut® cartridge, the immobilised compound washed with 5% aqueous acetonitrile (15 ml), and finally liberated from the cartridge by elution with TFA (6 ml). The eluate was allowed to stand for 1 h and 45 min. at room temperature and then concentrated in vacuo. The residue was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (3.9 mg, 26%) was isolated, and the product was analysed by MALDI-MS. The m/z value for the protonated molecular ion was found to be 3723±3. The resulting molecular weight was thus 3722±3 amu (theoretical value 3723 amu).

## Example 44

### Synthesis of N$^\alpha$-octadecanoyl-Glu(ONSu)-OBu$^t$

To a suspension of H-Glu(OH-OBu$^t$ (2.82 g, 13.9 mmol), DMF (370 ml) and EDPA (1.79 g, 13.9 mmol) was added drop by drop a solution of Ste-ONSu (5.3 g, 13.9 mmol) in DMF (60 ml). Dichloromethane (35 ml) was added, and the reaction mixture was stirred for 24 h at room temperature and then concentrated in vacuo. The residue was partitioned between 10% aqueous citric acid (330 ml) and ethyl acetate (200 ml), and the phases were separated. The organic phase was concentrated in vacuo and the residue dissolved in DMF (60 ml). The resulting solution was added drop by drop to a 10% aqueous solution of citric acid (400 ml) kept at 0° C. The precipitated compound was collected and washed with iced water and dried in a vacuum drying oven. The dried compound was dissolved in DMF (40 ml) and HONSu (1.63 g, 14.2 mmol) was added. To the resulting mixture was added a solution of DCC (2.66 g, 12.9 mmol) in dichloromethane (51 ml). The reaction mixture was stirred for 64 h at room temperature, and the precipitated compound was filtered off. The precipitate was recrystallized from n-heptane/2-propane to give the title compound (4.96 g, 68%).

US 6,268,343 B1

191

Example 45

Synthesis of Arg$^{26,34}$Lys$^{38}$(N$^{\epsilon}$-(γ-glutamyl(N$^{\alpha}$-octadecanoyl)))-GLP-1(7-38)-OH

A mixture of Arg$^{26,34}$-GLP-1(7-38)-OH (28 mg, 7.9 μmol), EDPA (28.6 mg, 221.5 μmol), NMP (1.96 ml) and water (1.96 ml) was gently shaken for 5 min. at room temperature. To the resulting mixture was added a solution of N$^{\alpha}$-octadecanoyl-Glu(ONSu)-OBu$^t$ (17.93 g, 31.6 μmol), prepared as described in Example 44, in NMP (448 μl), and the reaction mixture was gently shaken for 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (13.1 mg, 174 μmol) in 50% aqueous ethanol (1.3 ml). A 0.5% aqueous solution of ammonium-acetate (120 ml) was added, and the resulting mixture was divided into two equal portions. Each portion was eluted onto a Varian 5 g C8 Mega Bond Elut® cartridge, the immobilised compound washed with 5% aqueous acetonitrile (25 ml), and finally liberated from the cartridge by elution TFA (25 ml). The combined elutes were allowed to stand for 1 h and 25 min. at room temperature and then concentrated in vacuo. The residue was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitrile/TFA system. The column was heated to 65° C. and the acetonitrile gradient was 0–100% in 60 minutes. The title compound (3.6 mg, 11%) was isolated, and the product was analysed by MALDI-MS. The m/z value for the protonated molecular ion was found to be 3940±3. The resulting molecular weight was thus 3939±3 amu (theoretical value 3937 amu).

Biological Findings

Protraction of GLP-1 derivatives after s.c. administration

The protraction of a number GLP-1 derivatives of the invention was determined by monitoring the concentration thereof in plasma after sc administration to healthy pigs, using the method described below. For comparison also the concentration in plasma of GLP-1(7-37) after sc. administration was followed. The results are given in Table 1. The protraction of other GLP-1 derivatives of the invention can be determined in the same way.

Pigs (50% Duroc, 25% Yorkshire, 25% Danish Landrace, app 40 kg) were fasted from the beginning of the experiment. To each pig 0.5 nmol of test compound per kg body weight was administered in a 50 μM isotonic solution (5 mM phosphate, pH 7.4, 0.02% Tween®-20 (Merck), 45 mg/ml mannitol (pyrogen free, Novo Nordisk). Blood samples were drawn from a catheter in vena jugular is at the hours indicated in Table 1. 5 ml of the blood samples were poured into chilled glasses containing 175 μl of the following solution: 0.18 M EDTA, 1500 KIE/ml aprotinin (Novo Nordisk) and 3% bacitracin (Sigma), pH 7.4. Within 30 min, the samples were centrifuged for 10 min at 5–6000*g. Temperature was kept at 4° C. The supernatant was pipetted into different glasses and kept at minus 20° C. until use.

The plasma concentrations of the peptides were determined by RIA using a monoclonal antibody specific for the N-terminal region of GLP-1(7-37). The cross-reactivities were less than 1% with GLP-1(1-37) and GLP-1(8-36)amide and <0.1% with GLP-1(9-37), GLP-1(10-36)amide and GLP-1(11-36)amide. The entire procedure was carried out at 4° C.

The assay was carried out as follows: 100 μl plasma was mixed with 271 μl 96% ethanol, mixed using a vortex mixer and centrifuged at 2600*g for 30 min. The supernatant was decanted into Minisorp tubes and evaporated completely

192

(Savant Speedvac AS290). The evaporation residue was reconstituted in the assay buffer consisting of 80 mM NaH$_2$PO$_4$/Na$_2$HOP$_4$, 0.1% HSA (Orpha 20/21, Behring), 10 mM EDTA, 0.6 mM thiomersal (Sigma), pH 7.5. Samples were reconstituted in volumes suitable for their expected concentrations, and were allowed to reconstitute for 30 min. To 300 μl sample, 100 μl antibody solution in dilution buffer containing 40 mM NaH$_2$PO$_4$/Na$_2$HPO$_4$, 0.1% HSA, 0.6 mM thiomersal, pH 7.5, was added. A non-specific sample was prepared by mixing 300 μl buffer with 100 μl dilution buffer. Individual standards were prepared from freeze dried stocks, dissolved in 300 μl assay buffer. All samples were pre-incubated in Minisorp tubes with antibody was described above for 72 h. 200 μl tracer in dilution buffer containing 6–7000 CPM was added, samples were mixed and incubated for 48 h. 1.5 ml of a suspension of 200 ml per liter of heparin-stabilised bovine plasma and 18 g per liter of activated carbon (Merck) in 40 mM NaH$_2$PO$_4$/Na$_2$HPO$_4$, 0.6 mM thiomersal, pH 7.5, was added to each tube. Before use, the suspension was mixed and allowed to stand for 2 h at 4° C. All samples were incubated for 1 h at 4° C. and then centrifuged at 3400*g for 25 min. Immediately after the centrifugation, the supernatant was decanted and counted in a γ-counter. The concentration in the samples was calculated from individual standard curves. The following plasma concentrations were found, calculated as % of the maximum concentration for the individual compounds (n=2):

TABLE 1

| Test compound$^a$ | Hours after sc. Administration | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0.75 | 1 | 2 | 4 | 6 | 8 | 10 | 12 | 24 |
| GLP-1 (7-37) | | 100 | 9 | 1 | | | | | |
| Example 25 | 73 | 92 | 100 | 98 | 82 | 24 | 16 | 16 | 16 |
| Example 17 | 76 | 71 | 91 | 100 | 84 | 68 | 30 | | 9 |
| Example 43 | | 39 | 71 | 93 | 100 | 91 | 59 | 50 | 17 |
| Example 37 | | 26 | 38 | 97 | 100 | 71 | 81 | 80 | 45 |
| Example 11 | 24 | 47 | 59 | 71 | 100 | 94 | 100 | | 94 |
| Example 12 | 36 | 54 | 65 | 94 | 80 | 100 | 85 | | 93 |
| Example 32 | 55 | 53 | 90 | 83 | 88 | 70 | 98 | 100 | 100 |
| Example 14 | 18 | 25 | 32 | 47 | 98 | 83 | 97 | | 100 |
| Example 13 | 15 | 22 | 38 | 59 | 97 | 85 | 100 | | 76 |
| Example 38 | 60 | 53 | 100 | 66 | 48 | 39 | 25 | 29 | 0 |
| Example 39 | 38 | 100 | 70 | 47 | 33 | 33 | 18 | 27 | 14 |
| Example 40 | 47 | 19 | 50 | 100 | 51 | 56 | 34 | 14 | 0 |
| Example 34 | 19 | 32 | 44 | 84 | 59 | 66 | 83 | 84 | 100 |

$^a$The test compounds are the title compounds of the examples with the numbers given

Table 1 shows that the GLP-1 derivatives of the invention have a protracted profile of action relative to GLP-1(7-37) and are much more persistent in plasma than GLP-1(7-37). It also appears from Table 1 that the time at which the peak concentration in plasma is achieved varies within wide limits, depending on the particular GLP-1 derivative selected.

US 6,268,343 B1

| 193 | 194 |

Stimulation of cAMP formation in a cell line expressing the cloned human GLP-1 receptor

In order to demonstrate efficacy of the GLP-1 derivatives, their ability to stimulate formation of cAMP in a cell line expressing the cloned human GLP-1 receptor was tested. An $EC_{50}$ was calculated from the dose-response curve.

Baby hamster kidney (BHK) cells expressing the human pancreatic GLP-1 receptor were used (Knudsen and Pridal, 1996, Eur. J. Pharm. 318, 429–435). Plasma membranes were prepared (Adelhorst et al., 1994, J. Biol. Chem. 269, 6275) by homogenisation in buffer (10 mmol/l Tris-HCl and 30 mmol/l NaCl pH 7.4, containing, in addition, 1 mmol/l dithiothreitol, 5 mg/l leupeptin (Sigma, St. Louis, Mo., USA), 5 mg/l pepstatin (Sigma, St. Louis, Mo., USA), 100 mg/l bacitracin (Sigma, St. Louis, Mo., USA), and 16 mg/l aprotinin (Novo Nordisk A/S, Bagsvaerd, Denmark)). The homogenate was centrifuged on top of a layer of 41 w/v % sucrose. The white band between the two layers was diluted in buffer and centrifuged. Plasma membranes were stored at −80° C. until used.

The assay was carried out in 96-well microtiter plates in a total volume of 140 μl. The buffer used was 50 mmol/l Tris-HCl, pH 7.4 with the addition of 1 mmol/l EGTA, 1.5 mmol/l $MgSO_4$, 1.7 mmol/l ATP, 20 mM GTP, 2 mmol/l 3-isobutyl-1-methylxanthine, 0.01% Tween-20 and 0.1% human serum albumin (Reinst, Behringwerke AG, Marburg, Germany). Compounds to be tested for agonist activity were dissolved and diluted in buffer, added to the membrane preparation and the mixture was incubated for 2 h at 37° C. The reaction was stopped by the addition of 25 μl of 0.05 mol/l HCl. Samples were diluted 10 fold before analysis for cAMP by a scintillation proximity assay (RPA 538, Amersham, UK). The following results were obtained:

| Test Compound[a] | $EC_{50}$, pM | Test Compound[a] | $EC_{50}$, pM |
|---|---|---|---|
| GLP-1(7–37) | 61 | Example 31 | 96 |
| Example 45 | 120 | Example 30 | 41 |
| Example 43 | 24 | Example 26 | 8.8 |
| Example 40 | 55 | Example 25 | 99 |
| Example 39 | 5.1 | Example 19 | 79 |
| Example 38 | 54 | Example 16 | 3.5 |
| Example 37 | 60 | | |

[a] The test compounds are the title compounds of the examples with the numbers given.

Example 46

Synthesis of Arg$^{26,34}$, Lys$^{36}$(N$^{ε}$-(γ-glutamyl(N$^{α}$-hexadecanoyl)))-GLP-1(7-36)-OH

To a mixture of Arg$^{26,34}$, Lys$^{36}$ GLP-1 (7-36)-OH (12.2 mg, 3.67 μmol), EDPA (13.3 mg, 103 μmol), NMP (1.71 ml) and water (855 μl) was added a solution of Pal-Glu(ONSu)-OBu$^t$ (5.94 mg, 11 μmol), prepared as described in PCT application no. PCT/DK97/00340, in NMP (148 μl). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (6 mg, 81 μmol) in water (0.6 ml). A 0.5% aqueous solution of ammonium-acetate (38 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (20 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl

column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (3.1 mg, 23%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3695±3. The resulting molecular weight was thus 3694±3 amu (theoretical value 3694 amu).

Example 47

Synthesis of Arg$^{26,34}$,Lys$^{36}$(N$^{ε}$-(γ-glutamyl(N$^{α}$-octadecanoyl)))-GLP-1(7-36)-OH

To a mixture of Arg$^{26,34}$,Lys$^{36}$ GLP-1 (7-36)-OH (12.2 mg, 3.7 μmol), EDPA (13.3 mg, 103 μmol), NMP (1.71 ml) and water (855 μl) was added a solution of Ste-Glu(ONSu)-OBu$^t$ (6.25 mg, 11 μmol), prepared as described in PCT application no. PCT/DK97/00340, in NMP (1 ml). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (6 mg, 81 μmol) in water (0.6 ml). A 0.5% aqueous solution of ammonium acetate (54 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (20 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (3.7 mg, 27%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3723±3. The resulting molecular weight was thus 3722±3 amu (theoretical value 3722 amu).

Example 48

Synthesis of Lithocholic Acid 2,5-dioxopyrrolidin-1-yl Ester

To a solution of lithocholic acid (5.44 g, 14.3 mmol) in a mixture of anhydrous THF (120 ml) and anhydrous acetonitril (30 ml) was added N-hydroxysuccinimide (1.78 g, 15 mmol). The mixture was cooled to 0° C., a solution of DCC (3.44 g, 16.7 mmol) in anhydrous THF (30 ml) was added drop wise, and the resulting reaction mixture stirred for 16 h at room temperature. The reaction mixture was filtered and partitioned between dichloromethane (450 ml) and 10% aqueous $Na_2CO_3$ (150 ml). The phases were separated, and the organic phase washed with 10% aqueous $Na_2CO_3$ (150 ml), water (2×150 ml), and dried ($MgSO_4$). The solvent was concentrated in vacuo. The residue was crystallised from a mixture of dichloromethane (30 ml) and n-heptane (30 ml). The precipitate was dried in a vacuum drying oven for 36 h to give the title compound (3.46 g, 51%).

Example 49

Synthesis of Lit-Glu(OH)-OBu$^t$

A suspension of H-Glu(OH)-OBu$^t$ (1.28 g, 6.33 mmol), DMF (88 ml) and EDPA (0.82 g, 6.33 mmol) and lithocholic acid 2,5-dioxopyrrolidin-1-yl ester, prepared as described in example 48, was stirred for 16 h at room temperature. The reaction mixture was concentrated in vacuo and the residue dissolved in ethyl acetate (40 ml). The resulting solution was washed with 5% aqueous citric acid (2×25 ml), brine (10

US 6,268,343 B1

195

196

ml), and filtered). The solvent was concentrated in vacuo and the residue dissolved in DMF (12 ml). The resulting solution was added drop wise to a 10% aqueous solution of citric acid whereby the product precipitates. The precipitate was collected and washed with iced water, and dried in vacuo. The crude product was recrystallized from a mixture of n-heptane (40 ml) and 2-propanol (17 ml). The precipitate was dried in a vacuum drying oven for 4 h to give the free acid intermediate.

To a solution of the free acid intermediate in DMF (18 ml) was added hydroxysuccinimide (0.45 g, 3.91 mmol), followed by a solution of DCC (0.73 g, 3.56 mmol) in dichloromethane (18 ml). The resulting mixture was stirred at ambient temperature for 18 h, and then filtered. The filtrate was concentrated in vacuo and the residue was dissolved in dichloromethane (25 ml), and the filtration repeated, the solvent removed in vacuo to give a foam. The residue was dissolved in refluxing n-heptane (35 ml), and the product crystallized b addition of 2-propanol. The precipitate was collected, washed with cold n-heptane, dried at 35° C. in vacuo to give the title compound (1.34 g, 57%).

## Example 50

Synthesis of Arg$^{34}$,Lys$^{36}$(N$^{\epsilon}$-($\gamma$-glutamyl(N$^{\alpha}$-lithocholyl)))-GLP-1(7-37)-OH

To a mixture of Arg$^{34}$,Lys$^{26}$ GLP-1 (7-37)-OH (41.1 mg, 12.2 μmol), EDPA (44 mg, 340 μmol), NMP (5.76 ml) and water (2.88 ml) was added a solution of Lit-Glu(ONSu)-OBu$^t$ (24 mg, 37 μmol), prepared as described in example 49, in NMP (600 μl). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 75 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (20 mg, 268 μmol) in water (2 ml). A 0.5% aqueous solution of ammonium acetate (128 ml) was added, and the resulting mixture divided into two equal portions, and each portion eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (2×25 ml), and finally liberated from the cartridge by elution with TFA (2×25 ml). The combined eluates were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (5 mg, 11%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3872±3. The resulting molecular weight was thus 3871±3 amu (theoretical value 3871 amu).

## Example 51

Synthesis of Arg$^{26}$,Lys$^{34}$(N$^{\epsilon}$-($\gamma$-glutamyl(N$^{\alpha}$-hexadecanoyl)))-GLP-1(7-37)-OH

To a mixture of Arg$^{26}$,Lys$^{34}$ GLP-1 (7-37)-OH (18 mg, 5.3 μmol), EDPA (19.3 mg, 149 μmol), NMP (2.52 ml) and water (1.26 ml) was added a solution of Pal-Glu(ONSu)-OBu$^t$ (8.6 mg, 16 μmol) in NMP (215 μl). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (8.8 mg, 117 μmol) in water (0.88 ml). A 0.5% aqueous solution of ammonium acetate (50 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with

5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluates were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (6 mg, 30%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3752±3. The resulting molecular weight was thus 3751±3 amu (theoretical value 3751 amu).

## Example 52

Synthesis of desamino-His$^7$,Arg$^{26}$,Lys$^{34}$ (N$^{\epsilon}$-($\gamma$-glutamyl(N$^{\alpha}$-hexadecanoyl))) GLP-1 (7-37)-OH

To a mixture of desamino-His$^7$,Arg$^{26}$,Lys$^{34}$ GLP-1 (7-37)-OH (14.3 mg, 4.2 μmol), EDPA (15.3 mg, 119 μmol), NMP (2 ml) and water (1 ml) was added a solution of Pal-Glu(ONSu)-OBu$^t$ (6.84 mg, 12.7 μmol) in NMP (171 μl). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 50 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (7 mg, 99 μmol) in water (700 μl). A 0.5% aqueous solution of ammonium acetate (42 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (5.6 mg, 35%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3738±3. The resulting molecular weight was thus 3737±3 amu (theoretical value 3737 amu).

## Example 53

Synthesis of Gly$^8$,Arg$^{26,34}$,Lys$^{38}$ (N$^{\epsilon}$-($\gamma$-glutamyl (N$^{\alpha}$-hexadecanoyl))) GLP-1 (7-38)-OH

To a mixture of Gly$^8$,Arg$^{26,34}$,Lys$^{38}$ GLP-1 (7-38)-OH (11.8 mg, 3.4 μmol), EDPA (12.1 mg, 94 μmol), NMP (1.65 ml) and water (0.83 ml) was added a solution of Pal-Glu (ONSu)-OBu$^t$ (5.4 mg, 10 μmol) in NMP (135 μl). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 75 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (5.5 mg, 73.7 μmol) in water (553 μl). A 0.5% aqueous solution of ammonium acetate (36 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (5 mg, 38%) was isolated, and the product was analysed by

US 6,268,343 B1

**197**

PDMS. The m/z value for the protonated molecular ion was found to be 3895±3. The resulting molecular weight was thus 3894±3 amu (theoretical value 3894 amu).

### Example 54

Synthesis of $Gly^8,Glu^{37},Arg^{26,34},Lys^{38}$ ($N^{\epsilon}$-($\gamma$-glutamyl($N^{\alpha}$-hexadecanoyl))) GLP-1 (7-38)-OH

To a mixture of $Gly^8,Glu^{37},Arg^{26,34},Lys^{38}$ GLP-1 (7-38)-OH (9 mg, 2.48 $\mu$mol), EDPA (9 mg, 69.4 $\mu$mol), NMP (1.25 ml) and water (0.63 ml) was added a solution of Pal-Glu (ONSu)-OBu$^t$ (4 mg, 7.4 $\mu$mol) in NMP (100 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 105 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (4.1 mg, 54.6 $\mu$mol) in water (410 $\mu$l). A 0.5% aqueous solution of ammonium acetate (27 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (15 ml), and finally liberated from the cartridge by elution with TFA (15 ml). The eluate were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (2.9 mg, 29%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3967±3. The resulting molecular weight was thus 3966±3 amu (theoretical value 3967 amu).

### Example 55

Synthesis of $Gly^8,Glu^{37},Arg^{26,34},Lys^{38}$ ($N^{\epsilon}$-($\gamma$-glutamyl($N^{\alpha}$-octadecanoyl))) GLP-1 (7-38)-OH

To a mixture of $Gly^8,Glu^{37},Arg^{26,34},Lys^{38}$ GLP-1 (7-38)-OH (9 mg, 2.5 $\mu$mol), EDPA (9 mg, 69.4 $\mu$mol), NMP (1.25 ml) and water (0.63 ml) was added a solution of Ste-Glu (ONSu)-OBu$^t$ (4.2 mg, 7.4 $\mu$mol) in NMP (100 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 105 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (4.1 mg, 54.6 $\mu$mol) in water (409 $\mu$l). A 0.5% aqueous solution of ammonium acetate (27 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (15 ml), and finally liberated from the cartridge by elution with TFA (15 ml). The eluate were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (3.2 mg, 32%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3995±3. The resulting molecular weight was thus 3994±3 amu (theoretical value 3995 amu).

### Example 56

Synthesis of Cap-Glu(ONSu)-OBu$^t$

To a solution of octanoic acid (5 g, 34.7 mmol) and N-hydroxysuccinimide (4 g, 34.7 mmol) in anhydrous acetonitril (10 ml) was added a solution of DCC (7.15 g, 34.7 mmol) in anhydrous dichloromethane (15 ml), and the resulting reaction mixture stirred for 16 h at room tempera-

**198**

ture. The precipitated solid was filtered off and recrystallised from a mixture of n-heptane (40 ml) and 2-propanol (2 ml). The precipitate was dried in a vacuum drying oven for 16 h to give the intermediate Cap-ONSu. A suspension of the crude ester intermediate (3.9 g, 16.2 mmol), (L)-H-Glu (OH)-OBu$^t$ (3.28 g, 16.2 mmol), DMF (268 ml) and EDPA (2.1 g, 16.2 mmol) was stirred for 64 h at room temperature. The reaction mixture was concentrated in vacuo and the residue dissolved in ethyl acetate (50 ml). The resulting solution was washed with 5% aqueous citric acid (2×25 ml). The solvent was concentrated in vacuo and the residue dissolved in DMF (36 ml). The resulting solution was added drop wise to a 10% aqueous solution of citric acid (357 ml) and extracted with ethyl acetate (200 ml), and dried (MgSO$_4$). The solvent was concentrated in vacuo to give the crude glutamic acid intermediate. To a mixture of the crude glutamic acid intermediate, N-hydroxysuccinimide (1.85 g, 16.1 mmol) and DMF (25 ml) was added a solution of DCC (3.32 g, 16.1 mmol) in dichloromethane (15 ml). The resulting mixture was stirred at ambient temperature for 20 h. The reaction mixture was filtered and the solvent concentrated in vacuo. The residue was purified on a silica gel column (40–63$\mu$), eluted with a mixture of dichloromethane and acetonitril (1:1) to give the title compound (0.63 g, 6% over all).

### Example 57

Synthesis of desamino-His$^7$,Arg$^{26}$,Lys$^{34}$ ($N^{\epsilon}$-($\gamma$-glutamyl($N^{\alpha}$-octanoyl))) GLP-1 (7-37)-OH

To a mixture of desamino-His$^7$,Arg$^{26}$,Lys$^{34}$ GLP-1 (7-37)-OH (14.3 mg, 4.2 $\mu$mol), EDPA (15.3 mg, 119 $\mu$mol), NMP (2 ml) and water (1 ml) was added a solution of Cap-Glu(ONSu)-OBu$^t$ (6.8 mg, 12.7 $\mu$mol), prepared as described in example 56, in NMP (135 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (7 mg, 93 $\mu$mol) in water (698 $\mu$l). A 0.5% aqueous solution of ammonium acetate (42 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (4.1 mg, 27%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3626±3. The resulting molecular weight was thus 3625±3 amu (theoretical value 3625 amu).

### Example 58

Synthesis of Glu$^{37}$,Arg$^{26,34}$,Lys$^{38}$ ($N^{\epsilon}$-($\gamma$-glutamyl ($N^{\alpha}$-hexadecanoyl))) GLP-1 (7-38)-OH

To a mixture of Glu$^{37}$,Arg$^{26,34}$,Lys$^{38}$ GLP-1 (7-38)-OH (17.6mg, 4.9 $\mu$mol), EDPA (17.6 mg, 136 $\mu$mol), NMP (1.23 ml) and water (2.46 ml) was added a solution of Pal-Glu (ONSu)-OBu$^t$ (7.9 mg, 14.6 $\mu$mol) in NMP (197 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (8 mg, 107 $\mu$mol) in water

US 6,268,343 B1

**199**

(804 $\mu$l). A 0.5% aqueous solution of ammonium acetate (49 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (5.1 mg, 26%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3981±3. The resulting molecular weight was thus 3980±3 amu (theoretical value 3981 amu).

Example 59

Synthesis of Arg$^{34}$,Lys$^{26}$ (N$^\epsilon$-($\gamma$-glutamyl(N$^\alpha$-octadecanoyl))) GLP-1 (7-37)-OH

To a mixture of Arg$^{34}$ GLP-1 (7-37)-OH (41.1 mg, 12.2 $\mu$mol), EDPA (44 mg, 341 $\mu$mol), NMP (5.76 ml) and water (2.88 ml) was added a solution of Ste-Glu(ONSu)-OBu$^t$ (20.7 mg, 36.5 $\mu$mol in NMP (517 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (20.1 mg, 268 $\mu$mol) in water (2.01 ml). A 0.5% aqueous solution of ammonium-acetate (120 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (15.4 mg, 34%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3781±3. The resulting molecular weight was thus 3780±3 amu (theoretical value 3779 amu).

Example 60

Synthesis of Arg$^{34}$,Lys$^{26}$(N$^\epsilon$-decanoyl) GLP-1 (7-37)

To a mixture of Arg$^{34}$-GLP-1 (7-37)-OH (20 mg, 5.9 $\mu$mol), EDPA (21.4 mg, 165 $\mu$mol), NMP (2.8 ml) and water (1.4 ml) was added a solution of Cac-(ONSu) (4.8 mg, 17.7 $\mu$mol) in NMP (119 $\mu$l). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (9.8 mg, 130 $\mu$mol) in water (98 $\mu$l). The resulting mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (7.4 mg, 35%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3539.6±3. The resulting molecular weight was thus 3538.6±3 amu (theoretical value 3538 amu).

**200**

Example 61

Synthesis of Arg$^{34}$,Lys$^{26}$(N$^\epsilon$-hexadecanoyl)) GLP-1 (7-37)-OH

To a mixture of Arg$^{34}$ GLP-1 (7-37)-OH (41.1 mg, 12.2 $\mu$mol), EDPA (44 mg, 340 $\mu$mol), NMP (2.88 ml) and water (2.88 ml) was added a solution of Pal-ONSu (12.9 mg, 36.5 $\mu$mol) in NMP (3.3 ml). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 110 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (20.1 mg, 268 $\mu$mol) in water (201 $\mu$l). The solvent was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (15 mg, 34%) was isolated, and the product was analysed by PDMS.

Example 62

Synthesis of Arg$^{26,34}$,Lys$^{27}$ (N$^\epsilon$-($\gamma$-glutamyl(N$^\alpha$-hexadecanoyl))) GLP-1 (7-37)-OH

To a mixture of Arg$^{26,34}$, Lys$^{27}$ GLP-1 (7-37)-OH (11.6 mg, 3.4 $\mu$mol), EDPA (12.3 mg, 94.9 $\mu$mol), NMP (1.6 ml) and water (0.8 ml) was added a solution of Pal-Glu(ONSu)-OBu$^t$ (5.5 mg, 10.2 $\mu$mol in NMP (137 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (5.6 mg, 74.6 $\mu$mol) in water (560 ml). A 0.5% aqueous solution of ammonium acetate (34 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (15 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The solvent was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (2.1 mg, 16%) was isolated, and the product was analysed by PDMS.

Example 63

Synthesis of Arg$^{26,34}$,Lys$^{23}$ (N$^\epsilon$-($\gamma$-glutamyl(N$^\alpha$-hexadecanoyl))) GLP-1 (7-37)-OH

To a mixture of Arg$^{26,34}$, Lys$^{23}$ GLP-1 (7-37)-OH (11.6 mg, 3.4 $\mu$mol), EDPA (12.3 mg, 94.9 $\mu$mol), NMP (1.6 ml) and water (0.8 ml) was added a solution of Pal-Glu(ONSu)-OBu$^t$ (5.5 mg, 10.2 $\mu$mol in NMP (137 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (5.6 mg, 74.6 $\mu$mol) in water (560 $\mu$l). A 0.5% aqueous solution of ammonium acetate (34 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (15 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The solvent was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (3.1 mg, 16%) was isolated, and the product was analysed by PDMS.

US 6,268,343 B1

**201**

### Example 64

Synthesis of $Arg^{26,34}$, $Lys^{18}$ ($N^\epsilon$-($\gamma$-glutamyl($N^\alpha$-hexadecanoyl))) GLP-1 (7-37)-OH

To a mixture of $Arg^{26,34}$, $Lys^{18}$ GLP-1 (7-37)-OH (11.7 mg, 3.4 $\mu$mol), EDPA (12.2 mg, 94.6 $\mu$mol), NMP (1.6 ml) and water (0.8 ml) was added a solution of Pal-Glu(ONSu)-OBu$^t$ (5.5 mg, 10.2 $\mu$mol in NMP (137 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (5.6 mg, 74.6 $\mu$mol) in water (560 $\mu$l). A 0.5% aqueous solution of ammonium acetate (34 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The solvent was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (1.9 mg, 15%) was isolated, and the product was analysed by PDMS.

### Example 65

Synthesis of $Arg^{34}$, $Lys^{26}$ ($N^\epsilon$-octanoyl))) GLP-1 (7-37)-OH

To a mixture of $Arg^{34}$ GLP-1 (7-37)-OH (41.1 mg, 12.2 $\mu$mol), EDPA (44 mg, 341 $\mu$mol), NMP (5.76 ml) and water (2.88 ml) was added a solution of Cap-(ONSu)-OBu$^t$ (8.8 mg, 36.5 $\mu$mol), prepared as described in example 56, in NMP (106 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 115 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (20 mg, 268 $\mu$mol) in water (200 ml). The solvent was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (18.8 mg, 44%) was isolated, and the product was analysed by PDMS.

### Example 66

Synthesis of $Arg^{34}$, $Lys^{26}$ ($N^\epsilon$-(dodecanoyl)) GLP-1 (7-37)-OH

To a mixture of $Arg^{34}$ GLP-1 (7-37)-OH (41.1 mg, 12.2 $\mu$mol), EDPA (44 mg, 341 $\mu$mol), NMP (5.76 ml) and water (2.88 ml) was added a solution of Lau-ONSu (8.8 mg, 36.5 $\mu$mol), prepared in a similar manner as described for Cap-ONSu in example 56, in NMP (271 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 100 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (20.1 mg, 268 $\mu$mol) in water (200 ml). The solvent was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (18 mg, 42%) was isolated, and the product was analysed by PDMS.

**202**

### Example 67

Synthesis of Pal-GABA-ONSu

A mixture of Pal-ONSu (3 g, 8.48 mmol), $\gamma$-aminobutyric acid (0.87 g, 8.48 mmol) in DMF (200 ml) was stirred at room temperature for 60 h. The reaction mixture was filtered and the filtrate was added drop wise to 10% aqueous citric acid (500 ml). The precipitated N-acylated intermediate was collected and dried in vacuo. To a suspension of the dried intermediate in DMF (35 ml) was added a solution of DCC (1.45 g, 7.0 mmol) in dichloromethane (20 ml). The resulting mixture was stirred at room temperature for 20 h, and then filtered. The solvent was removed in vacuo to give a solid residue. The residue was recrystallised from a mixture of n-heptane (50 ml) and 2-propanol (2.5 ml) to give the title compound (2.5 g, 75%).

### Example 68

Synthesis of $Arg^{34}$, $Lys^{26}$ ($N^\epsilon$-($\gamma$-aminobutyroyl($N^\gamma$-hexadecanoyl))) GLP-1 (7-37)-OH

To a mixture of $Arg^{34}$, $Lys^{26}$ GLP-1 (7-37)-OH (41.1 mg, 12.2 $\mu$mol), EDPA (44 mg, 341 $\mu$mol), NMP (5.76 ml) and water (2.88 ml) was added a solution of Pal-GABA-ONSu (16 mg, 36.5 $\mu$mol), prepared as described in example 67) in NMP (400 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 100 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (20 mg, 268 $\mu$mol) in water (200 ml). The solvent was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (15.8 mg, 35%) was isolated, and the product was analysed by PDMS.

### Example 69

Synthesis of $N^\alpha$-hexadecanoyl-D-glutamic acid $\alpha$-t-butyl ester-$\gamma$-2,5-dioxopyrrolidin-1-yl ester

A mixture of Pal-ONSu (6.64 g, 18.8 mmol), D-glutamic acid $\alpha$-tert-butyl ester (4.5 g, 18.8 mmol) and EDPA (4.85 g, 37.5 mmol) in DMF (538 ml) was stirred at room temperature for 60 h. The solvent was removed and the residue dissolved in ethyl acetate (175 ml). The resulting solution was extracted with 10% aqueous citric acid (2×125 ml), and the organic phase concentrated in vacuo. The residue was dissolved in DMF (60 ml), and the resulting mixture slowly added to 10% aqueous citric acid (500 ml). The precipitated compound was collected and dried in vacuo, to give the crude N-acylated glutamic acid intermediate. The crude intermediate was dissolved in DMF (35 ml), and a solution of DCC (3.5 g, 17 mmol) in dichloromethane (70 ml) was added. The resulting mixture was stirred at room temperature for 20 h, and then filtered. The filtrate was concentrated in vacuo, and the solid residue recrystallised from a mixture of n-heptane (75 ml) and 2-propanol (5 ml), to give the title compound (5.2 g, 50%)

US 6,268,343 B1

**203**

Example 70

Synthesis of Arg$^{34}$,Lys$^{26}$ (N$^\varepsilon$-($\gamma$-D-glutamyl(N$^\alpha$-hexadecanoyl))) GLP-1 (7-37)-OH

To a mixture of Arg$^{34}$, Lys$^{26}$ GLP-1 (7-37)-OH (41.1 mg, 12.2 $\mu$mol), EDPA (44 mg, 341 $\mu$mol), NMP (5.76 ml) and water (2.88 ml) was added a solution of N$^\alpha$-hexadecanoyl-D-glutamic acid $\alpha$-t-butyl ester-$\gamma$-2,5-dioxopyrrolidin-1-yl ester (19.7 mg, 36.5 $\mu$mol) in NMP (491 $\mu$l). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 95 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (20 mg, 268 $\mu$mol) in water (2 ml). A solvent 0.5% aqueous solution of ammonium acetate (120 ml) was added, and the resulting mixture divided into two equal portions, and each portion eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The combined eluates were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (10.5 mg, 23%) was isolated, and the product was analysed by PDMS.

Example 71

Synthesis of Lys$^{34}$ (N$^\varepsilon$-($\gamma$-glutamyl(N$^\alpha$-tetradecanoyl))) GLP-1 (7-37)

To a mixture of GLP-1 (7-37)-OH (33.6 mg, 8.9 $\mu$mol), EDPA (32.4 mg, 250 $\mu$mol), NMP (2.1 ml) and water (2.1 ml) was added a solution of Myr-Glu(ONSu)-OBu$^t$ (9.1 mg, 17.9 $\mu$mol), prepared as described above, in NMP (228 $\mu$l). The reaction mixture was gently shaken for 5 min., and the allowed to stand for an additional 80 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (14.8 mg, 197 $\mu$mol) in water (1.47 ml). A 0.5% aqueous solution of ammonium acetate (100 ml) was added, and the resulting mixture divided into two equal portions, and each portion eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitrile (2×25 ml). The combined eluates were concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (0.19 mg, 0.6%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3693±3. The resulting molecular weight was thus 3692±3 amu (theoretical value 3695 amu).

Example 72

Synthesis of Arg$^{26,34}$,Lys$^8$(N$^\varepsilon$-($\gamma$-glutamyl(N$^\alpha$-hexadecanoyl))) GLP-1 (7-37)

To a mixture of Arg$^{26,34}$, Lys$^8$-GLP-1 (7-37)-OH (10.3 mg, 3 $\mu$mol), EDPA (10.8 mg, 83 $\mu$mol), NMP (1.44 ml) and water (0.72 ml) was added a solution of Pal-Glu(ONSu)-OBu$^t$ (4.8 mg, 8.9 $\mu$mol), prepared as described above, in NMP (120 $\mu$l). The reaction mixture was gently shaken for 5 min., and the allowed to stand for an additional 70 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (4.9 mg, 65.3 $\mu$mol) in water (490 $\mu$l). A 0.5% aqueous solution of ammonium acetate (30

**204**

ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (3.2 mg, 28%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3836±3. The resulting molecular weight was thus 3835±3 AMU (theoretical value 3836 AMU).

Example 73

Synthesis of Lau-Glu(ONSu)-OBu$^t$

To a solution of H-Glu-OBu$^t$ (3 g, 15 mmol) in DMF (344 ml) was added EDPA (2.58 ml, 15 mmol) and a solution of Lau-ONSu (4.5 g, 15 mmol), prepared in a similar manner as described for Cap-ONSu in example 56, in DMF (74 ml). The resulting mixture was stirred at ambient temperature for 18 h, and the solvent removed in vacuo. The oily residue was partitioned between ethyl acetate (150 ml) and 5% aqueous citric acid (250 ml). The organic phase was concentrated in vacuo. The residue was dissolved in DMF (40 ml) and the solution added drop by drop to a 10% aqueous citric acid solution (350 ml). The precipitated product was collected, washed with water and dried in vacuo for 18 h to give the intermediate free acid. To solution of the free acid intermediate in DMF (25 ml) was added N-hydroxysuccinimide (1.7 g, 14.8 mmol) and a solution of N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide (2.58 g, 13.5 mmol) in dichloromethane (52 ml). The resulting mixture was stirred at room temperature for 18 h, and the solvents removed in vacuo. The oily residue was partitioned between dichloromethane (80 ml) and water (80 ml). The organic phase was washed with 5% aqueous citric acid, dried (MgSO$_4$), and concentrated in vacuo to a solid. The solid residue was crystallised from a mixture of n-heptane (77 ml) and 2-propanol (50 ml), and finally recrystallised from n-heptane (76 ml) to give the title compound (2.96 g, 46%).

Example 74

Synthesis of Arg$^{34}$,Lys$^{26}$(N$^\varepsilon$-($\gamma$-glutamyl(N$^\alpha$-dodecanoyl))) GLP-1 (7-37)

To a mixture of Arg$^{34}$-GLP-1 (7-37)-OH (20.6 mg, 6.1 $\mu$mol), EDPA (22 mg, 171 $\mu$mol), NMP (2.88 ml) and water (1.44 ml) was added a solution Lau-Glu(ONSu)-OBu$^t$ (10.2 mg, 21.2 $\mu$mol), prepared as described in example 73, in NMP (255 $\mu$l). The reaction mixture was gently shaken for 5 min., and the allowed to stand for an additional 75 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (10 mg, 134 $\mu$mol) in water (100 $\mu$l). A 0.5% aqueous solution of ammonium acetate (62 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (8.2 mg,

US 6,268,343 B1

205

36%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3693±3. The resulting molecular weight was thus 3692±3 AMU (theoretical value 3693 AMU).

Example 75

Synthesis of Lau-β-Ala-ONSu

To a solution of Lau-ONSu (4.25 g, 14.3 mmol), prepared in a similar manner to in DMF (400 ml) was added EDPA (1.84 g, 14.3 mmol) and β-alanine (1.27 g, 14.3 mmol). The resulting mixture was stirred at ambient temperature for 18 h. Water (250 ml) and DMF (50 ml) were added and the solution stirred for 1 h at room temperature. The solvents were removed in vacuo to give a solid. The solid residue was dissolved in DMF (50 ml) and the solution added drop by drop to a 5% aqueous solution of citric acid (200 ml). The precipitate collected, washed with water (50 ml) and dried in vacuo to give the title compound (3.6 g, 93%).

Example 76

Synthesis of Pal-β-Ala-ONSu

To a solution of Pal-ONSu (4.25 g, 14.3 mmol) in DMF (400 ml) was added EDPA (1.84 g, 14.3 mmol) and β-alanine (1.27 g, 14.3 mmol). The resulting mixture was stirred at ambient temperature for 18 h. Water (250 ml) and DMF (50 ml) were added and the solution stirred for 1 h at room temperature. The solvents were removed in vacuo to give a solid. The solid residue was dissolved in DMF (50 ml) and the solution added drop by drop to a 5% aqueous solution of citric acid (200 ml). The precipitate collected, washed with water (50 ml) and dried in vacuo to give the title compound (3.6 g, 93%).

Example 77

Synthesis of Myr-GABA-ONSu

To a solution of Myr-ONSu (4 g, 12.3 mmol) in DMF (350 ml) was added EDPA (1.58 g, 12.3 mmol) and γ-aminobutyric acid (1.26 g, 12.3 mmol). The resulting mixture was stirred at ambient temperature for 18 h. Water (50 ml) was added and the solution stirred for 1 h at room temperature. The solvent were removed in vacuo to give a solid. The solid residue was dissolved in DMF (75 ml) and the solution added drop by drop to a 5% aqueous solution of citric acid (250 ml). The precipitate collected, washed with water (100 ml) and dried in vacuo to give the free acid intermediate (3.65 g, 95%). To a solution of the free acid intermediate (3 g, 9.6 mmol), N-hydroxysuccinimide (1.65 g, 14.4 mmol) and N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide hydrochloride (3.67 g, 19.1 mmol) in DMF (350 ml) was stirred for 18 h at room temperature, and the solvent removed in vacuo to give a solid. The solid residue was dissolved in dichloromethane (100 ml) and washed with brine (100 ml). The organic phase was dried (MgSO$_4$) and concentrated in vacuo to give a solid. The solid residue was recrystallised from n-heptane (75 ml) to give the title compound (2.8 g, 71%).

206

Example 78

Synthesis of Pal-β-Ala-ONSu

To a solution of Pal-ONSu (0.9 g, 2.8 mmol) in DMF (100 ml) were added N-hydroxysuccinimide (0.35 g, 3 mmol) and N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide (0.79 g, 4.1 mmol). The resulting mixture was stirred at ambient temperature for 40 h, and the solvent removed in vacuo. The solid residue was partitioned between water (50 ml) and dichloromethane (50 ml). The organic phase was separated, dried (MgSO$_4$) and the solvent removed in vacuo to give the title compound (1.1 g, 94%).

Example 79

Synthesis of Arg$^{34}$,Lys$^{26}$(N$^\epsilon$-(β-alanyl(N$^\alpha$-hexadecanoyl))) GLP-1 (7-37)

To a mixture of Arg$^{34}$-GLP-1 (7-37)-OH (19.2 mg, 5.7 μmol), EDPA (20.5 mg, 159 μmol), NMP (2.7 ml) and water (1.35 ml) was added a solution of Pal-β-Ala-ONSu (7.2 mg, 17 μmol), prepared as described in example 79, in NMP (181 μl). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (9.3 mg, 125 μmol) in water (93 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (11.6 mg, 55%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3694±3. The resulting molecular weight was thus 3693±3 AMU (theoretical value 3693 amu).

Example 80

Synthesis of Pal-Glu(OBu$^t$)-ONSu

To a solution of H-Glu(OH-OBu$^t$ (2.7 g, 11.3 mmol) and Pal-ONSu (3.98 g, 11.3 mmol) in DMF (300 ml) was added EDPA (3.2 g, 24.8 mmol). The resulting mixture was stirred at ambient temperature for 18 h, and the solvent concentrated in vacuo to give an oil. The oily residue was dissolved in DMF (60 ml) and the solution added drop by drop to a 10% aqueous solution of citric acid (300 ml) whereby a precipitate was formed. The precipitate was collected, washed with cold water (25 ml), and dried in vacuo to give free acid intermediate (4.44 g, 89%). The free acid intermediate (4 g, 9.1 mmol) was dissolved in DMF (50 ml) and N-hydroxysuccinimide (1.15 g, 10 mmol) and N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide hydrochloride (2.6 g, 13.6 mmol) were added. The resulting mixture was stirred at room temperature for 60 h, the solvent concentrated in vacuo to give the crude title compound (8.2 g).

Example 81

Synthesis of Arg$^{34}$,Lys$^{26}$(N$^\epsilon$-(α-glutamyl(N$^\alpha$-hexadecanoyl))) GLP-1 (7-37)

To a mixture of Arg$^{34}$-GLP-1 (7-37)-OH (25.6 mg, 7.6 μmol), EDPA (27.4 mg, 212 μmol), NMP (3.5 ml) and water (1.75 ml) was added a solution of Pal-Glu(OBu$^t$)-ONSu (12.2 mg, 22.7 μmol), prepared as described in example 80, in NMP (305 μl). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 100 min. at room temperature. The reaction was quenched by the

US 6,268,343 B1

**207**

addition of a solution of glycine (12.5 mg, 168 $\mu$mol) in water (125 $\mu$l). A 0.5% aqueous solution of ammonium acetate (72.5 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (30 ml). The eluate was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (6.1 mg, 22%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3751±3. The resulting molecular weight was thus 3750±3 AMU (theoretical value 3751 AMU).

Example 82

Synthesis of Ste-GABA-ONSu

To a solution of Ste-ONSu (3 g, 7.9 mmol) in DMF (270 ml) was added EDPA (1 g, 7.9 mmol) and a solution of $\gamma$-aminobutyric acid (0.81 g, 7.9 mmol) in water (40 ml). The resulting suspension was stirred at ambient temperature for 18 h, and then concentrated in vacuo to a final volume of 50 ml. The resulting suspension was added to a 5% aqueous solution of citric acid (500 ml) whereby a precipitate is formed. The precipitate was collected and washed with water (50 ml), and dried in vacuo for 4 h to give the free acid intermediate (2.8 g, 97%). To a mixture of the free acid intermediate (2.6 g, 7 mmol), and N-hydroxysuccinimide (1.21 g, 10.5 mmol) and N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide hydrochloride (2.69 g, 14 mmol) in NMP (300 ml) was stirred for 70 h, and the solvent removed in vacuo to give a solid. The solid residue was dissolved in dichloromethane (100 ml) and washed with brine (2×100 ml). The organic phase was dried (MgSO$_4$) and concentrated in vacuo to give a solid. The solid residue was recrystallised from n-heptane (75 ml) to give the title compound (2.2 g, 67%).

Example 83

Synthesis of Pal-Isonip-ONSu

To a suspension of 1-hexadecanoylbenzotriazole (3 g, 8.4 mmol), prepared as described in the literature (Kreutzberger; van der Goot, Arch.Pharm., 307, 1974), in DMF (350 ml) were added EDPA (1.08 g, 8.4 mmol) and a solution of piperidine-4-carboxylic acid in water (20 ml). The resulting suspension was stirred at room temperature for 12d, and then concentrated in vacuo to an oil. The oily residue was added drop by drop to a 5% aqueous solution of citric acid (300 ml) whereby a precipitate was formed. The precipitate was collected and washed with water (50 ml), dried in vacuo for 2 h to give the free acid intermediate (3 g, 97%). To a solution of the free acid intermediate (2.8 g, 7.6 mmol), N-hydroxysuccinimide (1.31 g, 11.4 mmol) in DMF (250 ml) was added N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide hydrochloride (2.92 g, 15.2 mmol). The resulting mixture was stirred at ambient temperature for 18 h, and the solvent removed in vacuo to give an oil. The oily residue was dissolved in dichloromethane (100 ml), washed with brine (50 ml), dried (MgSO$_4$) and concentrated in vacuo to give the crude title compound (4.1 g, quant.).

**208**

Example 84

Synthesis of Arg$^{34}$,Lys$^{26}$(N$^{\epsilon}$-(piperidinyl-4-carbonyl (N-hexadecanoyl))) GLP-1 (7-37)

To a mixture of Arg$^{34}$-GLP-1 (7-37)-OH (25 mg, 7.4 $\mu$mol), EDPA (26.7 mg, 207 $\mu$mol), NMP (3.5 ml) and water (1.75 ml) was added a solution Pal-Isonip-ONSu (13.7 mg, 30 $\mu$mol), prepared as described in example 83 in NMP (343 $\mu$l). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (12.2 mg, 163 $\mu$mol) in water (122 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (12 mg, 44%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3734±3. The resulting molecular weight was thus 3733±3 amu (theoretical value 3733 amu).

Example 85

Synthesis of Arg$^{34}$,Lys$^{26}$(N$^{\epsilon}$-($\gamma$-glutamyl(N$^{\alpha}$-decanoyl))) GLP-1 (7-37)

To a mixture of Arg$^{34}$-GLP-1 (7-37)-OH (25 mg, 7.4 $\mu$mol), EDPA (26.7 mg, 207 $\mu$mol), NMP (3.5 ml) and water (1.75 ml) was added a solution of Cac-Glu(ONSu)-OB$^t$ (10 mg, 22.1 $\mu$mol) in NMP (252 $\mu$l). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 140 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (12.2 mg, 162 $\mu$mol) in water (122 $\mu$l). A 0.5% aqueous solution of ammonium acetate (73 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (12.2 mg, 45%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3669.7±3. The resulting molecular weight was thus 3668.7±3 amu (theoretical value 3667 amu).

Example 86

General method A

Synthesis of Alkanoic Acid 2,5-dioxopyrrolidin-1-yl Ester

To a solution of the alkanoic acid (34.7 mmol) and N-hydroxysuccinimide. (4 g, 34.7 mmol) in anhydrous acetonitril (10 ml) was added a solution of DCC (7.15 g, 34.7 mmol) in anhydrous dichloromethane (15 ml), and the resulting reaction mixture was stirred for 16 h at room temperature. The precipitated solid was filtered off and recrystallised from a mixture of n-heptane and 2-propanol. The precipitate was dried in vacuo for 16 h to give the title compound.

US 6,268,343 B1

**209**

### Synthesis of Lys(N$^\epsilon$-alkanoyl)-peptide

To a mixture of the peptide (5.9 $\mu$mol), EDPA (21 mg, 164 $\mu$mol), NMP (5.8 ml) and water (2.9 ml) was added a solution of the alkanoic acid 2,5-dioxopyrrolidin-1-yl ester (37 $\mu$mol), prepared as described above, in NMP (0.5 ml). The reaction mixture was gently shaken for 5 min. at room temperature, and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (9.7 mg, 129 $\mu$mol) in water (97 $\mu$l). The solvent was removed in vacuo, and the residue was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% for 60 minutes.

Coupling of a desired group A comprising the 5- or 6-membered ring system Y to the N-terminal end of the peptide may be performed using solid phase protein synthesis techniques as explained above.

### Example 87

### General Method B

#### Synthesis of N$^\alpha$-alkanoyl-(L)-glutamic acid α-tert-butyl-γ-(2,5-dioxopyrrolidin-1-yl) Diester

A suspension of the alkanoic acid 2,5-dioxopyrrolidin-1-yl ester (16.2 mmol), prepared as described under General method A, (L)-glutamic acid α-tert-butyl ester (3.28 g, 16.2 mmol), DMF (268 ml) and EDPA (2.1 g. 16.2 mmol) was stirred for 64 h at room temperature. The reaction mixture was concentrated in vacuo and the residue was dissolved in ethyl acetate (50 ml). The resulting solution was washed with 5% aqueous citric acid (2×25 ml). The solvent was concentrated removed in vacuo and the residue dissolved in DMF (36 ml). The resulting solution was carefully added to a 10% aqueous solution of citric acid (357 ml) and extracted with ethyl acetate (200 ml) and dried (MgSO₄). The solvent was concentrated removed in vacuo to give the crude glutamic diester intermediate. To a mixture of the crude diester, N-hydroxysuccinimide (1.85 g, 16.1 mmol) and anhydrous DMF (25 ml) was added a solution of DCC (3.32 g, 16.1 mmol) in anhydrous dichloromethane (15 ml). The resulting mixture was stirred at ambient temperature for 20 h. The reaction mixture was filtered and the solvent was concentrated removed in vacuo. The residue was purified on a silica gel column (40–63 $\mu$M) and eluted with a mixture of dichloromethane and acetonitril (1:1) to give the title compound.

#### Synthesis of Lys(N$^\epsilon$-(γ-glutamyl(N$^\alpha$-alkanoyl))) Peptide

To a mixture of the peptide (4.2 $\mu$mol), EDPA (15.3 mg, 119 $\mu$mol), NMP (2 ml) and water (1 ml) was added a solution of N$^\alpha$-alkanoyl-(L)-glutamic acid α-tert-butyl-γ-(2,5-dioxopyrrolidin-1-yl) diester (12.7 $\mu$mol), prepared as described above, in NMP (135 ml). The reaction mixture was gently shaken for 5 min at room temperature and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (7 mg, 93 $\mu$mol) in water (698 $\mu$l), A 0.5% aqueous solution of ammonium acetate (1 ml) was added, and the resulting mixture was eluted onto a Varian 5 g C8Mega Bond Elut® cartridge, the immobilised compound was washed with 5% aqueous acetonitril (25 ml) and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo, and the residue was

**210**

purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% for 60 minutes.

Coupling of a desired group A comprising the 5- or 6-membered ring system Y to the N-terminal end of the peptide may be performed using solid phase protein synthesis techniques as explained above.

### Example 88

### Synthesis of N-terminal Modified Peptides

Peptides were synthesised according to the Fmoc strategy on an Applied Biosystems, 431A peptide synthesiser in 0.25 mmol scale using the manufacturer supplied FastMoc UV protocols starting with a Fmoc-Gly-Wang resin (NovaBiochem). The protected amino acid derivatives used were commercially obtained Fmoc amino acids, and Adoc-Imidazolylpropionic acid. The derivatives used where side chain protection was needed were: Fmoc-Arg(Pmc), Fmoc-Trp(Boc), Fmoc-Glu(OBut), Fmoc-Lys(Boc), Fmoc-Gln (Trt), Fmoc-Tyr(But), Fmoc-Ser(But), Fmoc-Thr(But), Fmoc-His(Trt) and Fmoc-Asp(OBut), and Adoc-Imidazolylpropionic acid

The peptides were cleaved from the resin and side chain deprotected in TFA/phenol/thioanisole/water/ethanedithiol (83.25:6.25:4.25:4.25:2.00) for 180 min. The cleavage mixture was filtered and the filtrate was concentrated by a stream of nitrogen. The crude peptide was precipitated from this oil with diethyl ether and, washed twice with diethyl ether. After drying the crude peptide was dissolved in 50% aqueous acetic acid and diluted to 10% acetic acid with water and purified by semipreparative HPLC on a 25 mm×250 mm column packed with 7 $\mu$m C-18 silica. The column was eluted with a gradient of acetonitril against, 0.05 M (NH₄)₂SO₄, pH 2.5 at 10 ml/min. at 40° C. The peptide-containing fractions were collected, diluted with 3 volumes of water and applied to a Sep-Pak® C18 cartridge (Waters part. 51910) which was equilibrated with 0.1% TFA. The peptide was eluted from the Sep-Pak® cartridge with 70% acetonitrile/0.1% TFA, water and isolated from the eluate by lyophilization after dilution with water. The final product obtained was characterised by amino acid analysis, analytical RP-HPLC and by PDMS. Amino acid analysis and mass spectrometry agreed with the expected structure within the experimental error of the method (mass spectrometry+/–2 amu, amino acid analysis+/–10%, RP-HPLC showed a peptide purity>95%).

The RP-HPLC analysis was performed using UV detection at 214 nm and a Vydac 218TP54 4.6 mm×250 mm, 5 $\mu$m C-18 silica column which was eluted at 1 ml/min. at 42° C. Two different elution conditions were used: a gradient of 5–60% acetonitrile, 0.1 M aninionium sulfate, water pH 2.5; and a gradient of 5–60% acetonitrile, 0.1% TFA/0.1% TFA, water.

### Example 89

### Synthesis of Cap-Glu(ONSu)-OBu$^t$

To a solution of octanoic acid (5 g, 34.7 mmol) and N-hydroxysuccinimide (4 g, 34.7 mmol) in anhydrous acetonitril (10 ml) was added a solution of DCC (7.15 g, 34.7 mmol) in anhydrous dichloromethane (15 ml), and the resulting reaction mixture stirred for 16 h at room temperature. The precipitated solid was filtered off and recrystallised from a mixture of n-heptane (40 ml) and 2-propanol (2 ml).

US 6,268,343 B1

211

The precipitate was dried in a vacuum drying oven for 16 h to give the intermediate Cap-ONSu. A suspension of the crude ester intermediate (3.9 g, 16.2 mmol), (L)-H-Glu (OH)-OBu$^t$ (3.28 g, 16.2 mmol), DMF (268 ml) and EDPA (2.1 g, 16.2 mmol) was stirred for 64 h at room temperature. The reaction mixture was concentrated in vacuo and the residue dissolved in ethyl acetate (50 mm). The resulting solution was washed with 5% aqueous citric acid (2×25 ml). The solvent was concentrated in vacuo and the residue dissolved in DMF (36 ml). The resulting solution was added drop wise to a 10% aqueous solution of citric acid (357 ml) and extracted with ethyl acetate (200 ml), and dried (MgSO$_4$). The solvent was concentrated in vacuo to give the crude glutamic acid intermediate. To a mixture of the crude glutamic acid intermediate, N-hydroxysuccinimide (1.85 g, 16.1 mmol) and DMF (25 ml) was added a solution of DCC (3.32 g, 16.1 mmol) in dichloromethane (15 ml). The resulting mixture was stirred at ambient temperature for 20 h. The reaction mixture was filtered and the solvent concentrated in vacuo. The residue was purified on a silica gel column (40–63 $\mu$m), eluted with a mixture of dichloromethane and acetonitril (1:1) to give the title compound (0.63 g, 6% over all).

Example 90

Synthesis of Desamino-His$^7$,Arg$^{34}$,Lys$^{26}$(N$^\epsilon$-($\gamma$-glutamyl(N$^\alpha$-hexadecanoyl))) GLP-1 (7-37)

To a mixture of desamino-His$^7$,Arg$^{34}$-GLP-1 (7-37)-OH (20 mg, 5.9 $\mu$mol), EDPA (21.5 mg, 166 $\mu$mol), NMP (2.8 ml) and water (1.4 ml) was added a solution Pal-Glu (ONSu)-OBu$^t$ (9.6 mg, 17.8 $\mu$mol in NMP (240 $\mu$l). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 75 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (9.8 mg, 130 $\mu$mol) in water (979 $\mu$l). A 0.5% aqueous solution of ammonium acetate (58 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo; and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (9.1 mg, 41%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3739±3. The resulting molecular weight was thus 3738±3 amu (theoretical value 3736 amu).

Example 91

Synthesis of Myr-GABA-ONSu

To a solution of Myr-ONSu (4 g, 12.3 mmol) in DMF (350 ml) was added EDPA (1.58 g, 12.3 mmol) and $\gamma$-aminobutyric acid (1.26 g, 12.3 mmol). The reaction mixture was stirred at ambient temperature for 18 h. Water (50 ml) was added and the solution stirred for 1 h at room temperature. The solvents were removed in vacuo to give a solid. The solid residue was dissolved in DMF (75 ml) and the solution added drop by drop to a 5% aqueous solution of citric acid (250 ml). The precipitate collected, washed with water (100 ml) and dried in vacuo to give the free acid intermediate (3.65 g, 95%). To a solution of the free acid intermediate (3 g, 9.6 mmol), N-hydroxysuccinimide (1.65 g, 14.4 mmol) and N-(3-dimethylaminopropyl)-N'-

212

ethyleubodiimide hydrochloride (3.67 g, 19.1 mmol) in DMF (330 ml) was stirred for 18 h at room temperature, and the solvent removed in vacuo to give a solid. The solid residue was dissolved in dichloromethane (100 ml) and washed with brine (100 ml). The organic phase was dried (MgSO$_4$) and concentrated in vacuo to give a solid. The solid residue was recrystallised from n-heptane (75 ml) to give the title compound (2.8 g, 71%).

Example 92

Synthesis of Desamino-His$^7$,Arl$^{34}$,Lys$^{26}$(N$^\epsilon$-($\gamma$-aminobutyroyl(N$^7$-hexadecanoyl))) GLP-1 (7-37)

To a mixture of desamino-His$^7$,Arg$^{34}$-GLP-1 (7-37)-OH (20 mg, 8.9 $\mu$mol), EDPA (21.5 mg, 166 $\mu$mol), NMP (2.8 ml) and water (1.4 ml) was added a solution Pal-GABA-ONSu (7.8 mg, 17.8 $\mu$mol.) in NMP (181 $\mu$l). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (9.3 mg, 125 mol) in water (93 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (11.6 mg, 55%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3692±3. The resulting molecular weight was thus 3691±3 amu (theoretical value 3693 amu).

Example 93

Synthesis of Desamino-His$^7$,Arg$^{34}$,Lys$^{26}$(N$^{68}$ -($\beta$-alanyl(N$^7$-hexadecanoyl))) GLP-1 (7-37)

To a mixture of desamino-His$^7$,Arg$^{34}$-GLP-1 (7-37)-OH (25 mg, 7.4 $\mu$mol), EDPA (26.8 mg, 208 $\mu$mol), NMP (3.5 ml) and water (1.75 ml) was added a solution Pal-$\beta$-Ala-ONSu (9.4 mg, 22.2 $\mu$mol) in NMP (236 $\mu$l). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 130 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (12.2 mg, 163 $\mu$mol) in water (122 $\mu$l). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (13.4 mg, 49%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3681±3. The resulting molecular weight was thus 3680±3 amu (theoretical value 3678 amu).

Example 94

Synthesis of Ste-GABA-ONSu

To a solution of Ste-ONSu (3 g, 7.9 mmol) in DMF (270 ml) was added EDPA (1 g, 7.9 mmol) and a solution of $\gamma$-aminobutyric acid (0.81 g, 7.9 mmol) in water (40 ml). The resulting suspension was stirred at ambient temperature for 18 h, and then concentrated in vacuo to a final volume of 50 ml. The resulting suspension was added to a 5% aqueous solution of citric acid (500 ml) whereby a precipitate is formed. The precipitate was collected and washed with water (50 ml), and dried in vacuo for 4 h to give the free acid intermediate (2.8 g, 97%). To a mixture of the free acid

US 6,268,343 B1

213

intermediate (2.6 g, 7 mmol), N-hydroxysuccinimide (1.21 g, 10.5 mmol) and N-(3-dimethylaminopropyl)-N'-ethylcarbodiiniide hydrochloride (2.69 g, 14 mmol) in NMT (300 ml) was stirred for 70 h, and the solvent removed in vacuo to give a solid. The solid residue was dissolved in dichloromethane (100 ml) and washed with brine (2×100 ml). The organic phase was dried (MgSO₄) and concentrated in vacuo to give a solid. The solid residue was recrystallised from n-heptane (75 ml) to give the title compound (2.2 g, 67%).

Example 95

Synthesis of Arg³⁴,Ala⁸(N$^\alpha$-(imidazol-4-ylprop-2-enoyl),Lys²⁶(N$^{68}$-(γ-aminobutyroyl(N$^\gamma$-hexadecanoyl))) GLP-1 (8-37)

To a mixture of Arg³⁴,Ala⁸(N$^\alpha$-(imidazol-4-ylprop-2-enoyl)-GLP-1 (8-37)-OH (5.6 mg, 1.7 μmol), EDPA (6 mg, 46.2 μmol), NMP (0.78 ml) and water (0.39 ml) was added a solution Pal-GABA-ONSu (2.2 mg, 5 μmol) in NMP (54 μl). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 80 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.7 mg, 36 μmol) in water (27 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril. gradient was 0–100% in 60 minutes. The title compound (1.9 mg, 31%) was isolated, and the product was analysed by PDMS. The mlz value for the protonated molecular ion was found to be 3690±3. The resulting molecular weight was thus 3689±3 amu (theoretical value 3690 amu).

Example 96

Synthesis of Arg³⁴,Ala⁸(N$^\alpha$-(imidazol-4-ylacetyl), Lys²⁶(N$^\epsilon$-(γ-aminobutyroyl(N$^\gamma$-hexadecanoyl))) GLP-1 (8-37)

To a mixture of Arg³⁴,Alg⁸(N$^\alpha$-(imidazol-4-ylacetyl)-GLP-1 (8-37)-OH (5.3 mg, 1.6 μmol), EDPA (5.7 mg, 43.9 μmol), NMP (0.74 ml) and water (0.37 ml) was added a solution Pal-GABA-ONSu (2 mg, 4.7 μmol) in NMP (52 μl). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 80 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (2.6 mg, 34 μmol) in water (26 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (2.2 mg, 38%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3676±3. The resulting molecular weight was thus e 3675±3 amu (theoretical value 3678 amu).

Example 97

Synthesis of desamino-His⁷,Arg³⁴,Lys²⁶(N$^{68}$ -(γ-aminobutyroyl(N$^\gamma$-tetradecanoyl))) GLP-1 (7-37)

To a mixture of desamino-His⁷,Arg³⁴-GLP-1 (7-37)-OH (25 mg, 7.4 μmol), EDPA (26.9 mg, 208 μmol), NMP (3.5 ml) and water (1.75 ml) was added a solution Myr-GABA-ONSu (9.1 mg, 22.2 μmol), prepared as described in example 91, in NMP (228 μl). The reaction mixture was

214

gently shaken for 5 min., and then allowed to stand for an additional 90 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (12.2 mg, 163 μmol) in water (122 μl). The reaction mixture was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (10.5 mg, 39%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3667±3. The resulting molecular weight was thus 3664±3 amu (theoretical value 3662 amu).

Example 98

Synthesis of Desamino-His⁷,Arg³⁴, Lys²⁶(N$^\epsilon$-(γ-aminobutyroyl(N$^\gamma$-octadecanoyl))) GLP-1 (7-37)

To a mixture of desamino-His⁷,Arg-³⁴-GLP-1 (7-37)-OH (25 mg, 7.4 μmol), EDPA (26.8 mg, 207 μmol), NMP (3.5 ml) and water (1.75 ml) was added a solution Ste-GABA-ONSu (10.4 mg, 22.2 μmol), prepared as described in example 94, in NMP (259 μl). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 170 min. at room temperature. The reaction was quenched by the addition of a solution of glycine (12.2 mg, 163 μmol) in water (122 μl) and the reaction mixture purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (7 mg, 25%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3719±3. The resulting molecular weight was thus 3718±3 amu (theoretical value 3720 amu).

Example 99

General Method A

Synthesis of Alkanoic Acid 2,5-dioxopyrrolidin-1-yl Ester

To a solution of the alkanoic acid (34.7 mmol) and N-hydroxysuccinimide (4 g, 34.7 mmol) in anhydrous aceto-nitril (10 ml) was added a solution of DCC (7.15 g, 34.7 mmol) in anhydrous dichloromethane (15 ml), and the resulting reaction mixture was stirred for 16 h at room temperature. The precipitated solid was filtered off and recrystallised from a mixture of n-heptane and 2-propanol. The precipitate was dried in vacuo for 16 h to give the title compound.

Synthesis of Lys(N-alkanoyl)-peptide

To a mixture of the desired parent peptide (5.9 μmol), EDPA (21 mg, 164 μmol), NMP (5.8 ml) and water (2.9 ml) was added a solution of the alkanoic acid 2,5-dioxopyrrolidin-1-yl ester (37 μmol), prepared as described above, in NMEP (0.5 ml). The reaction mixture was gently shaken for 5 min at room temperature, and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (9.7 mg, 129 μmol) in water (97 μl). The solvent was removed in vacuo, and the residue was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient is 0–100% for 60 minutes.

US 6,268,343 B1

215

### General method B

#### Synthesis of N$^\alpha$-alkanoyl-(L)-glutamic Acid α-tert-butyl-γ-(2,5-dioxopyrrolidin-1-yl) Diester

A suspension of the alkanoic acid 2,5-dioxopyrrolidin-1-yl ester (16.2 mmol), prepared as described under General method A, (L)-glutamic acid a-tert-butyl ester (3.28 g, 16.2 mmol), DMF (268 ml) and EDPA (2.1 g, 16.2 mmol) was stirred for 64 h at room temperature. The reaction mixture was concentrated in vacuo and the residue was dissolved in ethyl acetate (50 ml). The resulting solution was washed with 5% aqueous citric acid (2×25 ml). The solvent was removed in vacuo and the residue dissolved in DMF (36 ml). The resulting solution was carefully added to a 10% aqueous solution of citric acid (357 ml) and extracted with ethyl acetate (200 ml) and dried (MgSO$_4$). The solvent was removed in vacuo to give the crude glutamic diester intermediate. To a mixture of the crude diester, N-hydroxysuccinimide (1.85 g, 16.1 mmol) and anhydrous DMF (25 ml) was added a solution of DCC (3.32 g, 16.1 mmol) in anhydrous dichloromethane (15 ml). The resulting mixture was stirred at ambient temperature for 20 h. The reaction mixture was filtered and the solvent was removed in vacuo. The residue was purified on a silica gel column (40–63 μm) and eluted with a mixture of dichloromethane and acetonitril (1:1) to give the title compound.

#### Synthesis of Lys(N$^\epsilon$-(γ-glutamyl(N$^\alpha$-alkanoyl))) Peptide

To a mixture of the desired parent peptide (4.2 μmol), EDPA (15.3 mg, 119 μmol), NMP (2 ml) and water (1 ml) was added a solution of N$^\alpha$-alkanoyl-(L)-glutamic acid α-tert-butyl-γ-(2,5-dioxopyrrolidin-1-yl) diester (12.7 μmol), prepared as described above, in NMP (135 ml). The reaction mixture was gently shaken for 5 min at room temperature and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (7 mg, 93 μmol) in water (698 μl). A 0.5% aqueous solution of ammonium acetate (42 ml) was added, and the resulting mixture was eluted onto a Varian 5 g C8 Mega Bond Elut® cartridge, the immobilised compound was washed with 5% aqueous acetonitril (25 ml) and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo, and the residue was purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system. The column was heated to 65° C. and the acetonitril gradient is 0–100% for 60 minutes.

#### Example 100

#### Synthesis of Arg$^{34}$,Lys$^{26}$(N$^\epsilon$-(γ-glutamyl(N$^\alpha$-tetradecanoyl))) GLP-1 (9-37)

To a mixture of Arg$^{34}$,GLP-$^1$ (9-37)-OH (22.4 mg, 7.1 μmol), EDPA (25.5 mg, 197 μmol), NMP (3.14 ml) and water (1,57 ml) was added a solution of Myr-Glu(ONSu)-OBU$^t$ (10.8 mg, 21.2 μmol) in NMP (270 μl). The reaction mixture was gently shaken for 5 min., and then allowed to stand for an additional 2 h at room temperature. The reaction was quenched by the addition of a solution of glycine (11.6 mg, 155 μmol) in water (116 μl). A 0.5% aqueous solution of ammonium acetate (67 ml) was added, and the resulting mixture eluted onto a Varian 5 g C8 Mega Bond Elut®, the

216

immobilised compound washed with 5% aqueous acetonitril (25 ml), and finally liberated from the cartridge by elution with TFA (25 ml). The eluate was concentrated in vacuo, and the residue purified by column chromatography using a cyanopropyl column (Zorbax 300SB-CN) and a standard acetonitril/TFA system, The column was heated to 65° C. and the acetonitril gradient was 0–100% in 60 minutes. The title compound (2.3 mg, 9.2%) was isolated, and the product was analysed by PDMS. The m/z value for the protonated molecular ion was found to be 3516.0±3. The resulting molecular weight was thus 3515.0±3 amu (theoretical value 3515 amu).

#### Example 101

In this example and examples 102 and 103,

the phrase "8 mM phosphate buffer of pH 7.4" means 4 mM NaH$_2$PO$_4$, 2H$_2$O and 4 mM Na$_2$HPO$_4$, 2H$_2$O pH adjusted to 7.4 (using Sodium Hydroxide and/or Hydrochloric acid).

the term "Compound 1" means Arg$^{34}$,Lys$^{26}$(N$^\epsilon$-('-Glu (N$^\alpha$-tetradecanoyl))) GLP-1 (7-37).

the term "Compound 2" means Arg$^{34}$,Lys$^{26}$(N$^\epsilon$-('-Glu (N$^\alpha$-hexadecanoyl))) GLP-1 (7-37).

the term "Compound 3" means Arg$^{26,34}$,Lys$^{36}$(N$^\epsilon$-('-Glu (N$^\alpha$-hexadecanoyl))) GLP-1 (7-36).

the term "Compound 4" means Arg$^{26}$,Lys$^{34}$(N$^\epsilon$-('-Glu (N$^\alpha$-hexadecanoyl))) GLP-1 (7-37).

the term "Compound 5" means Gly$^8$,Glu$^{37}$,Arg$^{26,34}$, Lys$^{38}$(N$^\epsilon$-('-Glu(N$^\alpha$-hexadecanoyl))) GLP-1 (7-37).

#### General Example 101

| Compound | 2–7.5 mg/ml |
| --- | --- |
| Mannitol | 34–50 mg/ml |
| Phenol | 5–7.5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | |

Mannitol and phenol were dissolved in the phosphate buffer preadjusted to PH 7.4. The compound was then dissolved under slow stirring. The pH was adjusted to 7.4 using sodium hydroxide and/or hydrochloric acid. Finally, the formulation was sterilised by filtration through an appropriate filter.

The following specific formulations were produced using this procedure:

#### Example 101-A

| Compound 1 | 2.0 mg/ml |
| --- | --- |
| Mannitol | 38 mg/ml |
| Phenol | 5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

US 6,268,343 B1

**217**

### Example 101-B

| Compound 1 | 5 mg/ml |
|---|---|
| Mannitol | 36.9 mg/ml |
| Phenol | 5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 101-C

| Compound 1 | 7.5 mg/ml |
|---|---|
| Mannitol | 34 mg/ml |
| Phenol | 7.5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 101-D

| Compound 2 | 2.0 mg/ml |
|---|---|
| Mannitol | 38 mg/ml |
| Phenol | 5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 101-E

| Compound 2 | 5 mg/ml |
|---|---|
| Mannitol | 36.9 mg/ml |
| Phenol | 5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 101-F

| Compound 2 | 7.5 mg/ml |
|---|---|
| Mannitol | 34 mg/ml |
| Phenol | 7.5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 101-G

| Compound 3 | 2.0 mg/ml |
|---|---|
| Mannitol | 38 mg/ml |
| Phenol | 5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

**218**

### Example 101-H

| Compound 3 | 5 mg/ml |
|---|---|
| Mannitol | 36.9 mg/ml |
| Phenol | 5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 101-I

| Compound 3 | 7.5 mg/ml |
|---|---|
| Mannitol | 34 mg/ml |
| Phenol | 7.5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 101-J

| Compound 4 | 2.0 mg/ml |
|---|---|
| Mannitol | 38 mg/ml |
| Phenol | 5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 101-K

| Compound 4 | 5 mg/ml |
|---|---|
| Mannitol | 36.9 mg/ml |
| Phenol | 5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 101-L

| Compound 4 | 7.5 mg/ml |
|---|---|
| Mannitol | 34 mg/ml |
| Phenol | 7.5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

### Example 102

| Compound | 2–7.5 mg/ml |
|---|---|
| Mannitol | 19–25 mg/ml |
| Benzyl Alcohol | 14–18 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | |

Mannitol and benzyl alcohol were dissolved in the phosphate buffer preadjusted to pH 7.4. The compound was then dissolved under slow stirring. The pH was adjusted to 7.4 using sodium hydroxide and/or hydrochloric acid. Finally, the formulation was sterilised by filtration through an appropriate filter.

US 6,268,343 B1

<table>
<tr><td>

**219**

The following specific formulations were produced using this procedure:

</td><td>

**220**

Example 102-G

</td></tr>
</table>

Example 102-A

| Compound 1 | 2.0 | mg/ml |
|---|---|---|
| Mannitol | 25 | mg/ml |
| Benzyl alcohol | 14 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 102-B

| Compound 1 | 7.5 | mg/ml |
|---|---|---|
| Mannitol | 19 | mg/ml |
| Benzyl alcohol | 18 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 102-C

| Compound 2 | 2.0 | mg/ml |
|---|---|---|
| Mannitol | 25 | mg/ml |
| Benzyl alcohol | 14 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 102-D

| Compound 2 | 7.5 | mg/ml |
|---|---|---|
| Mannitol | 19 | mg/ml |
| Benzyl alcohol | 18 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 102-E

| Compound 3 | 2.0 | mg/ml |
|---|---|---|
| Mannitol | 25 | mg/ml |
| Benzyl alcohol | 14 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 102-F

| Compound 3 | 7.5 | mg/ml |
|---|---|---|
| Mannitol | 19 | mg/ml |
| Benzyl alcohol | 18 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 102-G

| Compound 5 | 2.0 | mg/ml |
|---|---|---|
| Mannitol | 25 | mg/ml |
| Benzyl alcohol | 14 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 102-H

| Compound 5 | 7.5 | mg/ml |
|---|---|---|
| Mannitol | 19 | mg/ml |
| Benzyl alcohol | 18 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 103

| Compound | 2–7.5 | mg/ml |
|---|---|---|
| Mannitol | 42–44 | mg/ml |
| Metacresol | 2.5–4.0 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | | |

Mannitol and metacresol were dissolved in the phosphate buffer preadjusted to pH 7.4. The compound was then dissolved under slow stirring. The pH was adjusted to 7.4 using sodium hydroxide and/or hydrochloric acid. Finally, the formulation was sterilised by filtration through an appropriate filter.

The following specific formulations were produced using this:

Example 103-A

| Compound 1 | 2.0 | mg/ml |
|---|---|---|
| Mannitol | 44 | mg/ml |
| Metacresol | 2.5 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 103-B

| Compound 1 | 7.5 | mg/ml |
|---|---|---|
| Mannitol | 42 | mg/ml |
| Metacresol | 4 | mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 | ml |

Example 103-C

| Compound 2 | 2.0 | mg/ml |
|---|---|---|
| Mannitol | 44 | mg/ml |

US 6,268,343 B1

| 221 | 222 |

**-continued**

| Metacresol | 2.5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

**Example 103-D**

| Compound 2 | 7.5 mg/ml |
| Mannitol | 42 mg/ml |
| Metacresol | 4 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

**Example 103-E**

| Compound 3 | 2.0 mg/ml |
| Mannitol | 44 mg/ml |
| Metacresol | 2.5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

**Example 103-F**

| Compound 3 | 7.5 mg/ml |
| Mannitol | 42 mg/ml |
| Metacresol | 4 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

**Example 103-G**

| Compound 5 | 2.0 mg/ml |
| Mannitol | 44 mg/ml |
| Metacresol | 2.5 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

**Example 103-H**

| Compound 5 | 7.5 mg/ml |
| Mannitol | 42 mg/ml |
| Metacresol | 4 mg/ml |
| 8 mM phosphate buffer of pH 7.4 | ad 100 ml |

**Example 104**

Circular Dichroism (CD) at 222 nm as a function of peptide concentration for peptides dissolved in 10 mM tris buffer, pH 8, and 23° C. was measured for native GLP-1(7-37) and the following eight GLP-1 derivatives of the present invention:

Example 37
Example 50
Example 63
Example 51
Example 55
Example 61
Example 68
Example 64

The results are shown in FIG. 1. Note that the CD signal is proportional to the average content of α-helix in the peptides, i.e., a CD value of −1 corresponds to 10% α-helix content under these conditions. The figure shows that, as the concentration of native GLP-1(7-37) is raised between 25 and 1000 $\mu M$, the content of α-helix increases from about 15% to about 30–35% in parallel with the formation of higher oligomers. In contrast with this concentration dependent behaviour, the figure shows that the helix content remains high and essentially independent of the concentration in the 1–200 $\mu M$ range for the GLP-1 derivatives of the present invention forming partially structured micelle-like aggregates under the same conditions.

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 96

<210> SEQ ID NO 1
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: derivatives of human GLP-1

<400> SEQUENCE: 1

```
His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly
            20                  25                  30
```

<210> SEQ ID NO 2
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence

US 6,268,343 B1

**223**                                                                                 **224**

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 2

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 3
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 3

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Lys Gly Lys Gly
            20                  25                  30


<210> SEQ ID NO 4
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 4

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly
            20                  25                  30


<210> SEQ ID NO 5
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 5

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly Arg
            20                  25                  30


<210> SEQ ID NO 6
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 6

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Lys


<210> SEQ ID NO 7
```

US 6,268,343 B1

225                                                           226

-continued

```
<211> LENGTH: 34
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 7

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
        20                  25                  30

Arg Lys


<210> SEQ ID NO 8
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 8

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Lys Gly Lys Gly
        20                  25                  30


<210> SEQ ID NO 9
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 9

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly
        20                  25                  30


<210> SEQ ID NO 10
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 10

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly Arg
        20                  25                  30

Lys


<210> SEQ ID NO 11
<211> LENGTH: 34
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 11

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15
```

US 6,268,343 B1

227                                                                                              228

-continued

```
Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
        20                      25                      30

Arg Lys


<210> SEQ ID NO 12
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 12

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                       10                      15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly Arg
        20                      25                      30

Lys


<210> SEQ ID NO 13
<211> LENGTH: 34
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 13

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                       10                      15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly Arg
        20                      25                      30

Arg Lys


<210> SEQ ID NO 14
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 14

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                       10                      15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly
        20                      25                      30


<210> SEQ ID NO 15
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 15

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                       10                      15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
        20                      25                      30


<210> SEQ ID NO 16
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

US 6,268,343 B1

229 230

-continued

<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 16

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Lys Gly Lys Gly
            20                  25                  30


<210> SEQ ID NO 17
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 17

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly
            20                  25                  30


<210> SEQ ID NO 18
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 18

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Lys


<210> SEQ ID NO 19
<211> LENGTH: 34
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 19

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Arg Lys


<210> SEQ ID NO 20
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 20

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Lys Gly Lys Gly
            20                  25                  30

US 6,268,343 B1

<table>
<tr><td>231</td><td>232</td></tr>
</table>

-continued

```
<210> SEQ ID NO 21
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 21

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly
            20                  25                  30


<210> SEQ ID NO 22
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 22

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly Arg
            20                  25                  30

Lys


<210> SEQ ID NO 23
<211> LENGTH: 34
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 23

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Arg Lys


<210> SEQ ID NO 24
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 24

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly Arg
            20                  25                  30

Lys


<210> SEQ ID NO 25
<211> LENGTH: 34
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 25
```

US 6,268,343 B1

**233**                                                                 **234**

-continued

```
His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly Arg
            20                  25                  30

Arg Lys


<210> SEQ ID NO 26
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 26

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Lys
            20                  25                  30


<210> SEQ ID NO 27
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 27

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Lys


<210> SEQ ID NO 28
<211> LENGTH: 34
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 28

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Arg Lys


<210> SEQ ID NO 29
<211> LENGTH: 35
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 29

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Arg Glu Lys
            35
```

US 6,268,343 B1

235                                                                            236

-continued

```
<210> SEQ ID NO 30
<211> LENGTH: 36
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 30

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Arg Glu Phe Lys
        35


<210> SEQ ID NO 31
<211> LENGTH: 37
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 31

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Arg Glu Phe Pro Lys
        35


<210> SEQ ID NO 32
<211> LENGTH: 38
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 32

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Arg Glu Phe Pro Glu Lys
        35


<210> SEQ ID NO 33
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 33

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
            20                  25                  30

Arg Glu Phe Pro Glu Glu Lys
        35


<210> SEQ ID NO 34
<211> LENGTH: 38
```

US 6,268,343 B1

237                                                                                    238

-continued

```
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 34

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Lys
            35


<210> SEQ ID NO 35
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 35

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Arg Gly Lys
            35


<210> SEQ ID NO 36
<211> LENGTH: 40
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 36

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Arg Arg Lys
            35                  40


<210> SEQ ID NO 37
<211> LENGTH: 41
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 37

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Arg Arg Glu Lys
            35                  40


<210> SEQ ID NO 38
<211> LENGTH: 42
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

US 6,268,343 B1

**239**                                                                                      **240**

-continued

```
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 38

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Arg Arg Glu Phe Lys
        35                  40


<210> SEQ ID NO 39
<211> LENGTH: 43
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 39

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Arg Arg Glu Phe Pro Lys
        35                  40


<210> SEQ ID NO 40
<211> LENGTH: 44
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 40

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Arg Arg Glu Phe Pro Glu Lys
        35                  40


<210> SEQ ID NO 41
<211> LENGTH: 45
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 41

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Arg Arg Glu Phe Pro Glu Glu Lys
        35                  40                  45


<210> SEQ ID NO 42
<211> LENGTH: 37
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 42
```

US 6,268,343 B1

241                                                                                              242

-continued

```
Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser
1               5                   10                  15

Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val
            20                  25                  30

Arg Gly Arg Gly Lys
            35


<210> SEQ ID NO 43
<211> LENGTH: 38
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 43

Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser
1               5                   10                  15

Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val
            20                  25                  30

Arg Gly Arg Gly Arg Lys
            35


<210> SEQ ID NO 44
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 44

Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser
1               5                   10                  15

Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val
            20                  25                  30

Arg Gly Arg Gly Arg Arg Lys
            35


<210> SEQ ID NO 45
<211> LENGTH: 40
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 45

Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser
1               5                   10                  15

Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val
            20                  25                  30

Arg Gly Arg Gly Arg Arg Glu Lys
            35                  40


<210> SEQ ID NO 46
<211> LENGTH: 41
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 46

Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser
1               5                   10                  15
```

US 6,268,343 B1

243                                                              244

-continued

```
Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val
            20                  25                  30

Arg Gly Arg Gly Arg Arg Glu Phe Lys
            35                  40


<210> SEQ ID NO 47
<211> LENGTH: 42
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 47

Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser
1               5                   10                  15

Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val
            20                  25                  30

Arg Gly Arg Gly Arg Arg Glu Phe Pro Lys
            35                  40


<210> SEQ ID NO 48
<211> LENGTH: 43
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 48

Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser
1               5                   10                  15

Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val
            20                  25                  30

Arg Gly Arg Gly Arg Arg Glu Phe Pro Glu Lys
            35                  40


<210> SEQ ID NO 49
<211> LENGTH: 44
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 49

Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser
1               5                   10                  15

Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val
            20                  25                  30

Arg Gly Arg Gly Arg Arg Glu Phe Pro Glu Glu Lys
            35                  40


<210> SEQ ID NO 50
<211> LENGTH: 36
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 50

Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser
1               5                   10                  15

Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg
            20                  25                  30
```

US 6,268,343 B1

245                                                                  246

-continued

Gly Arg Gly Lys
        35


<210> SEQ ID NO 51
<211> LENGTH: 37
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 51

Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser
1               5                   10                  15

Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg
            20                  25                  30

Gly Arg Gly Arg Lys
        35


<210> SEQ ID NO 52
<211> LENGTH: 38
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 52

Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser
1               5                   10                  15

Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg
            20                  25                  30

Gly Arg Gly Arg Arg Lys
        35


<210> SEQ ID NO 53
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 53

Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser
1               5                   10                  15

Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg
            20                  25                  30

Gly Arg Gly Arg Arg Glu Lys
        35


<210> SEQ ID NO 54
<211> LENGTH: 40
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 54

Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser
1               5                   10                  15

Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg
            20                  25                  30

Gly Arg Gly Arg Arg Glu Phe Lys
        35                  40

US 6,268,343 B1

247                                                          248

-continued

```
<210> SEQ ID NO 55
<211> LENGTH: 41
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 55

Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser
1               5                   10                  15

Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg
            20                  25                  30

Gly Arg Gly Arg Arg Glu Phe Pro Lys
            35                  40


<210> SEQ ID NO 56
<211> LENGTH: 42
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 56

Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser
1               5                   10                  15

Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg
            20                  25                  30

Gly Arg Gly Arg Arg Glu Phe Pro Glu Lys
            35                  40


<210> SEQ ID NO 57
<211> LENGTH: 43
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 57

Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser
1               5                   10                  15

Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg
            20                  25                  30

Gly Arg Gly Arg Arg Glu Phe Pro Glu Glu Lys
            35                  40


<210> SEQ ID NO 58
<211> LENGTH: 35
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 58

Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr
1               5                   10                  15

Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly
            20                  25                  30

Arg Gly Lys
        35


<210> SEQ ID NO 59
```

US 6,268,343 B1

**249**                                                                    **250**

-continued

```
<211> LENGTH: 36
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 59

Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr
1               5                   10                  15

Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly
            20                  25                  30

Arg Gly Arg Lys
        35


<210> SEQ ID NO 60
<211> LENGTH: 37
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 60

Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr
1               5                   10                  15

Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly
            20                  25                  30

Arg Gly Arg Arg Lys
        35


<210> SEQ ID NO 61
<211> LENGTH: 38
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 61

Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr
1               5                   10                  15

Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly
            20                  25                  30

Arg Gly Arg Arg Glu Lys
        35


<210> SEQ ID NO 62
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 62

Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr
1               5                   10                  15

Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly
            20                  25                  30

Arg Gly Arg Arg Glu Phe Lys
        35


<210> SEQ ID NO 63
<211> LENGTH: 40
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
```

US 6,268,343 B1

251                                                            252

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 63

Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr
1               5                   10                  15

Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly
            20                  25                  30

Arg Gly Arg Arg Glu Phe Pro Lys
        35                  40


<210> SEQ ID NO 64
<211> LENGTH: 41
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 64

Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr
1               5                   10                  15

Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly
            20                  25                  30

Arg Gly Arg Arg Glu Phe Pro Glu Lys
        35                  40


<210> SEQ ID NO 65
<211> LENGTH: 42
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 65

Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr
1               5                   10                  15

Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly
            20                  25                  30

Arg Gly Arg Arg Glu Phe Pro Glu Glu Lys
        35                  40


<210> SEQ ID NO 66
<211> LENGTH: 34
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 66

Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu
1               5                   10                  15

Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg
            20                  25                  30

Gly Lys


<210> SEQ ID NO 67
<211> LENGTH: 35
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 67
```

US 6,268,343 B1

**253**                                                                 **254**

-continued

```
Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu
1               5                   10                  15

Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg
            20                  25                  30

Gly Arg Lys
        35


<210> SEQ ID NO 68
<211> LENGTH: 36
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 68

Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu
1               5                   10                  15

Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg
            20                  25                  30

Gly Arg Arg Lys
        35


<210> SEQ ID NO 69
<211> LENGTH: 37
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 69

Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu
1               5                   10                  15

Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg
            20                  25                  30

Gly Arg Arg Glu Lys
        35


<210> SEQ ID NO 70
<211> LENGTH: 38
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 70

Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu
1               5                   10                  15

Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg
            20                  25                  30

Gly Arg Arg Glu Phe Lys
        35


<210> SEQ ID NO 71
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 71

Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu
1               5                   10                  15
```

US 6,268,343 B1

255                                                                                                    256

-continued

```
Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg
        20                      25                      30

Gly Arg Arg Glu Phe Pro Lys
        35


<210> SEQ ID NO 72
<211> LENGTH: 40
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 72

Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu
1               5                       10                      15

Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg
        20                      25                      30

Gly Arg Arg Glu Phe Pro Glu Lys
        35                      40


<210> SEQ ID NO 73
<211> LENGTH: 41
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 73

Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu
1               5                       10                      15

Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg
        20                      25                      30

Gly Arg Arg Glu Phe Pro Glu Glu Lys
        35                      40


<210> SEQ ID NO 74
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 74

Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu
1               5                       10                      15

Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
        20                      25                      30

Lys


<210> SEQ ID NO 75
<211> LENGTH: 34
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 75

Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu
1               5                       10                      15

Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
        20                      25                      30
```

US 6,268,343 B1

**257**                                                                                          **258**

-continued

Arg Lys


<210> SEQ ID NO 76
<211> LENGTH: 35
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 76

Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu
 1               5                   10                  15

Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30

Arg Arg Lys
        35


<210> SEQ ID NO 77
<211> LENGTH: 36
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 77

Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu
 1               5                   10                  15

Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30

Arg Arg Glu Lys
        35


<210> SEQ ID NO 78
<211> LENGTH: 37
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 78

Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu
 1               5                   10                  15

Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30

Arg Arg Glu Phe Lys
        35


<210> SEQ ID NO 79
<211> LENGTH: 38
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 79

Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu
 1               5                   10                  15

Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30

Arg Arg Glu Phe Pro Lys
        35

US 6,268,343 B1

**259**                                                                                           **260**

-continued

```
<210> SEQ ID NO 80
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 80

Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu
1               5                   10                  15

Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30

Arg Arg Glu Phe Pro Glu Lys
            35


<210> SEQ ID NO 81
<211> LENGTH: 40
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 81

Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu
1               5                   10                  15

Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30

Arg Arg Glu Phe Pro Glu Glu Lys
            35                  40


<210> SEQ ID NO 82
<211> LENGTH: 38
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 82

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Lys Gly Arg Gly Lys
            35


<210> SEQ ID NO 83
<211> LENGTH: 38
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 83

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Lys
            35


<210> SEQ ID NO 84
<211> LENGTH: 38
<212> TYPE: PRT
```

US 6,268,343 B1

261                                                          262

-continued

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 84

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
        20                  25                  30

Val Arg Gly Lys Gly Lys
        35


<210> SEQ ID NO 85
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 85

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly Lys
        20                  25                  30


<210> SEQ ID NO 86
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 86

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Lys
        20                  25                  30


<210> SEQ ID NO 87
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 87

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly Lys
        20                  25                  30


<210> SEQ ID NO 88
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 88

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Lys
        20                  25                  30
```

US 6,268,343 B1

**263**                                                                                     **264**

-continued

```
<210> SEQ ID NO 89
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 89

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Lys Gly Arg Gly Arg Lys
        35


<210> SEQ ID NO 90
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 90

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Arg Gly Arg Lys
        35


<210> SEQ ID NO 91
<211> LENGTH: 39
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 91

His Asp Glu Phe Glu Arg His Ala Glu Gly Thr Phe Thr Ser Asp Val
1               5                   10                  15

Ser Ser Tyr Leu Glu Gly Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu
            20                  25                  30

Val Arg Gly Lys Gly Arg Lys
        35


<210> SEQ ID NO 92
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 92

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly Arg
            20                  25                  30

Lys


<210> SEQ ID NO 93
<211> LENGTH: 33
<212> TYPE: PRT
```

US 6,268,343 B1

265                                                          266

-continued

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 93

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly Arg
        20                  25                  30

Lys


<210> SEQ ID NO 94
<211> LENGTH: 33
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 94

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly Arg
        20                  25                  30

Lys


<210> SEQ ID NO 95
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 95

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly Lys
        20                  25                  30


<210> SEQ ID NO 96
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: mutagen

<400> SEQUENCE: 96

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Arg Glu Phe Ile Ala Trp Leu Val Arg Gly Lys Gly Lys
        20                  25                  30
```

What is claimed is:

1. A GLP-1 derivative of formula I (SEQ ID NO:2):

```
  7   8   9  10  11  12  13  14  15  16  17
His-Xaa-Xaa-Gly-Xaa-Phe-Thr-Xaa-Asp-Xaa-Xaa-

 18  19  20  21  22  23  24  25  26  27  28
Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Phe-

 29  30  31  32  33  34  35  36  37
Ile-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa-Xaa
```

wherein

Xaa at position 8 is Ala,
Xaa at position 9 is Glu,
Xaa at position 11 is Thr,
Xaa at position 14 is Ser,
Xaa at position 16 is Val,
Xaa at position 17 is Ser,
Xaa at position 18 is Ser,
Xaa at position 19 is Tyr,
Xaa at position 20 is Leu,

US 6,268,343 B1

267

268

Xaa at position 21 is Glu,

Xaa at position 22 is Gly,

Xaa at position 23 is Gln,

Xaa at position 24 is Ala,

Xaa at position 25 is Ala,

Xaa at position 26 is Lys,

Xaa at position 27 is Glu,

Xaa at position 30 is Ala,

Xaa at position 31 is Trp,

Xaa at position 32 is Leu,

Xaa at position 33 is Val,

Xaa at position 34 is Arg,

Xaa at position 35 is Gly,

Xaa at position 36 is Arg, and

Xaa at position 37 is Gly,

wherein

(a) the ε-amino group of Lys at position 26 is substituted with a lipophilic substituent, optionally via a spacer,

(b) the lipophilic substituent is (i) $CH_3(CH_2)_nCO$— wherein n is 6, 8, 10, 12, 14, 16, 18, 20 or 22, (ii) $HOOC(CH_2)_mCO$— wherein m is 10, 12, 14, 16, 18, 20 or 22, or (iii) lithocholyl, and

(c) the spacer is (i) an unbranched alkane $\alpha,\omega$-dicarboxylic acid group having from 1 to 7 methylene groups, (ii) an amino acid residue except Cys, or (iii) γ-aminobutanoyl.

**2**. The GLP-1 derivative of claim **1**, wherein the lipophilic substituent is linked to the ε-amino group of Lys via a spacer.

**3**. The GLP-1 derivative of claim **2**, wherein the spacer is γ-glutamyl.

**4**. The GLP-1 derivative of claim **2**, wherein the spacer is β-asparagyl.

**5**. The GLP-1 derivative of claim **2**, wherein the spacer is glycyl.

**6**. The GLP-1 derivative of claim **2**, wherein the γ-aminobutanoyl.

**7**. The GLP-1 derivative of claim **2**, wherein the β-alanyl.

**8**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-tetradecanoyl), Arg$^{34}$-GLP-1(7-37).

**9**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(ω-carboxynonadecanoyl)), Arg$^{34}$-GLP-1(7-37).

**10**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(ω-carboxyheptadecanoyl)), Arg$^{34}$-GLP-1(7-37).

**11**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(ω-carboxyundecanoyl)), Arg$^{34}$-GLP-1(7-37).

**12**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(ω-carboxypentadecanoyl)), Arg$^{34}$-GLP-1(7-37).

**13**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-lithocholyl),Arg$^{34}$-GLP-1(7-37).

**14**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(γ-glutamyl(N$^{\alpha}$-hexadecanoyl)), Arg$^{34}$-GLP-1(7-37).

**15**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(γglutamyl(N$^{\alpha}$tetradecanoyl))), Arg$^{34}$-GLP-1(7-37).

**16**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(γglutamyl(N$^{\alpha}$lithocholyl))), Arg$^{34}$-GLP-1(7-37).

**17**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(γglutamyl(N$^{\alpha}$octadecanoyl))), Arg$^{34}$-GLP-1(7-37).

**18**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-decanoyl), Arg$^{34}$-GLP-1(7-37).

**19**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-hexadecanoyl), Arg$^{34}$-GLP-1(7-37).

**20**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-octanoyl), Arg$^{34}$-GLP-1(7-37).

**21**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-dodecanoyl), Arg$^{34}$-GLP-1(7-37).

**22**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$ (N$^{68}$ (γaminobutyroyl-(N$^{\gamma}$-hexadecanoyl))), Arg$^{34}$-GLP-1 (7-37).

**23**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(γ-D-glutamyl(N$^{\alpha}$hexadecanoyl))), Arg$^{34}$-GLP-1(7-37).

**24**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(γglutamyl(N$^{\alpha}$-dodecanoyl))), Arg$^{34}$-GLP-1(7-37).

**25**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(βalanyl(N$^{\alpha}$-hexadecanoyl))), Arg$^{34}$-GLP-1(7-37).

**26**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(α-glutamyl(N$^{\alpha}$-hexadecanoyl))), Arg$^{34}$-GLP-1(7-37).

**27**. The GLP-1 derivative of claim **1**, which is Lys$^{26}$(N$^{\epsilon}$-(γ-glutamyl(N$^{\alpha}$-decanoyl))), Arg$^{34}$-GLP-1(7-37).

**28**. A pharmaceutical composition comprising a GLP-1 derivative of claim **1** and a pharmaceutically acceptable vehicle or carrier.

**29**. A pharmaceutical composition of claim **28**, further comprising an isotonic agent, a preservative and a buffer.

**30**. A pharmaceutical composition of claim **29**, wherein the isotonic agent is sodium chloride, mannitol and glycerol.

**31**. A pharmaceutical composition of claim **29**, wherein the preservative is phenol, m-cresol, methyl p-hydroxybenzoate or benzyl alcohol.

**32**. A pharmaceutical composition of claim **29**, wherein the buffer is sodium acetate or sodium phosphate.

**33**. A pharmaceutical composition of claim **28**, further comprising a surfactant.

**34**. A pharmaceutical composition of claim **28**, further comprising zinc.

**35**. A pharmaceutical composition of claim **28**, further comprising another antidiabetic agent.

**36**. A pharmaceutical composition of claim **35**, wherein the antidiabetic agent is human insulin.

**37**. A pharmaceutical composition of claim **35**, wherein the antidiabetic agent is a hypoglycemic agent.

**38**. A pharmaceutical composition of claim **28**, further comprising another antiobesity agent.

**39**. A method of treating diabetes, comprising administering to a patient a therapeutically effective amount of a GLP-1 derivative of claim **1**.

**40**. A method of treating obesity, comprising administering to a patient a therapeutically effective amount of a GLP-1 derivative of claim **1**.

\* \* \* \* \*

## UNITED STATES PATENT AND TRADEMARK OFFICE
### Certificate

Patent No. 6,268,343 B1                                   Patented: July 31, 2001

On petition requesting issuance of a certificate for correction of inventorship pursuant to 35 U.S.C. 256, it has been found that the above identified patent, through error and without any deceptive intent, improperly sets forth the inventorship.

Accordingly, it is hereby certified that the correct inventorship of this patent is: Liselotte Bjerre Knudsen, Valby, Denmark; Per Olaf Huusfeldt, Kbenhavn K, Denmark; and Per Franklin Nielsen, Vaelose, Denmark.

Signed and Sealed this Eleventh Day of May 2004.

M. P. Woodward
*Supervisory Patent Examiner*
Art Unit 1631

# EXHIBIT B

US008114833B2

(12) **United States Patent**
Pedersen et al.

(10) **Patent No.:**      **US 8,114,833 B2**
(45) **Date of Patent:**          *Feb. 14, 2012

(54) **PROPYLENE GLYCOL-CONTAINING PEPTIDE FORMULATIONS WHICH ARE OPTIMAL FOR PRODUCTION AND FOR USE IN INJECTION DEVICES**

(75) Inventors: **Tina Bjeldskov Pedersen**, Smørum (DK); **Claude Bonde**, Lyngby (DK); **Dorthe Kot Engelund**, Holte (DK)

(73) Assignee: **Novo Nordisk A/S**, Bagsvaerd (DK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 663 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/435,977**

(22) Filed: **May 17, 2006**

(65) **Prior Publication Data**

US 2007/0010424 A1      Jan. 11, 2007

**Related U.S. Application Data**

(63) Continuation of application No. PCT/DK2004/000792, filed on Nov. 18, 2004.

(60) Provisional application No. 60/524,653, filed on Nov. 24, 2003.

(30) **Foreign Application Priority Data**

Nov. 20, 2003   (DK) ................................ 2003 01719

(51) **Int. Cl.**
*A61K 38/26*      (2006.01)
(52) **U.S. Cl.** ........................................... 514/2; 530/308
(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,468,346 | A | 8/1984 | Paul et al. |
| 5,206,219 | A | 4/1993 | Desai |
| 5,272,135 | A | 12/1993 | Takruri |
| 5,455,331 | A | 10/1995 | Pearce |
| 5,652,216 | A | 7/1997 | Kornfelt et al. |
| 5,705,483 | A | 1/1998 | Galloway |
| 6,133,229 | A | 10/2000 | Gibson et al. |
| 6,184,201 | B1 | 2/2001 | Drucker et al. |
| 6,268,343 | B1 | 7/2001 | Knudsen et al. |
| 6,274,553 | B1 | 8/2001 | Furuya |
| 6,284,727 | B1 | 9/2001 | Kim et al. |
| 6,380,357 | B2 | 4/2002 | Hermeling |
| 6,384,016 | B1 | 5/2002 | Kaarsholm |
| 6,444,788 | B1 | 9/2002 | Staby |
| 6,586,399 | B1 | 7/2003 | Drucker et al. |
| 6,844,321 | B2 | 1/2005 | Arentsen |

| | | | |
|---|---|---|---|
| 7,022,674 | B2 | 4/2006 | DeFelippis et al. |
| 7,049,284 | B2 | 5/2006 | Drucker et al. |
| 7,056,886 | B2 | 6/2006 | Isaacs |
| 7,238,663 | B2 | 7/2007 | DeFelippis et al. |
| 2001/0014666 | A1 | 8/2001 | Hermeling et al. |
| 2001/0027180 | A1 | 10/2001 | Isaacs |
| 2002/0151467 | A1 | 10/2002 | Leung |
| 2003/0060412 | A1 | 3/2003 | Prouty, et al. |
| 2003/0069182 | A1 | 4/2003 | Rinella |
| 2003/0119734 | A1 | 6/2003 | Flink et al. |
| 2003/0158101 | A1 | 8/2003 | Drucker |
| 2003/0207802 | A1 | 11/2003 | DeFelippis |
| 2003/0220243 | A1 | 11/2003 | Glaesner et al. |
| 2003/0220255 | A1 | 11/2003 | Knudsen et al. |
| 2004/0156835 | A1 | 8/2004 | Imoto et al. |
| 2004/0248782 | A1 | 12/2004 | Bridon et al. |
| 2006/0084605 | A1* | 4/2006 | Engelund et al. ............... 514/12 |
| 2006/0287221 | A1* | 12/2006 | Knudsen et al. .................. 514/3 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2306024 | 4/1999 |
| CA | 2527743 | 12/2004 |
| EP | 0431679 | 11/1990 |
| EP | 0438767 | 12/1990 |
| EP | 699687 | 8/1995 |
| EP | 708179 | 4/1996 |
| EP | 747390 | 12/1996 |
| EP | 0926159 | 6/1999 |
| EP | 1329462 | 10/2001 |
| EP | 1424077 | 5/2002 |
| EP | 1344533 | 9/2003 |
| EP | 1396499 | 3/2004 |
| EP | 722492 | 3/2005 |
| JP | 10101696 | 4/1998 |
| JP | 2000-510813 | 8/2000 |
| JP | 2001-525371 | 12/2001 |
| JP | 2002-504908 | 2/2002 |
| JP | 2002-508332 | 3/2002 |
| JP | 2002-524514 | 8/2002 |
| JP | 2002-532557 | 10/2002 |
| JP | 2003-519195 | 6/2003 |
| JP | 2003519195 | 6/2003 |

(Continued)

OTHER PUBLICATIONS

Singh, S et al—Aaps Pharmscitech—2003—vol. 4—Part 3-pp. 334-342.

(Continued)

*Primary Examiner* — Christina Bradley
(74) *Attorney, Agent, or Firm* — Michael J. Brignati

(57) **ABSTRACT**

The present invention relates to pharmaceutical formulations comprising a peptide and propylene glycol, to methods of preparing such formulations, and to uses of such formulations in the treatment of diseases and conditions for which use of the peptide contained in such formulations is indicated. The present invention further relates to methods for reducing the clogging of injection devices by a peptide formulation and for reducing deposits on production equipment during production of a peptide formulation.

**31 Claims, 7 Drawing Sheets**

# US 8,114,833 B2

Page 2

## FOREIGN PATENT DOCUMENTS

| PA | 200101010 | 6/2001 |
|---|---|---|
| RU | 2180218 | 3/2002 |
| WO | WO 9000200 | 1/1990 |
| WO | 92/19260 | 11/1992 |
| WO | 9318785 | 9/1993 |
| WO | WO 93/18785 | 9/1993 |
| WO | 93/23010 | 11/1993 |
| WO | 95/22560 | 2/1995 |
| WO | 95/05848 | 3/1995 |
| WO | WO 9510605 | 4/1995 |
| WO | 95/13825 | 5/1995 |
| WO | WO 96/20005 | 7/1996 |
| WO | 9624369 | 8/1996 |
| WO | WO 9638469 | 12/1996 |
| WO | WO 98/08871 | 3/1998 |
| WO | WO 98/31386 | 7/1998 |
| WO | 9856406 | 12/1998 |
| WO | 99/16417 | 4/1999 |
| WO | WO 9921889 | 5/1999 |
| WO | WO 99/29336 | 6/1999 |
| WO | WO 99/30731 | 6/1999 |
| WO | WO 99/43341 | 9/1999 |
| WO | WO 99/43708 | 9/1999 |
| WO | WO 9943707 | 9/1999 |
| WO | WO 00/15224 | 3/2000 |
| WO | WO 00/37098 | 6/2000 |
| WO | WO 00/41546 | 7/2000 |
| WO | WO 00/55119 | 9/2000 |
| WO | 0100223 | 1/2001 |
| WO | WO 01/43762 | 6/2001 |
| WO | 0151071 | 7/2001 |
| WO | WO 01/49314 | 7/2001 |
| WO | WO 01/51071 | 7/2001 |
| WO | WO 0152937 | 7/2001 |
| WO | WO 0155213 | 8/2001 |
| WO | WO 01/77141 | 10/2001 |
| WO | 02/67989 | 1/2002 |
| WO | 0247716 | 6/2002 |
| WO | WO 02/47715 | 6/2002 |
| WO | WO 02/48183 | 6/2002 |
| WO | WO 0248183 | 6/2002 |
| WO | 02098445 | 12/2002 |
| WO | 03/013589 | 2/2003 |
| WO | WO 03/020201 | 3/2003 |
| WO | WO 03/002136 | 4/2003 |
| WO | WO 03/035099 | 5/2003 |
| WO | WO 2004/029076 | 4/2004 |
| WO | WO 2004105781 | 12/2004 |
| WO | WO 2005/000222 | 1/2005 |
| WO | 2005/046716 | 5/2005 |
| WO | WO 2006/025882 | 3/2006 |

## OTHER PUBLICATIONS

Non-Final Office Action mailed Dec. 9, 2009 in U.S. Appl. No. 12/184,531 filed Aug. 1, 2008 by Mortensen et al.

Sigma, Custom Peptide Synthesis, 2004, pp. 1-2, http://www.SIGMA-GENOSYS.COM/PEPTIDE_DESIGN.ASP.

Bailey et al. The Kinetics of Enzyme-Catalysed Reactions Biochemical Engineering Fundamentals, 2nd Ed., pp. 129-148 (1986).

Entry for Glycerin in Drugs.Com (www.Drugs.Com/PPA/glycerin-glycerol.html), Printed Aug. 04, 2009.

European Pharmacopoeia, 2007, vol. 1, p. 730, Council of Europe-Strasbourg.

S.E. Bondos & A. Bicknell, Detection and Prevention of Protein Aggregation Before During and After Purification, Analytical Biochemistry, 2003, 223-231, vol. 316, Academic Press.

Shinotesuto, Patent Abstracts of Japan, of JP101016696.

Skovgaard et al., "Using Evolutionary Information and Ancestral Sequences to Understand the Sequence-Function Relationship in GLP-1 Agonists," J. Mol. Bio., 2006, vol. 363, p. 977-988.

Tsoka et al, Selective Flocculation Ands Precipitation for the Improvement of Virus-Like Particle Recovery From Yeast Homogenate, Biotechnol Prog. vol. 16(4), pp. 661-7 (2000).

Non-Final Office Action in U.S. Appl. No. 10/185,923, Filed June 27, 2002, Inventors: Funk et al. Sent Mar. 10, 2006.

Non-Final Office Action in U.S. Appl. No. 10/185,923, Filed Jun. 27, 2002, Inventors: Flink et al. Sent Oct. 9, 2007.

Non-Final Office Action in U.S. Appl. No. 11/786,095, Filed Apr. 11,2007, Inventors: Funk et al. Sent Feb. 24, 2009.

Non-Final Office Action in U.S. Appl. No. 12/343,722, Filed Dec. 24, 2008, Inventors: Funk et al. Sent May 22, 2009.

Non-Final Office Action in U.S. Appl. No. 10/719,601, Filed Nov. 21, 2003, Inventors: Markussen et al. Sent Mar. 4, 2005.

Non-Final Office Action in U.S. Appl. No. 11/220,266, Filed Sep. 6, 2005, Inventors: Markussen et al. Sent Sep. 14, 2006.

Non-Final Office Action in U.S. Appl. No. 11/220,266, Filed Sep. 6, 2005, Inventors: Markussen et al. Sent Feb. 11, 2008.

Non-Final Office Action in U.S. Appl. No. 11/220,266, Filed Sep. 6, 2005, Inventors: Markussen et al. Sent Oct. 1, 2007.

Non-Final Office Action in U.S. Appl. No. 11/290,634, Filed Nov. 30, 2005, Inventors: Juul-Mortensen et al. Sent Jun. 30, 2008.

Non-Final Office Action in U.S. Appl. No. 11/290,634, Filed Nov. 30, 2005, Inventors: Juul-Mortensen et al. Sent Nov. 9, 2007.

Non-Final Office Action in U.S. Appl. No. 11/290,635, Filed Nov. 30, 2005, Inventors: Juul-Mortensen et al. Sent Feb. 2, 2007.

Non-Final Office Action in U.S. Appl. No. 11/290,635, Filed Nov. 30, 2005, Inventors: Juul-Mortensen et al. Sent Feb. 2, 2007.

Non-Final Office Action in U.S. Appl. No. 11/365,274, Filed Mar. 1, 2006, Inventors: Schlein et al. Sent Aug. 20, 2007.

Non-Final Office Action in U.S. Appl. No. 11/365,274, Filed Mar. 1, 2006, Inventors: Schlein et al. Sent Feb. 5, 2007.

Non-Final Office Action in U.S. Appl. No. 11/365,274, Filed Mar. 1, 2006, Inventors: Schlein et al. Sent Jan. 28, 2009.

Final Office Action in U.S. Appl. No. 10/185,923, Filed Jun. 27, 2002, Inventors: Funk et al. Sent Dec. 12, 2006.

Final Office Action in U.S. Appl. No. 10/185,923, Filed Jun. 27, 2002, Inventors: Funk et al. Sent Jun. 14, 2005.

Final Office Action in U.S. Appl. No. 10/185,923, Filed Jun. 27, 2002, Inventors: Hank et al. Sent Jun. 30, 2008.

Final Office Action in U.S. Appl. No. 11/290,635, Filed , Inventors: Juulmortensen et al. Sent Sep. 5, 2007.

Final Office Action in U.S. Appl. No. 11/290,635, Filed Nov. 30, 2005, Inventors: Juul-Mortensen et al. Sent Sep. 5, 2007.

Final Office Action in U.S. Appl. No. 11/365,274, Filed Mar. 1, 2006, Inventors: Schlein et al. Sent Apr. 4, 2008.

Final Office Action in U.S. Appl. No. 11/365,274, Filed Mar. 1, 2006, Inventors: Schlein et al. Sent Aug. 12, 2009.

Final Office Action in U.S. Appl. No. 11/786,095, Filed Apr. 11,2007, Inventors: Funk et al. Sent Nov. 24, 2009.

Final Office Action in U.S. Appl. No. 12/343,722, Filed. Dec. 24, 2008, Inventors: Funk et al. Sent Feb. 18, 2009.

Brittain, Harry G., Buffers, Buffering Agents, and Ionic Equilibria, Encyclopedia of Pharmaceutical Technology, p. 385, 2007.

Remington's Pharmaceutical Sciences, Mack Publishing Company, 16th Edition, 1980, Chapter 79, p. 1406.

Plumer's Principles & Practice of Intravenous Therapy, 2006, Edition 8, pp. 124-128.

European Pharmacopoeia, 3rd Edition, 1997, pp. 17-18.

United States Pharmacopoeia, 24th Edition, 1999, pp. 1977-1978.

Further Experimental Data Jun. 22, 2009.

Frokjaer et al., Pharmaceutical Formulation Development of Peptides and Proteins, 2000, pp. 145-148 and 150-151.

Martin et al., Physical Pharmacy: Physical Chemical Principles in the Pharmaceutical Sciences, 1983, pp. 222-225.

Remington's Pharmaceutical Sciences, Mack Publishing Company, 18th Edition, 1990, Chapter 84, pp. 1545-1550.

Knudsen et al., J. Med. Chem., vol. 43, pp. 1664-1669, 2000.

Stenesh, J. Biochemistry, 1998, pp. 67-69.

Wang et al., J. Parenteral Science and Technology, vol. 42, pp. S4-S26, 1988.

Sigma Production Information on Gly Gly Buffer, Mar. 2010.

Martin et al., Physical Pharmacy, 1983, p. 232.

Declaration of Johnny C. Gonzalez, November 2010, pp. 1-7.

Eli Lilly and Company Product Information on Humalog Insulin Lispro Injection, 2009, pp. 1-12.

Eli Lilly & Co., Humalog Lispro Injection, USP Product Information Dated Feb. 11, 2010.

**US 8,114,833 B2**

Page 3

European Pharmacopoeia, 3rd Edition, 2.2.3, 1997, pp. 17-8, Council of Europe-Strasbourg.
Frokjaer & Hovgaard, Pharmaceutical Formulation Development of, 2000, pp. 145-148 & 150-151.
Further Experimental Data Dated Jun. 22, 2009.
Gonzales, Johnny C., Declaration of (Including Curriculum Vita) Dated Nov. 1, 2010 from Patent EP1412384.
Knudsen, L.B. et al., Potent Derivatives of Glucogon-Like Peptide-1, Journal of Medicinal Chemistry, 2000, vol. 43, pp. 1664-9.
Kristensen, H.G., Almen Farmaci, 2000, pp. 273-274, 281.
Mack Publishing Co., Remington's Pharmaceutical Sciences, 16th Edition,1980, PT. 79, p. 1406.
Mack Publishing Co., Remington's Pharmaceutical Sciences, 18th Edition, 1990, Chapter 84, pp. 1545-50.
Martin A. et al., Physical Pharmacy; Physical Chemical Principles in the Pharmaceutical Sciences, 1983, 3rd Edition, p. 232.

Martin A. et al., Physical Pharmacy; Physical Chemical Principles in the Pharmaceutical Sciences, 1983, 3rd Edition, p. 323.
Sigma Product Information on Gly-Gly Buffer Dated Mar. 16, 2010.
Stenesh, J. Biochemistry, 1998, pp. 67-9.
United States Pharmacopoeia, 24th Edition, 1999, pp. 1977-8.
Villanueva Penacarril M.L. Potent Glycognic Effect of Glp-1(7-36) Amide in Rat Skeletal Muscle, Diabetologia, 1994, vol. 37, pp. 1163-6.
Wang & Hansen, Journal of Parenteral Science & Technology, 1988, vol. 42, pp. 4-26.
Weinstein, Sharon, Plumer's Principles & Practice of Intravenous, 2006, vol. 8 (8), pp. 124-8.
Duma et al., Pharmaceutical Dosage Forms: Parenteral Medications, vol. 1, 2nd Edition, p. 20.

* cited by examiner

FIGURE 1



FIGURE 2



Mannitol          Argi-          Inosi-          Glyce-

FIGURE 3



Myo-inositol              Maltose                    Glycerol

FIGURE 4



Glycine            Lactose            Mannitol

FIGURE 5



FIGURE 6



FIGURE 7





US 8,114,833 B2

**1**

PROPYLENE GLYCOL-CONTAINING
PEPTIDE FORMULATIONS WHICH ARE
OPTIMAL FOR PRODUCTION AND FOR USE
IN INJECTION DEVICES

CROSS REFERENCE TO RELATED
APPLICATIONS

This Application is a continuation of International Application serial no. PCT/DK2004/000792 filed Nov. 18, 2004 and claims priority from U.S. application Ser. No. 60/524,653 filed Nov. 24, 2003 and from Danish Application serial no. PA 2003 01719 filed Nov. 20, 2003.

FIELD OF THE INVENTION

The present invention relates to pharmaceutical formulations comprising a peptide and propylene glycol, to methods of preparing such formulations, and to uses of such formulations in the treatment of diseases and conditions for which use of the peptide contained in such formulations is indicated. The present invention further relates to methods for reducing the clogging of injection devices by a peptide formulation and for reducing deposits on production equipment during production of a peptide formulation.

BACKGROUND OF THE INVENTION

The inclusion of isotonicity agents in peptide-containing pharmaceutical formulations is widely known and one of the more common isotonic agents used in such formulations is mannitol. However, the present inventors have observed that mannitol causes problems during the production of peptide formulations as it crystallizes resulting in deposits in the production equipment and in the final product. Such deposits increase the need to clean the filling equipment during production of the formulation and this results in reduced production capability. In addition, such deposits may also result in reduced yield of the final product since vials/cartridges containing the peptide formulation may need to be discarded if particles are present. Finally, the present inventors have observed that in peptide formulations to be administered by injection, the presence of mannitol results in clogging of injection devices.

Accordingly, it is desirable to identify an alternative isotonic agent to mannitol for inclusion in peptide-containing formulations and in particular, for inclusion in peptide formulations which are administered by injection.

SUMMARY OF THE INVENTION

The present inventors have discovered that peptide formulations containing propylene glycol at certain concentrations exhibit reduced deposits in production equipment and in the final product and also exhibit reduced clogging of injection devices. The present compositions may be formulated with any peptide and are also physically and chemically stable thus rendering them shelf-stable and suitable for invasive (e.g. injection, subcutaneous injection, intramuscular, intravenous or infusion) as well as non-invasive (e.g. nasal, oral, pulmonary, transdermal or transmucosal e.g. buccal) means of administration.

The present invention therefore relates to a pharmaceutical formulation comprising a peptide and propylene glycol, where the propylene glycol is present in a concentration of 1-100 mg/ml and the pH of the formulation is from 7-10. In a

preferred embodiment, the pharmaceutical formulations of the invention further contain a buffer and a preservative.

The present invention also relates to methods for producing the pharmaceutical formulations of the invention.

In one embodiment, the method for preparing a peptide formulation comprises:

  a) preparing a first solution by dissolving preservative, propylene glycol and buffer in water;

  b) preparing a second solution by dissolving the peptide in water;

  c) mixing the first and second solutions; and

  d) adjusting the pH of the mixture in c) to the desired pH.

In another embodiment, the method for preparing a peptide formulation comprises:

  a) preparing a first solution by dissolving preservative and buffer in water;

  b) adding propylene glycol to the first solution;

  c) mixing the first solution with a second solution containing peptide dissolved in water; and

  d) adjusting the pH of the mixture in c) to the desired pH.

In yet another embodiment, the method for preparing a peptide formulation comprises:

  a) preparing a solution by dissolving preservative, buffer and propylene glycol in water;

  b) adding the peptide to the solution of step a); and

  c) adjusting the pH of the solution of step b) to the desired pH.

The present invention further relates to methods of treatment using the pharmaceutical formulations of the invention where the compositions are administered in an amount effective to combat the disease, condition, or disorder for which administration of the peptide contained in the formulation is indicated.

In addition the present invention also relates to a method for reducing deposits on production equipment during production of a peptide formulation, where the method comprises replacing the isotonicity agent previously utilized in said formulation with propylene glycol at a concentration of between 1-100 mg/ml.

In one embodiment, the reduction in deposits on the production equipment during production by the propylene glycol-containing formulation relative to that observed for the formulation containing the previously utilized isotonicity agent is measured by a simulated filling experiment.

The present invention also relates to a method for reducing deposits in the final product during production of a peptide formulation, where the method comprises replacing the isotonicity agent previously utilized in said formulation with propylene glycol at a concentration of between 1-100 mg/ml.

In one embodiment, the reduction in deposits in the final product is measured by a reduction in the number of vials and/or cartridges of the propylene glycol-containing formulation that must be discarded due to deposits relative to number of vials and/or cartridges of the formulation containing the previously utilized isotonicity agent that must be discarded due to deposits.

The present invention further relates to a method for reducing the clogging of injection devices by a peptide formulation, where the method comprises replacing the isotonicity agent previously utilized in said formulation with propylene glycol at a concentration of between 1-100 mg/ml.

In one embodiment, the reduction in clogging of the injection device by the propylene glycol-containing formulation relative to that observed for the formulation containing the previously utilized isotonicity agent is measured in a simulated in use study.

US 8,114,833 B2

3

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** shows a photograph of dried droplets on microscope slides of from left to right, placebo (no peptide) formulations containing no isotonic agent (e only water, preservative and buffer), mannitol, sorbitol, xylitol, sucrose or glycerol as the isotonic agent with the far right slide containing mannitol with peptide Arg$^{34}$, Lys$^{26}$(N$^{\epsilon}$-($\gamma$-Glu(N$^{\alpha}$-hexadecanoyl)))-GLP-1(7-37).

FIG. **2** shows light microscopy pictures of from left to right, some of the dried droplets of placebo formulations containing mannitol, arginin, inositol or glycerol as the isotonic agent.

FIG. **3** shows light microscopy pictures of clogged needles dosed with placebo formulations containing myoinositol, maltose or glycerol as the isotonic agent.

FIG. **4** shows light microscopy pictures of deposits on needles dosed with placebo formulations containing glycine, lactose or mannitol as the isotonic agent.

FIG. **5** shows filling equipment after 24 hours simulated filling with Arg$^{34}$, Lys$^{26}$(N$^{\epsilon}$-($\gamma$-Glu(N$^{\alpha}$-hexadecanoyl)))-GLP-1(7-37) medium containing myo-inositol.

FIG. **6** shows deposits on filling equipment after 24 hours simulated filling with a mannitol-containing placebo formulation.

FIG. **7** shows deposits on needles dosed with mannitol (top panel) and propylene glycol (bottom panel)-containing Arg$^{34}$, Lys$^{26}$(N$^{\epsilon}$-($\gamma$-Glu(N$^{\alpha}$-hexadecanoyl)))-GLP-1(7-37) formulations.

## DESCRIPTION OF THE INVENTION

The present invention relates to a pharmaceutical formulation comprising a peptide or a mixture of peptides and propylene glycol where the final concentration of propylene glycol in the formulation is 1-100 mg/ml and the pH of the formulation is in the range of from 7-10.

The pharmaceutical formulations of the invention are found to be optimal for production because they exhibit reduced deposits in production equipment relative to formulations containing other isotonicity agents as measured by the simulated filling studies described in the Examples. In addition, the pharmaceutical formulations of the invention are found to be optimal for use in injection devices because they exhibit reduced clogging of the injection devices relative to formulations containing other isotonicity agents as measured by the simulated in use studies described in the Examples.

The formulations of the present invention may be formulated with any peptide where examples of such peptides include, but are not limited to, glucagon, human growth hormone (hGH), insulin, aprotinin, FactorVII, tissue plasminogen activator (TPA), FactorVIIa, FFR-FactorVIIa, heparinase, ACTH, Heparin Binding Protein, corticotropin-releasing factor, angio-tensin, calcitonin, glucagon-like peptide-1, glucagon-like peptide-2, insulin-like growth factor-1, insulin-like growth factor-2, fibroblast growth factors, gastric inhibitory peptide, growth hormone-releasing factor, pituitary adenylate cyclase activating peptide, secretin, enterogastrin, somatostatin, somatomedin, parathyroid hormone, thrombopoietin, erythropoietin, hypothalamic releasing factors, prolactin, thyroid stimulating hormones, endorphins, enkephalins, vasopressin, oxytocin, opiods, DPP IV, interleukins, immunoglobulins, complement inhibitors, serine protease inhibitors, cytokines, cytokine receptors, PDGF, tumor necrosis factors, tumor necrosis factors receptors, growth factors and analogues as well as derivatives

4

thereof where each of these peptides constitutes an alternative embodiment of the present invention.

In the present application, the designation "an analogue" is used to designate a peptide wherein one or more amino acid residues of the parent peptide have been substituted by another amino acid residue and/or wherein one or more amino acid residues of the parent peptide have been deleted and/or wherein one or more amino acid residues have been added to the parent peptide. Such addition can take place either at the N-terminal end or at the C-terminal end of the parent peptide or both. Typically "an analogue" is a peptide wherein 6 or less amino acids have been substituted and/or added and/or deleted from the parent peptide, more preferably a peptide wherein 3 or less amino acids have been substituted and/or added and/or deleted from the parent peptide, and most preferably, a peptide wherein one amino acid has been substituted and/or added and/or deleted from the parent peptide.

In the present application, "a derivative" is used to designate a peptide or analogue thereof which is chemically modified by introducing an organic substituent e.g. ester, alkyl or lipophilic functionalities, on one or more amino acid residues of the peptide or analogue thereof.

In one embodiment, the peptide to be included in the formulation of the invention is a GLP-1 agonist where "a GLP-1 agonist" is understood to refer to any peptide which fully or partially activates the human GLP-1 receptor. In a preferred embodiment, the "GLP-1 agonist" is any peptide that binds to a GLP-1 receptor, preferably with an affinity constant ($K_D$) or a potency ($EC_{50}$) of below 1 µM, e.g. below 100 nM as measured by methods known in the art (see e.g. WO 98/08871) and exhibits insulinotropic activity, where insulinotropic activity may be measured in vivo or in vitro assays known to those of ordinary skill in the art. For example, the GLP-1 agonist may be administered to an animal and the insulin concentration measured over time.

Methods for identifying GLP-1 agonists are described in WO 93/19175 (Novo Nordisk A/S) and examples of suitable GLP-1 analogues and derivatives which can be used according to the present invention includes those referred to in WO 99/43705 (Novo Nordisk A/S), WO 99/43706 (Novo Nordisk A/S), WO 99/43707 (Novo Nordisk A/S), WO 98/08871 (analogues with lipophilic substituent) and in WO 02/46227 (analogues fused to serum albumin or to Fc portion of an Ig).(Novo Nordisk A/S), WO 99/43708 (Novo Nordisk A/S), WO 99/43341 (Novo Nordisk A/S), WO 87/06941 (The General Hospital Corporation), WO 90/11296 (The General Hospital Corporation), WO 91/11457 (Buckley et al.), WO 98/43658 (Eli Lilly & Co.), EP 0708179-A2 (Eli Lilly & Co.), EP 0699686-A2 (Eli Lilly & Co.), WO 01/98331 (Eli Lilly & Co).

In one embodiment, the GLP-1 agonist is selected from the group consisting of GLP-1(7-36)-amide, GLP-1(7-37), a GLP-1(7-36)-amide analogue, a GLP-1(7-37) analogue, or a derivative of any of these.

In one embodiment, the GLP-1 agonist is a derivative of GLP-1(7-36)-amide, GLP-1(7-37), a GLP-1(7-36)-amide analogue or a GLP-1(7-37) analogue, which comprises a lipophilic substituent.

In this embodiment of the invention, the GLP-1 derivative preferably has three lipophilic substituents, more preferably two lipophilic substituents, and most preferably one lipophilic substituent attached to the parent peptide (ie GLP-1(7-36)-amide, GLP-1(7-37), a GLP-1(7-36)-amide analogue or a GLP-1(7-37) analogue), where each lipophilic substituent (s) preferably has 4-40 carbon atoms, more preferably 8-30

US 8,114,833 B2

**5**

carbon atoms, even more preferably 8-25 carbon atoms, even more preferably 12-25 carbon atoms, and most preferably 14-18 carbon atoms.

In one embodiment, the lipophilic substituent comprises a partially or completely hydrogenated cyclopentanophenanthrene skeleton.

In another embodiment, the lipophilic substituent is a straight-chain or branched alkyl group.

In yet another embodiment, the lipophilic substituent is an acyl group of a straight-chain or branched fatty acid. Preferably, the lipophilic substituent is an acyl group having the formula $CH_3(CH_2)_nCO$—, wherein n is an integer from 4 to 38, preferably an integer from 12 to 38, and most preferably is $CH_3(CH_2)_{12}CO$—, $CH_3(CH_2)_{14}CO$—, $CH_3(CH_2)_{16}CO$—, $CH_3(CH_2)_{18}CO$—, $CH_3(CH_2)_{20}CO$— and $CH_3(CH_2)_{22}CO$—. In a more preferred embodiment, the lipophilic substituent is tetradecanoyl. In a most preferred embodiment, the lipophilic substituent is hexadecanoyl.

In a further embodiment of the present invention, the lipophilic substituent has a group which is negatively charged such as a carboxylic acid group. For example, the lipophilic substituent may be an acyl group of a straight-chain or branched α,ω-dicarboxylic acid of the formula HOOC $(CH_2)_mCO$—, wherein m is an integer from 4 to 38, preferably an integer from 12 to 38, and most preferably is HOOC $(CH_2)_{14}CO$—, $HOOC(CH_2)_{16}CO$—, $HOOC(CH_2)_{18}CO$—, $HOOC(CH_2)_{20}CO$— or $HOOC(CH_2)_{22}CO$—.

In the GLP-1 derivatives of the invention, the lipophilic substituent(s) contain a functional group which can be attached to one of the following functional groups of an amino acid of the parent GLP-1 peptide:

    (a) the amino group attached to the alpha-carbon of the N-terminal amino acid,

    (b) the carboxy group attached to the alpha-carbon of the C-terminal amino acid,

    (c) the epsilon-amino group of any Lys residue,

    (d) the carboxy group of the R group of any Asp and Glu residue,

    (e) the hydroxy group of the R group of any Tyr, Ser and Thr residue,

    (f) the amino group of the R group of any Trp, Asn, Gln, Arg, and His residue, or

    (g) the thiol group of the R group of any Cys residue.

In one embodiment, a lipophilic substituent is attached to the carboxy group of the R group of any Asp and Glu residue.

In another embodiment, a lipophilic substituent is attached to the carboxy group attached to the alpha-carbon of the C-terminal amino acid.

In a most preferred embodiment, a lipophilic substituent is attached to the epsilon-amino group of any Lys residue.

In a preferred embodiment of the invention, the lipophilic substituent is attached to the parent GLP-1 peptide by means of a spacer. A spacer must contain at least two functional groups, one to attach to a functional group of the lipophilic substituent and the other to a functional group of the parent GLP-1 peptide.

In one embodiment, the spacer is an amino acid residue except Cys or Met, or a dipeptide such as Gly-Lys. For purposes of the present invention, the phrase "a dipeptide such as Gly-Lys" means any combination of two amino acids except Cys or Met, preferably a dipeptide wherein the C-terminal amino acid residue is Lys, His or Trp, preferably Lys, and the N-terminal amino acid residue is Ala, Arg, Asp, Asn, Gly, Glu, Gln, Ile, Leu, Val, Phe, Pro, Ser, Tyr, Thr, Lys, His and Trp. Preferably, an amino group of the parent peptide forms an amide bond with a carboxylic group of the amino acid residue or dipeptide spacer, and an amino group of the amino

**6**

acid residue or dipeptide spacer forms an amide bond with a carboxyl group of the lipophilic substituent.

Preferred spacers are lysyl, glutamyl, asparagyl, glycyl, beta-alanyl and gamma-aminobutanoyl, each of which constitutes an individual embodiment. Most preferred spacers are glutamyl and beta-alanyl. When the spacer is Lys, Glu or Asp, the carboxyl group thereof may form an amide bond with an amino group of the amino acid residue, and the amino group thereof may form an amide bond with a carboxyl group of the lipophilic substituent. When Lys is used as the spacer, a further spacer may in some instances be inserted between the ε-amino group of Lys and the lipophilic substituent. In one embodiment, such a further spacer is succinic acid which forms an amide bond with the ε-amino group of Lys and with an amino group present in the lipophilic substituent. In another embodiment such a further spacer is Glu or Asp which forms an amide bond with the ε-amino group of Lys and another amide bond with a carboxyl group present in the lipophilic substituent, that is, the lipophilic substituent is a $N^\epsilon$-acylated lysine residue.

In another embodiment, the spacer is an unbranched alkane α,ω-dicarboxylic acid group having from 1 to 7 methylene groups, which spacer forms a bridge between an amino group of the parent peptide and an amino group of the lipophilic substituent. Preferably, the spacer is succinic acid.

In a further embodiment, the lipophilic substituent with the attached spacer is a group of the formula $CH_3(CH_2)_pNH$— $CO(CH_2)_qCO$—, wherein p is an integer from 8 to 33, preferably from 12 to 28 and q is an integer from 1 to 6, preferably 2.

In a further embodiment, the lipophilic substituent with the attached spacer is a group of the formula $CH_3(CH_2)_rCO$— $NHCH(COOH)(CH_2)_2CO$—, wherein r is an integer from 4 to 24, preferably from 10 to 24.

In a further embodiment, the lipophilic substituent with the attached spacer is a group of the formula $CH_3(CH_2)_sCO$— $NHCH((CH_2)_2COOH)CO$—, wherein s is an integer from 4 to 24, preferably from 10 to 24.

In a further embodiment, the lipophilic substituent is a group of the formula $COOH(CH_2)_tCO$— wherein t is an integer from 6 to 24.

In a further embodiment, the lipophilic substituent with the attached spacer is a group of the formula —$NHCH(COOH)$ $(CH_2)_4NH$—$CO(CH_2)_uCH_3$, wherein u is an integer from 8 to 18.

In a further embodiment, the lipophilic substituent with the attached spacer is a group of the formula $CH_3(CH_2)_vCO$— $NH$—$(CH_2)_z$—$CO$, wherein v is an integer from 4 to 24 and z is an integer from 1 to 6.

In a further embodiment, the lipophilic substituent with the attached spacer is a group of the formula —$NHCH(COOH)$ $(CH_2)_4NH$—$COCH((CH_2)_2COOH)NH$—$CO(CH_2)_wCH_3$, wherein w is an integer from 10 to 16.

In a further embodiment, the lipophilic substituent with the attached spacer is a group of the formula —$NHCH(COOH)$ $(CH_2)_4NH$—$CO(CH_2)_2CH(COOH)NHCO(CH_2)_xCH_3$, wherein x is zero or an integer from 1 to 22, preferably 10 to 16.

In yet another embodiment the GLP-1 agonist is Arg$^{34}$, Lys$^{26}$(N$^\epsilon$-(γ-Glu(N$^\alpha$-hexade-canoyl)))-GLP-1(7-37).

In yet another embodiment the GLP-1 agonist is selected from the group consisting of Gly$^8$-GLP-1(7-36)-amide, Gly$^8$-GLP-1(7-37), Val$^8$-GLP-1(7-36)-amide, Val$^8$-GLP-1(7-37), Val$^8$Asp$^{22}$-GLP-1(7-36)-amide, Val$^8$Asp$^{22}$-GLP-1(7-37), Val$^8$Glu$^{22}$-GLP-1(7-36)-amide, Val$^8$Glu$^{22}$-GLP-1(7-37), Val$^8$Lys$^{22}$-GLP-1(7-36)-amide, Val$^8$Lys$^{22}$-GLP-1(7-37), Val$^8$Arg$^{22}$-GLP-1(7-36)-amide, Val$^8$Arg$^{22}$-GLP-1(7-37),

US 8,114,833 B2

7

Val$^8$His$^{22}$-GLP-1(7-36)-amide;   Val$^8$His$^{22}$-GLP-1(7-37), analogues thereof and derivatives of any of these.

In yet another embodiment the GLP-1 agonist is selected from the group consisting of Arg$^{26}$-GLP-1(7-37); Arg$^{34}$-GLP-1(7-37); Lys$^{36}$-GLP-1(7-37); Arg$^{26,34}$Lys$^{36}$-GLP-1(7-37); Arg$^{26,34}$-GLP-1(7-37); Arg$^{26,34}$Lys$^{40}$-GLP-1(7-37); Arg$^{26}$Lys$^{36}$-GLP-1(7-37); Arg$^{34}$Lys$^{36}$-GLP-1(7-37); Val$^8$Arg$^{22}$-GLP-1(7-37); Met$^8$Arg$^{22}$-GLP-1(7-37); Gly$^8$His$^{22}$-GLP-1(7-37); Val$^8$His$^{22}$-GLP-1(7-37); Met$^8$His$^{22}$-GLP-1(7-37); His$^{37}$-GLP-1(7-37); Gly$^8$-GLP-1 (7-37); Val$^8$-GLP-1(7-37); Met$^8$-GLP-1(7-37); Gly$^8$Asp$^{22}$-GLP-1(7-37); Val$^8$Asp$^{22}$-GLP-1(7-37); Met$^8$Asp$^{22}$-GLP-1 (7-37); Gly$^8$Glu$^{22}$-GLP-1(7-37); Val$^8$Glu$^{22}$-GLP-1(7-37); Met$^8$Glu$^{22}$-GLP-1(7-37); Gly$^8$Lys$^{22}$-GLP-1(7-37); Val$^8$Lys$^{22}$-GLP-1(7-37); Met$^8$Lys$^{22}$-GLP-1(7-37); Gly$^8$Arg$^{22}$-GLP-1(7-37); Val$^8$Lys$^{22}$His$^{37}$-GLP-1(7-37); Gly$^8$Glu$^{22}$His$^{37}$-GLP-1(7-37); Met$^8$Glu$^{22}$His$^{37}$-GLP-1(7-37); Gly$^8$Lys$^{22}$ His$^{37}$-GLP-1 (7-37); Met$^8$Lys$^{22}$His$^{37}$-GLP-1(7-37); Gly$^8$Arg$^{22}$His$^{37}$-GLP-1(7-37); Val$^8$Arg$^{22}$His$^{37}$-GLP-1(7-37); Met$^8$Arg$^{22}$His$^{37}$-GLP-1(7-37); Gly$^8$His$^{22}$His$^{37}$-GLP-1(7-37); Val$^8$His$^{22}$His $^{37}$-GLP-1(7-37); Met$^8$His$^{22}$His $^{37}$-GLP-1(7-37); Val$^8$His$^{37}$-GLP-1(7-37); Met$^8$His$^{37}$-GLP-1(7-37); Gly$^8$Asp$^{22}$His$^{37}$-GLP-1(7-37); Val$^8$Asp$^{22}$His$^{37}$-GLP-1(7-37); Met$^8$Asp$^{22}$His$^{37}$-GLP-1(7-37); Arg$^{26}$-GLP-1(7-36)-amide; Arg$^{34}$-GLP-1(7-36)-amide; Lys$^{36}$-GLP-1(7-36)-amide; Arg$^{26,34}$Lys$^{36}$-GLP-1(7-36)-amide; Arg$^{26,34}$-GLP-1(7-36)-amide; Arg$^{26,34}$Lys$^{40}$-GLP-1 (7-36)-amide; Arg$^{26}$Lys$^{36}$-GLP-1(7-36)-amide; Arg$^{34}$Lys$^{36}$-GLP-1(7-36)-amide; Gly$^8$-GLP-1(7-36)-amide; Val$^8$-GLP-1 (7-36)-amide; Met$^8$-GLP-1(7-36)-amide; Gly$^8$Asp$^{22}$-GLP-1 (7-36)-amide; Gly$^8$Glu$^{22}$His$^{37}$-GLP-1(7-36)-amide; Val$^8$Asp$^{22}$-GLP-1(7-36)-amide; Met$^8$Asp$^{22}$-GLP-1(7-36)-amide; Gly$^8$Glu$^{22}$-GLP-1(7-36)-amide; Val$^8$Glu$^{22}$-GLP-1(7-36)-amide; Met$^8$Glu$^{22}$-GLP-1(7-36)-amide; Gly$^8$Lys$^{22}$-GLP-1(7-36)-amide; Val$^8$Lys$^{22}$-GLP-1(7-36)-amide; Met$^8$Lys$^{22}$-GLP-1(7-36)-amide; Gly$^8$His$^{22}$His$^{37}$-GLP-1(7-36)-amide; Gly$^8$Arg$^{22}$-GLP-1(7-36)-amide; Val$^8$Arg$^{22}$-GLP-1(7-36)-amide; Met$^8$Arg$^{22}$-GLP-1(7-36)-amide; Gly$^8$His$^{22}$-GLP-1(7-36)-amide; Val$^8$His$^{37}$-GLP-1(7-36)-amide; Met$^8$His$^{22}$-GLP-1(7-36)-amide; His$^{37}$-GLP-1(7-36)-amide; Met$^8$Arg$^{37}$-GLP-1(7-36)-amide; Gly$^8$His$^{37}$-GLP-1(7-36)-amide; Val$^8$His$^{37}$-GLP-1(7-36)-amide; Gly$^8$Asp$^{22}$ His$^{37}$-GLP-1(7-36)-amide; Val$^8$Asp$^{22}$His$^{37}$-GLP-1(7-36)-amide; Met$^8$Asp$^{22}$His$^{37}$-GLP-1(7-36)-amide; Val$^8$Glu$^{22}$His$^{37}$-GLP-1(7-36)-amide; Met$^8$Glu$^{22}$His$^{37}$-GLP-1(7-36)-amide; Gly$^8$Lys$^{22}$His$^{37}$-GLP-1(7-36)-amide; Val$^8$Lys$^{22}$His$^{37}$-GLP-1(7-36)-amide; Met$^8$Lys$^{22}$His$^{37}$-GLP-1(7-36)-amide; Gly$^8$Arg$^{22}$His$^{37}$-GLP-1(7-36)-amide; Val$^8$His$^{22}$His$^{37}$-GLP-1(7-36)-amide; Met$^8$His$^{22}$His$^{37}$-GLP-1(7-36)-amide;   and   derivatives thereof.

In yet another embodiment the GLP-1 agonist is selected from the group consisting of Val$^8$Trp$^{19}$Glu$^{22}$-GLP-1(7-37), Val$^8$Glu$^{22}$Val$^{25}$-GLP-1(7-37), Val$^8$Tyr$^{16}$Glu$^{22}$-GLP-1(7-37), Val$^8$Trp$^{16}$Glu$^{22}$-GLP-1(7-37),   Val$^8$Leu$^{16}$Glu$^{22}$-GLP-1(7-37), Val$^8$Tyr$^{18}$Glu$^{22}$-GLP-1(7-37), Val$^8$Glu$^{22}$ His$^{37}$-GLP-1 (7-37),   Val$^8$Glu$^{22}$Ile$^{33}$-GLP-1(7-37), Val$^8$Trp$^{16}$Glu$^{22}$Val$^{25}$Ile$^{33}$-GLP-1(7-37), Val$^8$Trp$^{16}$Glu$^{22}$Ile$^{33}$-GLP-1(7-37),   Val$^8$Glu$^{22}$Val$^{25}$Ile$^{33}$-GLP-1(7-37), Val$^8$Trp$^{16}$Glu$^{22}$Val$^{25}$-GLP-1(7-37), analogues thereof and derivatives of any of these.

In yet another embodiment the GLP-1 agonist is exendin-4 or exendin-3, an exendin-4 or exendin-3 analogue or a derivative of any of these.

8

Examples of exendins as well as analogues, derivatives, and fragments thereof to be included within the present invention are those disclosed in WO 97/46584, U.S. Pat. No. 5,424, 286 and WO 01/04156. U.S. Pat. No. 5,424,286 describes a method for stimulating insulin release with an exendin polypeptide. The exendin polypeptides disclosed include HGEGTFTSDLSKQMEEEAVRLFIEWLKNGGX; wherein        X=P    or    Y,    and HX1X2GTFITSDLSKQMEEEAVRLFIEWLKNGGPSSGAPPPS; wherein X1X2=SD (exendin-3) or GE (exendin-4)). WO 97/46584 describes truncated versions of exendin peptide(s). The disclosed peptides increase secretion and biosynthesis of insulin, but reduce those of glucagon. WO 01/04156 describes exendin-4 analogues and derivatives as well as the preparation of these molecules. Exendin-4 analogues stabilized by fusion to serum albumin or Fc portion of an Ig are disclosed in WO 02/46227.

In one embodiment, the exendin-4 analogue is HGEGT-FTSDLSKQMEEEAVRLFIEWLKNGGPSS-GAPPSKKKKKK-amide.

Where the peptide to be included in the formulation of the invention is a GLP-1 agonist, the GLP-1 agonist is present in a concentration from about 0.1 mg/ml to about 100 mg/ml, more preferably in a concentration from about 0.1 mg/ml to about 50 mg/ml, and most preferably in a concentration of from about 0.1 mg/ml to about 10 mg/ml.

In another embodiment, the peptide to be included in the formulation of the invention is insulin, where "insulin" is understood to mean human insulin, [where "human insulin" means insulin having the amino acid sequence shown in DSHW Nicol and L F Smith: *Nature*, (1960) 4736:483-485, which is hereby incorporated by reference], human insulin analogs, human insulin derivatives or mixtures thereof, where examples of insulin analogs and derivatives are those disclosed in EP 0 792 290 (Novo Nordisk A/S), EP 0 214 826 and EP 0 705 275 (Novo Nordisk A/S), U.S. Pat. No. 5,504,188 (Eli Lilly), EP 0 368 187 (Aventis), U.S. Pat. Nos. 5,750,497 and 6,011,007, EP 375437 and EP 383472 and where such insulins may include, but are not limited to, NPH insulin, Lys β29 (Nε-tetradecanoyl) des(B30) human insulin, Lys$^{B29}$-(Nε-(γ-glutamyl-Nε-lithocholyl) des(B30) human insulin, N$^{LB29}$-octanoyl insulin, 30/70 mixtures of prompt insulin zinc (SEMILENTE®) with extended insulin zinc (UL-TRALENTE®), sold commercially as LENTE®, insulin glargine (LANTUS®) or extended insulin zinc (UL-TRALENTE®), Lys$^{B28}$ Pro$^{B29}$ human insulin (HUMA-LOG®), Asp$^{B28}$ human insulin, insulin aspart (NOVO-LOG®), or a 30/70 mixture of insulin aspart and insulin aspart protamine (NOVOMIX®).

In one embodiment, the insulin is a derivative of human insulin or a human insulin analogue where the derivative contains at least one lysine residue and a lipophilic substituent is attached to the epsilon amino group of the lysine residue.

In one embodiment, the lysine residue to which the lipophilic substituent is attached is present at position B28 of the insulin peptide.

In an alternative embodiment, the lysine residue to which the lipophilic substituent is attached is present at position B29 of the insulin peptide.

In yet another embodiment, lipophilic substituent is an acyl group corresponding to a carboxylic acid having at least 6 carbon atoms.

In another preferred embodiment, the lipophilic substituent is an acyl group, branched or unbranched, which corresponds to a carboxylic acid having a chain of carbon atoms 8 to 24 atoms long.

US 8,114,833 B2

**9**

In another preferred embodiment, the lipophilic substituent is an acyl group corresponding to a fatty acid having at least 6 carbon atoms.

In another preferred embodiment, the lipophilic substituent is an acyl group corresponding to a linear, saturated carboxylic acid having from 6 to 24 carbon atoms.

In another preferred embodiment, the lipophilic substituent is an acyl group corresponding to a linear, saturated carboxylic acid having from 8 to 12 carbon atoms.

In another preferred embodiment, the lipophilic substituent is an acyl group corresponding to a linear, saturated carboxylic acid having from 10 to 16 carbon atoms.

In another preferred embodiment, the lipophilic substituent is an oligo oxyethylene group comprising up to 10, preferably up to 5, oxyethylene units.

In another preferred embodiment, the lipophilic substituent is an oligo oxypropylene group comprising up to 10, preferably up to 5, oxypropylene units.

In one preferred embodiment, the invention relates to a human insulin derivative in which the B30 amino acid residue is deleted or is any amino acid residue which can be coded for by the genetic code except Lys, Arg and Cys; the A21 and the B3 amino acid residues are, independently, any amino acid residues which can be coded for by the genetic code except Lys, Arg and Cys; Phe$^{B1}$ may be deleted; the □-amino group of Lys$^{B29}$ has a lipophilic substituent which comprises at least 6 carbon atoms; and 2-4 Zn$^{2+}$ ions may be bound to each insulin hexamer with the proviso that when B30 is Thr or Ala and A21 and B3 are both Asn, and Phe$^{B1}$ is not deleted, then 2-4 Zn$^{2+}$ ions are bound to each hexamer of the insulin derivative.

In another preferred embodiment, the invention relates to a human insulin derivative in which the B30 amino acid residue is deleted or is any amino acid residue which can be coded for by the genetic code except Lys, Arg and Cys; the A21 and the B3 amino acid residues are, independently, any amino acid residues which can be coded for by the genetic code except Lys, Arg and Cys, with the proviso that if the B30 amino acid residue is Ala or Thr, then at least one of the residues A21 and B3 is different from Asn; Phe$^{B1}$ may be deleted; and the □-amino group of Lys$^{B29}$ has a lipophilic substituent which comprises at least 6 carbon atoms.

In another preferred embodiment, the invention relates to a human insulin derivative in which the B30 amino acid residue is deleted or is any amino acid residue which can be coded for by the genetic code except Lys, Arg and Cys; the A21 and the B3 amino acid residues are, independently, any amino acid residues which can be coded for by the genetic code except Lys, Arg and Cys; Phe$^{B1}$ may be deleted; the □-amino group of Lys$^{B29}$ has a lipophilic substituent which comprises at least 6 carbon atoms; and 2-4 Zn$^{2+}$ ions are bound to each insulin hexamer.

Where the peptide to be included in the formulation of the invention is an insulin, the insulin is present in a concentration from about 0.5 mg/ml to about 20 mg/ml, more preferably in a concentration from about 1 mg/ml to about 15 mg/ml.

In another embodiment, the peptide to be included in the formulations of the invention is hGH or Met-hGH.

Where the peptide to be included in the formulation of the invention is hGH or Met-hGH, the hGH or Met-hGH is present in a concentration from about 0.5 mg/ml to about 50 mg/ml, more preferably in a concentration from about 1 mg/ml to about 10 mg/ml.

In yet another embodiment, the peptide to be included in the formulations of the invention is GLP-2 or an analogue or derivative thereof.

**10**

Where the peptide to be included in the formulation of the invention is GLP-2 or an analogue or derivative thereof, the GLP-2 or an analogue or derivative thereof is present in a concentration from about 1 mg/ml to about 100 mg/ml, more preferably in a concentration from about 1 mg/ml to about 10 mg/ml.

In yet a further embodiment, the peptide to be included in the formulations of the invention is Factor VII or Factor VIIa or an analogue or derivative thereof.

Where the peptide to be included in the formulation of the invention is Factor VII or Factor VIIa or an analogue or derivative thereof, the Factor VII or Factor VIIa or an analogue or derivative thereof is present in a concentration from about 0.1 mg/ml to about 10 mg/ml, more preferably in a concentration from about 0.5 mg/ml to about 5 mg/ml.

In one embodiment, the final concentration of propylene glycol in the formulations of the invention is from about 1 to about 50 mg/ml.

In another embodiment, the final concentration of propylene glycol in the formulations of the invention is from about 5 to about 25 mg/ml.

In yet another embodiment, the final concentration of propylene glycol in the formulations of the invention is from about 8 to about 16 mg/ml.

In yet a further embodiment, the final concentration of propylene glycol in the formulations of the invention is from about 13 to about 15 mg/ml.

In still another embodiment, the final concentration of propylene glycol in the formulations of the invention is from about 13.5 to about 14.5 mg/ml.

In another embodiment of the invention, the formulation has a pH in the range from about 7.0 to about 9.5 where the term "about" as used in connection with pH means + or −0.1 pH units from the stated number.

In a further embodiment of the invention, the formulation has a pH in the range from about 7.0 to about 8.0.

In yet a further embodiment of the invention, the formulation has a pH in the range from about 7.2 to about 8.0.

In a further embodiment of the invention, the formulation has a pH in the range from about 7.0 to about 8.3.

In yet a further embodiment of the invention, the formulation has a pH in the range from about 7.3 to about 8.3.

In a preferred embodiment of the invention, the formulations contain, in addition to a peptide and propylene glycol, a buffer and/or a preservative.

Where a buffer is to be included in the formulations of the invention, the buffer is selected from the group consisting of sodium acetate, sodium carbonate, citrate, glycylglycine, histidine, glycine, lysine, arginin, sodium dihydrogen phosphate, disodium hydrogen phosphate, sodium phosphate, and tris(hydroxymethyl)-aminomethan, or mixtures thereof. Each one of these specific buffers constitutes an alternative embodiment of the invention. In a preferred embodiment of the invention the buffer is glycylglycine, sodium dihydrogen phosphate, disodium hydrogen phosphate, sodium phosphate or mixtures thereof.

Where a pharmaceutically acceptable preservative is to be included in the formulations of the invention, the preservative is selected from the group consisting of phenol, m-cresol, methyl p-hydroxybenzoate, propyl p-hydroxybenzoate, 2-phenoxyethanol, butyl p-hydroxybenzoate, 2-phenylethanol, benzyl alcohol, chlorobutanol, and thiomerosal, or mixtures thereof. Each one of these specific preservatives constitutes an alternative embodiment of the invention. In a preferred embodiment of the invention the preservative is phenol or m-cresol.

11

In a further embodiment of the invention the preservative is present in a concentration from about 0.1 mg/ml to about 50 mg/ml, more preferably in a concentration from about 0.1 mg/ml to about 25 mg/ml, and most preferably in a concentration from about 0.1 mg/ml to about 10 mg/ml

The use of a preservative in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19*th* edition, 1995.

In a further embodiment of the invention the formulation may further comprise a chelating agent where the chelating agent may be selected from salts of ethlenediaminetetraacetic acid (EDTA), citric acid, and aspartic acid, and mixtures thereof. Each one of these specific chelating agents constitutes an alternative embodiment of the invention.

In a further embodiment of the invention the chelating agent is present in a concentration from 0.1 mg/ml to 5 mg/ml. In a further embodiment of the invention the chelating agent is present in a concentration from 0.1 mg/ml to 2 mg/ml. In a further embodiment of the invention the chelating agent is present in a concentration from 2 mg/ml to 5 mg/ml.

The use of a chelating agent in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19*th* edition, 1995.

In a further embodiment of the invention the formulation may further comprise a stabilizer selected from the group of high molecular weight polymers or low molecular compounds where such stabilizers include, but are not limited to, polyethylene glycol (e.g. PEG 3350), polyvinylalcohol (PVA), polyvinylpyrrolidone, carboxymethylcellulose, different salts (e.g. sodium chloride), L-glycine, L-histidine, imidazole, arginine, lysine, isoleucine, aspartic acid, tryptophan, threonine and mixtures thereof. Each one of these specific stabilizers constitutes an alternative embodiment of the invention. In a preferred embodiment of the invention the stabilizer is selected from the group consisting of L-histidine, imidazole and arginine.

In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 0.1 mg/ml to 50 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 0.1 mg/ml to 5 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 5 mg/ml to 10 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 0 mg/ml to 20 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 20 mg/ml to 30 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 30 mg/ml to 50 mg/ml.

In a further embodiment of the invention the low molecular weight compound is present in a concentration from 0.1 mg/ml to 50 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 0.1 mg/ml to 5 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 5 mg/ml to 10 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 10 mg/ml to 20 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 20 mg/ml to 30 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 30 mg/ml to 50 mg/ml.

12

The use of a stabilizer in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19*th* edition, 1995.

In a further embodiment of the invention the formulation of the invention may further comprise a surfactant where a surfactant may be selected from a detergent, ethoxylated castor oil, polyglycolyzed glycerides, acetylated monoglycerides, sorbitan fatty acid esters, poloxamers, such as 188 and 407, polyoxyethylene sorbitan fatty acid esters, polyoxyethylene derivatives such as alkylated and alkoxylated derivatives (tweens, e.g. Tween-20, or Tween-80), monoglycerides or ethoxylated derivatives thereof, diglycerides or polyoxyethylene derivatives thereof, glycerol, cholic acid or derivatives thereof, lecithins, alcohols and phospholipids, glycerophospholipids (lecithins, kephalins, phosphatidyl serine), glyceroglycolipids (galactopyransoide), sphingophospholipids (sphingomyelin), and sphingoglycolipids (ceramides, gangliosides), DSS (docusate sodium, docusate calcium, docusate potassium, SDS (sodium dodecyl sulfate or sodium lauryl sulfate), dipalmitoyl phosphatidic acid, sodium caprylate, bile acids and salts thereof and glycine or taurine conjugates, ursodeoxycholic acid, sodium cholate, sodium deoxycholate, sodium taurocholate, sodium glycocholate, N-Hexadecyl-N,N-dimethyl-3-ammonio-1-propane-sulfonate, anionic (alkyl-aryl-sulphonates) monovalent surfactants, palmitoyl lysophosphatidyl-L-serine, lysophospholipids (e.g. 1-acyl-sn-glycero-3-phosphate esters of ethanolamine, choline, serine or threonine), alkyl, alkoxyl (alkyl ester), alkoxy (alkyl ether)-derivatives of lysophosphatidyl and phosphatidylcholines, e.g. lauroyl and myristoyl derivatives of lysophosphatidylcholine, dipalmitoylphosphatidylcholine, and modifications of the polar head group, that is cholines, ethanolamines, phosphatidic acid, serines, threonines, glycerol, inositol, and the postively charged DODAC, DOTMA, DCP, BISHOP, lysophosphatidylserine and lysophosphatidylthreonine, zwitterionic surfactants (e.g. N-alkyl-N,N-dimethylammonio-1-propanesulfonates, 3-cholamido-1-propyldimethylammonio-1-propane-sulfonate, dodecylphosphocholine, myristoyl lysophosphatidylcholine, hen egg lysolecithin), cationic surfactants (quarternary ammonium bases) (e.g. cetyl-trimethylammonium bromide, cetylpyridinium chloride), non-ionic surfactants, polyethyleneoxide/polypropyleneoxide block copolymers (Pluronics/Tetronics, Triton X-100, Dodecyl β-D-glucopyranoside) or polymeric surfactants (Tween-40, Tween-80, Brij-35), fusidic acid derivatives— (e.g. sodium tauro-dihydrofusidate etc.), long-chain fatty acids and salts thereof C6-C12 (e.g. oleic acid and caprylic acid), acylcarnitines and derivatives, N$^α$-acylated derivatives of lysine, arginine or histidine, or side-chain acylated derivatives of lysine or arginine, N$^α$-acylated derivatives of dipeptides comprising any combination of lysine, arginine or histidine and a neutral or acidic amino acid, N$^α$-acylated derivative of a tripeptide comprising any combination of a neutral amino acid and two charged amino acids, or the surfactant may be selected from the group of imidazoline derivatives, or mixtures thereof. Each one of these specific surfactants constitutes an alternative embodiment of the invention.

The use of a surfactant in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19*th* edition, 1995.

The formulations of the invention may be prepared by conventional techniques, e.g. as described in Remington's *Pharmaceutical Sciences,* 1985 or in Remington: *The Science and Practice of Pharmacy,* 19*th* edition, 1995, where

US 8,114,833 B2

13

such conventional techniques of the pharmaceutical industry involve dissolving and mixing the ingredients as appropriate to give the desired end product.

As mentioned above, in a preferred embodiment, the formulations of the invention-contain, in addition to a peptide and propylene glycol, a buffer and/or a preservative.

In one embodiment, the method for preparing such a peptide formulation comprises:

a) preparing a first solution by dissolving preservative, propylene glycol and buffer in water;

b) preparing a second solution by dissolving the peptide in water;

c) mixing the first and second solutions; and

d) adjusting the pH of the mixture in c) to the desired pH.

In another embodiment, the method for preparing such a peptide formulation comprises:

a) preparing a first solution by dissolving preservative and buffer in water;

b) adding propylene glycol to the first solution;

c) mixing the first solution with a second solution containing peptide dissolved in water; and

d) adjusting the pH of the mixture in c) to the desired pH.

In yet another embodiment, the method for preparing a peptide formulation comprises:

a) preparing a solution by dissolving preservative, buffer and propylene glycol in water;

b) adding the peptide to the solution of step a); and

c) adjusting the pH of the solution of step b) to the desired pH.

As the formulations of the invention are optimal for production and for use in injection devices since they exhibit reduced deposits of production equipment and reduced clogging of injection devices, the above methods of production can be used to produce peptide formulations suitable for use in production and/or for use in injection devices.

The formulations of the invention are suitable for administration to a mammal, preferably a human. The route of administration of the formulations of the invention may be any route which effectively transports the peptide contained in the formulation to the appropriate or desired site of action, such as oral, nasal, buccal, pulmonal, transdermal or parenteral.

Due to the ability of propylene glycol to reduce clogging of injection devices when compared to other isotonic agents and to mannitol in particular, in a preferred embodiment, the formulations of the invention are to be administered parenterally to a patient in need thereof. Parenteral administration may be performed by subcutaneous, intramuscular or intravenous injection by means of a syringe, optionally a pen-like syringe. Alternatively, parenteral administration can be performed by means of an infusion pump.

A further option is a composition which may be a powder or a liquid for the administration of the formulation in the form of a nasal or pulmonal spray. As a still further option, the formulation can also be administered transdermally, e.g. from a patch, optionally a iontophoretic patch, or transmucosally, e.g. bucally. The above-mentioned possible ways to administer the formulations of the invention are not to be considered as limiting the scope of the invention.

Of course, it is understood that depending on the peptide or peptides included in the formulations of the invention, the formulations may be used in methods of treatment of diseases or conditions for which use of the peptide is indicated. One skilled in the art would understand that when used in such methods of treatment, the formulations would have to be administered in amount effective to treat the condition or disease for which the peptide was being administered where

14

an "effective amount" or an "amount . . . effective" is understood to mean a dosage which is sufficient in order for the treatment of the patient with the disease or condition to be treated to be effective compared to treatment without the administered dosage. It is to be understood that "an effective amount" is the effective dose to be determined by a qualified practitioner, who may titrate dosages to achieve the desired response. Factors for consideration of dose will include potency, bioavailability, desired pharmacokinetic/pharmacodynamic profiles, the condition or disease to be treated (e.g. diabetes, obesity, weight loss, gastric ulcers), patient-related factors (e.g. weight, health, age, etc.), presence of co-administered medications (e.g. insulin), time of administration, or other factors known to a medical practitioner.

The present invention also relates to a method for reducing deposits on production equipment during production of a peptide formulation, where the method comprises replacing the isotonicity agent previously utilized in said formulation with propylene glycol at a concentration of between 1-100 mg/ml.

In one embodiment, the reduction in deposits on the production equipment during production by the propylene glycol-containing formulation relative to that observed for the formulation containing the previously utilized isotonicity agent is measured by a simulated filling experiment as described in the Examples.

In another embodiment, the isotonicity agent to be replaced by propylene glycol is selected from the group consisting of sorbitol, sucrose, glycine, mannitol, lactose monohydrate, arginin, myo-inositol and dimethylsulfon.

In a further embodiment, the isotonicity agent previously utilized in said formulation is replaced with propylene glycol in a concentration of from about 1 to about 50 mg/ml.

In another embodiment, the isotonicity agent previously utilized in said formulation is replaced with propylene glycol in a concentration of from about 5 to about 25 mg/ml.

In yet another embodiment, the isotonicity agent previously utilized in said formulation is replaced with propylene glycol in a concentration of from about 8 to about 16 mg/ml.

In another embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from about 7.0 to about 9.5.

In a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from about 7.0 to about 8.0.

In yet a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from 7.2 to about 8.0.

In a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from about 7.0 to about 8.3.

In a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from 7.3 to about 8.3.

The present invention also relates to a method for reducing deposits in the final product during production of a peptide formulation, where the method comprises replacing the isotonicity agent previously utilized in said formulation with propylene glycol at a concentration of between 1-100 mg/ml.

In one embodiment, the reduction in deposits in the final product is measured by a reduction in the number of vials and/or cartridges of the propylene glycol-containing formulation that must be discarded due to deposits relative to number of vials and/or cartridges of the formulation containing the previously utilized isotonicity agent that must be discarded due to deposits.

US 8,114,833 B2

15

In another embodiment, the isotonicity agent to be replaced by propylene glycol is selected from the group consisting of sorbitol, sucrose, glycine, mannitol, lactose monohydrate, arginin, myo-inositol and dimethylsulfon.

In a further embodiment, the isotonicity agent previously utilized in said formulation is replaced with propylene glycol in a concentration of from about 1 to about 50 mg/ml.

In another embodiment, the isotonicity agent previously utilized in said formulation is replaced with propylene glycol in a concentration of from about 5 to about 25 mg/ml.

In yet another embodiment, the isotonicity agent previously utilized in said formulation is replaced with propylene glycol in a concentration of from about 8 to about 16 mg/ml.

In another embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from about 7.0 to about 9.5.

In a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from about 7.0 to about 8.0.

In yet a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from 7.2 to about 8.0.

In a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from about 7.0 to about 8.3.

In a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from 7.3 to about 8.3.

The present invention further relates to a method for reducing the clogging of injection devices by a peptide formulation, where the method comprises replacing the isotonicity agent previously utilized in said formulation with propylene glycol at a concentration of between 1-100 mg/ml.

In one embodiment, the reduction in clogging of the injection device by the propylene glycol-containing formulation relative to that observed for the formulation containing the previously utilized isotonicity agent is measured in a simulated in use study as described in the Examples.

In another embodiment, the isotonicity agent to be replaced by propylene glycol is selected from the group consisting of inositol, maltose, glycine, lactose and mannitol.

In a further embodiment, the isotonicity agent previously utilized in said formulation is replaced with propylene glycol in a concentration of from about 1 to about 50 mg/ml.

In another embodiment, the isotonicity agent previously utilized in said formulation is replaced with propylene glycol in a concentration of from about 5 to about 25 mg/ml.

In yet another embodiment, the isotonicity agent previously utilized in said formulation is replaced with propylene glycol in a concentration of from about 8 to about 16 mg/ml.

In another embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from about 7.0 to about 9.5.

In a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from about 7.0 to about 8.0.

In yet a further embodiment of the invention, the propylene glycol-containing formulation has a pH in the range from 7.2 to about 8.0.

All scientific publications and patents cited herein are specifically incorporated by reference. The following examples illustrate various aspects of the invention but are in no way intended to limit the scope thereof.

## EXAMPLES

### Example 1

As laboratory experiments have shown that with regards to clogging of needles and deposits on needles, formulations

16

without peptide ("placebo") give the same conclusions as formulations with peptide at 0.3-5.0 mg/ml, the screening studies in Example 1 have been done using placebo except where indicated otherwise.

Preparation of Formulations with Different Isotonic Agents

Preservative (5.5 mg/ml phenol) and buffer 1.24 mg/ml disodium hydrogen phosphate, dihydrate) were dissolved in water and the isotonic agent was added while stirring. pH was adjusted to pH 7.9 using Sodium Hydroxide and/or Hydrochloric acid. Finally, the formulation was filtered through a 0.22 μm filter. The isotonic agents tested in each formulation and their concentrations are shown in Table 1.

TABLE 1

| Composition of the tested formulations | |
|---|---|
| Formulation no. | Tonicity modifier |
| 1 | Glucose monohydrate (38.0 mg/ml) |
| 2 | Laktose monohydrate (65.0 mg/ml) |
| 3 | Maltose (67.2 mg/ml) |
| 4 | Glycine (15.1 mg/ml) |
| 5 | Polyethylenglycol 400 (77.5 mg/ml) |
| 6 | L-arginin (24.6 mg/ml) |
| 7 | Myo-Inositol (35.2 mg/ml) |
| 8 | Propylene glycol (13.7 mg/ml) |
| 9 | Dimethylsulfon (18 mg/ml) |
| 10 | Mannitol (35.9 mg/ml) |
| 11 | Sorbitol (39.5 mg/ml) |
| 12 | Xylitol (39.5 mg/ml) |
| 13 | Sucrose (79.1 mg/ml) |
| 14 | Glycerol (16 mg/ml) |

Osmolarity

The osmolarity of the different placebo formulations was determined and the results are shown in Table 2.

An isotonic solution has an osmolarity of around 0.286 osmol/L. As can be seen from Table 2 three of the formulations (PEG 400, sucrose and xylitol) are more than 20% from being isotonic (0.229-0.343 osmol/l), however for these kind of experiments the osmolarity is not expected to influence the results, though, the tonicity of the formulations should be adjusted in future experiments.

TABLE 2

| The measured osmolarity of the formulations | | |
|---|---|---|
| Formulation no. | Isotonic agent | Osmolarity |
| 1 | Glucose monohydrate (38.0 mg/ml) | 0.315 |
| 2 | Laktose monohydrate (65.0 mg/ml) | 0.283 |
| 3 | Maltose (67.2 mg/ml) | 0.306 |
| 4 | Glycine (15.1 mg/ml) | 0.286 |
| 5 | Polyethylenglykol 400 (77.5 mg/ml) | 0.370 |
| 6 | L-arginin(24.6 mg/ml) | 0.318 |
| 7 | Myo-Inositol (35.2 mg/ml) | 0.285 |
| 8 | Propylene glycol (13.7 mg/ml) | 0.268 |
| 9 | Dimethylsulfon (18 mg/ml) | 0.274 |
| 10 | Mannitol (35.9 mg/ml) | 0.284 |
| 11 | Sorbitol (39.5 mg/ml) | 0.310 |
| 12 | Xylitol (39.5 mg/ml) | 0.351 |
| 13 | Sucrose (79.1 mg/ml) | 0.346 |
| 14 | Glycerol (16 mg/ml) | 0.262 |

Drop Test

A droplet of each formulation is placed on a microscope slide and let to dry. The deposit is visually examined by eye and light microscope.

A photograph of the dried droplets of some of the formulations is shown in FIG. 1. In this figure it is clearly observed that mannitol cause deposits on the microscope slide when let

US 8,114,833 B2

17

to dry. No deposits were observed for sorbitol, xylitol, sucrose and glycerol. The droplet on the far right (Form 1) contains mannitol and Arg$^{34}$, Lys$^{26}$(N$^\epsilon$-(γ-Glu(N$^\alpha$-hexade-canoyl)))-GLP-1(7-37).

In FIG. 2 the candidates causing the most deposits on the microscope slide are shown. For comparison glycerol, which does not cause deposits, is shown (mannitol, arginine, inositol).

Clogging Test

In this test 10 NOVOPENS® 1.5 ml mounted with NOVOFINE 30® G (G 30 needle) were tested for each formulation, 5 of them placed in upright and 5 in horizontal position. The Pensystems were stored at room temperature in between testing. Each day the needle was examined for deposits and an air shot was performed prior to injection into a tissue. Degree of resistance and clogging, if any, was noted. Injections were made on a daily basis with the same needle, and this was done for 9 working days for all the formulations.

The results from the clogging test are shown in Table 3.

TABLE 3

| Isotonic agent (no. of observations) | Some resistance | Resistance | Much resistance | Clogged | Drop at top of needle | Dried drop at needle top | Gel-like drop on needle | Deposits on needle |
|---|---|---|---|---|---|---|---|---|
| | | | Clogging test in NovoPen 1.5 using 30G NovoFine | | | | | |
| Mannitol (90) | 10 | 0 | 0 | 0 | 0 | 2 | 0 | 43 |
| Glycerol (90) | 13 | 0 | 0 | 0 | 1 | 0 | 3 | 0 |
| Sucrose (90) | 23 | 0 | 0 | 0 | 0 | 0 | 21 | 0 |
| Propylene glycol (90) | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PEG 400 (90) | 25 | 1 | 0 | 0 | 12 (5 at needle) | 0 | 0 | 0 |
| arginin (90) | 26 | 2 | 0 | 0 | 3 (2 at needle) | 1 | 0 | 0 |
| Xylitol (90) | 14 | 0 | 0 | 0 | 5 | 0 | 0 | 0 |
| Dimethyls ulfon (90) | 21 | 0 | 0 | 0 | 4 | 0 | 0 | 0 |
| sorbitol (90) | 12 | 0 | 0 | 0 | 9 | 1 | 0 | 1 |
| Myo-inositol (90) | 20 | 1 | 2 | 6 | 6 | 0 | 0 | 47 |
| Glucose (90) | 32 | 11 | 5 | 0 | 16 (7 at needle) | 1 | 0 | (1 at needle) |
| glycine (90) | 41 | 9 | 2 | 0 | 1 (2 at needle) | 0 | 0 | 31 (2 at needle) |
| maltose (90) | 35 | 8 | 7 | 4 | 16 (6 at needle) | 0 | 0 | 1 (5 at needle) |
| laktose (90) | 44 | 10 | 8 | 0 | 5 | 0 | 0 | 31 (2 at needle) |

In Table 3 and in FIG. 3 it was observed that inositol and maltose clogged the needle. For comparison glycerol which does not clog the needle is shown in FIG. 3. In FIG. 4, and in Table 3, it was observed that formulations containing glycine, lactose and mannitol gave rise to a lot of deposits on the needle. For glycine, the deposits were a droplet deposited down the needle, whereas for lactose and mannitol the deposits occurred at the top of the needle.

Simulated Filling

1 L of each formulation was subjected to a simulated filling experiment which lasted for 24 hours. After 24 hours the filling equipment was inspected for the presence of deposits.

Based on the results from the simulated filling studies (data not shown), the placebo formulations can be divided into

18

three categories. 1. Those isotonic agents that do not cause deposits on the filling equipment: Xylitol, glycerol, glucose monohydrate, maltose, PEG 400 and propylene glycol. 2. Those isotonic agent that cause few deposits and have superior filling properties compared to mannitol: Sorbitol, sucrose and glycine. 3. Those isotonic agent that are comparable or worse than mannitol: Mannitol, lactose monohydrate, arginin, myo-inositol and dimethylsulfon.

Conclusion

In the simulated filling experiment xylitol, glycerol, glucose, maltose, PEG 400, propylene glycol, sorbitol, sucrose and glycine were found to be suitable replacements candidates for mannitol. However, as glucose is a reducing saccharide, and therefore is able to initiate unwanted degradation in the formulation, this tonicity modifier is ruled out. Furthermore, maltose is ruled out due to clogging of needles. This leads to the following candidates: glycerol, xylitol, sorbitol, sucrose, glycine, propylene glycol and PEG 400, which are found to have suitable properties as replacements candidates for mannitol in peptide formulations with regards to drop test, clogging of needles and simulated filling.

However, on the basis of the following considerations, propylene glycol was chosen as the isotonic agent over the other candidates to be further investigated in head to head comparison studies with mannitol:

  a. propylene glycol was observed to have no influence on the physical and chemical stability of Arg$^{34}$, Lys$^{26}$(N$^\epsilon$-(γ-Glu(N$^\alpha$-hexadecanoyl)))-GLP-1(7-37)-containing formulations;

  b. propylene glycol was observed to have no influence on antimicrobial preservative testing; and

  c. use of propylene glycol would no require that further toxicity studies be tested

US 8,114,833 B2

**19**

### Example 2

Comparison of Mannitol and Propylene Glycol-Containing Placebo Formulations in Simulated Filling Studies and Simulated Use Studies

Preparation of Formulations

Preservative and buffer were dissolved in water and the isotonic agent was added while stirring. pH was adjusted to the aimed pH using Sodium Hydroxide and/or Hydrochloric acid. Finally, the formulation was filtered through a 0.22 μm filter. The compositions of the formulations were as follows:

Disodium hydrogen phosphate, dihydrate: 1.42 mg/ml
Phenol: 5.5 mg/ml
Propylene glycol or mannitol: 13.7 or 35.9 mg/ml
Water for injection: up to 1.0 ml.
pH: 7.90

Simulated Filling Study

A simulated filling study lasting 24 hours was performed as described in Example 1 and after 24 hours, the filling equipment was inspected for the presence of deposits. No deposits were observed on the filling equipment for the propylene glycol formulation. By comparison, after 24 hours, a lot of deposits were observed on the filling equipment for the mannitol formulation (see FIG. **6**).

Simulated in Use Study

For the simulated in use study, a clogging test was conducted as described in Example 1. The same needle was used during the study period of ten working days and each day, the needle was inspected for the presence of deposits. FIG. **7** shows photographs of needles dosed with the propylene glycol (top panel) or mannitol (bottom panel) containing formulations. Deposits on the needle were observed in 48% of the cases when mannitol was used as an isotonic agent whereas no deposits were observed when propylene glycol was used as the isotonic agent.

### Example 3

Comparison of Propylene Glycol to Mannitol in $Arg^{34}$, $Lys^{26}$ $(N^\epsilon-(\gamma-Glu(N^\alpha-hexadecanoyl)))-GLP-1(7-37)$ Containing Formulations

Preparation of Formulations

Preservative, isotonic agent (mannitol or propylene glycol) and buffer were dissolved in water and pH was adjusted to the desired pH. $Arg^{34}$, $Lys^{26}(N^\epsilon-(\gamma-Glu(N^\alpha-hexadecanoyl)))-$GLP-1(7-37) was dissolved in water while stirring slowly. The two solutions were then mixed and pH adjusted to the desired pH using sodium hydroxide and/or hydrochloric acid. Finally, the formulation was filtered through a 0.22 μm filter. The compositions of the formulations were as follows:

$Arg^{34}$, $Lys^{26}(N^\epsilon-(\gamma-Glu(N^\alpha-hexadecanoyl)))-GLP-1(7-37)$ (6.25 mg/ml),
Disodium hydrogen phosphate, dihydrate (1.42 mg/ml),
Phenol (5.5 mg/ml),
mannitol or propylene glycol (35.9 or 14.0 mg/ml),
Water for Injection (up to 1.0 ml),
pH: 8.15

Simulated in Use Study

For the simulated in use study, a clogging test was conducted as described in Example 1 except that a G31 needle was used. The same G31 needle was used during the study period of ten working days and each day, the needle was inspected for the presence of deposits. FIG. **7** shows photographs of needles with no deposits when dosed with the propylene glycol (bottom panel) or showing deposits when dosed with the mannitol (top panel) containing formulations.

**20**

For the mannitol containing formulation, clogging of the needle was observed in 1 out of 10 cases on day 4, 2 out of 10 cases on day 5, 3 out of 10 cases on day 8 and 4 out of 10 cases on day 9. By comparison, no clogging of needles was observed for the propylene glycol containing formulation.

It is believed that similar results to those obtained with the above-described propylene glycol-containing formulation would also be obtained if the pH was adjusted to 7.40, 7.70 or 7.90. In addition, additional formulations which could be tested include those having the following compositions:

Buffering agents: glycylglycine (1.32 mg/ml), L-Histidine (1.55 mg/ml), Hepes (2.38 mg/ml), or bicine (1.63 mg/ml)
Preservatives: phenol (5.0 or 5.5 mg/ml), benzylalcohol (18 mg/ml) or a mixture of m-cresol and phenol (2.5/2.0 mg/ml)
Propylene glycol: 14.0 or 14.3 mg.ml
Water for injection: up to 1.0 ml
pH: 7.40, 7.70, 7.90 or 8.15

### Example 4

Influence of Peptide Concentration on Clogging of Needles
$Arg^{34}$, $Lys^{26}(N^\epsilon-(\gamma-Glu(N^\alpha-hexadecanoyl)))-GLP-1(7-37)$ formulations were prepared as described in Example 3 using peptide concentrations ranging from 0-5 mg/ml of $Arg^{34}$, $Lys^{26}(N^\epsilon-(\gamma-Glu(N^\alpha-hexadecanoyl)))-GLP-1(7-37)$. The compositions of the formulations were as follows:

Liraglutide: 0, 0.3, 3 and 5 mg/ml
Disodium hydrogen phosphate, dihydrate: 0.71 mg/ml
Sodium dihydrogenphosphate, dihydrate: 0.62 mg/ml
Mannitol: 36.9 mg/ml
Phenol: 5.0 mg/ml
Water for injection: up to 1.0 ml
pH 7.40

A simulated in use study was conducted as in Example 3 except that a G30 needle was used and the results (data not shown) indicated that the clogging effect of the mannitol-containing formulations relative to the absence of clogging with the propylene glycol formulations was observed independent of the peptide concentration.

### Example 5

Clogging of Needles in Lys β29 (Nε-tetradecanoyl) des(B30) Human Insulin and NovoMix 30 Formulations Containing Mannitol

Preparation Of Formulations

The Lys β29 (Nε-tetradecanoyl) des(B30) human insulin-containing formulation was prepared as follows:

a) Prepared a first solution by dissolving buffer, sodium chloride, preservatives (phenol and m-cresol) and mannitol in water

b) Prepared a second solution of Lys β29 (Nε-tetradecanoyl) des(B30) human insulin and zinc acetate dissolved in water

c) added the peptide-containing solution of step b) to the solution of step a); and

d) adjusted the pH of the solution to the desired pH

The composition of Lys β29 (Nε-tetradecanoyl) des(B30) human insulin-containing formulation prepared in the above manner was as follows:

Lys β29 (Nε-tetradecanoyl) des(B30) human insulin (2400 nmol), Phenol (1.80 mg/ml), m-cresol (2.06 mg/ml), Mannitol (30.0 mg/ml), disodiumphosphate, dihydrate (0.890 mg/ml), Sodium chloride (1.17 mg/ml), Zinc acetate (65.4 ug/ml), water for injection (up to 1.0 ml), pH: 7.4

US 8,114,833 B2

21

The NOVOMIX® 30-containing formulation was prepared as follows:
a) Prepared a solution by dissolving buffer, sodium chloride, phenol, mannitol and sodium hydroxide in water
b) Prepared a solution of sodium chloride, phenol and mannitol in water
c) Prepared a solution of protamine sulphate in water
d) Prepared a solution of insulin, hydrochloric acid and zinc in water
e) Solutions b), c) and d) were mixed
f) Solution e) was added to the solution of step a)
g) Adjusted the pH of the solution to the desired pH and crystallized at room temperature
h) Prepared a solution by dissolving m-cresol, phenol and mannitol in water
i) Solution h) is added to the crystalline fraction of step g); and
j) Adjusted the pH to the desired pH

The composition of the NOVOMIX® 30-containing formulation prepared in the above manner was as follows:

Insulin aspart (100 units/ml), protamine sulphate (approx. 0.33 mg/ml), phenol (1.50 mg/ml), m-cresol (1.72 mg/ml),

22

Example 6

Testing of Lys β29 (Nε-tetradecanoyl) des(B30) human insulin and NOVOMIX® 30 formulations containing propylene glycol

The preparation and composition of the Lys β29 (Nε-tetradecanoyl) des(B30) human insulin and NOVOMIX® 30 formulations will be as described in Example 5 except that mannitol will be replaced with a concentration of propylene glycol that assures tonicity. A simulated in use test will then be conducted as described in Example 5.

Based on the fact that the clogging effect of Lys β29 (Nε-tetradecanoyl) des(B30) human insulin and NOVOMIX® 30 mannitol-containing formulations was similar to that observed with $Arg^{34}$, $Lys^{26}(N^{\epsilon}\text{-}(\gamma\text{-Glu}(N^{\alpha}\text{-hexadecanoyl})))\text{-}$GLP-1(7-37) mannitol-containing formulations, it is believed that the effect of propylene glycol on the clogging effect of Lys β29 (Nε-tetradecanoyl) des(B30) human insulin and NovoMix 30-containing formulations will be similar to that observed with $Arg^{34}$, $Lys^{26}(N^{\epsilon}\text{-}(\gamma\text{-Glu}(N^{\alpha}\text{-hexade-canoyl})))\text{-}$GLP-1(7-37)-containing formulations.

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS: 1

<210> SEQ ID NO 1
<211> LENGTH: 44
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (44)..(44)
<223> OTHER INFORMATION: Lysine at position 44 is amidated

<400> SEQUENCE: 1

His Gly Glu Gly Thr Phe Thr Ser Asp Leu Ser Lys Gln Met Glu Glu
1               5                   10                  15

Glu Ala Val Arg Leu Phe Ile Glu Trp Leu Lys Asn Gly Gly Pro Ser
            20                  25                  30

Ser Gly Ala Pro Pro Ser Lys Lys Lys Lys Lys Lys
        35                  40
```

mannitol (30.0 mg/ml), disodiumphosphate dihydrate (1.25 mg/ml), sodium chloride (0.58 mg/ml), zinc (19.6 ug/ml), water for injection (up to 1.0 ml), pH: 7.3.

Results

A simulated in use study was conducted as described in Example 3 using G31 needles where 20 needles were investigated for 10 days. The results were as follows: Clogging of needles was observed for Lys β29 (Nε-tetradecanoyl) des (B30) human insulin on day 2 (5%), day 3 (70%) and on day 4 (100%). Clogging of needles for NovoMix 30 was observed on day 3 (5%), day 4 (10%), day 5 (35%), day 6 (40%), day 8 (50%), day 9 (55%) and day 10 (80%). Thus, the effect of mannitol on the clogging of needles is independent of the type of peptide included in the formulations since a comparable clogging effect was observed with $Arg^{34}$, $Lys^{26}(\gamma$-Glu (N$^{\alpha}$-hexadecanoyl)))-GLP-1(7-37), Lys β29 (Nε-tetradecanoyl) des(B30) human insulin and NovoMix 30.

The invention claimed is:

**1**. A pharmaceutical formulation comprising at least one GLP-1 agonist, a disodium phosphate dihydrate buffer and propylene glycol, wherein said propylene glycol is present in said formulation in a final concentration of from about 1 mg/ml to about 100 mg/ml and wherein said formulation has a pH of from about 7.0 to about 10.0.

**2**. The formulation according to claim **1**, wherein the concentration of propylene glycol is from about 1 mg/ml to about 50 mg/ml.

**3**. The formulation according to claim **1**, wherein the concentration of propylene glycol is from about 5 mg/ml to about 25 mg/ml.

**4**. The formulation according to claim **1**, wherein the concentration of propylene glycol is from about 8 mg/ml to about 16 mg/ml.

**5**. The formulation according to claim **1**, wherein the pH of said formulation is about 7.0 to about 9.5.

**6**. The formulation according to claim **1**, wherein the pH of said formulation is about 7.0 to about 8.3.

US 8,114,833 B2

23

**7**. The formulation according to claim **1**, wherein the pH of said formulation is about 7.3 to about 8.3.

**8**. The formulation according to claim **1**, further comprising a preservative.

**9**. The formulation according to claim **8**, wherein said preservative is present in a concentration from 0.1 mg/ml to 20 mg/ml.

**10**. The formulation according to claim **1**, wherein said GLP-1 agonist is selected from the group consisting of GLP-1(7-36)-amide, GLP-1(7-37), a GLP-1(7-36)-amide analogue, a GLP-1(7-37) analogue, or a derivative of any of these.

**11**. The formulation according to claim **10**, wherein said GLP-1 agonist is a derivative of GLP-1(7-36) or GLP-1(7-37) or a GLP-1(7-36)-amide analogue or a GLP-1(7-37) analogue, where said derivative has a lysine residue and a lipophilic substituent attached with or without a spacer to the epsilon amino group of said lysine.

**12**. The formulation according to claim **11**, wherein said lipophilic substituent has from 8 to 40 carbon atoms.

**13**. The formulation according to claim **12**, wherein said spacer is an amino acid.

**14**. The formulation according to claim **13**, wherein said GLP-1 agonist is $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37).

**15**. The formulation according to claim **1**, wherein said GLP-1 agonist is selected from the group consisting of $Gly^8$-GLP-1(7-36)-amide, $Gly^8$-GLP-1(7-37), $Val^8$-GLP-1(7-36) amide, $Val^8$-GLP-1(7-37), $Val^8Asp^{22}$-GLP-1(7-36)-amide, $Val^8Asp^{22}$-GLP-1(7-37), $Val^8Glu^{22}$-GLP-1(7-36) -amide, $Val^8Glu^{22}$-GLP-1(7-37), $Val^8Lys^{22}$-GLP-1(7-36)-amide, $Val^8Lys^{22}$-GLP-1(7-37), $Val^8Arg^{22}$-GLP-1(7-36)-amide, $Val^8Arg^{22}$-GLP-1(7-37), $Val^8His^{22}$-GLP-1(7-36)-amide, $Val^8His^{22}$-GLP-1(7-37), $Arg^{34}$GLP-1(7-37), $Arg^{26}$, $_{34}Lys^{36}$GLP-1(7-36), $Arg^{26}$GLP-1(7-37), and $Gly^8$, $Arg^{26}$, $_{34}Glu^{37}Lys^{38}$GLP-1(7-38) and derivatives of any of these.

**16**. A method of preparing a GLP-1 agonist formulation suitable for use in an injection device, said method comprising preparing a formulation containing a GLP-1 agonist, propylene glycol, a disodium phosphate dihydrate buffer, and a preservative, wherein said propylene glycol is present in a concentration from about 1 mg/ml to about 100 mg/ml, and wherein said formulation has a pH from about 7.0 to about 10.0, and wherein said GLP-1 agonist, said propylene glycol and said buffer and preservative are mixed together to produce said formulation as follows:

a) preparing a first solution by dissolving preservative, propylene glycol and buffer in water;

b) preparing a second solution by dissolving the GLP-1 agonist in water;

c) mixing the first and second solutions; and

adjusting the pH of the mixture in c) to a pH of from about 7.0 to about 10.0.

**17**. The method according to claim **16**, wherein the concentration of propylene glycol is from about 1 mg/ml to about 50 mg/ml.

**18**. The method according to claim **16**, wherein the concentration of propylene glycol is from about 5 mg/ml to about 25 mg/ml.

**19**. The method according to claim **16**, wherein the concentration of propylene glycol is from about 8 mg/ml to about 16 mg/ml.

24

**20**. The method according to claim **16**, wherein the pH of said formulation is about 7.0 to about 9.5.

**21**. The method according to claim **16**, wherein the pH of said formulation is about 7.0 to about 8.0.

**22**. The method according to claim **16**, wherein the pH of said formulation is about 7.2 to about 8.0.

**23**. A method for reducing deposits on production equipment during production of a GLP-1 agonist formulation, said method comprising replacing the isotonicity agent previously utilized in said formulation with propylene glycol at a concentration of between 1-100 mg/ml, and wherein said GLP-1 agonist formulation comprises a disodium phosphate dihydrate buffer.

**24**. The method according to claim **23**, wherein the reduction in deposits on the production equipment during production by the propylene glycol-containing formulation relative to that observed for the formulation containing the previously utilized isotonicity agent is measured by a simulated filling experiment.

**25**. The method according to claim **23**, wherein the isotonicity agent to be replaced by propylene glycol is selected from the group consisting of sorbitol, sucrose, glycine, mannitol, lactose monohydrate, arginin, myo-inositol and dimethylsulfon.

**26**. A method for reducing deposits in the final product during production of a GLP-1 agonist formulation, said method comprising replacing the isotonicity agent previously utilized in said formulation with propylene glycol at a concentration of between 1-100 mg/ml, and wherein said GLP-1 agonist formulation comprises a disodium phosphate dihydrate buffer.

**27**. The method according to claim **26**, wherein the reduction in deposits in the final product is measured by a reduction in the number of vials and/or cartridges of the propylene glycol-containing formulation that must be discarded due to deposits relative to number of vials and/or cartridges of the formulation containing the previously utilized isotonicity agent that must be discarded due to deposits.

**28**. The method according to claim **26**, wherein the isotonicity agent to be replaced by propylene glycol is selected from the group consisting of sorbitol, glycerol, sucrose, glycine, mannitol, lactose monohydrate, arginin, myo-inositol and dimethylsulfon.

**29**. A method for reducing the clogging of injection devices by a GLP-1 agonist formulation, said method comprising replacing the isotonicity agent previously utilized in said formulation with propylene glycol at a concentration of between 1-100 mg/ml, and wherein said GLP-1 agonist formulation comprises a disodium phosphate dihydrate buffer.

**30**. The method according to claim **29**, wherein the reduction in clogging of the injection device by the propylene glycol-containing formulation relative to that observed for the formulation containing the previously utilized isotonicity agent is measured in a simulated in use study.

**31**. The method according to claim **29**, wherein the isotonicity agent to be replaced by propylene glycol is selected from the group consisting of inositol, maltose, glycine, lactose and mannitol.

\*   \*   \*   \*   \*

# EXHIBIT C

(12) **United States Patent**
    Flink et al.

(10) Patent No.: **US 8,846,618 B2**
(45) Date of Patent: **Sep. 30, 2014**

(54) **STABLE FORMULATION OF MODIFIED GLP-1**

(75) Inventors: **James M. Flink**, Klanpenborg (DK);
**Silke Møller Larsen**, Charlottenlund
(DK); **Simon Bjerregaard Jensen**,
Frederiksberg (DK); **Dorthe Kot
Engelund**, Holte (DK)

(73) Assignee: **Novo Nordisk A/S**, Bagsvaerd (DK)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/785,861**

(22) Filed: **May 24, 2010**

(65) **Prior Publication Data**

US 2010/0234299 A1      Sep. 16, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 11/786,095, filed on
Apr. 11, 2007, now abandoned, which is a continuation
of application No. 10/185,923, filed on Jun. 27, 2002,
now abandoned.

(60) Provisional application No. 60/308,325, filed on Jul.
27, 2001, provisional application No. 60/308,297,
filed on Jul. 27, 2001.

(30)      **Foreign Application Priority Data**

| | | |
|---|---|---|
| Jun. 28, 2001 | (DK) | 2001 01010 |
| Jun. 28, 2001 | (DK) | 2001 01011 |
| Jul. 4, 2001 | (DK) | 2001 01052 |
| Jul. 4, 2001 | (DK) | 2001 01053 |
| Jan. 18, 2002 | (DK) | 2002 00093 |

(51) **Int. Cl.**
*A61K 38/26* (2006.01)
*A61P 3/10* (2006.01)
*A61P 7/12* (2006.01)
*C07K 14/605* (2006.01)

(52) **U.S. Cl.**
CPC .................................. **C07K 14/605** (2013.01);
**A61K 38/26** (2013.01)
USPC ...................................... **514/11.7**

(58) **Field of Classification Search**
CPC .............................. A61K 38/26; C07K 14/605
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,468,346 | A | 8/1984 | Paul et al. |
| 4,483,849 | A | 11/1984 | Carter et al. |
| 5,206,219 | A | 4/1993 | Desai |
| 5,272,135 | A | 12/1993 | Takruri |
| 5,455,331 | A | 10/1995 | Pearce |
| 5,652,216 | A | 7/1997 | Kornfelt et al. |
| 5,705,483 | A | 1/1998 | Galloway |
| 6,133,229 | A | 10/2000 | Gibson et al. |
| 6,184,201 | B1 | 2/2001 | Drucker et al. |
| 6,245,572 | B1 | 6/2001 | Wall |
| 6,268,343 | B1 | 7/2001 | Knudsen et al. |
| 6,274,553 | B1 | 8/2001 | Furuya |
| 6,284,727 | B1 | 9/2001 | Kim et al. |
| 6,380,357 | B2 | 4/2002 | Hermeling et al. |
| 6,384,016 | B1 * | 5/2002 | Kaarsholm .................. 514/11.7 |
| 6,440,930 | B1 * | 8/2002 | Rinella, Jr. ................. 424/10.1 |
| 6,444,788 | B1 | 9/2002 | Staby |
| 6,569,832 | B1 | 5/2003 | Knudsen et al. |
| 6,573,237 | B2 * | 6/2003 | Rinella, Jr. ..................... 514/9.9 |
| 6,586,399 | B1 | 7/2003 | Drucker et al. |
| 6,844,321 | B2 | 1/2005 | Arentsen |
| 7,022,674 | B2 * | 4/2006 | DeFelippis et al. ............ 514/5.9 |
| 7,049,284 | B2 | 5/2006 | Drucker et al. |
| 7,056,886 | B2 | 6/2006 | Isaacs |
| 7,112,567 | B2 | 9/2006 | Bridon et al. |
| 7,202,213 | B2 | 4/2007 | Mogensen et al. |
| 7,226,990 | B2 | 6/2007 | Knudsen et al. |
| 7,238,663 | B2 | 7/2007 | DeFelippis et al. |
| 7,273,921 | B2 | 9/2007 | Dunweber et al. |
| 7,595,293 | B2 | 9/2009 | Engelund et al. |
| 7,833,531 | B2 * | 11/2010 | O'Neil et al. .............. 424/178.1 |
| 8,071,103 | B2 * | 12/2011 | O'Neil et al. .............. 424/178.1 |
| 8,114,833 | B2 * | 2/2012 | Pedersen et al. |
| 2001/0014666 | A1 | 8/2001 | Hermeling et al. |
| 2001/0027180 | A1 | 10/2001 | Isaacs |
| 2002/0151467 | A1 | 10/2002 | Leung |
| 2003/0060412 | A1 | 3/2003 | Prouty et al. |
| 2003/0069182 | A1 | 4/2003 | Rinella |
| 2003/0119734 | A1 | 6/2003 | Flink et al. |
| 2003/0158101 | A1 | 8/2003 | Drucker |
| 2003/0207802 | A1 | 11/2003 | DeFelippis et al. |
| 2003/0220243 | A1 | 11/2003 | Glaesner et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2306024 | 4/1999 |
| CA | 2527743 | 12/2004 |

(Continued)

OTHER PUBLICATIONS

Buffers from Ruzin, 1999, Plant Microtechnique and Microscopy,
accessed online on Dec. 24, 2013 at http://microscopy.berkeley.edu/
Resources/instruction/buffers.html, pp. 1-6.*
D.E. Smilek et al., Proc Natl Acad Sci USA, vol. 88, pp. 9633-9637,
(1991).
D. Voet and J.G. Voet, Biochem, 2nd Ed., pp. 235-241 (1995).
H.J.C. Berendsen, Science, vol. 282, pp. 642-643 (1998).
Rudinger, In: Peptide Hormones, JA Parsons, Ed., pp. 1-7 (1976).
Sigma, http://www.sigma-genosys.com/peptide__design.asp
(accessed Dec. 16, 2004).
W.S. Messer, Vasopressin and Oxytocin, http://www.neurosci.
pharm.utoldeo.edu/MBC3320/vasopressin.htm, accessed online
Feb. 27, 2006.

(Continued)

Primary Examiner — Marcela M Cordero Garcia
(74) *Attorney, Agent, or Firm* — Rosemarie R.
Wilk-Orescan

(57)      **ABSTRACT**

Pharmaceutical formulations of GLP-1 compounds and
methods for preparation thereof.

**14 Claims, No Drawings**

**US 8,846,618 B2**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2003/0220255 | A1 | 11/2003 | Knudsen et al. |
| 2004/0156835 | A1 | 8/2004 | Imoto et al. |
| 2004/0248782 | A1 | 12/2004 | Bridon et al. |
| 2006/0084605 | A1 | 4/2006 | Engelund et al. |
| 2006/0287221 | A1 | 12/2006 | Knudsen et al. |
| 2009/0011976 | A1 | 1/2009 | Ludvigsen et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1376166 | 10/2002 |
| EP | 0431679 | 11/1990 |
| EP | 0438767 | 12/1990 |
| EP | 699687 | 8/1995 |
| EP | 0708179 | A2 | 4/1996 |
| EP | 747390 | 12/1996 |
| EP | 0923159 | 6/1999 |
| EP | 1329462 | 10/2001 |
| EP | 1424077 | 5/2002 |
| EP | 1344533 | 9/2003 |
| EP | 1396499 | 3/2004 |
| EP | 722492 | 3/2005 |
| JP | 10101696 | 4/1998 |
| JP | 2000-510813 | 8/2000 |
| JP | 2001-525371 | 12/2001 |
| JP | 2002-504908 | 2/2002 |
| JP | 2002-508332 | 3/2002 |
| JP | 2002-524514 | 8/2002 |
| JP | 2002-532557 | 10/2002 |
| JP | 2003519195 | 6/2003 |
| JP | 2004-518756 | 6/2004 |
| PA | 200101010 | 6/2001 |
| RU | 2180218 | 3/2002 |
| WO | WO9000200 | 1/1990 |
| WO | WO9219260 | 11/1992 |
| WO | 9318785 | 9/1993 |
| WO | WO9323010 | 11/1993 |
| WO | WO9522560 | 2/1995 |
| WO | 9505848 | 3/1995 |
| WO | WO95/10605 | 4/1995 |
| WO | WO9513825 | 5/1995 |
| WO | WO 96/20005 | 7/1996 |
| WO | 9624369 | 8/1996 |
| WO | WO9638469 | 12/1996 |
| WO | 98/00152 | A1 | 1/1998 |
| WO | WO 98/08871 | 3/1998 |
| WO | WO9831386 | 7/1998 |
| WO | 9856406 | 12/1998 |
| WO | WO9916417 | 4/1999 |
| WO | WO99/21889 | 5/1999 |
| WO | WO 99/29336 | 6/1999 |
| WO | WO 99/30731 | 6/1999 |
| WO | WO 99/43341 | 9/1999 |
| WO | WO 99/43706 | 9/1999 |
| WO | WO 99/43707 | 9/1999 |
| WO | WO 00/15224 | 3/2000 |
| WO | WO 00/37098 | 6/2000 |
| WO | WO0037098 | 6/2000 |
| WO | WO 00/41546 | 7/2000 |
| WO | WO 00/55119 | 9/2000 |
| WO | WO 01/00223 | 1/2001 |
| WO | WO 01/43762 | 6/2001 |
| WO | 0151071 | 7/2001 |
| WO | WO 01/49314 | 7/2001 |
| WO | WO01/52937 | 7/2001 |
| WO | WO 01/55213 | 8/2001 |
| WO | WO 01/77141 | 10/2001 |
| WO | WO02067989 | 1/2002 |
| WO | 0247716 | 6/2002 |
| WO | WO 02/47715 | 6/2002 |
| WO | WO 02/48183 | 6/2002 |
| WO | 0298445 | 12/2002 |
| WO | WO 03/002136 | 1/2003 |
| WO | WO03013589 | 2/2003 |
| WO | WO 03/020201 | 3/2003 |

| | | |
|---|---|---|
| WO | 03035099 | 5/2003 |
| WO | WO 03/035099 | 5/2003 |
| WO | WO 2004/029076 | 4/2004 |
| WO | WO2004105781 | 12/2004 |
| WO | WO 2005/000222 | 1/2005 |
| WO | WO2005/046716 | 5/2005 |
| WO | WO 2005/025882 | 3/2006 |

OTHER PUBLICATIONS

G.F. Stamper et al., "Accelerated Stability Testing of Proteins and Peptides: pH-Stability Profile of Insulinotropin Using Traditional Arrheneius and Non-Linear Fitting Analysis", Drug Development and Industrial Pharmacy, 1995, vol. 21, No. 13, pp. 1503-1511.
H. Qi et al., "Stability and Stabilization of Insulinotropin in a Dextran Formulation", PDA Journal of Pharmaceutical Science & Technology, vol. 49, No. 6, Nov.-Dec. 1995, pp. 289-293.
European Pharmacopoeia, 2007, vol. 1, p. 730, Council of Europe-Strasbourg.
Non-Final Office Action mailed Dec. 9, 2009 in U.S. Appl. No. 12/184,531 filed Aug. 1, 2008 by Juul-Mortensen.
Bailey et al. The Kinetics of Enzyme-Catalysed Reactions Biochemical Engineering Fundamentals, 2nd Ed., pp. 129-148 (1986).
Blundell, T.L., Lefébvre P.J. (Ed), 1983, vol. 66, p. 37-55.
S.E. Bondos & A. Bicknell, Detection and Prevention of Protein Aggregation Before During and After Purification, Analytical Biochemistry, 2003, 223-231, vol. 316, Academic Press.
Council of Europe—Strasbourg, European Pharmacopoeia, 2007, vol. 1, p. 730.
Entry for Glycerin in Drugs.Com (www.drugs.com/ppa/glycerin-glycerol.Html), Printed Aug. 4, 2009.
Malendowicz, L.K. et al., "Preproglucagon Derived Peptides and Thyrotropin (TSH) Secretion in the Rat: Robust and Sustained Lowering of Blood TSH Levels in Extendin-4 Injected Animals", International Journal of Molecular Medicine, vol. 10, p. 327-331 (2002).
Senderoff, R.I. et al, Consideration of Conformational Transitions and Racemization During Process Development of Recombinant Glucagon-Like Peptide-1, Journal of Pharmaceutical Sciences, 1998, 183-189, vol. 87—No. 2, American Chemical Society & American Pharm. Assc.
Tsoka et al, Selective Flocculation Ands Precipitation for the Improvement of Virus-Like Particle Recovery From Yeast Homogenate, Biotechnol Prog. vol. 16(4), pp. 661-667 (2000).
Shinotesuto, Patentabstracts of Japan for JP10101696.
Brittain, Harry G., Buffers, Buffering Agents, and Ionic Equilibria, Encyclopedia of Pharmaceutical Technology, p. 385, 2007.
Non-Final Office Action in U.S. Appl. No. 11/290,634, filed Nov. 30, 2005, Inventors: Juul-Mortensen et al. Sent Jun. 30, 2008.
Non-Final Office Action in U.S. Appl. No. 11/290,634, filed Nov. 30, 2005, Inventors: Juul-Mortensen et al. Sent Nov. 9, 2007.
Non-Final Office Action in U.S. Appl. No. 11/290,635, filed Nov. 30, 2005 , Inventors: Juul-Mortensen et al. Sent Feb. 2, 2007.
Non-Final Office Action in U.S. Appl. No. 11/290,635, filed Nov. 30, 2005, Inventors: Juul-Mortensen et al. Sent Feb. 2, 2007.
Non-Final Office Action in U.S. Appl. No. 11/365,274, filed Mar. 1, 2006, Inventors: Schlein et al. Sent Aug. 20, 2007.
Non-Final Office Action in U.S. Appl. No. 11/365,274, filed Mar. 1, 2006, Inventors: Schlein et al. Sent Feb. 5, 2007.
Non-Final Office Action in U.S. Appl. No. 11/365,274, filed Mar. 1, 2006, Inventors: Schlein et al. Sent Jan. 28, 2009.
Non-Final Office Action in U.S. Appl. No. 11/435,977, filed May 17, 2006, Inventors: Pedersen et al. Sent Dec. 2, 2008.
Non-Final Office Action in U.S. Appl. No. 10/185,923, filed Jun. 27, 2002, Inventors: Flink et al. Sent Mar. 10, 2006.
Non-Final Office Action in U.S. Appl. No. 10/185,923, filed June 27, 2002, Inventors: Flink et al. Sent Mar. 10, 2006.
Non-Final Office Action in U.S. Appl. No. 11/786,095, filed Apr. 11,2007, Inventors: Flink et al. Sent Feb. 24, 2009.
Non-Final Office Action in U.S. Appl. No. 12/343,722, filed Dec. 24, 2008, Inventors: Flink et al. Sent May 22, 2009.
Final Office Action in U.S. Appl. No. 11/290,635, filed Nov. 30, 2005, Inventors: Juul-Mortensen et al. Sent Sep. 5, 2007.
Final Office Action in U.S. Appl. No. 11/365,274, filed Mar. 1, 2006, Inventors: Schlein et al. Sent Apr. 4, 2008.

**US 8,846,618 B2**

Page 3

(56) **References Cited**

OTHER PUBLICATIONS

Final Office Action in U.S. Appl. No. 11/365,274, filed Mar. 1, 2006, Inventors: Schlein et al. Sent Aug. 12, 2009.
Final Office Action in U.S. Appl. No. 11/435,977, filed May 17, 2006, Inventors: Pedersen et al. Sent Jun. 25, 2009.
Final Office Action in U.S. Appl. No. 10/185,923, filed Jun. 27, 2002, Inventors: Flink et al. Sent Dec. 12, 2006.
Final Office Action in U.S. Appl. No. 10/185,923, filed Jun. 27, 2002, Inventors: Flink et al. Sent June 14, 2005.
Final Office Action in U.S. Appl. No. 10/185,923, filed Jun. 27, 2002, Inventors: Flink et al. Sent June 30, 2008.
Final Office Action in U.S. Appl. No. 11/786,095, filed Apr. 11,2007, Inventors: Flink et al. Sent Nov. 24, 2009.
Eli Lilly & Co., Humalog Lispro Injection, USP Product Information.
European Pharmacopoeia, 3RD Edition, 2.2.3, 1997, pp. 17-8, Council of Europe-Strasbourg.
Frokjaer & Hovgaard, Pharmaceutical Formulation Development of, 2000, pp. 145-148 & 150-151.
Further Experimental Data Dated Jun. 22, 2009.
Gonzales, Johnny C., Declaration of (Including Curriculum Vita) Dated Nov. 1, 2010.
Knudsen, L.B. et al., Potent Derivatives of Glucogon-Like Peptide-1, Journal of Medicinal Chemistry, 2000, vol. 43, pp. 1664-1669.
Kristensen, H.G., Almen Farmaci, 2000, pp. 273-274, 281.
Lund, Walter, Editor, The Pharmaceutical Codex, 12th Edition, 1994, The Pharmaceutical Press, London, pp. 98-99.
Mack Publishing Co., Remington's Pharmaceutical Sciences, 16th Edition,1980, Pt. 79, p. 1406.
Mack Publishing Co., Remington's Pharmaceutical Sciences, 18th Edition, 1990, Chapter 84, pp. 1545-1550.
Martin A. et al., Physical Pharmacy; Physical Chemical Principles in the Pharmaceutical Sciences, 1983, 3rd Edition, pp. 222-225.
Sigma Product Information on Gly-Gly Buffer Dated Mar. 16, 2010.
United States Pharmacopoeia, 24th Edition, 1999, pp. 1977-1978.
Villaneuva_Penacarril, M.L., Potent Glycognic Effect of GLP-1(7-36) Amide in Rat Skeletal Muscle, Diabetologia, 1994, vol. 37, pp. 1163-1166.

Wang & Hansen, Journal of Parenteral Science & Technology, 1988, vol. 42, pp. 4-26.
Wang et. al., Aggregation of Therapeutic Proteins, 2010, p. 241.
Weinstein, Sharon, Plumer's Principles & Practice of Intravenous, 2006, vol. 8 (8), pp. 124-128.
Duma et al., Pharmaceutical Dosage Forms: Parenteral Medications, vol. 1, 2nd Edition, p. 20.
Stenesh, J., Foundation of Biochemistry II Biomolecules, 1998, pp. 67-69.
Chou, J. Z. et al., Journal of Pharmaceutical Sciences, a Radioimmunoassay for LY315902, an Analog of Glucagon-Like Insulinotropic Pepride, and Its Application in the Study of Canine Pharmacokinetics, vol. 86(7), pp. 768-773 (1997).
http://www.copewithcytokines.de/cope.cgi?key=insulinotropin; (Host Ibelgauft's COPE: Cytokines & Cells Online pathfinder Encyclopedia; insulinotropin), 1987.
http://www.copewithcytokineslde/cope.cgi?key=GLP%2dl; (Host Ibelgauft's COPE: Cytokines & Cells Online Pathfinder Encyclopedia; GLP-1), 1987.
http://www.fermantas.com/techinfo/appendix/appendixtables1.htm, 'Temperature Dependence of the Ph for Commonly Used Buffers' + 'Temperature Dependence of the Ph of 50 mm Tris-HCL Solutions', 1966.
Larsen, P.J. et al., Systemic Administration of the Logn Acting GLP-1, Diabetes, 2000 vol. 50, pp. 2530-2539.
N. Good et al., "Hydrogen Ion Buffers for Biological Research", Biochemistry, 1966, vol. 5, No. 2, pp. 467-477.
http://www.sigmaaldrich.com/life-science/metabolomics/enzyme-explorer/learning-center/assay-library/assays-by-enzyme-name-ii. html#%20G%, Enzymatic Assay of Glucose-6-Phosphate obtained from the Sigma Aldrich website, 1996.
Singh, S. et al. AAPS Pharmscitech, vol. 4(3), pp. 334-342 (2003).
Skovgaard et al., "Using Evolutionary Information and Ancestral Sequences to Understand the Sequence-Function Relationship in GLP-1 Agonists," J. Mol. Bio., 2006, vol. 363, pp. 977-988.
Pridal et al., "Absorption of Glucagon-Like Peptide-1 Can Be Protracted by Zinc or Protamine", International Journal of Pharmaceutics, 1996, vol. 136, pp. 53-59.

* cited by examiner

US 8,846,618 B2

1

## STABLE FORMULATION OF MODIFIED GLP-1

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 11/786,095 filed on Apr. 11, 2007, which is a continuation of U.S. application Ser. No. 10/185,923 filed on Jun. 27, 2002 and claims priority under 35 U.S.C. 119 of Danish Application No. PA 2001 01010 filed Jun. 28, 2001; Danish Application No. PA 2001 01011 filed Jun. 28, 2001; Danish Application No. PA 2001 01052 filed Jul. 4, 2001; Danish Application No. PA 2001 01053 filed Jul. 4, 2001; and Danish Application No. PA 2002 00093 filed Jan. 18, 2002; and U.S. Provisional Applications No. 60/308,325 filed Jul. 27, 2001 and 60/308,297 filed Jul. 27, 2001, the contents of which are fully incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates to pharmaceutical formulations comprising GLP-1 compounds, uses thereof and methods for preparing said formulations.

### BACKGROUND OF THE INVENTION

Peptides are widely used in medical practice, and since they can be produced by recombinant DNA technology it can be expected that their importance will increase also in the years to come.

The hormones regulating insulin secretion belong to the so-called enteroinsular axis, designating a group of hormones, released from the gastrointestinal mucosa in response to the presence and absorption of nutrients in the gut, which promote an early and potentiated release of insulin. The enhancing effect on insulin secretion, the so-called incretin effect, is probably essential for a normal glucose tolerance. Many of the gastrointestinal hormones, including gastrin and secretin (cholecystokinin is not insulinotropic in man), are insulinotropic, but the only physiologically important ones, those that are responsible for the incretin effect, are the glucose-dependent insulinotropic polypeptide, GIP, and glucagon-like peptide-1 (GLP-1). Because of its insulinotropic effect, GIP, isolated in 1973 immediately attracted considerable interest among diabetologists. However, numerous investigations carried out during the following years clearly indicated that a defective secretion of GIP was not involved in the pathogenesis of insulin dependent diabetes mellitus (IDDM) or non insulin-dependent diabetes mellitus (NIDDM). Furthermore, as an insulinotropic hormone, GIP was found to be almost ineffective in NIDDM. The other incretin hormone, GLP-1 is the most potent insulinotropic substance known. Unlike GIP, it is surprisingly effective in stimulating insulin secretion in NIDDM patients. In addition, and in contrast to the other insulinotropic hormones (perhaps with the exception of secretin) it also potently inhibits glucagon secretion. Because of these actions it has pronounced blood glucose lowering effects particularly in patients with NIDDM.

GLP-1, a product of the proglucagon, is one of the youngest members of the secretin-VIP family of peptides, but is already established as an important gut hormone with regulatory function in glucose metabolism and gastrointestinal secretion and metabolism. The glucagon gene is processed differently in the pancreas and in the intestine. In the pancreas, the processing leads to the formation and parallel secre-

2

tion of 1) glucagon itself, occupying positions 33-61 of proglucagon (PG); 2) an N-terminal peptide of 30 amino acids (PG (1-30)) often called glicentin-related pancreatic peptide, GRPP; 3) a hexapeptide corresponding to PG (64-69); 4) and, finally, the so-called major proglucagon fragment (PG (72-158)), in which the two glucagon-like sequences are buried. Glucagon seems to be the only biologically active product. In contrast, in the intestinal mucosa, it is glucagon that is buried in a larger molecule, while the two glucagon-like peptides are formed separately.

While much attention has been focused on the pharmacological properties of acylated GLP-1 compounds, hitherto little is known about their physico-chemical and solution structural properties. Such knowledge is a prerequisite for rational handling during e.g. production, purification and formulation work and is eventually important for understanding of the structural basis for the protraction mechanism.

It is an important technical challenge to ensure prolonged stability during storage (shelf life) of many protein based drug products due to the inherent lability of macromolecules. Hence, proteins are sensitive to both chemical and physical degradation unlike many small molecules. Chemical degradation involves covalent bonds, such as hydrolysis, racemization, oxidation or crosslinking. Physical degradation involves conformational changes relative to the native structure, which includes loss of higher order structure, aggregation, precipitation or adsorption to surfaces. GLP-1 is known to be prone to instability due to aggregation. Both degradation pathways may ultimately lead to loss of biological activity of the protein drug.

GLP-1 and analogues of GLP-1 and fragments thereof are potentially useful i.a. in the treatment of type 1 and type 2 diabetes. However, solubility limitations and the low stability against the actions of endogenous diaminopeptidyl peptidase limits the usefulness of these compounds, and thus there still is a need for improvements in this field.

In WO 99/43341 are disclosed certain pharmaceutical formulations comprising GLP-1 having a lipophilic substituent. All of the disclosed formulations are maintained at pH 7.4.

In WO 00/37098 are disclosed shelf-stable formulations comprising GLP-1, a preservative, and a tonicity modifier, at pH 8.2 to 8.8.

Human GLP-1 is a 37 amino acid residue peptide originating from preproglucagon which is synthesised i.a. in the L-cells in the distal ileum, in the pancreas and in the brain. Processing of preproglucagon to give GLP-1(7-36)amide, GLP-1(7-37) and GLP-2 occurs mainly in the L-cells. A simple system is used to describe fragments and analogues of this peptide. Thus, for example, Val$^8$-GLP-1(7-37) (or Val8GLP-1(7-37)) designates a fragment of GLP-1 formally derived from GLP-1 by deleting the amino acid residues Nos. 1 to 6 and substituting the naturally occurring amino acid residue in position 8 (Ala) by Val. Similarly, Lys$^{34}$(N$^\epsilon$-tetradecanoyl)-GLP-1(7-37) designates GLP-1(7-37) wherein the $\epsilon$-amino group of the Lys residue in position 34 has been tetradecanoylated. For convenience the amino acid sequence of GLP-1 (7-37) is given below, wherein the N-terminal His is no. 7 and the C-terminal Gly is no. 37:

```
                                (SEQ ID NO.: 1)
His-Ala-Glu-Gly-Thr-Phe-Thr-Ser-Asp-Val-Ser-

Ser-Tyr-Leu-Glu-Gly-Gln-Ala-Ala-Lys-Glu-Phe-

Ile-Ala-Trp-Leu-Val-Lys-Gly-Arg-Gly.
```

US 8,846,618 B2

3

Where reference in this text is made to C-terminally extended GLP-1 analogues, the amino acid residue in position 38 is Arg unless otherwise indicated, the optional amino acid residue in position 39 is also Arg unless otherwise indicated and the optional amino acid residue in position 40 is Asp unless otherwise indicated. Also, if a C-terminally extended analogue extends to position 41, 42, 43, 44 or 45, the amino acid sequence of this extension is as in the corresponding sequence in human preproglucagon unless otherwise indicated.

SUMMARY OF THE INVENTION

We have discovered that certain modified GLP-1 or analogues thereof when formulated in aqueous solution together with a buffer, are physically stable at high concentrations of the modified GLP-1 or analogues thereof, when kept in the pH range from about 7 to about 10. The present formulations are physically stable within a given shelf life period at the recommended storage temperature (typically 2-3 years at 2-8° C.). Furthermore, the present formulations are physically stable during in-use (typically 1 month at accelerated temperatures e.g. 25° C. or 37° C.). The formulations of the invention are also chemically stable thus rendering them shelf-stable and suitable for invasive (eg. injection, subcutaneous injection, intramuscular, intravenous or infusion) as well as non-invasive (eg nasal or pulmonary, transdermal or transmucosal e.g. buccal) means of administration. When the inventive formulation comprising a GLP-1 compound was compared to the same formulation comprising GLP-1(7-37) substituted for the GLP-1 compound, the physical stability was increased considerably, and typically the shelf-life was increased from a few seconds to several months in the tests used.

One object of the present invention is to provide a pharmaceutical formulation comprising a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10;

Another object of the present invention is to provide a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In one aspect of the invention the formulation contains a GLP-1 compound in a concentration from 1 mg/ml to 100 mg/ml.

In another aspect of the invention the formulation has a pH from 7.5 to 10.

In one embodiment the GLP-1 compound is $Arg^{34}$, $Lys^{26}$ (N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37).

DESCRIPTION OF THE INVENTION

In one aspect the invention relates to a pharmaceutical formulation comprising a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a con-

4

centration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10;

provided that if an isotonic agent is present and pH is 7.4 then mannitol or NaCl is not the isotonic agent.

In another aspect the invention relates to a pharmaceutical formulation comprising a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10;

provided that if an isotonic agent is present and pH is 7.4 then mannitol or NaCl is not the isotonic agent.

In a further aspect the invention relates to a pharmaceutical formulation comprising a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml or above, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a pharmaceutical formulation comprising a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml or above, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a pharmaceutical formulation comprising a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a pharmaceutical formulation comprising a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml or above, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml or above, and wherein said formulation has a pH from 7.0 to 10.

US 8,846,618 B2

**5**

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, water, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, water, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, water, and a buffer, wherein

**6**

said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.5 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, water, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.5 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.5 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.5 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10; provided that if an isotonic agent is present and pH is 7.4 then mannitol or NaCl is not the isotonic agent.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1 (7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparing a formulation containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10; provided that if an isotonic agent is present and pH is 7.4 then mannitol or NaCl is not the isotonic agent.

In one embodiment of the invention the pharmaceutical formulation is an aqueous formulation, i.e. a formulation comprising water. Such formulation is typically a solution or a suspension. In a further embodiment of the invention the pharmaceutical formulation is an aqueous solution. The term "aqueous formulation" is defined as a formulation comprising at least 50% w/w water. Likewise, the term "aqueous solution" is defined as a solution comprising at least 50% w/w water, and the term "aqueous suspension" is defined as a suspension comprising at least 50% w/w water.

US 8,846,618 B2

7

In another embodiment the pharmaceutical formulation is a freeze-dried formulation, whereto the physician or the patient adds the solvent prior to use.

In a further aspect the invention relates to a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml or above, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml or above, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10; provided that if an isotonic agent is present and pH is 7.4 then mannitol or NaCl is not the isotonic agent.

In a further aspect the invention relates to a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10; provided that if an isotonic agent is present and pH is 7.4 then mannitol or NaCl is not the isotonic agent.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparation of an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml or above, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a

8

GLP-1 compound wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparation of an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml or above, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparation of an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparation of an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparation of an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10; provided that if an isotonic agent is present and pH is 7.4 then mannitol or NaCl is not the isotonic agent.

In a further aspect the invention relates to a method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof, wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, comprising preparation of an aqueous solution containing the GLP-1 compound, and a buffer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10; provided that if an isotonic agent is present and pH is 7.4 then mannitol or NaCl is not the isotonic agent.

In a further aspect the present invention relates to a method of reducing blood glucose levels, treating diabetes type I, diabetes type II, obesity, or inhibiting gastric acid secretion, inhibiting apoptosis of β-cells, or stimulating the proliferation of 3-cells, comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of reducing blood glucose levels, treating diabetes type I,

US 8,846,618 B2

**9**

diabetes type II, obesity, or inhibiting gastric acid secretion, inhibiting apoptosis of β-cells, or stimulating the proliferation of β-cells comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of treating gastric ulcers comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of treating gastric ulcers comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of treating myocardial infarct comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of treating myocardial infarct comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of treating impaired glucose tolerance (IGT) comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of treating impaired glucose tolerance (IGT) comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1

**10**

compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of reducing body weight in a subject in need of body weight reduction comprising administering to the subject an effective amount sufficient to cause reduction in body weight for a period of time effective to produce weight loss, said time being at least 4 weeks, of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of reducing body weight in a subject in need of body weight reduction comprising administering to the subject an effective amount sufficient to cause reduction in body weight for a period of time effective to produce weight loss, said time being at least 4 weeks, of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of treating dyslipidemia, stroke, left ventricular hypertrophy, arrhythmia, bacteraemia, septicaemia, irritable bowel disease, functional dyspepsia, comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

In a further aspect the present invention relates to a method of treating dyslipidemia, stroke, left ventricular hypertrophy, arrhythmia, bacteraemia, septicaemia, irritable bowel disease, functional dyspepsia, comprising administering to a patient in need thereof an effective amount of a pharmaceutical formulation comprising an aqueous solution of a GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10.

The term "an effective amount" is the effective dose to be determined by a qualified practitioner, who may titrate dosages to achieve the desired response. Factors for consideration of dose will include potency, bioavailability, desired pharmacokinetic/pharmacodynamic profiles, condition of treatment (e.g. diabetes, obesity, weight loss, gastric ulcers), patient-related factors (e.g. weight, health, age, etc.), presence of co-administered medications (e.g. insulin), time of administration, or other factors known to a medical practitioner.

US 8,846,618 B2

11

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for reducing blood glucose levels.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for reducing blood glucose levels.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for treating diabetes type I.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for treating diabetes type I.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for treating diabetes type II.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for treating diabetes type II.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 com-

12

pound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for treating obesity.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for treating obesity.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for reducing body weight, typically for reducing body weight in a type 2 diabetic subject.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for reducing body weight, typically for reducing body weight in a type 2 diabetic subject.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for treating gastric ulcers.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for treating gastric ulcers.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for inhibition of apoptosis of β-cells.

In a further aspect the present invention relates to use of a GLP-1 compound for the preparation of a pharmaceutical

US 8,846,618 B2

13

formulation comprising an aqueous solution of the GLP-1 compound, and a buffer, wherein said GLP-1 compound is GLP-1(7-37) or an analogue thereof wherein an amino acid residue of the parent peptide has a lipophilic substituent attached optionally via a spacer, wherein said GLP-1 compound is present in a concentration from 1 mg/ml to 100 mg/ml, and wherein said formulation has a pH from 7.0 to 10, for inhibition of apoptosis of β-cells.

The term "treatment" is defined as the management and care of a patient, e.g. a mammal, in particular a human, for the purpose of combating the disease, condition, or disorder and includes the administration of a GLP-1 compound to prevent the onset of the symptoms or complications, or alleviating the symptoms or complications, or eliminating the disease, condition, or disorder. Pharmaceutical compositions containing a GLP-1 compound according to the present invention may be administered parenterally to patients in need of such a treatment. Parenteral administration may be performed by subcutaneous, intramuscular or intravenous injection by means of a syringe, optionally a pen-like syringe. Alternatively, parenteral administration can be performed by means of an infusion pump. A further option is a composition which may be a solution or suspension for the administration of the GLP-1 compound in the form of a nasal or pulmonal spray. As a still further option, the pharmaceutical compositions containing the GLP-1 compound of the invention can also be adapted to transdermal administration, e.g. from a patch, optionally a iontophoretic patch, or transmucosal, e.g. bucal, administration.

A pharmaceutical formulation is found to be physically unstable when it exhibits turbidity. A pharmaceutical formulation of GLP1(7-37) is found to be physically unstable as it turns out to be turbid momentaneously after preparation, whereas the same pharmaceutical formulation comprising a GLP-1 compound, for example Arg³⁴, Lys²⁶(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), is found to be physically stable for more than 90 days at 5° C. Some of the present formulations are physically stable for more than 11 months and for more than 22 months at 5° C.

Physical stability of the formulations is evaluated by means of visual inspection and turbidity after storage of the formulation at different temperatures in top filled glass cartridges for various time periods. Visual inspection of the formulations is performed in a sharp focused light with a dark background. The turbidity of the formulation is characterized by a visual score ranking the degree of turbidity from 0 to 3 (a formulation showing no turbidity corresponds to a visual score 0, and a formulation showing visual turbidity in daylight corresponds to visual score 3). A formulation is classified physical unstable with respect to protein aggregation, when it shows visual turbidity in daylight.

In one embodiment of the invention the pharmaceutical formulation comprising the GLP-1 compound is physically stable for more than 12 weeks and for more than 15 months at 5° C. as measured by visual inspection.

In another embodiment of the invention the pharmaceutical formulation comprising the GLP-1 compound is physically stable for more than 12 weeks at 25° C. as measured by visual inspection.

In a further embodiment of the invention the pharmaceutical formulation comprising the GLP-1 compound is physically stable for more than 12 weeks at 37° C. as measured by visual inspection.

In another embodiment of the invention the formulation has a pH in the range from 7.5 to 10. In another embodiment of the invention the formulation has a pH in the range from 7.5 to 9.5. In a further embodiment of the invention the formula-

14

tion has a pH in the range from 7.0 to 9.5. In a further embodiment of the invention the formulation has a pH in the range from 7.0 to 8.0. In a further embodiment of the invention the formulation has a pH in the range from 7.5 to 8.0. In a further embodiment of the invention the formulation has a pH in the range from 9.0 to 10.

In a further embodiment of the invention the buffer is selected from the group consisting of sodium acetate, sodium carbonate, citrate, glycylglycine, histidine, glycine, lysine, arginin, sodium dihydrogen phosphate, disodium hydrogen phosphate, sodium phosphate, and tris(hydroxymethyl)-aminomethan, or mixtures thereof. Each one of these specific buffers constitutes an alternative embodiment of the invention. In a preferred embodiment of the invention the buffer is glycylglycine, sodium dihydrogen phosphate, disodium hydrogen phosphate, sodium phosphate or mixtures thereof.

In a further embodiment of the invention the GLP-1 compound is present in a concentration from 0.1 mg/ml to 80 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 1 mg/ml to 80 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 0.1 mg/ml to 50 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 1 mg/ml to 50 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 0.1 mg/ml to 20 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 1 mg/ml to 20 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 0.1 mg/ml to 10 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 1 mg/ml to 10 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 0.1-5 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 1-5 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 0.1-0.5 mg/ml. In a further embodiment of the invention the GLP-1 compound is present in a concentration from 0.6-1 mg/ml. Each one of these specific concentration ranges constitutes an alternative embodiment of the invention.

In a further embodiment of the invention the formulation further comprises a pharmaceutically acceptable preservative. In a further embodiment of the invention the preservative is selected from the group consisting of phenol, m-cresol, methyl p-hydroxybenzoate, propyl p-hydroxybenzoate, 2-phenoxyethanol, butyl p-hydroxybenzoate, 2-phenylethanol, benzyl alcohol, chlorobutanol, and thiomerosal, or mixtures thereof. Each one of these specific preservatives constitutes an alternative embodiment of the invention. In a preferred embodiment of the invention the preservative is phenol or m-cresol.

In a further embodiment of the invention the preservative is present in a concentration from 0.1 mg/ml to 20 mg/ml. In a further embodiment of the invention the preservative is present in a concentration from 0.1 mg/ml to 5 mg/ml. In a further embodiment of the invention the preservative is present in a concentration from 5 mg/ml to 10 mg/ml. In a further embodiment of the invention the preservative is present in a concentration from 10 mg/ml to 20 mg/ml. Each one of these specific concentration ranges constitutes an alternative embodiment of the invention.

The use of a preservative in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19th edition, 1995.

US 8,846,618 B2

15

In a further embodiment of the invention the formulation further comprises an isotonic agent. In a further embodiment of the invention the isotonic agent is selected from the group consisting of a salt (e.g. sodium chloride), a polyhydric alcohol (e.g. propyleneglycol, xylitol, mannitol, sorbitol or glycerol), a monosaccharide (e.g. glucose or maltose), a disaccharide (e.g. sucrose), an amino acid

(e.g. L-glycine, L-histidine, arginine, lysine, isoleucine, aspartic acid, tryptophan, threonine), polyethyleneglycol (e.g. PEG400), or mixtures thereof. In a further embodiment of the invention the isotonic agent is selected from the group consisting of sodium chloride, glycerol, mannitol, glucose, sucrose, L-glycine, L-histidine, arginine, lysine or mixtures thereof. Each one of these specific isotonic agents constitutes an alternative embodiment of the invention. In a preferred embodiments of the invention the isotonic agent is mannitol or glycerol.

In a further embodiment of the invention the isotonic agent is present in a concentration from 1 mg/ml to 50 mg/ml. In a further embodiment of the invention the isotonic agent is present in a concentration from 1 mg/ml to 7 mg/ml. In a further embodiment of the invention the isotonic agent is present in a concentration from 8 mg/ml to 16 mg/ml. In a further embodiment of the invention the isotonic agent is present in a concentration from 17 mg/ml to 50 mg/ml. Each one of these specific concentration ranges constitutes an alternative embodiment of the invention.

The use of an isotonic agent in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19th edition, 1995.

In a further embodiment of the invention the formulation further comprises a chelating agent. In a further embodiment of the invention the chelating agent is selected from salts of ethlenediaminetetraacetic acid (EDTA), citric acid, and aspartic acid, and mixtures thereof. Each one of these specific chelating agents constitutes an alternative embodiment of the invention.

In a further embodiment of the invention the chelating agent is present in a concentration from 0.1 mg/ml to 5 mg/ml. In a further embodiment of the invention the chelating agent is present in a concentration from 0.1 mg/ml to 2 mg/ml. In a further embodiment of the invention the chelating agent is present in a concentration from 2 mg/ml to 5 mg/ml.

The use of a chelating agent in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19th edition, 1995.

In a further embodiment of the invention the formulation further comprises a stabiliser selected from the group of high molecular weight polymers or low molecular compounds. In a further embodiment of the invention the stabilizer is selected from polyethylene glycol (e.g. PEG 3350), polyvinylalcohol (PVA), polyvinylpyrrolidone, carboxymethylcellulose, different salts (e.g. sodium chloride), L-glycine, L-histidine, imidazole, arginine, lysine, isoleucine, aspartic acid, tryptophan, threonine and mixtures thereof. Each one of these specific stabilizers constitutes an alternative embodiment of the invention. In a preferred embodiment of the invention the stabiliser is selected from the group consisting of L-histidine, imidazole and arginine.

In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 0.1 mg/ml to 50 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 0.1 mg/ml to 5 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in

16

a concentration from 5 mg/ml to 10 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 10 mg/ml to 20 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 20 mg/ml to 30 mg/ml. In a further embodiment of the invention the high molecular weight polymer is present in a concentration from 30 mg/ml to 50 mg/ml.

In a further embodiment of the invention the low molecular weight compound is present in a concentration from 0.1 mg/ml to 50 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 0.1 mg/ml to 5 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 5 mg/ml to 10 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 10 mg/ml to 20 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 20 mg/ml to 30 mg/ml. In a further embodiment of the invention the low molecular weight compound is present in a concentration from 30 mg/ml to 50 mg/ml.

The use of a stabilizer in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19th edition, 1995.

In a further embodiment of the invention the formulation further comprises a surfactant. In a further embodiment of the invention the surfactant is selected from a detergent, ethoxylated castor oil, polyglycolyzed glycerides, acetylated monoglycerides, sorbitan fatty acid esters, poloxamers, such as 188 and 407, polyoxyethylene sorbitan fatty acid esters, polyoxyethylene derivatives such as alkylated and alkoxylated derivatives (tweens, e.g. Tween-20, or Tween-80), monoglycerides or ethoxylated derivatives thereof, diglycerides or polyoxyethylene derivatives thereof, glycerol, cholic acid or derivatives thereof, lecithins, alcohols and phospholipids, glycerophospholipids (lecithins, kephalins, phosphatidyl serine), glyceroglycolipids (galactopyransoide), sphingophospholipids (sphingomyelin), and sphingoglycolipids (ceramides, gangliosides), DSS (docusate sodium, CAS registry no [577-11-7]), docusate calcium, CAS registry no [128-49-4]), docusate potassium, CAS registry no [7491-09-0]), SDS (sodium dodecyl sulfate or sodium lauryl sulfate), dipalmitoyl phosphatidic acid, sodium caprylate, bile acids and salts thereof and glycine or taurine conjugates, ursodeoxycholic acid, sodium cholate, sodium deoxycholate, sodium taurocholate, sodium glycocholate, N-Hexadecyl-N, N-dimethyl-3-ammonio-1-propanesulfonate, anionic (alkylaryl-sulphonates) monovalent surfactants, palmitoyl lysophosphatidyl-L-serine, lysophospholipids (e.g. 1-acyl-sn-glycero-3-phosphate esters of ethanolamine, choline, serine or threonine), alkyl, alkoxyl (alkyl ester), alkoxy (alkyl ether)-derivatives of lysophosphatidyl and phosphatidylcholines, e.g. lauroyl and myristoyl derivatives of lysophosphatidylcholine, dipalmitoylphosphatidylcholine, and modifications of the polar head group, that is cholines, ethanolamines, phosphatidic acid, serines, threonines, glycerol, inositol, and the positively charged DODAC, DOTMA, DCP, BISHOP, lysophosphatidylserine and lysophosphatidylthreonine, zwitterionic surfactants (e.g. N-alkyl-N,N-dimethylammonio-1-propanesulfonates, 3-cholamido-1-propyldimethylammonio-1-propanesulfonate, dodecylphosphocholine, myristoyl lysophosphatidylcholine, hen egg lysolecithin), cationic surfactants (quarternary ammonium bases) (e.g. cetyl-trimethylammonium bromide, cetylpyridinium chloride), non-ionic surfactants, polyethyleneoxide/polypropyle-

US 8,846,618 B2

17

neoxide block copolymers (Pluronics/Tetronics, Triton X-100, Dodecyl β-D-glucopyranoside) or polymeric surfactants (Tween-40, Tween-80, Brij-35), fusidic acid derivatives—(e.g. sodium taurodihydrofusidate etc.), long-chain fatty acids and salts thereof C6-C12 (eg. oleic acid and caprylic acid), acylcarnitines and derivatives, Nᵅ-acylated derivatives of lysine, arginine or histidine, or side-chain acylated derivatives of lysine or arginine, Nᵅ-acylated derivatives of dipeptides comprising any combination of lysine, arginine or histidine and a neutral or acidic amino acid, Nᵅ-acylated derivative of a tripeptide comprising any combination of a neutral amino acid and two charged amino acids, or the surfactant may be selected from the group of imidazoline derivatives, or mixtures thereof. Each one of these specific surfactants constitutes an alternative embodiment of the invention.

The use of a surfactant in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19ᵗʰ edition, 1995.

In a further embodiment of the invention the GLP-1 compound is selected from GLP-1(7-36) or an analogue thereof having a lysine residue wherein a lipophilic substituent optionally via a spacer is attached to the epsilon amino group of said lysine. In a further embodiment of the invention the GLP-1 compound is selected from a GLP-1(7-36) analogue having one lysine residue wherein one lipophilic substituent optionally via a spacer is attached to the epsilon amino group of said lysine. In a further embodiment of the invention the GLP-1 compound is selected from Arg26,34,Lys36GLP-1(7-36) having one lysine residue wherein one lipophilic substituent optionally via a spacer is attached to the epsilon amino group of said lysine.

In a further embodiment of the invention the GLP-1 compound is selected from GLP-1 (7-37) or an analogue thereof having a lysine residue wherein a lipophilic substituent optionally via a spacer is attached to the epsilon amino group of said lysine. In a further embodiment of the invention the GLP-1 compound is selected from a GLP-1(7-37) analogue having one lysine residue wherein one lipophilic substituent optionally via a spacer is attached to the epsilon amino group of said lysine. In a further embodiment of the invention the GLP-1 compound is selected from Arg34GLP-1(7-37), or Arg26GLP-1(7-37) having one lysine residue wherein one lipophilic substituent optionally via a spacer is attached to the epsilon amino group of said lysine.

In a further embodiment of the invention the GLP-1 compound is selected from GLP-1(7-38) or an analogue thereof having a lysine residue wherein a lipophilic substituent optionally via a spacer is attached to the epsilon amino group of said lysine. In a further embodiment of the invention the GLP-1 compound is selected from a GLP-1(7-38) analogue having one lysine residue wherein one lipophilic substituent optionally via a spacer is attached to the epsilon amino group of said lysine. In a further embodiment of the invention the GLP-1 compound is selected from Gly8, Arg26,34, Glu37, Lys38GLP-1(7-38) having one lysine residue wherein one lipophilic substituent optionally via a spacer is attached to the epsilon amino group of said lysine.

In a further embodiment of the invention the GLP-1 compound is selected from GLP-1(7-37) or an analogue thereof having one lipophilic substituent optionally attached via a spacer. In a further embodiment the lipophilic substituent is attached to any one of the amino acid residues in position 18-37, typically 26-34. In case of the GLP-1(7-36) analogue the lipophilic substituent is attached to any one of the amino acid residues in position 18-36, typically 26-34. In case of the

18

GLP-1(7-38) analogue the lipophilic substituent is attached to any one of the amino acid residues in position 18-38, typically 26-34.

In the present text, the designation "an analogue" is used to designate a peptide wherein one or more amino acid residues of the parent peptide have been substituted by another amino acid residue and/or wherein one or more amino acid residues of the parent peptide have been deleted and/or wherein one or more amino acid residues have been added to the parent peptide. Such addition can take place either at the N-terminal end or at the C-terminal end of the parent peptide or both. Typically "GLP-1(7-37) or an analogue thereof" comprises GLP-1(7-36), GLP-1(7-37), and GLP-1(7-38), and analogues thereof wherein at least one, preferably at least 3, more preferable at least 5 amino acid residues have been substituted by another amino acid residue. In the present context the GLP-1 compound binds to a GLP-1 receptor, preferably with an affinity constant ($K_D$) or a potency ($EC_{50}$) of below 1 μM, e.g. below 100 nM (measured as known in the art, see e.g. WO 98/08871). The term "GLP-1 compound" encompasses GLP-1(7-37) and analogues thereof as well as derivatives of any of the foregoing. Derivatives of GLP-1 analogues are GLP-1 analogues which are chemically modified by introducing e.g. ester, alkyl or lipophilic functionalities on one or more amino acid residues of GLP-1 analogues. Methods for identifying GLP-1 compounds are described in WO 93/19175 (Novo Nordisk A/S). Examples of suitable GLP-1 compounds which can be used in the present formulation have been disclosed in e.g WO 98/08871, WO 99/43705, WO 99/43706, WO 99/43707, WO 99/43708, WO 99/43341, which are incorporated herein by reference.

The term "lipophilic substituent" is characterised by comprising 4-40 carbon atoms and having a solubility in water at 20° C. in the range from about 0.1 mg/100 ml water to about 250 mg/100 ml water, such as in the range from about 0.3 mg/100 ml water to about 75 mg/100 ml water. For instance, octanoic acid (C8) has a solubility in water at 20° C. of 68 mg/100 ml, decanoic acid (C10) has a solubility in water at 20° C. of 15 mg/100 ml, and octadecanoic acid (C18) has a solubility in water at 20° C. of 0.3 mg/100 ml.

The lipophilic substituent may be attached to an amino group of the GLP-1(7-37) or an analogue thereof by means of a carboxyl group of the lipophilic substituent which forms an amide bond with an amino group of the amino acid residue to which it is attached. Alternatively, the lipophilic substituent may be attached to said amino acid residue in such a way that an amino group of the lipophilic substituent forms an amide bond with a carboxyl group of the amino acid residue. As a further option, the lipophilic substituent may be linked to the GLP-1(7-37) or an analogue thereof via an ester bond. Formally, the ester can be formed either by reaction between a carboxyl group of the GLP-1(7-37) or an analogue thereof and a hydroxyl group of the substituent-to-be or by reaction between a hydroxyl group of the GLP-1(7-37) or an analogue thereof and a carboxyl group of the substituent-to-be. As a further alternative, the lipophilic substituent can be an alkyl group which is introduced into a primary amino group of the GLP-1(7-37) or an analogue thereof.

In a further alternative, the lipophilic substituent may be attached to the GLP-1(7-37) or an analogue thereof by means of a spacer in such a way that a carboxyl group of the spacer forms an amide bond with an amino group of the GLP-1(7-37) or an analogue thereof. A spacer must contain at least two functional groups, one to attach to a functional group of the lipophilic substituent and the other to a functional group of the parent GLP-1(7-37) or an analogue thereof. The term "spacer" is used in the present text to designate a bivalent

US 8,846,618 B2

19

moiety which contain at least two functional groups, one to attach to a functional group of the lipophilic substituent and the other to a functional group of the GLP-1 compound. Examples of suitable spacers are succinic acid, lysyl, glutamyl, asparagyl, glycyl, beta-alanyl and gamma-aminobutanoyl, or a dipeptide such as Gly-Lys, each of which constitutes an individual embodiment. When the spacer is succinic acid, one carboxyl group thereof may form an amide bond with an amino group of the amino acid residue, and the other carboxyl group thereof may form an amide bond with an amino group of the lipophilic substituent. When the spacer is lysyl, glutamyl, asparagyl, glycyl, beta-alanyl or gamma-aminobutanoyl, the carboxyl group thereof may form an amide bond with an amino group of the amino acid residue, and the amino group thereof may form an amide bond with a carboxyl group of the lipophilic substituent. When Lys is used as the spacer, a further spacer may in some instances be inserted between the ε-amino group of Lys and the lipophilic substituent. In one preferred embodiment, such a further spacer is succinic acid which forms an amide bond with the ε-amino group of Lys and with an amino group present in the lipophilic substituent. In another preferred embodiment such a further spacer is Glu or Asp which forms an amide bond with the ε-amino group of Lys and another amide bond with a carboxyl group present in the lipophilic substituent, that is, the lipophilic substituent is a N$^\varepsilon$-acylated lysine residue. In an embodiment, the spacer is an amino acid residue except Cys or Met, or a dipeptide such as Gly-Lys. For purposes of the present invention, the phrase "a dipeptide such as Gly-Lys" means any combination of two amino acids except Cys or Met, typically a dipeptide wherein the C-terminal amino acid residue is Lys, His or Trp, typically Lys, and the N-terminal amino acid residue is Ala, Arg, Asp, Asn, Gly, Glu, Gln, Ile, Leu, Val, Phe, Pro, Ser, Tyr, Thr, Lys, His and Trp. Typically, an amino group of the GLP-1 compound forms an amide bond with a carboxyl group of the amino acid residue or dipeptide spacer, and an amino group of the amino acid residue or dipeptide spacer forms an amide bond with a carboxyl group of the lipophilic substituent.

In a further embodiment of the invention the lipophilic substituent has from 8 to 40 carbon atoms. In a further embodiment of the invention the lipophilic substituent has from 10 to 24 carbon atoms. In a further embodiment of the invention the lipophilic substituent has from 12 to 24 carbon atoms. In a further embodiment of the invention the lipophilic substituent has from 12 to 18 carbon atoms. In a further embodiment of the invention the lipophilic substituent has from 14 to 18 carbon atoms.

In a further embodiment of the invention the spacer is present. In a further embodiment of the invention the spacer is selected from an amino acid. In a further embodiment of the invention, the spacer is an amino acid residue except Cys or Met. In another embodiment, the spacer is a dipeptide such as Gly-Lys. In a further embodiment the spacer is selected from lysyl, glutamyl, asparagyl, glycyl, beta-alanyl and gamma-aminobutanoyl, each of which constitutes an individual embodiment. Typically used spacers are glutamyl, aminobutyroyl, and beta-alanyl (beta-Ala).

In another embodiment, the spacer is an unbranched alkane α,ω-dicarboxylic acid group having from 1 to 7 methylene groups, which spacer forms a bridge between an amino group of the parent peptide and an amino group of the lipophilic substituent. Typically, the spacer is succinic acid.

The lipophilic substituent(s) contain a functional group which can be attached to one of the following functional groups of an amino acid of the parent GLP-1(7-37) or an analogue thereof:

20

(a) the amino group attached to the alpha-carbon of the N-terminal amino acid,

(b) the carboxy group attached to the alpha-carbon of the C-terminal amino acid,

(c) the epsilon-amino group of any Lys residue,

(d) the carboxy group of the R group of any Asp and Glu residue,

(e) the hydroxy group of the R group of any Tyr, Ser and Thr residue,

(f) the amino group of the R group of any Trp, Asn, Gln, Arg, and His residue, or

(g) the thiol group of the R group of any Cys residue.

In a further embodiment of the invention, the lipophilic substituent is attached to the carboxy group of the R group of any Asp and Glu residue.

In a further embodiment of the invention, a lipophilic substituent is attached to the carboxy group attached to the alpha-carbon of the C-terminal amino acid.

In a further embodiment of the invention, a lipophilic substituent is attached to the epsilon-amino group of any Lys residue.

Each lipophilic substituent contains a functional group which may be attached to a functional group of an amino acid of the parent GLP-1(7-37) or an analogue thereof. For example, a lipophilic substituent may contain a carboxyl group which can be attached to an amino group of the parent GLP-1(7-37) or an analogue thereof by means of an amide bond.

In a further embodiment of the invention, the lipophilic substituent comprises a partially or completely hydrogenated cyclopentanophenanthrene skeleton.

In a further embodiment of the invention, the lipophilic substituent is a straight chain or branched alkyl group.

In a further embodiment of the invention, the lipophilic substituent is an acyl group of a straight-chain or branched fatty acid.

In a further embodiment of the invention the lipophilic substituent is an acyl group having the formula $CH_3(CH_2)_nCO-$, wherein n is an integer from 4 to 38. In a further embodiment n is an integer from 12 to 38. In further embodiments the lipophilic substituent is selected from the following individual embodiments $CH_3(CH_2)_{12}CO-$, $CH_3(CH_2)_{14}CO-$, $CH_3(CH_2)_{16}CO-$, $CH_3(CH_2)_{18}CO-$, $CH_3(CH_2)_{20}CO-$ and $CH_3(CH_2)_{22}CO-$. In a specific embodiment, the lipophilic substituent is tetradecanoyl. In another specific embodiment, the lipophilic substituent is hexadecanoyl.

In another embodiment of the present invention, the lipophilic substituent has a group which is negatively charged such as a carboxylic acid group. For example, the lipophilic substituent may be an acyl group of a straight-chain or branched alkane α,ω-dicarboxylic acid of the formula $HOOC(CH_2)_mCO-$, wherein m is an integer from 4 to 38, preferably an integer from 12 to 38, and most preferably is $HOOC(CH_2)_{14}CO-$, $HOOC(CH_2)_{16}CO-$, $HOOC(CH_2)_{18}CO-$, $HOOC(CH_2)_{20}CO-$ or $HOOC(CH_2)_{22}CO-$.

In a further embodiment of the invention the GLP-1 compound is $Arg^{26,34},Lys^{36}$-(N-epsilon-(gamma-L-glutamyl(N-alfa-hexadecanoyl)))-GLP-1 (7-36).

In a further embodiment of the invention the GLP-1 compound is $Arg^{26},Lys^{34}$-(N-epsilon-(gamma-L-glutamyl(N-alfa-hexadecanoyl)))-GLP-1 (7-37).

In a further embodiment of the invention the GLP-1 compound is $Gly^8,Arg^{26,34},Glu^{37},Lys^{38}$-(N-epsilon-(gamma-L-glutamyl(N-alfa-hexadecanoyl)))-GLP-1 (7-38).

In a further embodiment of the invention the GLP-1 compound is $Arg^{34},Lys^{26}$-(N-epsilon-(gamma-aminobutyroyl(N-gamma-hexadecanoyl)))-GLP-1 (7-37).

US 8,846,618 B2

**21**

In a further embodiment of the invention the GLP-1 compound is $Arg^{34}, Lys^{26}$-(N-epsilon-(beta-alanyl(N-beta-hexadecanoyl)))-GLP-1 (7-37).

In a further embodiment of the invention the GLP-1 compound is $Arg^{34}, Lys^{26}$-(N-epsilon-(beta-alanyl-(N-beta-tetradecanoyl)))-GLP-1 (7-37).

In a further embodiment of the invention the GLP-1 compound is $Arg^{34}, Lys^{26}$-(N-epsilon-(gamma-aminobutyroyl)-(N-gamma-tetradecanoyl)-GLP-1-(7-37).

In a further embodiment of the invention the GLP-1 compound is $Arg^{34}, Lys^{26}$-(N-epsilon-(beta-alanyl-(N-beta-16-hydroxyhexadecanoyl)))-GLP-1(7-37).

In a further embodiment of the invention the GLP-1 compound is $Arg^{34}, \ Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37).

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 7 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 7 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml $Arg^{34}$,

**22**

$Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.9

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 7 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 7 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.1.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml $Arg^{34}$, $Lys^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml $Arg^{34}$,

US 8,846,618 B2

<table>
<tr><td>23</td><td>24</td></tr>
</table>

Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycylglycine, 16.0 mg/ml glycerol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycylglycine, 16.0 mg/ml glycerol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycylglycine, 16.0 mg/ml glycerol, and 5 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycylglycine, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycylglycine, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycylglycine, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 7.9.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 17.0 mg/ml mannitol, and 18 mg/ml benzylalcohol, at pH 7.0.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 17.0 mg/ml mannitol, and 18 mg/ml benzylalcohol, at pH 7.0.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 17.0 mg/ml mannitol, and 18 mg/ml benzylalcohol, at pH 7.0.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), diso-

dium hydrogen phosphate/sodium dihydrogen phosphate, 17.0 mg/ml mannitol, and 18 mg/ml benzylalcohol, at pH 7.0.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 38.5 mg/ml mannitol, and either 3 mg/ml m-cresol or 1.5 mg/ml phenol, at pH 7.0.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 38.5 mg/ml mannitol, and either 3 mg/ml m-cresol or 1.5 mg/ml phenol, at pH 7.0.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 38.5 mg/ml mannitol, and either 3 mg/ml m-cresol or 1.5 mg/ml phenol, at pH 7.0.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 38.5 mg/ml mannitol, and either 3 mg/ml m-cresol or 1.5 mg/ml phenol, at pH 7.0.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 17.0 mg/ml mannitol, and 18 mg/ml benzylalcohol, at pH 7.8.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 17.0 mg/ml mannitol, and 18 mg/ml benzylalcohol, at pH 7.8.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 17.0 mg/ml mannitol, and 18 mg/ml benzylalcohol, at pH 7.8.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate/sodium dihydrogen phosphate, 17.0 mg/ml mannitol, and 18 mg/ml benzylalcohol, at pH 7.8.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, 5 mg/ml phenol, and either 1 mg/ml EDTA or 1.55 mg/ml L-His, at pH 9.4.

US 8,846,618 B2

25

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1 mg/ml EDTA/1.55 mg/ml L-His, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, 7 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, 7 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, 7 mg/ml phenol, and 1.55 mg/ml L-His, at pH 7.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, 5 mg/ml phenol, and either 1 mg/ml EDTA or 1.55 mg/ml L-His, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, 5 mg/ml phenol, and either 1 mg/ml EDTA or 1.55 mg/ml L-His, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, 5 mg/ml phenol, and either 4 mg/ml Poloxamer 188 or 30 mg/ml PEG 35000, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, 5 mg/ml phenol, and either 4 mg/ml Poloxamer 188 or 30 mg/ml PEG 35000, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), glycine, 36.9 mg/ml mannitol, 5 mg/ml phenol, and either 4 mg/ml Poloxamer 188 or 30 mg/ml PEG 35000, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), gly-

26

cine, 36.9 mg/ml mannitol, 5 mg/ml phenol, and either 4 mg/ml Poloxamer 188 or 30 mg/ml PEG 35000, at pH 9.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 7 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 16.0 mg/ml glycerol, and 7 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 7 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, and 5 mg/ml phenol, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 1 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 2 mg/ml Arg$^{34}$, Lys$^{26}$(N-ε-(γ-Glu(N-α-hexadecanoyl)))-GLP-1(7-37), diso-

US 8,846,618 B2

27

dium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 3 mg/ml Arg$^{34}$, Lys$^{26}$(N-$\epsilon$-($\gamma$-Glu(N-$\alpha$-hexacanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 5 mg/ml Arg$^{34}$, Lys$^{26}$(N-$\epsilon$-($\gamma$-Glu(N-$\alpha$-hexacanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.4.

Typically the invention relates to a pharmaceutical formulation consisting of an aqueous solution of 7 mg/ml Arg$^{34}$, Lys$^{26}$(N-$\epsilon$-($\gamma$-Glu(N-$\alpha$-hexacanoyl)))-GLP-1(7-37), disodium hydrogen phosphate, 36.9 mg/ml mannitol, 5 mg/ml phenol, and 1.55 mg/ml L-His, at pH 8.4.

Any possible combination of two or more of the embodiments described herein is comprised within the scope of the present invention.

The parent peptide, GLP-1(7-37) or analogue thereof, can be produced by a method which comprises culturing a host cell containing a DNA sequence encoding the polypeptide and capable of expressing the polypeptide in a suitable nutrient medium under conditions permitting the expression of the peptide, after which the resulting peptide is recovered from the culture.

The medium used to culture the cells may be any conventional medium suitable for growing the host cells, such as minimal or complex media containing appropriate supplements. Suitable media are available from commercial suppliers or may be prepared according to published recipes (e.g. in catalogues of the American Type Culture Collection). The peptide produced by the cells may then be recovered from the culture medium by conventional procedures including separating the host cells from the medium by centrifugation or filtration, precipitating the proteinaceous components of the supernatant or filtrate by means of a salt, e.g. ammonium sulphate, purification by a variety of chromatographic procedures, e.g. ion exchange chromatography, gel filtration chromatography, affinity chromatography, or the like, dependent on the type of peptide in question.

The DNA sequence encoding the parent peptide may suitably be of genomic or cDNA origin, for instance obtained by preparing a genomic or cDNA library and screening for DNA sequences coding for all or part of the peptide by hybridisation using synthetic oligonucleotide probes in accordance with standard techniques (see, for example, Sambrook, J, Fritsch, E F and Maniatis, T, *Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor Laboratory Press, New York, 1989). The DNA sequence encoding the peptide may also be prepared synthetically by established standard methods, e.g. the phosphoamidite method described by Beaucage and Carruthers, *Tetrahedron Letters* 22 (1981), 1859-1869, or the method described by Matthes et al., *EMBO Journal* 3 (1984), 801-805. The DNA sequence may also be prepared by polymerase chain reaction using specific primers, for instance as described in U.S. Pat. No. 4,683,202 or Saiki et al., *Science* 239 (1988), 487-491.

28

The DNA sequence may be inserted into any vector which may conveniently be subjected to recombinant DNA procedures, and the choice of vector will often depend on the host cell into which it is to be introduced. Thus, the vector may be an autonomously replicating vector, i.e. a vector which exists as an extrachromosomal entity, the replication of which is independent of chromosomal replication, e.g. a plasmid. Alternatively, the vector may be one which, when introduced into a host cell, is integrated into the host cell genome and replicated together with the chromosome(s) into which it has been integrated.

The vector is preferably an expression vector in which DNA sequence encoding the peptide is operably linked to additional segments required for transcription of the DNA, such as a promoter. The promoter may be any DNA sequence which shows transcriptional activity in the host cell of choice and may be derived from genes encoding proteins either homologous or heterologous to the host cell. Examples of suitable promoters for directing the transcription of the DNA encoding the peptide of the invention in a variety of host cells are well known in the art, cf. for instance Sambrook et al., supra.

The DNA sequence encoding the peptide may also, if necessary, be operably connected to a suitable terminator, polyadenylation signals, transcriptional enhancer sequences, and translational enhancer sequences. The recombinant vector of the invention may further comprise a DNA sequence enabling the vector to replicate in the host cell in question.

The vector may also comprise a selectable marker, e.g. a gene the product of which complements a defect in the host cell or one which confers resistance to a drug, e.g. ampicillin, kana-mycin, tetracyclin, chloramphenicol, neomycin, hygromycin or methotrexate.

To direct a parent peptide of the present invention into the secretory pathway of the host cells, a secretory signal sequence (also known as a leader sequence, prepro sequence or pre sequence) may be provided in the recombinant vector. The secretory signal sequence is joined to the DNA sequence encoding the peptide in the correct reading frame. Secretory signal sequences are commonly positioned 5' to the DNA sequence encoding the peptide. The secretory signal sequence may be that normally associated with the peptide or may be from a gene encoding another secreted protein.

The procedures used to ligate the DNA sequences coding for the present peptide, the promoter and optionally the terminator and/or secretory signal sequence, respectively, and to insert them into suitable vectors containing the information necessary for replication, are well known to persons skilled in the art (cf., for instance, Sambrook et al., supra).

The host cell into which the DNA sequence or the recombinant vector is introduced may be any cell which is capable of producing the present peptide and includes bacteria, yeast, fungi and higher eukaryotic cells. Examples of suitable host cells well known and used in the art are, without limitation, *E. coli*, *Saccharomyces cerevisiae*, or mammalian BHK or CHO cell lines.

US 8,846,618 B2

29

### Examples of Pharmaceutical Formulations

In the following "Compound 1" is intended to mean: Arg$^{34}$, Lys$^{26}$(N$^\epsilon$-($^\gamma$-Glu(N$^\alpha$-hexadecanoyl))) GLP-1(7-37).

Physical stability of the formulations is evaluated by means of visual inspection and turbidity after storage of the formulation in top filled glass cartridges for various time periods. The cartridges are stored at 5° C.±3° C. and/or at elevated temperatures (e.g. 25° C. or 37° C.).

Visual inspection of the formulations is performed in a sharp focused light with a dark background. The turbidity of the formulation is characterized by a visual score ranking the degree of turbidity from 0 to 3 (a formulation showing no turbidity corresponds to a visual score 0, and a formulation showing visual turbidity in daylight corresponds to visual score 3). A formulation is classified physical unstable with respect to protein aggregation, when it shows visual turbidity in daylight.

The turbidity is also measured in Nephelometric Turbidity Units (NTU) with a nephelometer, which has been calibrated with a Formazin standard. A formulation with a turbidity>10 NTU is regarded as physical unstable.

Infrared measurements have shown that the turbididy is protein related. Hence, precipitate in a turbid Compound 1 sample has been isolated after centrifugation as a semisolid pellet. Fourier Transform Infrared measurements in the amide region on the pellet shows high absorption and increased amounts of β-sheet structure and a concomitant decrease in α-helix relative to compound 1 in solution, which is consistent with aggregated compound 1.

### Example 1

Preservative, isotonic agent and buffer were dissolved and pH was adjusted to the specified pH. Hereafter the Compound 1 or GLP1(7-37) was dissolved under slow stirring. The pH was adjusted to the specified using Sodium Hydroxide and/or Hydrochloric Acid. Finally, the formulation was sterilised by filtration through a 0.22 μm sterile filter.

30

It is seen that a formulation with GLP1(7-37) is physically unstable after just 1 day as it has a visual score corresponding to 3 and a turbidity of 364 NTU, whereas a formulation with Compound 1 is physically stable for more than 12 weeks.

### Example 2

Buffer was dissolved and pH was adjusted to the specified pH. Hereafter the Compound 1 was dissolved under slow stirring. The pH was adjusted to the specified using Sodium Hydroxide and/or Hydrochloric Acid. Finally, the formulation was sterilised by filtration through a 0.22 μm sterile filter. The physical stability is evaluated by visual inspection and Turbidity measurements in NTU as described in Example 1.

| Amount of compound 1 | PH | Buffer | Visual inspection at 5° C. (visual score) | Turbidity measurements at 5° C. (NTU) |
|---|---|---|---|---|
| 80 mg/ml | 7.4 | Disodium hydrogen phosphate | 1 (8 months) | 4.7 (10 months) |
| 80 mg/ml | 7.4 | Disodium hydrogen phosphate | 1 (22 months) | 4.9 (22 months) |

It is seen that the formulation is physically stable for more than 22 months.

### Example 3

Preservative and buffer was dissolved and pH was adjusted to the specified pH. Hereafter the Compound 1 was dissolved under slow stirring. The pH was adjusted to the specified using Sodium Hydroxide and/or Hydrochloric Acid. Finally, the formulation was sterilised by filtration through a 0.22 μm sterile filter.

The physical stability is evaluated by visual inspection and Turbidity measurements in NTU as described in Example 1.

| Compound | Amount | pH | Buffer | Isotonic agent | Preserva-tive | Visual inspection at 5° C. (visual score) | Turbidity measurements at 5° C. (NTU) |
|---|---|---|---|---|---|---|---|
| Arg$^{34}$, Lys$^{26}$(N$^\epsilon$-($^\gamma$-Glu(N$^\alpha$-hexadecanoyl))) GLP-1 (7-37). | 3 mg/ml | 7.9 | Disodium hydrogen phosphate | Mannitol 36.9 mg/ml | Phenol 5 mg/ml | 1.5 (12 weeks) | 0.9 (6 weeks) |
| GLP1(7-37) | 3 mg/ml | 7.9 | Disodium hydrogen phosphate | Mannitol 36.9 mg/ml | Phenol 5 mg/ml | 3 (1 day) | 364 (1 day) |

US 8,846,618 B2

**31** | **32**

| Amount of compound 1 | PH Buffer | Preservative | Visual inspection at 5° C. (visual score) | Turbidity measurements at 5° C. (NTU) |
|---|---|---|---|---|
| 80 mg/ml | 7.4 Disodium hydrogen phosphate | Phenol 10 mg/ml | 1 (8 months) | 4.3 (10 months) |
| 80 mg/ml | 7.4 Disodium hydrogen phosphate | Phenol 10 mg/ml | 1 (22 months) | 5.3 (22 months) |

It is seen that the formulation is physically stable for more than 10 months and even for more than 22 months.

### Example 4

Preservative, isotonic agent and buffer were dissolved and pH was adjusted to the specified pH. Hereafter the Compound 1 was dissolved under slow stirring. The pH was adjusted to the specified using Sodium Hydroxide and/or Hydrochloric Acid. Finally, the formulation was sterilised by filtration through a 0.22 μm sterile filter.

The physical stability is evaluated by visual inspection and Turbidity measurements in NTU as described in Example 1.

It is seen that some of the formulations has already been measured to be stable for more than 14 months and some more than 22 months.

### Example 5

Preservative, isotonic agent, buffer, and further additive(s) selected from chelating agent, stabiliser and surfactant were dissolved and pH was adjusted to the specified pH. Hereafter the Compound 1 was dissolved under slow stirring. The pH was adjusted to the specified using Sodium Hydroxide and/or Hydrochloric Acid. Finally, the formulation was sterilised by filtration through a 0.22 μm sterile filter.

The physical stability is evaluated by visual inspection and Turbidity measurements in NTU as described in Example 1.

| Amount of Compound 1 | PH Buffer | Isotonic agent | Preservative | Visual inspection at 5° C. (visual score) | | Turbidity measurements at 5° C. (NTU) | |
|---|---|---|---|---|---|---|---|
| 0.3 mg/ml | 7.4 Sodium dihydrogen phosphate/disodium hydrogen phosphate | Mannitol 36.9 mg/ml | Phenol 5 mg/ml | 0 | (24 months) | 0.6 | (24 months) |
| 3 mg/ml | 7.9 glycylglycine | Glycerol 16.0 mg/ml | Phenol 5 mg/ml | 0.5 | (12 weeks) | 2.1 | (6 weeks) |
| 3 mg/ml | 7.9 glycylglycine | Glycerol 16.0 mg/ml | Phenol 5 mg/ml | 1 | (15 months) | 0.7 | (15 months) |
| 1 mg/ml | 7.0 Sodium dihydrogen phosphate/disodium hydrogen phosphate | Mannitol 17.0 mg/ml | Benzylalcohol 18 mg/ml | 0.5 | (9 months) | 1.7 | (11 months) |
| 1 mg/ml | 7.0 Sodium dihydrogen phosphate/disodium hydrogen phosphate | Mannitol 17.0 mg/ml | Benzylalcohol 18 mg/ml | 0.5 | (22 months) | 1.7 | (22 months) |
| 1 mg/ml | 7.0 Sodium dihydrogen phosphate/disodium hydrogen phosphate | Mannitol 38.5 mg/ml | m-cresol (3 mg/ml) and phenol (1.5 mg/ml) | 0 | (9 months) | 1.5 | (11 months) |
| 1 mg/ml | 7.0 Sodium dihydrogen phosphate/disodium hydrogen phosphate | Mannitol 38.5 mg/ml | m-cresol (3 mg/ml) and phenol (1.5 mg/ml) | 0.5 | (22 months) | 1.9 | (22 months) |
| 5 mg/ml | 7.8 Sodium dihydrogen phosphate/disodium hydrogen phosphate | Mannitol 17.0 mg/ml | Benzylalcohol 18 mg/ml | 0.5 | (9 months) | 1.8 | (11 months) |
| 5 mg/ml | 7.8 Sodium dihydrogen phosphate/disodium hydrogen phosphate | Mannitol 17.0 mg/ml | Benzylalcohol 18 mg/ml | 1 | (22 months) | 1.5 | (22 months) |
| 3 mg/ml | 9.4 glycine | Mannitol 36.9 mg/ml | Phenol 5 mg/ml | 0.5 | (2½ months) | 0.7 | (2 months) |
| 3 mg/ml | 9.4 glycine | Mannitol 36.9 mg/ml | Phenol 5 mg/ml | 1 | (14 months) | 0.7 | (14 months) |

US 8,846,618 B2

33                                                                                        34

| Amount of compound 1 | PH Buffer | Isotonic agent | Preser-vative | Chelating agent/stabi-liser/surfactant | | Visual inspection at 5° C. (visual score) | Turbidity measurements at 5° C. (NTU) |
|---|---|---|---|---|---|---|---|
| 3 mg/ml | 9.4 Glycine | Mannitol 36.9 mg/ml | Phenol 5 mg/ml | EDTA (1 mg/ml)/ L-Histidin (1.55 mg/ml) | 0.5 | (2½ months) | 1.2 (2 months) |
| 3 mg/ml | 9.4 Glycine | Mannitol 36.9 mg/ml | Phenol 5 mg/ml | EDTA (1 mg/ml)/ L-Histidin (1.55 mg/ml) | 0.5 | (14 months) | 0.9 (14 months) |
| 3 mg/ml | 9.4 glycine | Mannitol 36.9 mg/ml | Phenol 5 mg/ml | Poloxamer 188 (4 mg/ml)/ PEG 35000 (30 mg/ml) | 1 | (2½ months) | 1.3 (2 months) |
| 3 mg/ml | 9.4 glycine | Mannitol 36.9 mg/ml | Phenol 5 mg/ml | Poloxamer 188 (4 mg/ml)/ PEG 35000 (30 mg/ml) | 1 | (14 months) | 0.8 (14 months) |
| 80 mg/ml | 7.4 Disodium hydrogen phosphate | none | none | LPCM 19 mg/ml | 0 | (8 months) | 7.3 (10 months) |
| 80 mg/ml | 7.4 Disodium hydrogen phosphate | none | none | LPCM 19 mg/ml | 1 | (22 months) | 8.1 (22 months) |

It is seen that some of the formulations has already been measured to be stable for more than 14 months and some more than 22 months.

## Example 6

Preservative, isotonic agent and buffer were dissolved and pH adjusted to the specified pH. Hereafter the Compound was

dissolved under slow stirring. The pH was adjusted to the specified using Sodium Hydroxide and/or Hydrochloric Acid. Finally, the formulation was sterilised by filtration through a 0.22 µm sterile filter. The physical stability was followed at 5, 25 and 37° C.

40

The physical stability is evaluated by visual inspection and Turbidity measurements in NTU as described in Example 1.

| Amount of Compound 1 | PH Buffer | Isotonic agent | Preservative | Temp. | Visual inspection (visual score) | Turbidity measurements (NTU) |
|---|---|---|---|---|---|---|
| 3 mg/ml | 8.4 Disodium hydrogen phosphate | Glycerol 16.0 mg/ml | Phenol 7 mg/ml | 5° C. | 0.5 (12 weeks) | 1.0 (6 weeks) |
| 3 mg/ml | 8.4 Disodium hydrogen phosphate | Glycerol 16.0 mg/ml | Phenol 7 mg/ml | 5° C. | 1 (15 months) | 0.6 (15 months) |
| 3 mg/ml | 8.4 Disodium hydrogen phosphate | Glycerol 16.0 mg/m | Phenol 7 mg/ml | 25° C. | 0.5 (12 weeks) | 1.00 (8 weeks) |
| 3 mg/ml | 8.4 Disodium hydrogen phosphate | Glycerol 16.0 mg/m | Phenol 7 mg/ml | 37° C. | 1 (12 weeks) | 1.1 (8 weeks) |

US 8,846,618 B2

<table>
<tr><td>35</td><td>36</td></tr>
</table>

It is seen that the formulation is physically stable after storage at 5° C. for more than 15 months and after storage at 25 and 37° C. it is physically stable for more than 12 weeks.

Example 7

The chemical stability of modified GLP-1 can be significantly improved by the use of certain amino acids (charged-basic) and imidazole as stabilizers.

| Composition | pH | Temperature | Purity, Compound 1 (%) T = 12 weeks | Dimer formation, Compound 1 (%) T = 12 weeks |
|---|---|---|---|---|
| 3 mg/ml Compound 1 1.42 mg/ml disodium hydrogenphosphate, dihydrate 5 mg/ml phenol 36.9 mg/ml mannitol | 7.4 | 37° C. | 78.4 | 5.43 |
| 3 mg/ml Compound 1 1.42 mg/ml disodium hydrogenphosphate, dihydrate 5 mg/ml phenol 36.9 mg/ml mannitol 1.55 mg/ml L-histidine | 7.4 | 37° C. | 85.9 | 3.28 |
| 3 mg/ml Compound 1 1.42 mg/ml disodium hydrogenphosphate, dihydrate 5 mg/ml phenol | 7.4 | 37° C. | 86.2 | 1.88 |

-continued

| Composition | pH | Temperature | Purity, Compound 1 (%) T = 12 weeks | Dimer formation, Compound 1 (%) T = 12 weeks |
|---|---|---|---|---|
| 36.9 mg/ml mannitol 7.75 mg/ml L-histidine 3 mg/ml Compound 1 1.42 mg/ml disodium hydrogenphosphate, dihydrate 5 mg/ml phenol | 7.4 | 37° C. | 85.3 | 3.70 |
| 36.9 mg/ml mannitol 1.74 mg/ml L-arginine 3 mg/ml Compound 1 1.42 mg/ml disodium hydrogenphosphate, dihydrate 5 mg/ml phenol | 7.4 | 37° C. | 74.3 | 3.42 |
| 36.9 mg/ml mannitol 0.68 mg/ml imidazole 2 mg/ml Compound 1 1.42 mg/ml disodium hydrogenphosphate, dihydrate | 7.7 | 37° C. | 88.5 | 7.74 |
| 5.5 mg/ml phenol 16 mg/ml glycerol 2 mg/ml Compound 1 1.42 mg/ml disodium hydrogenphosphate, dihydrate | 8.0 | 37° C. | 88.2 | 7.62 |
| 5.5 mg/ml phenol 16 mg/ml glycerol 2 mg/ml Compound 1 1.42 mg/ml disodium hydrogenphosphate, dihydrate | 7.7 | 37° C. | 90.4 | 4.71 |
| 5.5 mg/ml phenol 16 mg/ml glycerol 1.55 mg/ml histidine 2 mg/ml Compound 1 1.42 mg/ml disodium hydrogenphosphate, dihydrate 5.5 mg/ml phenol 16 mg/ml glycerol 1.55 mg/ml histidine | 8.0 | 37° C. | 90.6 | 4.67 |

From the above table it appears that the purity of Compound 1, analyzed by RP-HPLC, is significantly improved in preparations comprising histidine or arginine as stabilizers. Furthermore the formation of Compound 1 dimers, analyzed by SE-HPLC, is clearly reduced in preparations with imidazole, histidine and arginine.

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 1

<210> SEQ ID NO 1
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

US 8,846,618 B2

37                                                                                      38

-continued

```
<400> SEQUENCE: 1

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly
            20                  25                  30
```

The invention claimed is:

**1**. A pharmaceutical formulation comprising:

a GLP-1 compound, wherein said GLP-1 compound is: $Arg^{34}$, $Lys^{26}$(N-$\epsilon$-($\gamma$-Glu(N-$\alpha$-hexadecanoyl)))-GLP-1 (7-37),

and wherein said GLP-1 compound binds to a GLP-1 receptor with an affinity constant ($K_D$) below about 1 $\mu$M or a potency $EC_{50}$ below about 1 $\mu$M, and wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml;

an isotonic agent;

a buffer; and

a preservative;

wherein said pharmaceutical formulation has a pH from 7.5 to 9.4.

**2**. The formulation according to claim **1**, further comprising water.

**3**. The formulation according to claim **1**, wherein the concentration of said GLP-1 compound is from 0.1 mg/ml to 10 mg/ml.

**4**. The formulation according to claim **1**, wherein the concentration of said GLP-1 compound is 1-5 mg/ml.

**5**. The formulation according to claim **1**, wherein said preservative is present in a concentration from 0.1 mg/ml to 20 mg/ml.

**6**. The formulation according to claim **1**, wherein said isotonic agent is present in a concentration from 1 mg/ml to 50 mg/ml.

**7**. The formulation according to claim **1**, further comprising a chelating agent.

**8**. The formulation according to claim **7**, wherein said chelating agent is present in a concentration from 0.1 mg/ml to 5 mg/ml.

**9**. The formulation according to claim **1**, further comprising a stabiliser.

**10**. The formulation according to claim **9**, wherein said stabiliser is selected from the group consisting of L-histidine, imidazole and arginine.

**11**. The formulation according to claim **9**, wherein said stabiliser is a high molecular weight polymer and/or a low molecular weight compound and is present in a concentration from 0.1 mg/ml to 50 mg/ml.

**12**. The formulation according to claim **1**, further comprising a surfactant.

**13**. A method of preparing a physically stable pharmaceutical formulation of a GLP-1 compound wherein said GLP-1 compound is $Arg^{34}$, $Lys^{26}$(N-$\epsilon$-($\gamma$-Glu(N-$\alpha$-hexadecanoyl)))-GLP-1(7-37), and wherein said GLP-1 compound binds to a GLP-1 receptor with an affinity constant ($K_D$) below about 1 $\mu$M or a potency $EC_{50}$ below about 1 $\mu$M, said method comprising preparing a formulation containing the GLP-1 compound, an isotonic agent, a preservative, and a buffer, wherein said GLP-1 compound is present in a concentration from 0.1 mg/ml to 100 mg/ml, and

wherein said formulation has a pH from 7.5 to 9.4.

**14**. A pharmaceutical formulation comprising:

a GLP-1 compound, wherein said GLP-1 compound is $Arg^{34}$, $Lys^{26}$(N-$\epsilon$-($\gamma$-Glu(N-$\alpha$-hexadecanoyl)))-GLP-1 (7-37), and wherein said GLP-1 compound binds to a GLP-1 receptor with an affinity constant ($K_D$) below about 1 $\mu$M or a potency $EC_{50}$ below about 1 $\mu$M;

an isotonic agent;

a buffer; and

a preservative;

wherein said pharmaceutical formulation has a pH from 7.5 to 9.4.

*     *     *     *     *

# EXHIBIT D

US009265893B2

(12) **United States Patent**
Hansen et al.

(10) **Patent No.:** **US 9,265,893 B2**
(45) **Date of Patent:** **Feb. 23, 2016**

(54) **INJECTION BUTTON**

(75) Inventors: **Torben Stroem Hansen**, Copenhagen V (DK); **Jakob Oest Wielandt**, Copenhagen N (DK); **Lars Moerch Groth**, Fredensborg (DK)

(73) Assignee: **Novo Nordisk A/S**, Bagsvaerd (DK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1707 days.

(21) Appl. No.: **12/525,976**

(22) PCT Filed: **Jan. 21, 2008**

(86) PCT No.: **PCT/EP2008/050624**
§ 371 (c)(1),
(2), (4) Date: **Dec. 16, 2009**

(87) PCT Pub. No.: **WO2008/095762**
PCT Pub. Date: **Aug. 14, 2008**

(65) **Prior Publication Data**
US 2010/0145282 A1      Jun. 10, 2010

**Related U.S. Application Data**

(60) Provisional application No. 60/899,977, filed on Feb. 7, 2007.

(30) **Foreign Application Priority Data**

Feb. 5, 2007    (EP) ..................................... 07101729

(51) **Int. Cl.**
*A61M 5/00* (2006.01)
*A61M 5/315* (2006.01)

(52) **U.S. Cl.**
CPC ....... *A61M 5/31585* (2013.01); *A61M 5/31511* (2013.01); *A61M 5/3158* (2013.01)

(58) **Field of Classification Search**
CPC ................. A61M 2005/2013; A61M 5/31541; A61M 5/20; A61M 5/31583; A61M 5/3158
USPC ................................ 604/181, 187, 218–231
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,444,570 A | 8/1946 | Lawrence et al. |
| 4,470,317 A | 9/1984 | Sabloewski et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 3609555 A1 | 9/1987 |
| EP | 295075 | 12/1988 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 10/960,900, filed Oct. 7, 2004, Steedfeldt-Jensen.

(Continued)

*Primary Examiner* — Phillip Gray
(74) *Attorney, Agent, or Firm* — Wesley Nicolas

(57) **ABSTRACT**

A push button connection for an injection device comprising a push button (**10**) and a driving part (**20**). The two parts of the push button connection are mounted to each other and is relatively rotatable to each other. In order to minimize the friction occurring between the push button and the driving part when relatively rotated forces are transmitted via a pivot bearing (**18**, **22**). In order also to minimize the effect of forces appearing dislocated from the center line a number of radial bearings (**13**; **23**; **14**; **25**) having a little friction diameter is provided.

**6 Claims, 2 Drawing Sheets**



US 9,265,893 B2

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,498,904 A | 2/1985 | Turner et al. | |
| 4,568,335 A | 2/1986 | Updike et al. | |
| 4,585,439 A | 4/1986 | Michel | |
| 4,592,745 A | 6/1986 | Rex et al. | |
| 4,833,379 A | 5/1989 | Kaibel et al. | |
| 4,865,591 A | 9/1989 | Sams | |
| 4,883,472 A | 11/1989 | Michel | |
| 4,919,596 A | 4/1990 | Slate et al. | |
| 4,936,833 A | 6/1990 | Sams | |
| 4,973,318 A | 11/1990 | Holm et al. | |
| 4,994,033 A | 2/1991 | Shockey et al. | |
| 5,017,190 A | 5/1991 | Simon et al. | |
| 5,092,842 A | 3/1992 | Bechtold et al. | |
| 5,112,317 A | 5/1992 | Michel | |
| 5,207,752 A | 5/1993 | Sorenson et al. | |
| 5,226,895 A | 7/1993 | Harris | |
| 5,246,417 A | 9/1993 | Haak et al. | |
| 5,257,987 A | 11/1993 | Athayde et al. | |
| 5,271,527 A | 12/1993 | Haber et al. | |
| 5,279,585 A | 1/1994 | Balkwill | |
| 5,279,586 A | 1/1994 | Balkwill | |
| 5,281,198 A | 1/1994 | Haber et al. | |
| 5,284,480 A | 2/1994 | Porter et al. | |
| 5,304,152 A | 4/1994 | Sams | |
| 5,308,340 A | 5/1994 | Harris | |
| 5,314,412 A | 5/1994 | Rex | |
| 5,318,540 A | 6/1994 | Athayde et al. | |
| 5,320,609 A | 6/1994 | Haber et al. | |
| 5,331,954 A | 7/1994 | Rex et al. | |
| 5,370,629 A | 12/1994 | Michel et al. | |
| 5,380,297 A | 1/1995 | Wadman et al. | |
| 5,383,166 A * | 1/1995 | Gallay | G04B 37/103 |
| | | | 368/288 |
| 5,383,865 A | 1/1995 | Michel | |
| 5,440,976 A | 8/1995 | Giuliano et al. | |
| 5,445,606 A | 8/1995 | Haak et al. | |
| 5,447,150 A | 9/1995 | Bacon | |
| 5,478,316 A | 12/1995 | Bitdinger et al. | |
| 5,480,387 A | 1/1996 | Gabriel et al. | |
| 5,492,534 A | 2/1996 | Athayde et al. | |
| 5,505,704 A | 4/1996 | Pawelka et al. | |
| 5,545,147 A | 8/1996 | Harris | |
| 5,546,932 A | 8/1996 | Galli | |
| 5,549,574 A | 8/1996 | Townsend | |
| 5,549,575 A | 8/1996 | Giambattista et al. | |
| 5,584,815 A | 12/1996 | Pawelka et al. | |
| 5,591,136 A | 1/1997 | Gabriel | |
| 5,599,314 A | 2/1997 | Neill | |
| 5,611,783 A | 3/1997 | Mikkelsen | |
| 5,626,566 A | 5/1997 | Petersen et al. | |
| 5,645,052 A | 7/1997 | Kersey | |
| 5,674,204 A | 10/1997 | Chanoch | |
| 5,679,111 A | 10/1997 | Hjertman et al. | |
| 5,681,285 A | 10/1997 | Ford et al. | |
| 5,685,864 A | 11/1997 | Shanley et al. | |
| 5,688,251 A | 11/1997 | Chanoch | |
| 5,693,027 A | 12/1997 | Hansen et al. | |
| 5,709,662 A | 1/1998 | Olive et al. | |
| 5,716,990 A | 2/1998 | Bagshawe et al. | |
| 5,725,508 A | 3/1998 | Chanoch | |
| 5,743,889 A | 4/1998 | Sams | |
| 5,755,692 A | 5/1998 | Manicom | |
| 5,823,998 A | 10/1998 | Yamagata | |
| 5,827,232 A | 10/1998 | Chanoch et al. | |
| 5,843,036 A | 12/1998 | Olive et al. | |
| 5,882,718 A | 3/1999 | Pommer et al. | |
| 5,898,028 A | 4/1999 | Jensen et al. | |
| 5,921,966 A | 7/1999 | Bendek et al. | |
| 5,928,201 A | 7/1999 | Poulsen et al. | |
| 5,938,642 A | 8/1999 | Burroughs et al. | |
| 5,947,934 A | 9/1999 | Hansen et al. | |
| 5,951,530 A | 9/1999 | Steengaard et al. | |
| 5,954,689 A | 9/1999 | Poulsen | |
| 5,961,496 A | 10/1999 | Nielsen et al. | |
| 5,980,491 A | 11/1999 | Hansen | |
| 5,984,900 A | 11/1999 | Mikkelsen | |
| 6,003,736 A | 12/1999 | Ljunggren | |
| 6,004,297 A | 12/1999 | Steenfeldt-Jensen et al. | |
| 6,010,485 A | 1/2000 | Buch-Rasmussen et al. | |
| 6,033,376 A | 3/2000 | Rockley | |
| 6,033,377 A | 3/2000 | Rasmussen et al. | |
| 6,048,336 A | 4/2000 | Gabriel | |
| 6,074,372 A | 6/2000 | Hansen | |
| 6,083,197 A | 7/2000 | Umbaugh | |
| 6,086,567 A | 7/2000 | Kirchhofer et al. | |
| 6,096,010 A | 8/2000 | Walters et al. | |
| 6,110,149 A | 8/2000 | Klitgaard et al. | |
| 6,129,080 A | 10/2000 | Pitcher et al. | |
| 6,146,361 A | 11/2000 | DiBiasi et al. | |
| 6,193,698 B1 | 2/2001 | Kirchhofer et al. | |
| 6,221,046 B1 | 4/2001 | Burroughs et al. | |
| 6,221,053 B1 | 4/2001 | Walters et al. | |
| 6,231,540 B1 | 5/2001 | Smedegaard | |
| 6,235,004 B1 | 5/2001 | Steenfeldt-Jensen et al. | |
| 6,248,090 B1 | 6/2001 | Jensen et al. | |
| 6,248,095 B1 | 6/2001 | Giambattista et al. | |
| 6,258,062 B1 | 7/2001 | Thielen et al. | |
| 6,269,340 B1 | 7/2001 | Ford et al. | |
| 6,277,097 B1 | 8/2001 | Mikkelsen et al. | |
| 6,277,098 B1 | 8/2001 | Klitmose et al. | |
| 6,281,225 B1 | 8/2001 | Hearst et al. | |
| 6,283,941 B1 | 9/2001 | Schoenfeld et al. | |
| 6,287,283 B1 | 9/2001 | Ljunggreen et al. | |
| 6,302,869 B1 | 10/2001 | Klitgaard | |
| 6,312,413 B1 | 11/2001 | Jensen et al. | |
| 6,340,357 B1 | 1/2002 | Poulsen et al. | |
| 6,379,339 B1 | 4/2002 | Klitgaard et al. | |
| 6,514,230 B1 | 2/2003 | Munk et al. | |
| 6,547,763 B2 | 4/2003 | Steenfeldt-Jensen et al. | |
| 6,547,764 B2 | 4/2003 | Larsen et al. | |
| 6,562,011 B1 | 5/2003 | Buch-Rasmussen et al. | |
| 6,569,126 B1 | 5/2003 | Poulsen et al. | |
| 6,582,404 B1 | 6/2003 | Klitgaard et al. | |
| 6,605,067 B1 | 8/2003 | Larsen | |
| 6,613,019 B2 | 9/2003 | Munk | |
| 6,663,602 B2 | 12/2003 | Moller | |
| 6,692,472 B2 | 2/2004 | Hansen et al. | |
| 6,716,198 B2 | 4/2004 | Larsen | |
| 6,726,661 B2 | 4/2004 | Munk et al. | |
| 6,770,288 B2 | 8/2004 | Duirs | |
| 6,796,970 B1 | 9/2004 | Klitmose et al. | |
| 6,893,415 B2 | 5/2005 | Madsen et al. | |
| 6,899,698 B2 | 5/2005 | Sams | |
| 6,899,699 B2 | 5/2005 | Enggaard | |
| 6,945,961 B2 | 9/2005 | Miller et al. | |
| 7,008,399 B2 | 3/2006 | Larsen et al. | |
| 7,090,662 B2 | 8/2006 | Wimpenny et al. | |
| 7,094,221 B2 | 8/2006 | Veasey et al. | |
| 7,104,972 B2 | 9/2006 | Moller et al. | |
| 7,112,187 B2 | 9/2006 | Karlsson | |
| 7,133,329 B2 | 11/2006 | Skyggebjerg et al. | |
| 7,175,055 B2 | 2/2007 | Hansen et al. | |
| RE43,834 E | 11/2012 | Steenfeldt-Jensen et al. | |
| 2002/0007154 A1 | 1/2002 | Hansen et al. | |
| 2002/0052578 A1 | 5/2002 | Moller | |
| 2002/0077852 A1 | 6/2002 | Ford et al. | |
| 2002/0120235 A1 | 8/2002 | Enggaard | |
| 2003/0039679 A1 | 2/2003 | Duirs | |
| 2003/0172924 A1 | 9/2003 | Staniforth et al. | |
| 2004/0059299 A1 | 3/2004 | Moller | |
| 2004/0186431 A1 | 9/2004 | Graf et al. | |
| 2004/0210199 A1 | 10/2004 | Atterbury et al. | |
| 2004/0236282 A1 | 11/2004 | Braithwaite | |
| 2004/0249348 A1 | 12/2004 | Wimpenny et al. | |
| 2004/0260247 A1 | 12/2004 | Veasey et al. | |
| 2004/0267207 A1 | 12/2004 | Veasey et al. | |
| 2005/0004529 A1 | 1/2005 | Veasey et al. | |
| 2005/0019400 A1 | 1/2005 | Deveney et al. | |
| 2005/0033244 A1 | 2/2005 | Veasey et al. | |
| 2005/0055011 A1 | 3/2005 | Enggaard | |
| 2005/0205083 A1 | 9/2005 | Staniforth et al. | |

**US 9,265,893 B2**

Page 3

(56)         **References Cited**

U.S. PATENT DOCUMENTS

2005/0268915 A1   12/2005   Wassenaar et al.
2007/0093761 A1   4/2007   Veasey et al.

FOREIGN PATENT DOCUMENTS

| EP | 327910 | | 8/1989 |
|----|--------|----|--------|
| EP | 359070 | A2 | 3/1990 |
| EP | 450905 | A1 | 10/1991 |
| EP | 0452281 | A1 | 10/1991 |
| EP | 498737 | | 8/1992 |
| EP | 879610 | | 8/1992 |
| EP | 608343 | | 4/1993 |
| EP | 554996 | | 8/1993 |
| EP | 594349 | | 4/1994 |
| EP | 0673482 | | 9/1995 |
| EP | 702970 | | 3/1996 |
| EP | 0937471 | | 8/1999 |
| EP | 937476 | | 8/1999 |
| EP | 1003581 | | 8/1999 |
| EP | 1250167 | A1 | 10/2002 |
| EP | 1570876 | A2 | 9/2005 |
| FR | 2583291 | | 12/1986 |
| FR | 2767479 | | 2/1999 |
| GB | 735443 | A | 8/1955 |
| GB | 995065 | A | 6/1965 |
| GB | 1232899 | A | 5/1971 |
| GB | 2141799 | A | 1/1985 |

| HU | 213691 | B | 9/1997 |
|----|--------|----|--------|
| HU | 215007 | B | 8/1998 |
| HU | 215366 | B | 12/1998 |
| HU | 215634 | B | 1/1999 |
| JP | 05-337179 | | 12/1993 |
| JP | 06-296691 | | 10/1994 |
| JP | 2002501790 | A | 1/2002 |
| RU | 2111019 | | 5/1997 |
| TW | 267945 | B | 1/1996 |
| WO | 8907463 | | 8/1989 |
| WO | 90/09202 | | 8/1990 |
| WO | 9110460 | A1 | 7/1991 |
| WO | 91/14467 | A1 | 10/1991 |
| WO | 93/07922 | | 4/1993 |
| WO | 94/19034 | A1 | 9/1994 |
| WO | 9626754 | | 9/1996 |
| WO | 9638190 | | 12/1996 |
| WO | 9736626 | | 10/1997 |
| WO | 9810813 | | 3/1998 |
| WO | 9856436 | | 12/1998 |
| WO | 9857688 | | 12/1998 |
| WO | 9916487 | | 4/1999 |
| WO | 9938554 | | 8/1999 |
| WO | 01/19434 | A1 | 3/2001 |
| WO | 2005018721 | | 3/2005 |

OTHER PUBLICATIONS

U.S. Appl. No. 11/121,331, filed May 3, 2005, Steedfeldt-Jensen.
U.S. Appl. No. 11/640,610, filed Dec. 18, 2006, Steedfeldt-Jensen.

* cited by examiner



Fig. 1



Fig. 2

US 9,265,893 B2

**1**

## INJECTION BUTTON

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a 35 U.S.C. §371 national stage application of International Patent Application PCT/EP2008/050624 (published as WO2008/095762), filed Jan. 21, 2008, which claimed priority of European Patent Application 07101729.7, filed Feb. 5, 2007; this application further claims priority under 35 U.S.C. §119 of U.S. Provisional Application 60/899,977, filed Feb. 7, 2007.

### THE TECHNICAL FIELD OF THE INVENTION

The invention relates to a push button connection for an injection device and especially to such connection where a push button is rotated relatively to a driving member to which it is connected.

### DESCRIPTION OF RELATED ART

U.S. Pat. No. 6,235,004 discloses an injection device in which according to FIG. 15-16 a dose is set by rotating the scale drum out of the housing in a threaded connection. When injecting the set dose the user pushes on the push button which forces the scale drum and the bushing to rotate together back into the housing. During this rotation of the bushing to which the push button is attached, the push button and the bushing rotates relatively to each other. The friction occurring between these relatively rotatable parts contributes to the force a user needs to apply in order to push back the bushing and the scale drum in order to inject the set dose.

U.S. Pat. No. 7,427,275 discloses an injection device in which the push button is formed with a bore encompassing a stem on a sleeve member. The push button and the stem are welded together such that the push button and the sleeve member are axially and rotatably fixed to each other.

### DESCRIPTION OF THE INVENTION

It is an object of the present invention to provide a dose button connection for an injection device which minimizes the forces a user must apply to inject a dose.

When a user pushes on the injection button, the force applied is directed to the forward movement of the driving part, however, since the push button and the driving part rotate relatively to each other a friction between these rotating parts will occur. The user therefore also has to apply a force large enough to overcome this friction. One way of minimizing the force a user must apply in order to perform an injection is therefore to minimize this friction. By forming a pivot bearing between the two parts, the surface area of interaction between the two objects can be minimized and the radius of the resulting friction force can be kept at a minimum.

In order to secure the fit between the push button and the driving part and on the same time direct forces applied on the periphery of the push button to the driving part at least one radial bearing between the push button and the protrusion is formed.

Preferably one radial bearing is formed in the upper area and one is formed in the lower area both having the least possible radius of friction. In this way forces applied at in the periphery area of the push button and causing tilting of the push button on the protrusion of the driving part is properly transferred.

**2**

If a user applies a force eccentric to the centre axis of the push button i.e. on a peripheral area of the button, the push button will tilt and a reaction torque will occur at the radial bearings. In order to minimize this force pair, which in this load case is located at the distance from the radial bearing surface to the centre axis of the system, this distance, which again equals the radius of the protrusion, must be as little as possible and the distance between the bearings as long as possible. However, in order not to make the protrusion too narrow and fragile it is preferred to balance the radius of the bearings, such that the upper bearing has the smallest diameter and the lower bearing at the root of the column shaped protrusion has a diameter large enough to resist the bending force as a result of the offset applied push button forces.

In order to assemble the push button in an irreversible manner making it difficult to dissemble, it is preferred to secure the push button at the intended position by adding a track into which a rim on the harder part is forced during the manufacture of the injection device. The necessary compliance of the push button for the assembly snap-on can be secured by selection of a soft material and/or a vertical slit in the hollow section of the geometry.

Further the materials used for the push button and the protrusion on the driving part could be materials having low internal friction, or the materials could be surface treated in order to lower the internal friction.

The push button used in the connection has a central bore dedicated to engage the protrusion provided on the driving part. The bottom of the bore is preferable formed with a pivot. This pivot bears on a surface of the protrusion thus forming a pivot bearing.

### DEFINITIONS

An "injection pen" is typically an injection apparatus having an oblong or elongated shape somewhat like a pen for writing. Although such pens usually have a tubular cross-section, they could easily have a different cross-section such as triangular, rectangular or square or any variation around these geometries.

As used herein, the term "drug" is meant to encompass any drug-containing flowable medicine capable of being passed through a delivery means such as a hollow needle in a controlled manner, such as a liquid, solution, gel or fine suspension. Representative drugs includes pharmaceuticals such as peptides, proteins (e.g. insulin, insulin analogues and C-peptide), and hormones, biologically derived or active agents, hormonal and gene based agents, nutritional formulas and other substances in both solid (dispensed) or liquid form.

All references, including publications, patent applications, and patents, cited herein are incorporated by reference in their entirety and to the same extent as if each reference were individually and specifically indicated to be incorporated by reference and were set forth in its entirety herein.

All headings and sub-headings are used herein for convenience only and should not be constructed as limiting the invention in any way.

The use of any and all examples, or exemplary language (e.g. such as) provided herein, is intended merely to better illuminate the invention and does not pose a limitation on the scope of the invention unless otherwise claimed. No language in the specification should be construed as indicating any non-claimed element as essential to the practice of the invention. The citation and incorporation of patent documents herein is done for convenience only and does not reflect any view of the validity, patentability, and/or enforceability of such patent documents.

US 9,265,893 B2

**3**

This invention includes all modifications and equivalents of the subject matter recited in the claims appended hereto as permitted by applicable law.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be explained more fully below in connection with a preferred embodiment and with reference to the drawings in which:

FIG. 1 Show a cross section view of the connection between a push button and a driving part.

FIG. 2 Show a cross section view of the connection and the forces occurring.

The figures are schematic and simplified for clarity, and they just show details, which are essential to the understanding of the invention, while other details are left out. Throughout, the same reference numerals are used for identical or corresponding parts.

DETAILED DESCRIPTION OF EMBODIMENT

When in the following terms as "upper" and "lower", "right" and "left", "horizontal" and "vertical", "clockwise" and "counter clockwise" or similar relative expressions are used, these only refer to the appended figures and not to an actual situation of use. The shown figures are schematic representations for which reason the configuration of the different structures as well as there relative dimensions are intended to serve illustrative purposes only.

In that context it may be convenient to define that the term "distal end" in the appended figures is meant to refer to the end of the injection device carrying the injection needle whereas the term "proximal end" is meant to refer to the opposite end pointing away from the injection needle.

FIG. 1 discloses the connection between the push button 10 and the driving part 20.

When a user wants to inject a dose, which he or she has first selected, the user pushes the push button 10 which then moves the driving part 20 axially forward in the injection device. During this forward movement of the driving part 20 it also rotates usually because it is interfaced with a dose dial drum which is threadedly connected to a housing. Such injection device is described in details in EP 1.003.581. The combined axial and rotatable movement of the driving part 20 drives the set dose out from the injection device.

As the users finger pushes on the push surface 11 of the push button 10 it is unable to rotate due to the friction between the users finger and the push button 10 whereas the driving part 20 is forced to rotate due to its interface, therefore a relative rotation between the push button 10 and the driving part 20 takes place.

The push button 10 which could be manufactured from a suitable polymeric material being softer that the material from which the driving part 20 is manufactured comprises at the proximal end a push surface 11 which is contacted by the user's finger when a dose is to be injected and an opposite located cylindrical bore 12 with a circular cross section. The most proximal part 13 of the bore 12 has a smaller diameter than the remaining part 14 of the bore 12. At the distal end of the bore 12, a radial extending track 15 is provided.

The push surface 11 could be provided with a tactile cutout 16 informing visual impaired users on the content of the injection device and the most proximal bottom surface 17 of the bore 12 is formed with a raised pointer forming a pivot 18.

The driving part 20 is provided with a protrusion 21 having a circular cross section and a top surface 22. This protrusion 21 has at its proximal end a top part 23 with a decreased

**4**

diameter compared to the remaining part 26 of the protrusion 21. Further the protrusion 21 is provided with a radial extending rim 24 at its distal end. In the area around this rim 24, the protrusion 21 is provided with a belt 25 with a slightly raised diameter.

When the push button 10 is mounted on the protrusion 21 of the driving element 20 it is simply clicked on such that the extending rim 24 enters the track 15. This forms a connection almost impossible to disconnect since the polymeric material of the push button 10 is softer than the material from which the protrusion 21 is produced. In this position the pivot 18 formed in the most proximal bottom surface 17 of the bore 12 bears on the top surface 22 of the protrusion 21 thus forming a pivot bearing 22, 18. Further the push button 10 is radially supported by the protrusion 21 at the top part 23 forming a radial top bearing 23, 13. The belt 25 on the protrusion 21 bears on an area of the remaining part 14 of the bore 12 thus forming a radial bottom bearing 14, 25.

In FIG. 2 the push button 10 connection is disclosed with the various forces occurring when a user applies an injection force in the peripheral area of the push button 10.

When the user applies an injection force A at the peripheral area of the push button 10 a vertical reaction force B will appear at the pivot point 22, 18, at the same time a radial force C will occur at the upper radial bearing 13, 23. Since the upper radial bearing 13, 23 are located at the top part 23 having the smaller diameter, the resulting torque is relatively small. Further, a radial force D will occur at the lower radial bearing 14, 25, however due to the distance between the upper radial bearing 13, 23 and the lower radial bearing 14, 25, the force resulting on the lower radial bearing 14, 25 is relatively small.

Some preferred embodiments have been shown in the foregoing, but it should be stressed that the invention is not limited to these, but may be embodied in other ways within the subject matter defined in the following claims.

The invention claimed is:

1. A push button connection for an injection device comprising:
a push button mountable on a driving part being rotatable relatively to the push button and which push button further comprises a bore with a bottom surface and which bore surrounds a protrusion on the driving part which protrusion has a top surface and wherein a pivot bearing is formed between the bottom surface and the top surface, wherein when a user presses on the push button the force is directed toward the driving part and wherein the driving part rotates relative to the push button.

2. A push button connection according to claim 1, in which at least one radial bearing between the push button and the driving part is provided.

3. A push button connection according to claim 2, in which an upper radial bearing is provided at a top part of the protrusion and a lower radial bearing is provided at the bottom of the protrusion.

4. A push button connection according to claim 3, in which the top part of the protrusion accommodating the upper radial bearing has a diameter smaller than the diameter of the remaining part of the protrusion.

5. A push button connection according to claim 1, in which the push button is manufactured from a polymeric material being softer than the material from which the driving part is manufactured.

US 9,265,893 B2

5

6

**6**. A push button connection according to claim **1**, in which the protrusion is provided with an extending rim mating with a track provided in the push button.

\* \* \* \* \*

# EXHIBIT E

US00RE41956E

(19) **United States**

(12) **Reissued Patent**
    Klitgaard et al.

(10) Patent Number:  **US RE41,956 E**

(45) Date of Reissued Patent:  *Nov. 23, 2010

---

(54) **DOSE SETTING LIMITER**

(75) Inventors: **Peter Christian Klitgaard**, Glostrup
(DK); **Steffen Hansen**, Hillerod (DK);
**Bo Radmer**, Hillerod (DK); **Claus
Schmidt Moller**, Fredensborg (DK)

(73) Assignee: **Novo Nordisk A/S**, Bagsvaerd (DK)

( * ) Notice:  This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **11/122,211**

(22) Filed: **May 4, 2005**

**Related U.S. Patent Documents**

Reissue of:

(64) Patent No.: **6,582,404**
    Issued: **Jun. 24, 2003**
    Appl. No.: **09/655,922**
    Filed: **Sep. 6, 2000**

U.S. Applications:

(60) Provisional application No. 60/155,612, filed on Sep. 23,
1999.

(30) **Foreign Application Priority Data**

Sep. 16, 1999    (DK) ........................................ 1999 01309

(51) **Int. Cl.**
    *A61M 5/00*     (2006.01)
    *A61M 5/178*    (2006.01)
    *A61M 5/315*    (2006.01)

(52) **U.S. Cl.** ........................ **604/181**; 604/186; 604/207;
604/208; 604/211; 604/224

(58) **Field of Classification Search** .................. 604/181,
604/186, 187, 207–208, 211, 224
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,470,317 A     9/1984  Sabloewski et al.

(Continued)

FOREIGN PATENT DOCUMENTS

DE         36 09 555      9/1987

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 10/442,855 File History on Feb. 8, 2008.

(Continued)

*Primary Examiner*—Kevin C Sirmons
*Assistant Examiner*—Andrew M Gilbert
(74) *Attorney, Agent, or Firm*—Marc A. Began

(57)  **ABSTRACT**

A limiting mechanism which prevents the setting of a dose,
which exceeds the amount of liquid left in a cartridge of an
injection device, is disclosed. The injection device is the type
where a dose is set by rotating a dose setting member relative
to a driver and away from a fixed stop in the injection device.
The dose setting member interfaces the driver such that the
dose setting member can be rotated in one direction without
rotating the driver. The dose is injected by rotating back the
dose setting member which during the backward rotation
carries the driver with it. Rotating the driver causes the pis-
ton rod to move forward inside the cartridge and expel some
of the liquid contained in the cartridge. The driver is pro-
vided with a track having a length which is related to the
total amount of liquid in the cartridge and which track is
engaged by a track follower coupled to the dose setting
member to follow rotation of this dose setting member. Each
time a dose is set and injected, the track follower moves
further into the track. When the track follower reaches the
end of the track the dose setting member can not be rotated
further, and a dose larger than the remaining liquid in the
cartridge cannot be set.

**19 Claims, 2 Drawing Sheets**



**US RE41,956 E**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,498,904 | A | 2/1985 | Turner et al. |
| 4,568,335 | A | 2/1986 | Updike et al. |
| 4,585,439 | A | 4/1986 | Michel |
| 4,833,379 | A | 5/1989 | Kaibel et al. |
| 4,865,591 | A | 9/1989 | Sams |
| 4,883,472 | A | 11/1989 | Michel |
| 4,919,596 | A | 4/1990 | Slate et al. |
| 4,936,833 | A | 6/1990 | Sams |
| 4,973,318 | A | * 11/1990 | Holm et al. |
| 4,994,033 | A | 2/1991 | Shockey et al. |
| 5,112,317 | A | 5/1992 | Michel |
| 5,207,752 | A | 5/1993 | Sorenson et al. |
| 5,226,895 | A | * 7/1993 | Harris ..................... 604/208 |
| 5,246,417 | A | 9/1993 | Haak et al. |
| 5,257,987 | A | 11/1993 | Athayde et al. |
| 5,271,527 | A | 12/1993 | Haber et al. |
| 5,279,585 | A | 1/1994 | Balkwill |
| 5,279,586 | A | 1/1994 | Balkwill |
| 5,281,198 | A | 1/1994 | Haber et al. |
| 5,284,480 | A | 2/1994 | Porter et al. |
| 5,304,152 | A | 4/1994 | Sams |
| 5,308,340 | A | 5/1994 | Harris |
| 5,314,412 | A | 5/1994 | Rex |
| 5,318,540 | A | 6/1994 | Athayde et al. |
| 5,320,609 | A | 6/1994 | Haber et al. |
| 5,331,954 | A | 7/1994 | Rex et al. |
| 5,370,629 | A | 12/1994 | Michel et al. |
| 5,383,865 | A | 1/1995 | Michel |
| 5,440,976 | A | 8/1995 | Giuliano et al. |
| 5,445,606 | A | 8/1995 | Haak et al. |
| 5,447,150 | A | 9/1995 | Bacon |
| 5,478,316 | A | 12/1995 | Bitdinger et al. |
| 5,480,387 | A | 1/1996 | Gabriel et al. |
| 5,492,534 | A | 2/1996 | Athayde et al. |
| 5,505,704 | A | 4/1996 | Pawelka et al. |
| 5,546,932 | A | 8/1996 | Galli |
| 5,549,575 | A | 8/1996 | Giambatista et al. |
| 5,584,815 | A | 12/1996 | Pawelka et al. |
| 5,591,136 | A | 1/1997 | Gabriel |
| 5,599,314 | A | 2/1997 | Neill |
| 5,611,783 | A | 3/1997 | Mikkelsen |
| 5,626,566 | A | 5/1997 | Petersen et al. |
| 5,645,052 | A | 7/1997 | Kersey |
| 5,674,204 | A | 10/1997 | Chanoch |
| 5,679,111 | A | 10/1997 | Hertman et al. |
| 5,681,285 | A | 10/1997 | Ford et al. |
| 5,685,864 | A | 11/1997 | Shanley et al. |
| 5,688,251 | A | 11/1997 | Chanoch |
| 5,709,662 | A | 1/1998 | Olive et al. |
| 5,716,990 | A | 2/1998 | Bagshawe et al. |
| 5,725,508 | A | 3/1998 | Chanoch et al. |
| 5,743,889 | A | 4/1998 | Sams |
| 5,755,692 | A | 5/1998 | Manicom |
| 5,823,998 | A | 10/1998 | Yamagata |
| 5,827,232 | A | 10/1998 | Chanoch ..................... 604/208 |
| 5,843,036 | A | 12/1998 | Olive et al. |
| 5,882,718 | A | 3/1999 | Pommer et al. |
| 5,898,028 | A | 4/1999 | Jensen et al. |
| 5,921,966 | A | 7/1999 | Bendek et al. |
| 5,928,201 | A | 7/1999 | Poulsen et al. |
| 5,938,642 | A | 8/1999 | Burroughs et al. |
| 5,947,934 | A | 9/1999 | Hansen et al. |
| 5,951,530 | A | 9/1999 | Steengaard et al. |
| 5,954,689 | A | 9/1999 | Poulsen |
| 5,961,496 | A | 10/1999 | Nielsen et al. |
| 5,980,491 | A | 11/1999 | Hansen |
| 5,984,900 | A | 11/1999 | Mikkelsen |
| 6,003,736 | A | 12/1999 | Ljunggren |
| 6,004,297 | A | * 12/1999 | Steenfeldt-Jensen et al. ................ 604/207 |

| | | | |
|---|---|---|---|
| 6,010,485 | A | 1/2000 | Buch-Rasmussen et al. |
| 6,033,376 | A | 3/2000 | Rockley |
| 6,033,377 | A | 3/2000 | Rasmussen et al. |
| 6,048,336 | A | 4/2000 | Gabriel |
| 6,074,372 | A | 6/2000 | Hansen |
| 6,086,567 | A | 7/2000 | Kirchhofer et al. |
| 6,096,010 | A | 8/2000 | Walters |
| 6,110,149 | A | 8/2000 | Klitgaard et al. |
| 6,129,080 | A | 10/2000 | Pitcher et al. |
| 6,146,361 | A | 11/2000 | DiBiasi et al. |
| 6,193,698 | B1 | 2/2001 | Kirchhofer et al. |
| 6,221,046 | B1 | 4/2001 | Burroughs et al. |
| 6,221,053 | B1 | 4/2001 | Walters et al. |
| 6,231,540 | B1 | 5/2001 | Smedegaard |
| 6,235,004 | B1 | 5/2001 | Steenfeldt-Jensen et al. |
| 6,248,090 | B1 | 6/2001 | Jensen et al. |
| 6,248,095 | B1 | 6/2001 | Giambatistia et al. |
| 6,258,062 | B1 | 7/2001 | Thielen et al. |
| 6,269,340 | B1 | 7/2001 | Ford et al. |
| 6,277,097 | B1 | 8/2001 | Mikkelsen et al. |
| 6,277,098 | B1 | 8/2001 | Klitmose et al. |
| 6,281,225 | B1 | 8/2001 | Hearst et al. |
| 6,283,941 | B1 | 9/2001 | Schoenfeld et al. |
| 6,287,283 | B1 | 9/2001 | Ljunggreen et al. |
| 6,302,869 | B1 | 10/2001 | Klitgaard |
| 6,312,413 | B1 | 11/2001 | Jensen et al. |
| 6,340,357 | B1 | 1/2002 | Poulsen et al. |
| 6,379,339 | B1 | 4/2002 | Klitgaard et al. |
| 6,514,230 | B1 | 2/2003 | Munk et al. |
| 6,547,763 | B2 | 4/2003 | Steenfeldt-Jensen et al. |
| 6,547,764 | B2 | 4/2003 | Larsen et al. |
| 6,562,011 | B1 | 5/2003 | Buch-Rasmussen et al. |
| 6,569,126 | B1 | 5/2003 | Poulsen et al. |
| 6,582,404 | B1 | 6/2003 | Klitgaard et al. |
| 6,605,067 | B1 | 8/2003 | Larsen |
| 6,613,019 | B2 | 9/2003 | Munk |
| 6,692,472 | B2 | 2/2004 | Hansen et al. |
| 6,716,198 | B2 | 4/2004 | Larsen |
| 6,726,661 | B2 | 4/2004 | Munk et al. |
| 6,770,288 | B2 | 8/2004 | Duirs |
| 6,796,970 | B1 | 9/2004 | Klitmose et al. |
| 6,893,415 | B2 | 5/2005 | Madsen et al. |
| 6,899,699 | B2 | 5/2005 | Enggaard |
| 6,945,961 | B2 | 9/2005 | Miller et al. |
| 7,008,399 | B2 | 3/2006 | Larsen et al. |
| 7,090,662 | B2 | 8/2006 | Wimpenny et al. |
| 7,094,221 | B2 | 8/2006 | Veasey et al. |
| 7,104,972 | B2 | 9/2006 | Moller et al. |
| 7,133,329 | B2 | 11/2006 | Skyggebjerg et al. |
| 7,175,055 | B2 | 2/2007 | Hansen et al. |
| 7,241,278 | B2 | 7/2007 | Moller |
| 2002/0007154 | A1 | 1/2002 | Hansen et al. |
| 2002/0077852 | A1 | 6/2002 | Ford et al. |
| 2002/0120235 | A1 | 8/2002 | Enggaard |
| 2003/0039679 | A1 | 2/2003 | Duirs |
| 2003/0172924 | A1 | 9/2003 | Staniforth et al. |
| 2004/0186431 | A1 | 9/2004 | Graf et al. |
| 2004/0210199 | A1 | 10/2004 | Atterbury et al. |
| 2004/0236282 | A1 | 11/2004 | Braithwaite |
| 2004/0249348 | A1 | 12/2004 | Wimpenny et al. |
| 2004/0260247 | A1 | 12/2004 | Veasey et al. |
| 2004/0267207 | A1 | 12/2004 | Veasey et al. |
| 2005/0004529 | A1 | 1/2005 | Veasey et al. |
| 2005/0019400 | A1 | 1/2005 | Deveney et al. |
| 2005/0033244 | A1 | 2/2005 | Veasey et al. |
| 2005/0055011 | A1 | 3/2005 | Enggaard |
| 2005/0205083 | A1 | 9/2005 | Staniforth et al. |
| 2005/0268915 | A1 | 12/2005 | Wassenaar et al. |
| 2007/0093761 | A1 | 4/2007 | Veasey |

## US RE41,956 E
Page 3

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 295075 | 12/1988 |
| EP | 327910 | 8/1989 |
| EP | 327910 | 4/1992 |
| EP | 0 327910 | 4/1992 |
| EP | 0 498737 | 8/1992 |
| EP | 0 552 996 A1 * | 1/1993 |
| EP | 554996 | 8/1993 |
| EP | 594349 | 4/1994 |
| EP | 0 594349 | 4/1994 |
| EP | 608343 | 9/1994 |
| EP | 0 498 737 | 7/1995 |
| EP | 498737 | 7/1995 |
| EP | 0 702 970 B1 * | 9/1995 |
| EP | 702970 | 3/1996 |
| EP | 0 673 482 B1 | 4/1998 |
| EP | 879610 | 11/1998 |
| EP | 0 879 610 A2 | 11/1998 |
| EP | 937476 | 8/1999 |
| EP | 0 879610 | 8/2003 |
| EP | 0 937 476 | 1/2005 |
| EP | 1250167 B1 | 7/2005 |
| EP | 1570876 A2 | 7/2005 |
| FR | 2 583 291 | 12/1986 |
| FR | 2 767 479 | 2/1999 |
| JP | 3-503129 * | 7/1991 |
| JP | 05-337179 A | 12/1993 |
| JP | 06-296691 A | 10/1994 |
| RU | 2 111 019 | 5/1998 |
| WO | 89/07463 | 8/1989 |
| WO | WO 89/07463 | 8/1989 |
| WO | WO 90/09202 | 8/1990 |
| WO | WO 91/10460 | 7/1991 |
| WO | 91/14467 | 10/1991 |
| WO | WO 91/14467 | 10/1991 |
| WO | 93/07922 | 4/1993 |
| WO | WO 93/07922 | 4/1993 |
| WO | WO 96/26754 | 9/1996 |
| WO | 96/38190 | 12/1996 |
| WO | 97/36626 | 10/1997 |
| WO | WO 98/10813 | 3/1998 |
| WO | 98/10813 | 3/1998 |
| WO | 98/56436 | 12/1998 |
| WO | WO 98/56436 | 12/1998 |
| WO | WO 98/57688 | 12/1998 |
| WO | WO 99/16487 | 4/1999 |
| WO | WO 99/38554 | 8/1999 |
| WO | 99/38554 | 8/1999 |
| WO | 01/19434 | 3/2001 |

### OTHER PUBLICATIONS

U.S. Appl. No. 10/960,900 File History on Feb. 8, 2008.
U.S. Appl. No. 11/121,331 File History on Feb. 8, 2008.
U.S. Appl. No. 11/640,610 File History on Feb. 8, 2008.
Decision by German Federal Patent Court Pronounced on Oct. 20, 2009, *Sanofi–Aventis Deutschland GmbH* vs. *Novo Nordisk A/S.*
Exhibit 14 in Decision by German Federal Patent Court, *Sanofi–Aventis* vs. *Novo Nordisk A/S.*
Translation of Exhibit 14 in Decision by German Federal Patent Court, *Sanofi–Aventis* vs. *Novo Nordisk A/S.*
Perspective Aug. 1999, p. 1, Innovo Secures Market Leadership; http://www.novonordisk.com/old/press/perspective/1999august/1.html.
Innovo User Manual.
May 17, 2002 Office Action in 09768760.
Declaration of Banard Sams in *Novo Nordisk A/S* v. *Sanofi–Avwentis U.S. LLC and Sanofi–Aventis* downloaded from Pacer on Feb. 29, 2008.
Complaint in *Novo Nordisk A/S* v. *Sanofi–Avwentis U.S. LLC and Sanofi–Aventis* downloaded from Pacer on Feb. 29, 2008.
Answer in *Novo Nordisk A/S* v. *Sanofi–Avwentis U.S. LLC and Sanofi–Aventis* downloaded from Pacer on Feb. 29, 2008.
File history of U.S. Appl. No. 10/610,926, which is owned by the same assignee as U.S. Appl. No. 11/122,211.
Opinion of US District Court for the District of NJ (*Novo Nordisk A/S* v. *Sanofi Aventis U.S. LLC and Sanofi Aventis,* Denying motion of a preliminary injunction, entered Feb. 20, 2008.
Hansen et al., Injection Device, a Preassembled Doses Setting and Injection Mechanism for an Injection Device, and a Method of Assembling an Injection Device, May 1, 2001.

* cited by examiner



Fig. 1



Fig. 2



Fig. 3

US RE41,956 E

1

# DOSE SETTING LIMITER

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application *is a reissue of U.S. Pat. No 6,582,404, which* claims priority under 35 U.S.C. 119 of U.S. provisional application No. 60/155,612 filed on Sep. 23, 1999 and Danish application no. PA 1999 01309 filed on Sep. 16, 1999, the contents of which are fully incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to injection devices wherein the contents of a cartridge are injected as a number of individually set doses.

Such devices have a dose setting mechanism by which the doses are set for subsequent injecting when an injection button is operated. This can be obtained by moving a carrier along a piston rod a distance proportional to the wanted dose and subsequently moving the carrier back to its original position so that the carrier carries the piston rod with it instead of being moved along said piston rod.

## SCOPE OF THE RELATED ART

From EP 327 910 is known a syringe by which a dose is set by screwing a nut member up along a threaded piston rod away from a stop in a housing. The set dose is injected by pressing the end of the nut member that forms an injection button whereby the nut member is moved back to abutment with the stop again. During the latter movement of the nut member the piston rod is carried along by the nut that does not move relative to this piston rod during the injection.

When a dose is set it is convenient if a limiting device is provided which makes it impossible to set a dose that exceeds the amount of medicament which is left in the cartridge. In EP 327 910 this is obtained by the fact that the thread of the piston rod has such a length that the cartridge is just emptied when the nut is screwed to the end of the thread and then pressed home to its abutment with the stop. By setting a dose the nut can only be screwed to the end of the thread and thereby the size of the last dose is limited to comprise the remaining amount in the cartridge.

The distance the injection button has to be moved corresponds to the distance the piston in the cartridge has to be moved to inject the set dose. Especially by larger cartridges with a large cross section diameter this distance can be very short. To obtain a larger movement of the injection button a sort of gearing may be used so that the distance the injection button has to be moved is proportional with the injected dose but is a number of times the movement of the piston in the cartridge.

EP 608 343 describes an example of such a geared dose setting and injection mechanism. In this device the carrier does not cooperate directly with the threaded piston rod but with a driver element which can move the piston rod when a set dose is injected. In this device the driver element comprises a nut member which is fixed against axial displacement in the injection device. The thread of the nut member engages an outer thread of the piston rod which is secured against rotation in the injection device. By the setting of a

2

dose the carrier is rotated away from a stop to which it is returned when the injection button is operated. During its return the carrier rotates the driver element that moves the piston rod further into the cartridge to press the piston of this cartridge so that a set amount of the medicament in the cartridge is pressed out through an injection needle at the distal end of the cartridge. As the nut member is not moved relative to the piston rod during the setting of a dose, a limiting construction as described above cannot be provided limiting the dose so it does not exceed the amount of liquid left in the injection device.

## OBJECT AND SUMMARY OF THE INVENTION

An object of the invention is to provide a limiting mechanism which prevents setting of a dose that exceeds the amount of liquid left in a cartridge of an injection device of the geared type wherein a dose is set by rotating a dose setting member relative to a driver and away from a fixed stop in the injection device, and the dose is injected by rotating back the dose setting member which during this rotation carries the driver element with it to rotate this driver element which moves the piston rod forward.

Such a mechanism is according to the invention characterized in that the driver element is provided with a track having a length which is related to the total amount of medicament in the cartridge and which track is engaged by a track follower coupled to the dose setting member to follow rotation of said dose setting member. During the setting of a dose the track follower will be advanced in the track of the driver to a position depending on the set dose as during dose setting the dose setting member and the driver are rotated relative to each other. As during the injection driver follows the rotation of the dose setting member, the pin of the dose setting member will keep its position in the track of the driver when the set dose is injected. The length of the track is so adapted that the pin reaches the end of the track and makes an increase of the set dose impossible when a dose is set which corresponds to the amount of liquid remaining in the cartridge.

According to the invention the driver may be disk shaped and have a spiral shaped track which is engaged by a cam on a member which is flexibly coupled to the dose setting member so that the pin can be moved radially when it follows the track of the driver.

In another embodiment of the invention the driver may be cylindrical and have a helical track which is engaged by a cam on the dose setting member which is a cylinder concentric with the driver.

The track may be provided as a thread in the driver and the track follower may be a nut shaped member coupled to the dose setting member and provided with a thread engaging the thread of the driver. When a dose is set the dose setting member is screwed with its thread along the thread of the driver. The limitation of the set dose is obtained by giving the threads an appropriate length.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the following the invention will be explained in further details with references to the drawing, wherein

FIG. **1** shows an exploded view of a syringe with a dose limiter according to the invention;

FIG. **2** shows an enlarged view of the dose setting element and the driver element of the syringe in FIG. **1**; and

FIG. **3** shows the dose setting member, the driver, and the track follower of another embodiment of an injection syringe.

US RE41,956 E

3

DETAILED DESCRIPTION OF THE INVENTION

The syringe in FIG. **1** comprises a housing **1** accommodating a cartridge **2** from which the content can be pressed out by a piston rod **3** which is by injection via gear wheels **4** and **5** advanced a distance corresponding to a dose set by dose setting. A dose setting member **6** is provided with a toothed wheel **7** surrounding a central bore through which a pinion **8** on a driver **9** projects as it is shown in FIG. **2**. The dose setting element **6** is operated through an operation element **10** which has a finger grip **11**, a carrier **12** which engages the dose setting member **6**, and a arrow **13** pointing on a scale **14** provided on a lid **15** which forms a part of the housing **1**. FIG. **1** further shows a cap **25** which can be put on to protect a not shown needle which may be mounted on the syringe, and an injection button **16** which is sliding mounted in the housing **1** and which has a recess **17** which is on one of its side surfaces provided with a cogging **18**.

In the assembled syringe the toothed wheel **7** on the dose setting member **6** engages the cogging **18** of the button element **16** whereas the pinion **8** on the driver **9** engages the part with the large diameter of the gear wheel **5** the part of which with the small diameter engages the other gear wheel **4** which further engages a cogging **19** on the piston rod **3**.

The driver member **9** is provided with pawl **26** which with not shown teeth in the housing forms a unidirectional coupling allowing the driver **9** to rotate only in the direction by which the piston rod **3** is advanced into the cartridge **2**. A ratchet is provided by saw tooth shaped protrusions on the dose setting element **6** engaging a saw tooth cogging **27** at the perimeter of the driver **9**, this ratchet being so oriented that only rotation of the dose setting member **6** in the direction in which the driver **9** can move is transmitted from the dose setting member **6** to the driver **9**. By rotation of the dose setting member **6** in the opposite direction the teeth of the ratchet parts will ride over each other.

To set a dose the finger grip **11** of the operation element **10** is gripped and the element **10** is rotated clockwise until the arrow points at the wanted dose on the scale **14**. As mentioned this rotation will make the ratchet parts of the dose setting element and the driver ride over each other. If the dose setting member **6** is rotated in the clockwise direction to reduce the set dose, the ratchet will cause transmission of the rotation from the dose setting member **6** to the driver **9**, but the when a torque in this direction is transmitted from the operating element through the carrier **12** to the dose setting member **6**, this dose setting member is deformed so that the protrusion on the dose setting member **6** is drawn out of its engagement with the toothing **27** of the driver **9** and an anticlockwise rotation of the dose setting member **6** is allowed without the rotation being transmitted to the driver **9**.

Due to the engagement between the toothed wheel **7** on the dose setting member **6** and the cogging **18** of the injection button **16** this button will be lifted from the end of the housing **1** when a dose is set and will be lowered when a dose is reduced.

When the injection button **16** is pressed to inject a set dose the engagement between the toothed wheel **7** on the dose setting member **6** and the cogging **18** of the injection button **16** will cause the dose setting member **6** to rotate in an anticlockwise direction. As the torque is not transmitted to the dose setting member **6** by the operating element **10**, the ratchet coupling between the dose setting member **6** and the driver **9** will be active and the driver **9** will be rotated with the dose setting member **6** in the anticlockwise direction and will drive the piston rod **3** into the cartridge.

As it is seen in FIG. **2** the disk shaped driver **9** has in its side facing the dose setting member **6** a spiral shaped track

4

**20** which is engaged by a cam **21** provided at the end of an arm **22** which is by a flexible beam **23** fastened to the dose setting member **6** so that the arm **22** can swing to let the cam **21** move in the radial direction of the driver **9**. When the dose setting member **6** during the setting of a dose is rotated relative to the driver **9** the cam is moved along the track **20** whereas the cam during the injection due to the concomitant rotation of the dose setting member **6** and the driver **9** remains in its position in the track **20** obtained during the dose setting. This way the position of the cam in the track reflects the total amount of medicine administered. When the cam **21** abuts the end wall **24** of the track **20** the set dose cannot be increased and by adapting the length of the track to the total amount of medicine in the cartridge it is ensured that a dose larger than the amount of medicine remaining in the cartridge cannot be set.

FIG. **3** shows a dose setting member **30** surrounding a driver **31** of another embodiment of a dose setting limiter. The dose setting member **30** is cylindrical and is on its outer wall provided with a helical track **29** which is designed to co-operate with a helical inner ridge in a not shown housing so that the dose setting member **30** is screwed outward in said housing when rotated to set a dose and inward in said housing when rotated to reduce a too large set dose. During the dose setting rotation the dose setting member **30** is rotated freely relative to the driver **31** which it surrounds. Between the dose setting member **30** and the driver **31** a nut member **32** is coupled which can when it is rotated relative to the driver **31** be screwed up along this driver which is at its outer surface provided with a helical track **33**. At its outer wall the nut member **32** is in the axial direction provided with a recess **34** which is engaged by a ridge **35** in the axial direction on the inner side of the dose setting element **30**.

During the setting of a dose the nut member **32** is due to the engagement between the ridge **35** and the recess **34** rotated with the dose setting member **30** relative to the driver **31** so that the position of the nut member **32** on this driver is dependent on the dose set. When the dose is injected by pressing a not shown injection button which is placed in an end part **36** of the dose setting member **30** this button presses a flange **37** at an end of the driver **31** into engagement with coupling teeth **38** at the bottom of the end part **36** of the dose setting member **30**. On its lower not visible side the flange **37** is provided with coupling teeth corresponding to the coupling teeth **38** of the dose setting member **30** and when the dose setting member **30** is due to the engagement between the track **29** in the dose setting member **30** and the ridge in the housing forced to rotate relative to the housing when it is pressed into the housing the rotation will be transmitted to the driver **31** which due to the engaging coupling teeth is forced to rotated with the dose setting member and during this rotation the nut member **32** will maintain its position on the driver **31**. This way the position of the nut member **32** on the driver **31** will always indicate the total sum of set and injected doses. When the length of the helical track **33** in the driver **31** is adapted to the amount of medicine in a cartridge the nut member **32** will reach the end of the track **33** and stop for setting a dose larger than the amount remaining in the cartridge.

What is claimed is:

**1**. A limiting mechanism that prevents setting of a dose that exceeds the *injectable* amount of liquid left in a cartridge of an injection device wherein a dose is set by rotating a dose setting member relative to a driver and away from a fixed stop in the injection device, and the dose is injected by [rotating] *pressing an injection button which rotates* back the dose setting member which during this rotation carries the

US RE41,956 E

5

driver with it to rotate this driver which moves the piston rod forward, wherein the driver is provided with a track having a length which is related to the total *injectable* amount of medicament in the cartridge and which track is engaged by a track follower coupled to the dose setting member to follow 5 rotation of this dose setting member and wherein the driver is disk shaped and the track has a spiral shape which is engaged by the track follower which is flexibly coupled to the dose setting member so that the track follower can be moved radially when it follows the track of the driver ele- 10 ment.

**2.** A limiting mechanism that prevents setting of a dose that exceeds the amount of liquid left in a cartridge of an injection device wherein a dose is set by rotating a dose setting member relative to a driver and away from a fixed 15 stop in the injection device, and the dose is injected by rotating back the dose setting member which during this rotation carries the driver with it to rotate this driver which moves the piston rod forward, wherein the driver is provided with a track having a length which is related to the total amount of 20 medicament in the cartridge and which track is engaged by a track follower coupled to the dose setting member to follow rotation of this dose setting member and wherein the driver is cylindrical and the track has a helical shape which is engaged by the track follower which is coupled to the dose 25 setting member so that the track follower can be moved rotationally when it follows the track of the driver element.

**3.** The limiting mechanism of claim **2**, wherein the dose setting element is a cylinder concentric with the driver.

**4.** The limiting mechanism of claim **3**, wherein the track 30 comprises a thread in the driver and that the track follower comprises a nut shaped member coupled to the dose setting member and provided with a thread engaging the thread of the driver.

**5.** A dose setting limiter assembly that prevents the setting 35 of a dose which exceeds the remaining injectable amount of medication in a multiple dose cartridge in an injection device which comprises: a cylindrical dose setting member having an outer wall provided with a helical groove which allows the cylindrical dose setting member to be screwed out 40 of the injection device and away from an initial position when the cylindrical dose setting member is rotated during dose setting and screwed into the device and toward the initial position to reduce the size of a set dose, wherein during injection of the set dose the cylindrical dose setting mem- 45 ber is pressed back into the device and as a result of the helical groove it rotates back toward the initial position,

wherein the dose setting limiter assembly comprises:

(a) a helical track disposed on the outer surface of a hol-
low cylindrical driver that drives a separate piston rod 50
forward; and

(b) a follower that engages the helical track;

wherein the follower moves along the helical track when the dose setting member is rotated during dose setting; 55 but wherein the follower does not move along the track during injection of the set dose; wherein the injection of the set dose is carried out by pressing an injection button which:

(i) presses the cylindrical dose setting member back 60 into the device, and

(ii) causes the cylindrical dose setting member to rotate back to the initial position, wherein the rotation back is cause by the helical groove on the dose setting member;

wherein the position of the follower along the track is 65 indicative of the total sum of the set and injected doses;

6

wherein the length of the helical track that the follower can move along corresponds to the amount of medica-tion in the cartridge that is available to be injected; and

wherein the follower abuts a stop at the end of the track during dose setting before the cylindrical dose setting element can be rotated to dial up a dose that would exceed the injectable amount of medication remaining in the cartridge.

**6.** The dose setting limiter assembly of claim 5, wherein when the follower abuts the stop at the end of the track during dialing up of a dose, the cylindrical dose setting member cannot be rotated further to increase the size of the dose.

**7.** The dose limiter assembly of claim 6, wherein the fol-lower is a nut like element and the helical track is a thread and wherein the follower engages the thread.

**8.** The dose limiter assembly of claim 7, wherein the driver, the helical grove, the helical track, and the dose set-ting member are oriented so that they are all coaxial.

**9.** A dose limiter mechanism for use with in an injection device, which comprises:

(i) a rotatable hollow cylindrical dose setting member containing a threaded groove on its outer surface so that it screws out of the injection device during setting of a dose when it is rotated, screws back into the hous-ing to reduce the size of a set dose when it is rotated back, and screws back into the housing when an injec-tion button is pressed during injection, and

(ii) a hollow cylindrical piston rod driver that is coaxial with the hollow cylindrical dose setting member;

wherein the dose limiting mechanism operates within the injection device to prevent the setting of a dose that exceeds the injectable amount of medication remaining in a multiple dose cartridge in the device; and wherein the dose limiter mechanism comprises:

a helical track disposed on the outer surface of the piston rod driver, the helical track having a length that corre-sponds to the injectable amount of medication in the cartridge; a follower that engages the helical track and moves along the helical track when the dose setting member is rotated during dose setting but that remains in a fixed position on the helical track when the dose setting member is rotated back when the injection but-ton is pressed during injecting of medication, and wherein the distance the follower moves during dose setting corresponds to the size of the set dose and wherein the follower abuts a stop at the end of the heli-cal track when an attempt is made to rotate the dose setting member during dose setting that would result in a dose being set that exceeds the remaining injectable amount of medication in the cartridge.

**10.** The mechanism of claim 9, wherein the hollow cylin-drical dose setting member is prevented from rotating to increase the size of a set dose when the follower hits the stop.

**11.** The mechanism of claim 9, wherein the track on the hollow cylindrical piston rod driver forms a thread and fol-lower comprises a nut like element that threadly engages the thread.

**12.** The mechanism of claim 10, wherein the track on the hollow cylindrical piston rod driver forms a thread and the follower comprises a nut like element that threadly engages the thread.

**13.** An injection device dose limiter assembly for use with both

(a) a rotatable cylindrical dose setting member, which threadly engages an injection device housing element

US RE41,956 E

7

so that (i) when it is rotated to set the size of a dose it screws out of an injection device housing, (ii) when it is rotated back to reduce the size of a set dose it screws back into the housing, and (iii) when an injection button is pressed during injecting of medication the cylindrical dose setting member is pressed back into the housing and rotates back, and

(b) a hollow cylindrical piston rod driver that drives a separate piston rod during injection of the set dose;

wherein the injection device dose limiter prevents the setting of a dose that is larger than the injectable amount of medication remaining in a multi dose cartridge and

wherein the injection device dose limiter assembly comprises:

a helical track disposed on the outside of the hollow cylindrical piston rod driver; and

a follower that moves along the track during dose setting but remains stationary with respect to the helical track during dose injecting when an injection button is pressed which causes the cylindrical dose setting member to be screwed back into the housing; wherein the length of the track that the follower is capable of moving along corresponds to the injectable amount of medication in an injection device multiple dose cartridge; and

wherein during dose setting:

the follower moves a distance along the track that corresponds to the size of the dose being set; and

8

wherein the follower abuts a stop before the size of the set dose exceeds the injectable amount of medication remaining in the cartridge.

14. The assembly of claims 5 or 13, wherein the follower abuts the stop when the size of the set dose equals the injectable amount of medication remaining in the cartridge.

15. The assembly of claims 5 or 13, wherein the helical track has a length adapted to ensure that the follower stops advancing when the size of a set dose is equal to that remaining for injection.

16. The assembly of claims 1, 5, or 13, wherein the injection button moves a distance proportional to, but a number of times greater than, the distance a piston in the cartridge moves during delivery of the set dose during dose injecting.

17. The mechanism of claim 9, wherein the follower abuts the stop when the size of the set dose equals the injectable amount of medication remaining in the cartridge.

18. The mechanism of claim 9, wherein the helical track has a length adapted to ensure that the follower stops advancing when the size of a set dose is equal to that remaining for injection.

19. The mechanism of claim 9, wherein the injection button moves a distance proportional to, but a number of times greater than, the distance a piston in the cartridge moves during delivery of the set dose during dose injecting.

\* \* \* \* \*