IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 17-227 (JFB) (SRF) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION TO FURTHER AMEND THE SCHEDULING ORDER AND
WITH RESPECT TO SAMPLES AND ADMISSIBILITY OF CERTAIN RECORDS**

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that:

1. The Court's Rule 16 Scheduling Order (D.I. 17), as previously amended, is further hereby amended as follows:

| Action Item | Scheduled Date | New Date |
|---|---|---|
| Opening Expert Reports (including Plaintiffs' Secondary Indicia opinions) | July 13, 2018 | July 27, 2018 |
| Rebuttal Expert Reports (including Defendant's Secondary Indicia opinions) | August 24, 2018 | September 7, 2018 |
| Close of Expert Discovery | October 12, 2018 | October 19, 2018 |
| Plaintiffs Provide to Defendant a Draft Joint Pretrial Order | October 26, 2018 | November 6, 2018 |

The remaining deadlines in the Court's Scheduling Order, including the pre-trial conference and the trial date, remain in effect.

IT IS FURTHER STIPULATED by the parties, subject to the Court's approval, that:

2. The sample devices produced by Teva Pharmaceuticals USA, Inc. ("Teva") bearing bates numbers TEVASAMPLE001 – TEVASAMPLE010 are representative of the device to be used with Teva's liraglutide ANDA product.

3. The sample devices produced by Novo Nordisk Inc. and Novo Nordisk A/S bearing bates numbers NNVICT04930807 – NNVICT04930820 are representative of the device used with Victoza®.

4. Teva will not object to the admissibility of any document produced in this matter bearing bates numbers TEVALIRA00000001-TEVALIRA00009598, or any other final ANDA document produced by Teva.

AGREED AND STIPULATED TO:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>I.M. Pei Building<br>1105 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE