IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-227-JFB-SRF ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 16, 2018, the following document was served on the persons listed below in the manner indicated:

1. Defendant's Third Amended Invalidity Contentions

**BY EMAIL**

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

Jeffrey J. Oelke
Laura T. Moran
So Yeon Choe
Ryan P. Johnson
FENWICK & WEST LLP
1211 Avenue of the Americas
32nd Floor
New York, NY 10036
(212) 921-2001
joelke@fenwick.com
laura.moran@fenwick.com
schoe@fenwick.com
ryan.johnson@fenwick.com

Catherine McCord
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
(212) 430-2600
cmccord@fenwick.com

Vigen Salmastlian
Erica Sutter
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94061
(650) 988-8500
vsalmastlian@fenwick.com
esutter@fenwick.com

OF COUNSEL:
Thomas F. Fleming
Leora Ben-Ami
Gregory Springsted
Robert Hyberg
Micah Rappazzo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-5943

Dated: November 19, 2018

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*