IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK, INC. AND NOVO NORDISK A/S,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | C.A. No. 17-cv-00227 |

### STIPULATED CONSENT JUDGMENT AND INJUNCTION

Whereas Plaintiffs Novo Nordisk, Inc. ("NNI") and Novo Nordisk A/S. ("NNAS"), Defendant Teva Pharmaceuticals USA, Inc. ("Teva") have agreed to the terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement and License Agreement (the "Settlement Agreement"),

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Teva, through their undersigned counsel of record, that:

1. In the event that the claims of U.S. Patent Nos. 6,268,343 (the "'343 patent"), 8,114,833 (the "'833 patent"), 8,846,618 (the "'618 patent"), 9,265,893 (the "'893 patent"), , and RE41,956 (the "RE '956 patent") asserted against Teva, are not held invalid or unenforceable, absent a license or other authorization from Plaintiffs, the '343, '833, '618, '893, and RE '956 Patents would be infringed by any unlicensed manufacture, sale, offer for sale, use, or importation in the United States of the generic product that is

the subject of Teva's Abbreviated New Drug Applications (the "Teva Product", as defined in the Parties' Settlement Agreement).

2. Teva and anyone acting on the behalf of Teva, except as expressly licensed by Plaintiffs, will be enjoined until expiration of US Patent 9,968,659 ("the '659 patent") and the '343, '833, '618, '893, ,and RE '956 Patents from (i) making, using, offering to sell, selling, or importing until expiration of the '343, '833, '618, '893, '659, and RE '956 Patents the Teva Product in the United States, and (ii) participating in the profits from making, using, offering to sell, selling, or importing the Teva Product in the United States, and (iii) indemnifying others with respect to any making, using, offering to sell, selling, or importing the Teva Product in the United States.

3. Notwithstanding any provision of the foregoing, Teva shall be entitled to contest the infringement, validity and/or enforceability of the '343, '833, '618, '893, '659, and RE '956 Patents in any future litigation over the '343, '833, '618, '893, '659, and RE '956 Patents pertaining to any product that is not the Teva Product and is not the subject of the Teva ANDA (as defined in the Parties' Settlement Agreement).

4. Each party will bear its own attorneys' fees and costs.

5. This Court will retain jurisdiction to enforce this Stipulated Consent Judgment and Injunction and the parties' related agreements resolving this matter.

6. Plaintiffs acknowledge that Teva is entitled to maintain its Paragraph IV certification to the '343, '833, '618, '893, and RE '956 Patents pursuant to 21 C.F.R. § 314.94(a)(12)(v). Each Party acknowledges and agrees that the 30-month stay with respect to the approval of the Teva ANDA under 21 U.S.C. § 355(j)(5)(B)(iii) is hereby terminated.

7. The Clerk of Court is directed to enter this Stipulated Consent Judgment and Injunction.

Dated: March 18, 2019

_[signature]_                                          _[signature]_

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Attorneys for Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S

OF COUNSEL:

Jeffrey J. Oelke
Ryan P. Johnson
Laura T. Moran
Vigen Salmastlian
So Yeon Choe
Catherine McCord
FENWICK & WEST LLP
1211 Avenue of the Americas, 32nd Floor
New York, NY 10036
(212) 921-2001
Attorneys for Plaintiffs

SHAW KELLER LLP
John W. Shaw (#3362)
Karen E. Keller (#4489)
I.M. Pei Building
1105 North Market Street
12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com

Attorneys for Defendant Teva Pharmaceuticals USA, Inc.

OF COUNSEL:

Leora Ben-Ami
Thomas F. Fleming
Jeanna Wacker
Gregory Springsted
Robert Hyberg
Micah Rappazzo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-5943

SO ORDERED this 18th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

So Ordered: _18 March 2019_